United States Bankruptcy Court
Central District of California

In re:                                                          Case No. 15-16443-RN
Leonarda Guadalupe Aguilar                                      Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: nvandenst    Page 1 of 1    Date Rcvd: Apr 24, 2015
                Form ID: def    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2015.
db             +Leonarda Guadalupe Aguilar,    241 Redondo Avenue # 6,   Long Beach, CA 90803-5924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2015 at the address(es) listed below:
        Jeffrey S Shinbrot    on behalf of Debtor Leonarda Guadalupe Aguilar jeffrey@shinbrotfirm.com,
         sandra@shinbrotfirm.com
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                                     TOTAL: 2

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Central District Of California** | |
| In re:<br>Leonarda Guadalupe Aguilar | CHAPTER NO.: 11 |
| | CASE NO.: 2:15−bk−16443−RN |

# NOTICE OF CASE DEFICIENCY
## UNDER 11 U.S.C. § 521(a)(1) AND BANKRUPTCY RULE 1007

**To Debtor and Debtor's Attorney of Record,**

**Pursuant to F.R.B.P. 1007, you must file the following documents within 14 days from the date of the filing of your petition. Your case may be dismissed if you fail to do so.**

**Schedule F (Form B6F)**
**Schedule G (Form B6G)**
**Schedule H (Form B6H)**
**Summary of Sch (Form B6 Pg 1)**
**Schedule I (Form B6I)**
**Statement (Form B22B)**
**Schedule J (Form B6J)**
**Decl Re Sched (Form B6)**
**Stmt of Fin Affairs (Form B7)**

**Even if the indicated document are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007(c), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1)   File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005−2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)
**OR**
(2)   File and serve a motion for an order extending the time to file the required document(s).

 IF YOU DO NOT COMPLY, in a timely manner with either of the above alternatives, your case may be the subject of an order to show cause to dismiss the case. Motion for extension of time to file schedules and other papers shall comply with Local Bankruptcy Rule 1007−1, and shall be supported by admissible evidence demonstrating cause for the requested extension.

**BY ORDER OF THE COURT**                                                                                   **KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: <u>April 23, 2015</u>                                                                                              **By: <u>Nancy Vandensteen</u>**
                                                                                                                                           **Deputy Clerk**

DEF − Revised 12/2014                                                                                                                                           **1 /**