```
                            United States Bankruptcy Court
                             Central District of California
```

In re:                                                                  Case No. 15-16443-RN
Leonarda Guadalupe Aguilar                                              Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: oventuraC              Page 1 of 2                  Date Rcvd: Apr 29, 2015
                              Form ID: b9e                 Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2015.
```
db            +Leonarda Guadalupe Aguilar,    241 Redondo Avenue # 6,    Long Beach, CA 90803-5924
smg           +L.A. County Tax Collector,    Bankruptcy Unit,    P.O. Box 54110,   Los Angeles, CA 90054-0110
smg            Los Angeles City Clerk,    P.O. Box 53200,   Los Angeles, CA  90053-0200
smg           +Securities & Exchange Commission,    444 South Flower St., Suite 900,
                Los Angeles, CA 90071-2934
36217321      +Cach, LLC,   1101 Capital Of Texas Hwy., Bldg K,,    Austin, TX 78746-6445
36217322      +Cain And Weiner,    21210 Erwin Street,    Woodland Hills, CA 91367-3714
36217324      +Credit Protection Association,    PO Box 7813,   Baldwin Park, CA 91706
36217327      +HSBC Bank USA, National Association,    1800 Tysons Blvd.,    McLean, VA 22102-4257
36217326      +Herbert P. Sears Collection Agency,    PO Box 1231,   Bakersfield, CA 93302-1231
36217329      +Marshack Medical MSO,    8447 Wilshire Blvd., Suite 202,    Beverly Hills, CA 90211-3207
36217332       Ocwen Loan Servicing,    P.O. Box 6440,    Carol Stream, IL 60197-6440
36217333      +Ocwen Loan Servicing,    320 West 4th Street Suite 750,    Los Angeles, CA 90013-2349
36217334      +Pacific Gas & Electricity,    PO Box 11265,    New York, NY 10286-1265
36217335      +Progressive Management System,    1521 W. Cameron Avenue Fl 1,    West Covina, CA 91790-2738
36217337      +The Mortgage Store Financial Inc.,    660 So Figueroa Street 24th Floor,
                Los Angeles, CA 90017-3453
36217338       The Mortgage Store Finanical Inc.,    707 Wilshire Blvd.,    Los Angeles, CA 90017-3501
36217341      +Western Progressive, LLC,    Northpark Town Center,    1000 Abernathy Rd NE, Bldg 400 Suit,
                Atlanta, GA 30328-5614
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: jeffrey@shinbrotfirm.com Apr 30 2015 02:27:50     Jeffrey S Shinbrot,
                The Shinbrot Firm,    8200 Wilshire Blvd, Ste 400,    Beverly Hills, CA  90211
smg            EDI: EDD.COM Apr 30 2015 02:13:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                P.O. Box 826880,   Sacramento, CA  94280-0001
36217319      +EDI: ACCE.COM Apr 30 2015 02:13:00      Asset Acceptance LLC,    PO Box 2036,
                Warren, MI 48090-2036
36217320      +EDI: BANKAMER2.COM Apr 30 2015 02:13:00      Bank Of America, National Associati,
                100 North Tryon Street,    Charlotte, NC 28202-4000
36217323      +EDI: PRA.COM Apr 30 2015 02:13:00      Capital One Bank,    C/O Portfolio Recovery Associates L,
                P.O. Box 41067,    Norfolk, VA 23541-1067
36217325       EDI: CALTAX.COM Apr 30 2015 02:13:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                PO Box 2952,    Sacramento, CA 95812-2952
36217328       EDI: IRS.COM Apr 30 2015 02:13:00      Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
36217330       EDI: RMSC.COM Apr 30 2015 02:13:00      Mervyn's,    Retailer National Bank,    PO Box 960013,
                Orlando, FL 32896-0013
36217331       EDI: AIS.COM Apr 30 2015 02:13:00      Midland Funding, LLC,
                By American Info Source LP As Agent,    PO Box 4457,    Houston, TX 77210-4457
36217336       EDI: RECOVERYCORP.COM Apr 30 2015 02:13:00      Recovery Management Systems,
                25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
36217339      +E-mail/Text: USTPregion16.LA.ECF@USDOJ.GOV Apr 30 2015 02:28:50
                United States Trustee Office,    915 Wilshire Blvd., Suite 1850,    Los Angeles, CA 90017-3560
36217342      +EDI: WFNNB.COM Apr 30 2015 02:13:00      WFNNB-The Avenue,    PO Box 659584,
                San Antonio, TX 78265-9584
36217340      +EDI: WFFC.COM Apr 30 2015 02:13:00      Wells Fargo Bank, N.A.,    MAC D3347-014,
                3476 Stateview Blvd.,,    Fort Mill, SC 29715-7203
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Franchise Tax Board,    Bankruptcy Section MS: A-340,    P.O. Box 2952,
                Sacramento, CA  95812-2952
smg*           Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2015                           Signature:  /s/Joseph Speetjens

```
District/off: 0973-2          User: oventuraC              Page 2 of 2                  Date Rcvd: Apr 29, 2015
                              Form ID: b9e                 Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2015 at the address(es) listed below:

```
          Jeffrey S Shinbrot    on behalf of Debtor Leonarda Guadalupe Aguilar jeffrey@shinbrotfirm.com,
           sandra@shinbrotfirm.com
          Kenneth G Lau    on behalf of U.S. Trustee    United States Trustee (LA) kenneth.g.lau@usdoj.gov,
           dare.law@usdoj.gov,Melanie.green@usdoj.gov
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

**B9E (Official Form 9E)** (Chapter 11 Individual or Joint Debtor Asset Case) (12/12)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | **Central District Of California** |

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on April 23, 2015.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.**
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**

### See Reverse Side For Important Explanations.

| | |
|---|---|
| Debtor(s) (name(s)and address):<br>Leonarda Guadalupe Aguilar<br>241 Redondo Avenue # 6<br>Long Beach, CA 90803 | **Case Number:**<br>**2:15–bk–16443–RN** |
| All other names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx–xx–1522 |
| Attorney for Debtor(s) (name and address):<br>Jeffrey S Shinbrot<br>The Shinbrot Firm<br>8200 Wilshire Blvd, Ste 400<br>Beverly Hills, CA 90211<br>Telephone number:  310–659–5444 | Bankruptcy Trustee (name and address):<br>none |

### Meeting of Creditors:

Date: **May 28, 2015**               Time: **03:15 PM**
Location: **915 Wilshire Blvd., 10th Floor, Meeting Room 5, Los Angeles, CA 90017**

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
Notice of deadline will be sent at a later time.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: July 27, 2015**

**Deadline to File a Complaint Objecting to Discharge of the Debtor:**
*First date set for hearing on confirmation of plan. Notice of that date will be sent at a later time.*

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your right in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U. S. Bankrupcty Court<br>255 East Temple Street,<br>Los Angeles, CA 90012<br>Telephone number:  855–460–9641 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
| Hours Open:  9:00 AM – 4:00 PM | Date:  April 29, 2015 |
| **(Form rev. 12/13 341–B9E)** | 6/OVI |

**EXPLANATIONS**     **B9E (Official Form 9E)(12/12)**

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend at the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a Chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code §1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to Chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

–– **Refer to Other Side for Important Deadlines and Notices** ––