JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax: (310) 878-8304
Proposed Reorganization Counsel for
Debtor-In-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR,<br><br>Chapter 11 Debtor and<br>Debtor-In-Possession. | Case No. 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**NOTICE OF APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY JEFFREY S. SHINBROT, APLC AS GENERAL INSOLVENCY COUNSEL [LOCAL RULE 2014-1(b)(2)].**<br><br>[No hearing required unless objection filed]<br>11 U.S.C. § 327(A); F.R.B.P. 2014; Local Rule 2014-1] |

**TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE AND TO ALL PARTIES ON THE ANNEXED SERVICE LIST:**

LEONARDA GUADALUPE AGUILAR, an individual, (hereinafter "Applicant"), chapter 11 debtor and debtor-in-possession, has filed an Application to Employ JEFFREY S. SHINBROT, A PROFESSIONAL LAW CORPORATION ("THE SHINBROT FIRM") as its general insolvency counsel in the above captioned Chapter 11 case.

**PLEASE TAKE NOTICE** that

a.     Pre-Petition the SHINBROT FIRM worked with the Applicant on several issues, secured creditor issues, formulation and preparation of documents and emergency pleadings in

pleadings in connection with the instant Chapter 11 filing and preliminary formulation of a Chapter 11 Plan. In the one year preceding the Petition Date, THE SHINBROT FIRM received retainers for these services (inclusive of Court filing fees) in the amount of $4,447.50, initial retainer. The payment was placed in THE SHINBROT FIRM's segregated Attorney/Client Trust account. $3800.33, of the retainers was expended prior to the filing of the instant emergency bankruptcy petition, including the filing fee of $1,717.00. The sum of $647.17, remains in THE SHINBROT'S FIRM'S segregated Attorney-Client Trust account.

      b. Compensation shall be made, if allowed by the Bankruptcy Court, in accordance with accordance with 11 U.S.C. Section 330, the Local Rules for the Central District of California and the Guidelines of the Office of the United States Trustee for the Central District of California.

      c. Jeffrey S. Shinbrot, will be principally responsible for this matter, his hourly rate for this case is $465. Rates for paralegals employed by the SHINBROT FIRM in this matter shall be $150 per hour.

      d. A copy of the Application is available upon request by contacting Jeffrey S. Shinbrot, Esq., 8200 Wilshire Blvd., Suite 400, Beverly Hills, California, 90211 (310) 659-5444.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Local Rule 2014-1 opposition to the Application, if any, must be filed within fourteen (14) days of service of this Notice. If you fail to file a written opposition within fourteen (14) days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Application and may grant the requested relief. Opposition to this Application, if any, must be filed in duplicate with the Bankruptcy Court and served on the Office of the United States Trustee at 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017, and the Proposed-Attorney for the Debtor: Jeffrey S. Shinbrot, Esq. 8200 Wilshire Blvd., Suite 400, Beverly Hills, California 90211.

DATED: _____
                                                    Jeffrey S. Shinbrot, Esquire
                                                    Proposed Attorney for Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY JEFFREY S. SHINBROT, APLC AS GENERAL INSOLVENCY COUNSEL:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X  1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/4/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kenneth G Lau    kenneth.g.lau@usdoj.gov, dare.law@usdoj.gov, Melanie.green@usdoj.gov
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**X  2. SERVED BY UNITED STATES MAIL:** On (*date*) 5/4/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**X  3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 5/4/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/4/2015 | Sandra Rodriguez | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

Asset Acceptance LLC
PO Box 2036
Warren, MI  48090


Bank Of America National Associati
100 North Tryon Street
Charlotte, NC  28202


Cach LLC
1101 Capital Of Texas Hwy Bldg K
Austin, TX  78746


Cain And Weiner
21210 Erwin Street
Woodland Hills, CA  91367


Capital One Bank
C/O Portfolio Recovery Associates L
PO Box 41067
Norfolk, VA  23541


Credit Protection Association
PO Box 7813
Baldwin Park, CA  91706-3000


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA  95812-2952


Herbert P Sears Collection Agency
PO Box 1231
Bakersfield, CA  93303

HSBC Bank USA National Association
1800 Tysons Blvd
McLean, VA  22102


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Marshack Medical MSO
8447 Wilshire Blvd Suite 202
Beverly Hills, CA  90211


Mervyn's
Retailer National Bank
PO Box 960013
Orlando, FL  32896-0013


Midland Funding LLC
By American Info Source LP As Agent
PO Box 4457
Houston, TX  77210-4457


Ocwen Loan Servicing
PO Box 6440
Carol Stream, IL  60197-6440


Ocwen Loan Servicing
320 West 4th Street Suite 750
Los Angeles, CA  90013-2344


Pacific Gas & Electricity
PO Box 11265
New York, NY  10286

```
Progressive Management System
1521 W Cameron Avenue Fl 1
West Covina, CA  91790


Recovery Management Systems
25 SE 2nd Avenue Suite 1120
Miami, FL  33131-1605


The Mortgage Store Financial Inc
660 So Figueroa Street 24th Floor
Los Angeles, CA  90017


The Mortgage Store Finanical Inc
707 Wilshire Blvd
Los Angeles, CA  90017-3501


United States Trustee Office
915 Wilshire Blvd Suite 1850
Los Angeles, CA  90017-0000


Wells Fargo Bank NA
MAC D3347-014
3476 Stateview Blvd
Fort Mill, SC  29715


Western Progressive LLC
Northpark Town Center
1000 Abernathy Rd NE Bldg 400 Suit
Atlanta, GA  30328


WFNNB-The Avenue
PO Box 659584
San Antonio, TX  78265
```