1    JEFFREY S. SHINBROT, ESQ. (SBN 155486)
     jeffrey@shinbrotfirm.com
2    JEFFREY S. SHINBROT, APLC
     8200 Wilshire Boulevard, Suite 400
3    Beverly Hills, California 90211
     Telephone:  (310) 659-5444
4    Fax (310) 878-8304

5    Proposed Reorganization Counsel to Chapter 11 Debtor
     and Debtor-in-Possession
6

7

8                    UNITED STATES BANKRUPTCY COURT

9         CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

10

11   In re                                  Case No. Case No.: 2:15-bk-16443-RN

12   LEONARDA GUADALUPE AGUILAR,            Chapter 11
     an individual
13                                          **NOTICE OF MOTION AND MOTION TO**
                                            **EXTEND TIME FOR FILING**
14               Chapter 11 Debtor and      **SCHEDULES, STATEMENS, LISTS AND**
                 Debtor-In-Possession.      **OTHER REQUIRED DOCUMENTS;**
15                                          **MEMORANDUM OF POINTS AND**
                                            **AUTHORITIES; DECLARATION OF**
16                                          **JEFFREY S. SHINBROT IN SUPPORT**
                                            **THEREOF**
17
                                            **[NO HEARING REQUIRED]**
18

19

20                                          **[Proposed Order Submitted Separately]**

21

22        **TO THE HONORABLE RICHARD M. NEITER, UNITED STATES**

23   **BANKRUPTCY JUDGE, AND TO OTHER INTERESTED PARTIES:**

24        COMES NOW Debtor LEONARDA GUADALUPE AGUILAR (hereinafter "Debtor")

25   by and through her undersigned attorney of record, and hereby submits the following motion for

26   an order extending time for filing the remainder of her Schedules, Statements, Lists, and other

27   required documents in the above captioned Chapter 11 case, pursuant to FRBP 1007 and Local

28   Rule 1007-1.

                                          1

In support thereof, the Debtor respectfully submits the following:

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### BACKGROUND FACTS

1. LEONARDA GUADALUPE AGUILAR filed her emergency chapter 11 petition on April 23, 2015 with the remaining schedules, statements, lists, and other required documents due on May 7, 2015. A true and correct copy of the Debtor's emergency petition with all papers filed electronically therewith is attached hereto as Exhibit 1.

2. The case was filed on an emergency basis due to pending foreclosure sale of the real property commonly known as 13781 Eldridge Avenue in Sylmar, California.

3. At the time the cases were filed, it was hoped that there would be sufficient time to review and input all the data, together with having an opportunity for the Debtor and counsel to meet and review the requisite documents, in order to file schedules and other required documents within the initial 14 day periods in each of the cases. As such, and given the fact that there are several properties involved in this matter, it has been more time consuming than usual for the Debtor to gather and collate all their information regarding liabilities and assets for counsel.

4. In short, although the Debtor have supplied counsel with much information, more information must be supplied and reviewed before an accurate disclosure can be presented to the court. Further, once the information is received, counsel may have more questions and will need to meet with the Debtors.

5. For the foregoing reasons, the Debtor respectfully requests a 14-day extension, through and including May 21, 2015, in order to allow the Debtor and Counsel to prepare and present accurate and correct schedules, statements, lists, and other required documents This extension will cause no delay in the case as the 341a Meeting in this case is set for May 28, 2015, such that the required documents will be filed prior to the 341(a) meeting. A copy of the proposed order is attached hereto as Exhibit 2.

6. Notice of this motion and this motion are being filed pursuant to FRBP's 1007 and Local Bankruptcy Rule 1007-1.

MOTION TO EXTEND TIME

## II.

### DISCUSSION

Federal Bankruptcy Rule 1007 and Local Rule 1007-1 permit an extension of time for debtors to file their schedules, statements, lists, and other required documents for "cause shown." For the reasons set forth above, the Debtor believes there is ample cause for a brief extension of the deadline. Hence, the Debtor respectfully requests a 14-day extension, through and including May 21, 2015, in order to allow the Debtor and Counsel to prepare and present accurate and correct schedules, statements, lists, and other required documents. This extension will cause no delay in the case as the 341a Meeting in this case is set for May 28, 2015, such that the required documents will be filed prior to the 341(a) meeting.

