| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jeffrey S. Shinbrot, Esquire (155486)<br>JEFFREY S. SHINBROT, APLC<br>8200 Wilshire Blvd., Suite 400<br>Beverly Hills, CA  90211<br>(310)659-5444<br>(310)878-8304 Fax<br>jeffrey@shinbrotfirm.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Proposed *Attorney for:* Leonarda Guadalupe Aguilar | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| | |
|---|---|
| In re:<br><br>LEONARDA GUADALUPE AGUILAR<br><br><br><br><br>Debtor(s) | CASE NO.: 2:15-bk-16443-RN<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion¹*):<br><u>MOTION TO EXTEND TIME FOR FILING SCHEDULES, STATEMENTS, LISTSK, AND OTHER REQUIRED DOCUMENTS</u> |

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME FOR FILING SCHEDULES, STATEMENTS, LISTS, AND OTHER REQUIRED DOCUMENTS:</u>was lodged on (*date*) <u>05/7/2015</u> and is attached.  This order relates to the motion which is docket number <u>10</u>.

---

¹ Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 Page 1                              F 9021-1.2.BK.NOTICE.LODGMENT

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Thursday, May 07, 2015

CONFIRMATION :

Your Lodged Order Info:
( **574182.doc** )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: Leonarda Guadalupe Aguilar
- **Case Number**: 15-16443
- **Judge Initial**: RN
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 10
- **On Date**: 05/07/2015 @ 10:37 AM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304
Proposed Reorganization Counsel to Chapter 11 Debtor
and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR,<br>an individual<br><br>          Chapter 11 Debtor and<br>          Debtor-In-Possession | Case No. Case No.: 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME FOR FILING SCHEDULES, STATEMENTS, LISTS, AND OTHER REQUIRED DOCUMENTS** |

The Court having considered LEONARDA GUADALUPE AGUILAR'S Notice of Motion and Motion to Extend Time for Filing Schedules, Statements, Lists, and Other Required Documents; Memorandum of Points and Authorities; Declaration of Jeffrey S. Shinbrot in Support Thereof ("Motion"), and good cause appearing therefor, **ORDERS** that the Motion is granted and the Debtor is granted a 14-day extension, through and including May 21, 2015, to file her remaining schedules, statements, lists, and other required documents.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X  1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/7/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kenneth G Lau    kenneth.g.lau@usdoj.gov, dare.law@usdoj.gov, Melanie.green@usdoj.gov
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**X  2. SERVED BY UNITED STATES MAIL**: On (*date*) 05/07/2015 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/7/2015 | Sandra Rodriguez | *(signed)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                                F 9021-1.2.BK.NOTICE.LODGMENT

**TOP 20 UNSECURED CREDITORS**

HSBC Bank USA, National Association
1800 Tysons Blvd.,
McLean, VA  22102

Wells Fargo Bank, NA
MAC D3347-014
3476 Statview Blvd.
Fort Mill, SC  29715

The Mortgage Store Financial Inc.
707 Wilshire Blvd.
Los Angeles, CA  90017-3501

Cach, LLC
1101 Capital Of Texas Hwy., Bldg. K #150
Austin, TX  78746

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA  95812-2952

Capital One Bank
C/O Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA  23541

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Marshack Medical MSO
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA  90211

Asset Acceptance, LLC
PO Box 2036
Warren, MI  48090

WFNNB-The Avenue
P.O. Box 659584
San Antonio, TX  78265

Progressive Management Systems
1521 W. Cameron Avenue Fl. 1
West Covina, CA  91790

Pacific Gas & Electricity
P.O. Box 11265
New York, NY  10286

Credit Protection Association
PO Box 7813
Baldwin Park, CA  91706-3000

Cain and Weiner
21210 Erwin Street
Woodland Hills, CA 91367

Midland Funding, LLC
By American Info Source LP As Agent
PO Box 4457
Houston, TX  77210-4457

Herbert P. Sears Collection Agency
PO Box 1231
Bakersfield, CA  93303