# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF U.S. TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE

**DEBTOR(S) INFORMATION:**  
Leonarda Guadalupe Aguilar  
**SSN:** xxx–xx–1522  
**EIN:** N/A

241 Redondo Avenue # 6  
Long Beach, CA 90803

**BANKRUPTCY NO.**  2:15–bk–16443–RN  
**CHAPTER**  11

Notice is hereby given that a hearing in this case will be held at:

**Date:**  6/30/2015  
**Time:**  9:00 am  
**Location:**  **255 E. Temple Street Courtroom 1645**  
**Los Angeles CA 90012**

To consider and act upon the following:

Motion of the United States Trustee to dismiss or convert Chapter 11 case to one under Chapter 7; memorandum of points and authorities; and declaration in support thereof.

Objections to the above shall be made in writing and filed with the Court and served upon the United States Trustee at least **FOURTEEN (14) DAYS** prior to the hearing date. Any objections not filed and served may be deemed waived. See Local Bankruptcy Rule 9013–1(a)(7).

For further information, please refer to the Court file or contact the Office of the United States Trustee.

Dated: May 19, 2015

For The Court,  
**Kathleen J. Campbell**  
Clerk of Court