United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 15-16443-RN
Leonarda Guadalupe Aguilar                                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2           User: pjonesC              Page 1 of 2                Date Rcvd: May 19, 2015
                               Form ID: ntm2              Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2015.
db             +Leonarda Guadalupe Aguilar,    241 Redondo Avenue # 6,    Long Beach, CA 90803-5924
smg            +L.A. County Tax Collector,    Bankruptcy Unit,   P.O. Box 54110,    Los Angeles, CA 90054-0110
smg             Los Angeles City Clerk,    P.O. Box 53200,   Los Angeles, CA  90053-0200
smg            +Securities & Exchange Commission,    444 South Flower St., Suite 900,
                 Los Angeles, CA 90071-2934
cr             +OCWEN LOAN SERVICING, LLC,    Law Offices of Les Zieve,    30 Corporate Park, Suite 450,
                 Irvine, CA 92606-3401
36217320       +Bank Of America, National Associati,    100 North Tryon Street,    Charlotte, NC 28202-4000
36217321       +Cach, LLC,    1101 Capital Of Texas Hwy., Bldg K,,    Austin, TX 78746-6445
36217322       +Cain And Weiner,    21210 Erwin Street,    Woodland Hills, CA 91367-3714
36217323       +Capital One Bank,    C/O Portfolio Recovery Associates L,   P.O. Box 41067,
                 Norfolk, VA 23541-1067
36217324       +Credit Protection Association,    PO Box 7813,   Baldwin Park, CA 91706
36217327       +HSBC Bank USA, National Association,    1800 Tysons Blvd.,,    McLean, VA 22102-4257
36217326       +Herbert P. Sears Collection Agency,    PO Box 1231,    Bakersfield, CA 93302-1231
36217329       +Marshack Medical MSO,   8447 Wilshire Blvd., Suite 202,    Beverly Hills, CA 90211-3207
36271316       +Midland Credit Management, Inc,    as agent for Asset Acceptance LLC,    PO Box 2036,
                 Warren, MI 48090-2036
36217332        Ocwen Loan Servicing,    P.O. Box 6440,   Carol Stream, IL 60197-6440
36217333       +Ocwen Loan Servicing,    320 West 4th Street Suite 750,    Los Angeles, CA 90013-2349
36217334       +Pacific Gas & Electricity,    PO Box 11265,   New York, NY 10286-1265
36217335       +Progressive Management System,    1521 W. Cameron Avenue Fl 1,    West Covina, CA 91790-2738
36217337       +The Mortgage Store Financial Inc.,    660 So Figueroa Street 24th Floor,
                 Los Angeles, CA 90017-3453
36217338        The Mortgage Store Finanical Inc.,    707 Wilshire Blvd.,    Los Angeles, CA 90017-3501
36217342       +WFNNB-The Avenue,    PO Box 659584,   San Antonio, TX 78265-9584
36217340       +Wells Fargo Bank, N.A.,    MAC D3347-014,   3476 Stateview Blvd.,,    Fort Mill, SC 29715-7203
36217341       +Western Progressive, LLC,    Northpark Town Center,   1000 Abernathy Rd NE, Bldg 400 Suit,
                 Atlanta, GA 30328-5614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: itcdbg@edd.ca.gov May 20 2015 02:14:34      Employment Development Dept.,
                 Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA  94280-0001
36217319       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 20 2015 02:14:35      Asset Acceptance LLC,
                 PO Box 2036,   Warren, MI 48090-2036
36217325        E-mail/Text: BKBNCNotices@ftb.ca.gov May 20 2015 02:14:47      Franchise Tax Board,
                 Bankruptcy Section MS: A-340,   PO Box 2952,   Sacramento, CA 95812-2952
36217328        E-mail/Text: cio.bncmail@irs.gov May 20 2015 02:14:32      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
36217330        E-mail/PDF: gecsedi@recoverycorp.com May 20 2015 02:09:25      Mervyn's,
                 Retailer National Bank,   PO Box 960013,   Orlando, FL 32896-0013
36217331        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 20 2015 02:18:27      Midland Funding, LLC,
                 By American Info Source LP As Agent,   PO Box 4457,    Houston, TX 77210-4457
36217336        E-mail/PDF: rmscedi@recoverycorp.com May 20 2015 02:09:26      Recovery Management Systems,
                 25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
36217339       +E-mail/Text: USTPregion16.LA.ECF@USDOJ.GOV May 20 2015 02:14:34
                 United States Trustee Office,   915 Wilshire Blvd., Suite 1850,    Los Angeles, CA 90017-3560
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Franchise Tax Board,   Bankruptcy Section MS: A-340,    P.O. Box 2952,
                 Sacramento, CA  95812-2952
smg*            Internal Revenue Service,   PO Box 7346,   Philadelphia, PA  19101-7346
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0973-2           User: pjonesC              Page 2 of 2                   Date Rcvd: May 19, 2015
                               Form ID: ntm2              Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2015 at the address(es) listed below:
              Jeffrey S Shinbrot    on behalf of Debtor Leonarda Guadalupe Aguilar jeffrey@shinbrotfirm.com,
               sandra@shinbrotfirm.com
              Kenneth G Lau    on behalf of U.S. Trustee    United States Trustee (LA) kenneth.g.lau@usdoj.gov
              Leslie M Klott    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bankruptcy@zievelaw.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF U.S. TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE

**DEBTOR(S) INFORMATION:**
Leonarda Guadalupe Aguilar
**SSN:** xxx–xx–1522
**EIN:** N/A

241 Redondo Avenue # 6
Long Beach, CA 90803

**BANKRUPTCY NO.** 2:15–bk–16443–RN
**CHAPTER** 11

Notice is hereby given that a hearing in this case will be held at:

**Date:** 6/30/2015
**Time:** 9:00 am
**Location:** **255 E. Temple Street Courtroom 1645
Los Angeles CA 90012**

To consider and act upon the following:

Motion of the United States Trustee to dismiss or convert Chapter 11 case to one under Chapter 7; memorandum of points and authorities; and declaration in support thereof.

Objections to the above shall be made in writing and filed with the Court and served upon the United States Trustee at least **FOURTEEN (14) DAYS** prior to the hearing date. Any objections not filed and served may be deemed waived. See Local Bankruptcy Rule 9013–1(a)(7).

For further information, please refer to the Court file or contact the Office of the United States Trustee.

Dated: May 19, 2015

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntm2 2/2001) VAN–45

**15 / PRJ**