JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304
Proposed Reorganization Counsel to Chapter 11 Debtor
and Debtor-in-Possession

**FILED & ENTERED**

**MAY 22 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
BY **Julie** DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR,<br>an individual<br><br>　　　　Chapter 11 Debtor and<br>　　　　Debtor-In-Possession | Case No. Case No.: 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME FOR FILING SCHEDULES, STATEMENTS, LISTS, AND OTHER REQUIRED DOCUMENTS** |

The Court having considered LEONARDA GUADALUPE AGUILAR'S Notice of Motion and Motion to Extend Time for Filing Schedules, Statements, Lists, and Other Required Documents; Memorandum of Points and Authorities; Declaration of Jeffrey S. Shinbrot in Support Thereof ("Motion"), and good cause appearing therefor, **ORDERS** that the Motion is granted and the Debtor is granted a 14-day extension, through and including May 21, 2015, to file her remaining schedules, statements, lists, and other required documents.

**It is so ordered.**

###

Date: May 22, 2015

_____
Richard M. Neiter
United States Bankruptcy Judge

1    ORDER GRANTING MOTION TO EXTEND
TIME TO FILES SCHEDULES, ETC.