United States Bankruptcy Court
Central District of California

In re:  
Leonarda Guadalupe Aguilar  
       Debtor

Case No. 15-16443-RN  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: pjonesC    Page 1 of 1    Date Rcvd: May 22, 2015  
                  Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2015.  
db           +Leonarda Guadalupe Aguilar,   241 Redondo Avenue # 6,   Long Beach, CA 90803-5924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2015                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2015 at the address(es) listed below:  
          Jeffrey S Shinbrot   on behalf of Debtor Leonarda Guadalupe Aguilar jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com  
          Kenneth G Lau   on behalf of U.S. Trustee   United States Trustee (LA) kenneth.g.lau@usdoj.gov  
          Leslie M Klott   on behalf of Creditor   OCWEN LOAN SERVICING, LLC bankruptcy@zievelaw.com  
          United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov  
                                                                                                                                  TOTAL: 4

JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304
Proposed Reorganization Counsel to Chapter 11 Debtor
and Debtor-in-Possession

**FILED & ENTERED**

**MAY 22 2015**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY Jones DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR,<br>an individual<br><br>Chapter 11 Debtor and<br>Debtor-In-Possession | Case No. Case No.: 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME FOR FILING SCHEDULES, STATEMENTS, LISTS, AND OTHER REQUIRED DOCUMENTS** |

The Court having considered LEONARDA GUADALUPE AGUILAR'S Notice of Motion and Motion to Extend Time for Filing Schedules, Statements, Lists, and Other Required Documents; Memorandum of Points and Authorities; Declaration of Jeffrey S. Shinbrot in Support Thereof ("Motion"), and good cause appearing therefor, **ORDERS** that the Motion is granted and the Debtor is granted a 14-day extension, through and including May 21, 2015, to file her remaining schedules, statements, lists, and other required documents.

**It is so ordered.**

###

Date: May 22, 2015

Richard M. Neiter
United States Bankruptcy Judge

1    ORDER GRANTING MOTION TO EXTEND
TIME TO FILES SCHEDULES, ETC.