**WHEREFORE**, the Debtor respectfully requests that the Court grant a 14-day extension, through and including May 21, 2015, for the Debtor to file its remaining schedules, statements, lists, and other required documents, and that the Court grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: May 6, 2015                    JEFFREY S. SHINBROT, APLC

By: _____
Jeffrey S. Shinbrot, Proposed Attorney for Leonarda Guadalupe Aguilar

## DECLARATION OF JEFFREY S. SHINBROT

I, Jeffrey S. Shinbrot, do hereby declare as follows:

1.    My firm is the proposed chapter 11 general insolvency counsel for the above-captioned chapter 11 debtor. I am over the age of 18. I have personal knowledge of the matters set forth in this declaration, except where stated to be on information and belief, and if called to testify I could and would testify competently thereto.

2.    The instant chapter 11 case was filed as an emergency petition on April 23, 2015 with the remaining schedules, statements, lists, and other required documents due on May 7, 2015. A true and correct copy of the Debtor's emergency petition with all papers filed electronically therewith is attached hereto as Exhibit 1.

3.    The case was filed on an emergency basis due to a pending trustee's sale of the real property commonly known as 13781 Eldridge Avenue in Sylmar, California.

4.    At the time the case was filed, it was hoped that there would be sufficient time to review and input all the data, together with having an opportunity for me to meet with the Debtor and my office to meet and review the requisite documents, in order to file schedules and other required documents within the initial 14 day period in each of the cases. However, this has proven impossible based on the Debtor's work schedule. Frankly, I have significant information from the Debtor, but this information is not current and I am not comfortable presenting information in bankruptcy schedules that is not substantially current as of the Petition Date.

5.    In short, although the Debtor has supplied my office with much information, more information must be supplied and reviewed before an accurate disclosure can be presented to the Court. Further, once the information is received, I may have more questions and will need to meet with the Debtor.

6.    For the foregoing reasons, the Debtor respectfully requests a 14-day extension, through and including May 21 2015, in order to allow the Debtor and my office to prepare and present accurate and correct schedules, statements, lists, and other required documents. This extension will cause no delay in the case as the 341a Meeting in this case is set for May 28, 2015, such that the required documents will be filed prior to the 341(a) meeting. A true and correct copy

MOTION TO EXTEND TIME

1

2      of the proposed order is attached hereto as Exhibit 2.

3            I declare under penalty of perjury under the laws of the state of California that the

4      foregoing is true and correct.

5

6

7      Dated: May 6, 2015                    JEFFREY S. SHINBROT, APLC

8

9                                           By: _____

10                                              JEFFREY S. SHINBROT, ESQ.
                                                Proposed Reorganization Counsel for
11                                              Debtor-In-Possession

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO EXTEND TIME

**EXHIBIT 1**

B1 (Official Form 1) (04/13)

| United States Bankruptcy Court | |
|---|---|
| **Central District of California, San Fernando Valley Division** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Aguilar, Leonarda Guadalupe** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):    **1522** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**241 Redondo Avenue # 6**<br>**Long Beach, CA**<br>ZIPCODE **90803** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**13781 Elridge Avenue, Sylmar, CA**<br>ZIPCODE **91342** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☑ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                         Nonmain Proceeding |

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)  (04/13)

Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Aguilar, Leonarda Guadalupe** |

| All Prior Bankruptcy Case Filed Within Last 8 Years *(If more than two, attach additional sheet)* | | |
|---|---|---|
| Location<br>Where Filed: **See Schedule Attached** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor *(If more than one, attach additional sheet)* | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       Date</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                                Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Aguilar, Leonarda Guadalupe** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Leonarda Guadalupe Aguilar**<br>  Signature of Debtor         **Leonarda Guadalupe Aguilar**<br>X<br>  Signature of Joint Debtor<br><br>  Telephone Number (If not represented by attorney)<br><br>**April 23, 2015**<br>  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X<br>  Signature of Foreign Representative<br><br>  Printed Name of Foreign Representative<br><br>  Date |

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|
| X **/s/ Jeffrey S. Shinbrot, Esquire**<br>  Signature of Attorney for Debtor(s)<br><br>**Jeffrey S. Shinbrot, Esquire 155486**<br>**Jeffrey S. Shinbrot, APLC**<br>**8200 Wilshire Blvd., Suite 400**<br>**Beverly Hills, CA 90211**<br>**(310) 659-5444  Fax: (310) 878-8304**<br>**jeffrey@shinbrotfirm.com**<br><br><br><br>**April 23, 2015**<br>  Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>  Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>  Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>  Address |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X<br>  Signature of Authorized Individual<br><br>  Printed Name of Authorized Individual<br><br>  Title of Authorized Individual<br><br>  Date | X<br>  Signature<br><br>  Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

Case 2:15-bk-16443-RN    Doc 1    Filed 04/23/15    Entered 04/23/15 16:46:55    Desc
Main Document    Page 4 of 25

IN RE Aguilar, Leonarda Guadalupe _____    Case No. _____
                                    Debtor(s)

## VOLUNTARY PETITION
### Continuation Sheet - Page 1 of 1

Prior Bankruptcy Case Filed Within Last 8 Years:

**Location Where Filed: Central District-San Fernando Valley Division**
**Case Number: 1:11-Bk-17020-VK**
**Date Filed: 06/06/2011**

**Location Where Filed: Central District-San Fernando Valley Division**
**Case Number: 1:09-Bk-12118-KT**
**Date Filed: 02/26/2009**

**Location Where Filed: Central District-San Fernando Valley Division**
**Case Number: 1:10-Bk-14247-VK**
**Date Filed: 04/13/2010**

Case 2:15-bk-16443-RN    Doc 1    Filed 04/23/15    Entered 04/23/15 16:46:53    Desc
Main Document    Page 5 of 23

IN RE Aguilar, Leonarda Guadalupe _____    Case No. _____
                                    Debtor(s)

## VOLUNTARY PETITION
### Continuation Sheet - Page 1 of 1

Prior Bankruptcy Case Filed Within Last 8 Years:

   **Location Where Filed: Central District-San Fernando Valley Division**
   **Case Number: 1:11-Bk-17020-VK**
   **Date Filed: 06/06/2011**

   **Location Where Filed: Central District-San Fernando Valley Division**
   **Case Number: 1:09-Bk-12118-KT**
   **Date Filed: 02/26/2009**

   **Location Where Filed: Central District-San Fernando Valley Division**
   **Case Number: 1:10-Bk-14247-VK**
   **Date Filed: 04/13/2010**

<table>
<tr><td>Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Jeffrey S. Shinbrot, Esquire 155486<br>Jeffrey S. Shinbrot, APLC<br>8200 Wilshire Blvd., Suite 400<br>Beverly Hills, CA  90211<br>(310) 659-5444<br>(310) 878-8304<br><br>☒ Attorney for</td><td>FOR COURT USE ONLY</td></tr>
</table>

## United States Bankruptcy Court
## Central District of California, San Fernando Valley Division

| In re: | CASE NO.: |
|---|---|
| **Aguilar, Leonarda Guadalupe** | CHAPTER: **11** |
| Debtor(s). | ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (INDIVIDUAL)

☐ Petition, statement of affairs, schedules or lists            Date Filed:
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed:
☐ Other:                                                              Date Filed:

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s) (Form B21)* and provided the executed original to my attorney.

Signature of Signing Party _____ *Leonarda G. Aguilar* _____  Date __4/21/15__

**Aguilar, Leonarda Guadalupe**
Printed Name of Signing Party

Signature of Joint Debtor (if applicable) _____  Date _____

_____
Printed Name of Joint Debtor (if applicable)

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

Signature of Attorney for Signing Party _____  Date _____

**Jeffrey S. Shinbrot, Esquire**
Printed Name of Attorney for Signing Party

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Central District of California, San Fernando Valley Division

IN RE:                                                                                    Case No. _____

Aguilar, Leonarda Guadalupe _____          Chapter **11**

                  Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: */s/ Leonarda Guadalupe Aguilar* _____

Date: __April 23, 2015__

Certificate Number: 01267-CAC-CC-024989612



01267-CAC-CC-024989612

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 10, 2015</u>, at <u>11:25</u> o'clock <u>AM CST</u>, <u>Leonarda
Guadalupe D Aguilar</u> received from <u>Money Management International, Inc.</u>, an
agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the
<u>Central District of California</u>, an individual [or group] briefing that complied with
the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a
copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>February 10, 2015</u>          By:   <u>/s/Venita Jones</u>

                                        Name:  <u>Venita Jones</u>

                                        Title:  <u>Manager Phone Counseling</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    Debtor filed Chapter 13, Central District of California-San Fernando Valley Division,1:11-bk-17020VK, filed 06/06/2011, dismissed 06/06/2013; Debtor filed Chapter 13, Central District of California-San Fernando Valley Division,1:09-bk-12118-KT, filed 02/26/2009; Dismissed 04/2/2010; Debtor filed Chapter 13, Central District of California-San Fernando Valley Division,1:10-bk-14247-VK, filed 04/13/2010, dismissed 06/03/2011

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)


I declare, under penalty of perjury, that the foregoing is true and correct.


Executed at Beverly Hills, California.
Dated:

_____
/s/Leonarda guadalupe Aguilar
*Signature of Debtor-Leonarda Guadalupe Aguilar*


\

_____
*Signature of Joint Debtor*


This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California, San Fernando Valley Division

| IN RE: | Case No. _____ |
|---|---|
| Aguilar, Leonarda Guadalupe | Chapter 11 |
| Debtor(s) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| HSBC Bank USA, National Association<br>1800 Tysons Blvd.,<br>McLean, VA 22102 | Ocwen Loan Servicing<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 | Bank loan | | 1,480,000.00<br>Collateral:<br>800,000.00<br>Unsecured:<br>680,000.00 |
| Wells Fargo Bank, N.A.<br>MAC D3347-014<br>3476 Stateview Blvd.,<br>Fort Mill, SC 29715 | Bankruptcy Department | Bank loan | | 444,560.03<br>Collateral:<br>0.00<br>Unsecured:<br>444,560.03 |
| The Mortgage Store Finanical Inc.<br>707 Wilshire Blvd.<br>Los Angeles, CA 90017-3501 | Bank Of America, National Association<br>100 North Tryon Street<br>Charlotte, NC 28202 | Bank loan | Disputed | 120,000.00<br>Collateral:<br>800,000.00<br>Unsecured:<br>120,000.00 |
| Cach, LLC<br>1101 Capital Of Texas Hwy., Bldg K, #150<br>Austin, TX 78746 | | | | 7,216.00 |
| Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | | | | 6,612.80 |
| Capital One Bank<br>C/O Portfolio Recovery Associates LLC<br>P.O. Box 41067<br>Norfolk, VA 23541 | | | | 6,209.58 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | | 5,129.14 |
| Marshack Medical MSO<br>8447 Wilshire Blvd., Suite 202<br>Beverly Hills, CA 90211 | | | | 830.00 |
| Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | | | | 625.02 |
| WFNNB-The Avenue<br>PO Box 659584<br>San Antonio, TX 78265 | | | | 489.00 |
| Progressive Management System<br>1521 W. Cameron Avenue Fl 1<br>West Covina, CA 91790 | | | | 472.00 |

| | | |
|---|---|---|
| Pacific Gas & Electricity<br>PO Box 11265<br>New York, NY 10286 | | 430.00 |
| Credit Protection Association<br>PO Box 7813<br>Baldwin Park, CA 91706-3000 | | 416.00 |
| Cain And Weiner<br>21210 Erwin Street<br>Woodland Hills, CA 91367 | | 146.00 |
| Midland Funding, LLC<br>By American Info Source LP As Agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Mervyn's<br>Retailer National Bank<br>PO Box 960013<br>Orlando, FL 32896-0013 | 114.71 |
| Herbert P. Sears Collection Agency<br>PO Box 1231<br>Bakersfield, CA 93303 | | 61.00 |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: __April 23, 2015__    Signature  _/s/ Leonarda Guadalupe Aguilar_
                            of Debtor
                                                      Leonarda Guadalupe Aguilar

Date: _____    Signature
                            of Joint Debtor
                            (if any)

B6A (Official Form 6A) (12/07)

IN RE Aguilar, Leonarda Guadalupe                                              Case No. _____
_____                                    (If known)
                    Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Empty farm land located at 13781 Eldridge Avenue, Sylmar, CA 91342** | | | **800,000.00** | **1,600,000.00** |
| **Single Family Residence located at 10487 Laurel Canyon Blvd., Pacoima, CA 91331; Debtor is on title only, with her parents, the property has NO equity.** | | | **400,000.00** | **444,560.03** |
| | | TOTAL | **1,200,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

IN RE Aguilar, Leonarda Guadalupe                                                          Case No. _____
_____
                Debtor(s)                                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America checking account** | | 50.00 |
| | | **Bank of America savings account** | | 50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Household furnishings and appliances** | | 3,200.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Womens wearing apparel** | | 1,000.00 |
| 7.  Furs and jewelry. | | **Misc.,Jewerly** | | 500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C.§ 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **457b Retirement (ERISA QUALIFIED)** | | 7,000.00 |
| | | **CALPERS retirment(ERISA QUALIFIED)** | | 2,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Case 2:15-bk-16443-RR    Doc 1    Filed 04/29/15    Entered 04/29/15 16:48:53    Desc
Main Document    Page 14 of 26

B6B (Official Form 6B) (12/07) - Cont.

IN RE  Aguilar, Leonarda Guadalupe                                    Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Chevrolet Tahoe (120K plus mileage) | | 2,500.00 |
| | | 2001 Ford Expedition non-operational (vehicle a total loss in accident) | | 100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Case 2:15-bk-16443-RN    Doc 1    Filed 04/29/15    Entered 04/29/15 16:48:53    Desc
Main Document    Page 15 of 25

B6B (Official Form 6B) (12/07) -- Cont.

IN RE Aguilar, Leonarda Guadalupe _____    Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **16,400.00** |

_____0_____ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

IN RE Aguilar, Leonarda Guadalupe _____    Case No. _____
                               Debtor(s)                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:            ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Bank of America checking account** | CCCP § 703.140(b)(1) | 50.00 | 50.00 |
| **Bank of America savings account** | CCCP § 703.140(b)(5) | 50.00 | 50.00 |
| **Household furnishings and appliances** | CCCP § 703.140(b)(3) | 3,200.00 | 3,200.00 |
| **Womens wearing apparel** | CCCP § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| **Misc.,Jewerly** | CCCP § 703.140(b)(4) | 500.00 | 500.00 |
| **457b Retirement (ERISA QUALIFIED)** | CCCP § 703.140(b)(10)(E) | 7,000.00 | 7,000.00 |
| **CALPERS retirment(ERISA QUALIFIED)** | CCCP § 703.140(b)(10)(E) | 2,000.00 | 2,000.00 |
| **1999 Chevrolet Tahoe (120K plus mileage)** | CCCP § 703.140(b)(2) | 2,500.00 | 2,500.00 |
| **2001 Ford Expendition non-operational (vehicle a total loss in accident)** | CCCP § 703.140(b)(2) | 100.00 | 100.00 |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

IN RE Aguilar, Leonarda Guadalupe _____    Case No. _____
                        Debtor(s)                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HSBC Bank USA, National Association<br>1800 Tysons Blvd.,<br>McLean, VA  22102 | | | First deed of trust on 13781 Eldridge Avenue, Sylmar, Ca  91342.<br><br>VALUE $ **800,000.00** | | | | 1,480,000.00 | 680,000.00 |
| ACCOUNT NO.<br><br>Ocwen Loan Servicing<br>P.O. Box 6440<br>Carol Stream, IL  60197-6440 | | | Assignee or other notification for:<br>HSBC Bank USA, National Association<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Ocwen Loan Servicing<br>320 West 4th Street Suite 750<br>Los Angeles, CA  90013-2344 | | | Assignee or other notification for:<br>HSBC Bank USA, National Association<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Western Progressive, LLC<br>Northpark Town Center<br>1000 Abernathy Rd NE, Bldg 400 Suite 200<br>Atlanta, GA  30328 | | | Assignee or other notification for:<br>HSBC Bank USA, National Association<br><br>VALUE $ | | | | | |

___**1**___ continuation sheets attached

| | Subtotal<br>(Total of this page) | $ 1,480,000.00 | $ 680,000.00 |
|---|---|---|---|
| | Total<br>(Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Case 2:15-bk-16443-RR   Doc 1   Filed 04/29/15   Entered 04/29/15 16:48:58   Desc
Main Document    Page 18 of 25

B6D (Official Form 6D) (12/07) - Cont.

IN RE Aguilar, Leonarda Guadalupe

Debtor(s)

Case No. _____

(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> The Mortgage Store Finanical Inc. <br> 707 Wilshire Blvd. <br> Los Angeles, CA 90017-3501 | | | Secured equity line of credit on 13781 Elridge Avenue, Sylmar, CA 91342. <br><br><br> VALUE $ **800,000.00** | | | X | 120,000.00 | 120,000.00 |
| ACCOUNT NO. <br><br> Bank Of America, National Association <br> 100 North Tryon Street <br> Charlotte, NC 28202 | | | Assignee or other notification for: The Mortgage Store Finanical Inc. <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> The Mortgage Store Financial Inc. <br> 660 So Figueroa Street 24th Floor <br> Los Angeles, CA 90017 | | | Assignee or other notification for: The Mortgage Store Finanical Inc. <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. **3066** <br><br> Wells Fargo Bank, N.A. <br> MAC D3347-014 <br> 3476 Stateview Blvd., <br> Fort Mill, SC 29715 | | | Deed of trust on property located at 10487 Laurel Canyon lvd., Pacoima, CA 91331, debtor is on title only, equirty belongs to debtors parents. <br><br> VALUE $ | | | | 444,560.03 | 444,560.03 |
| ACCOUNT NO. <br><br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. _____ 1 ___ of _____ 1 ___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **564,560.03** | $ **564,560.03**

Total
(Use only on last page) $ **2,044,560.03** | $ **1,244,560.03**

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

IN RE __Aguilar, Leonarda Guadalupe__                                      Case No. _____
                    Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

Case 2:15-bk-16443-RR    Doc 10    Filed 04/29/15    Entered 04/29/15 16:48:55    Desc
Main Document    Page 26 of 26

IN RE Aguilar, Leonarda Guadalupe                                    Case No. _____
                        Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1522 <br><br> **Franchise Tax Board** <br> **Bankruptcy Section MS: A-340** <br> **PO Box 2952** <br> **Sacramento, CA 95812-2952** | | | **2006 Income tax** | | | | **6,612.80** | **6,612.80** | |
| ACCOUNT NO. 1522 <br><br> **Internal Revenue Service** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-7346** | | | **2006 Income tax** | | | | **5,129.14** | **5,129.14** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 11,741.94 | $ 11,741.94 | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 11,741.94 | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 11,741.94 | $ |

Case 2:15-bk-16443-RR    Doc 10    Filed 04/29/15    Entered 04/29/15 16:46:53    Desc
Main Document    Page 27 of 25

**United States Bankruptcy Court**
**Central District of California, San Fernando Valley Division**

IN RE:                                                          Case No. _____

Aguilar, Leonarda Guadalupe _____                    Chapter 11 _____
                        Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____4_____ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.


Date: April 23, 2015 _____    Signature: /s/ Leonarda Guadalupe Aguilar _____
                                                   Leonarda Guadalupe Aguilar                                    Debtor


Date: _____                    Signature: _____
                                                                                          Joint Debtor, if any


Date: April 23, 2015 _____    Signature: /s/ Jeffrey S. Shinbrot, Esquire _____
                                                   Jeffrey S. Shinbrot, Esquire 155486              Attorney (if applicable)

Case 2:15-bk-16443-RR    Doc 1    Filed 04/29/15    Entered 04/29/15 16:46:55    Desc
Main Document    Page 22 of 29

Leonarda Guadalupe Aguilar
241 Redondo Avenue # 6
Long Beach, CA  90803


Jeffrey S Shinbrot APLC
8200 Wilshire Blvd Suite 400
Beverly Hills, CA  90211


United States Trustee Office
915 Wilshire Blvd Suite 1850
Los Angeles, CA  90017-0000

Case 2:15-bk-16443-RN    Doc 1    Filed 04/23/15    Entered 04/23/15 16:46:58    Desc
Main Document    Page 23 of 25

Asset Acceptance LLC
PO Box 2036
Warren, MI  48090


Bank Of America National Associati
100 North Tryon Street
Charlotte, NC  28202


Cach LLC
1101 Capital Of Texas Hwy Bldg K
Austin, TX  78746


Cain And Weiner
21210 Erwin Street
Woodland Hills, CA  91367


Capital One Bank
C/O Portfolio Recovery Associates L
PO Box 41067
Norfolk, VA  23541


Credit Protection Association
PO Box 7813
Baldwin Park, CA  91706-3000


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA  95812-2952


Herbert P Sears Collection Agency
PO Box 1231
Bakersfield, CA  93303

HSBC Bank USA National Association
1800 Tysons Blvd
McLean, VA  22102


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Marshack Medical MSO
8447 Wilshire Blvd Suite 202
Beverly Hills, CA  90211


Mervyn's
Retailer National Bank
PO Box 960013
Orlando, FL  32896-0013


Midland Funding LLC
By American Info Source LP As Agent
PO Box 4457
Houston, TX  77210-4457


Ocwen Loan Servicing
PO Box 6440
Carol Stream, IL  60197-6440


Ocwen Loan Servicing
320 West 4th Street Suite 750
Los Angeles, CA  90013-2344


Pacific Gas & Electricity
PO Box 11265
New York, NY  10286

Progressive Management System
1521 W Cameron Avenue Fl 1
West Covina, CA  91790


Recovery Management Systems
25 SE 2nd Avenue Suite 1120
Miami, FL  33131-1605


The Mortgage Store Financial Inc
660 So Figueroa Street 24th Floor
Los Angeles, CA  90017


The Mortgage Store Finanical Inc
707 Wilshire Blvd
Los Angeles, CA  90017-3501


United States Trustee Office
915 Wilshire Blvd Suite 1850
Los Angeles, CA  90017-0000


Wells Fargo Bank NA
MAC D3347-014
3476 Stateview Blvd
Fort Mill, SC  29715


Western Progressive LLC
Northpark Town Center
1000 Abernathy Rd NE Bldg 400 Suit
Atlanta, GA  30328


WFNNB-The Avenue
PO Box 659584
San Antonio, TX  78265

**EXHIBIT 2**

1  JEFFREY S. SHINBROT, ESQ. (SBN 155486)
   jeffrey@shinbrotfirm.com
2  JEFFREY S. SHINBROT, APLC
   8200 Wilshire Boulevard, Suite 400
3  Beverly Hills, California 90211
   Telephone:  (310) 659-5444
4  Fax (310) 878-8304
   Proposed Reorganization Counsel to Chapter 11 Debtor
5  and Debtor-in-Possession

6              UNITED STATES BANKRUPTCY COURT

7        CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

8

9  In re                                Case No. Case No.: 2:15-bk-16443-RN

10 LEONARDA GUADALUPE AGUILAR,           Chapter 11
   an individual
11                                       **ORDER GRANTING DEBTOR'S MOTION TO
            Chapter 11 Debtor and        EXTEND TIME FOR FILING SCHEDULES,
12          Debtor-In-Possession         STATEMENTS, LISTS, AND OTHER
                                         REQUIRED DOCUMENTS**
13

14

15

16

17        The Court having considered LEONARDA GUADALUPE AGUILAR'S Notice of

18 Motion and Motion to Extend Time for Filing Schedules, Statements, Lists, and Other Required

19 Documents; Memorandum of Points and Authorities; Declaration of Jeffrey S. Shinbrot in

20 Support Thereof ("Motion"), and good cause appearing therefor, **ORDERS** that the Motion is

21 granted and the Debtor is granted a 14-day extension, through and including May 21, 2015, to file

22 her remaining schedules, statements, lists, and other required documents.

23                              ###

24

25

26

27

28
                                    1        ORDER GRANTING MOTION TO EXTEND
                                             TIME TO FILES SCHEDULES, ETC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/07/2015    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kenneth G Lau    kenneth.g.lau@usdoj.gov
• Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
• United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 05/07/2015   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/07/2015   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 05/07/2015 | Sandra Rodriguez | |
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## TOP 20 UNSECURED CREDITORS

HSBC Bank USA, National Association
1800 Tysons Blvd.,
McLean, VA  22102

Wells Fargo Bank, NA
MAC D3347-014
3476 Statview Blvd.
Fort Mill, SC  29715

The Mortgage Store Financial Inc.
707 Wilshire Blvd.
Los Angeles, CA  90017-3501

Cach, LLC
1101 Capital Of Texas Hwy., Bldg. K #150
Austin, TX  78746

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA  95812-2952

Capital One Bank
C/O Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA  23541

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Marshack Medical MSO
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA  90211

Asset Acceptance, LLC
PO Box 2036
Warren, MI  48090

WFNNB-The Avenue
P.O. Box 659584
San Antonio, TX  78265

Progressive Management Systems
1521 W. Cameron Avenue Fl. 1
West Covina, CA  91790

Pacific Gas & Electricity
P.O. Box 11265
New York, NY  10286

Credit Protection Association
PO Box 7813
Baldwin Park, CA  91706-3000

Cain and Weiner
21210 Erwin Street
Woodland Hills, CA 91367

Midland Funding, LLC
By American Info Source LP As Agent
PO Box 4457
Houston, TX  77210-4457

Herbert P. Sears Collection Agency
PO Box 1231
Bakersfield, CA  93303