United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 15-16443-RN
Leonarda Guadalupe Aguilar                                                      Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: oventuraC          Page 1 of 1              Date Rcvd: May 22, 2015
                              Form ID: van116          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2015.
db            +Leonarda Guadalupe Aguilar,    241 Redondo Avenue # 6,    Long Beach, CA 90803-5924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2015                                  Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2015 at the address(es) listed below:
              Jeffrey S Shinbrot    on behalf of Debtor Leonarda Guadalupe Aguilar jeffrey@shinbrotfirm.com,
               sandra@shinbrotfirm.com
              Kenneth G Lau    on behalf of U.S. Trustee    United States Trustee (LA) kenneth.g.lau@usdoj.gov
              Leslie M Klott    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bankruptcy@zievelaw.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 4

| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District Of California** | |
| In re: <br> Leonarda Guadalupe Aguilar | CHAPTER NO.:  11 |
| | CASE NO.: 2:15–bk–16443–RN |

# NOTICE OF DEFICIENCY OF FILING FEES
# REQUIRED TO ADD ADDITIONAL CREDITORS

To: Debtor and Debtor's Attorney of Record,

On  05/21/2015  the Clerk's office accepted for filing a mailing matrix and/or schedule D, E, or F listing new creditors to be added to the above–listed case. The Court must collect a **$30.00** filing fee whenever creditors are added to the mailing matrix and/or Schedule D, E, or F are amended.

Please be aware that no action will be taken by the Court regarding this filing as the creditor(s) will not be added to the case **until after** the filing fee for the document(s) listed above is paid. Note that only parties entered in the case will receive notifications from the court. **To ensure the additional creditor(s) timely receive documents to which they are entitled, please submit the required fling fee immediately.**

Bankruptcy Court Fees may be paid by:

(1)   Cash – only acceptable if paying in person.

(2)   U.S. Postal Service money order or cashier's check from an acceptable financial Institution made payable to the **U.S. Bankruptcy Court.**

   **Credit Cards and Personal/Business Checks ARE NOT ACCEPTED from DEBTORS to pay fees.**

(3)   Attorney or law firm checks must include a current pre–printed name, street address, telephone number and California attorney bar number.

(4)   Credit card transactions must be made in person by the cardholder, however, this does not apply to electronically filed documents.

Send a copy of this notice with proper payment to:

**255 E. Temple Street, Room 940, Los Angeles, CA 90012**.

Any questions regarding the Court's policies for payment of this fee and/or the check acceptance policy should be directed to 213–894–3118, Monday through Friday, 9:00 a.m. to 4:00 p.m. excluding federal holidays.

**BY ORDER OF THE COURT**

Dated: May 22, 2015

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

**By: Olivia Ventura**
   **Deputy Clerk**

ndfacr–van116 (11/2012)                                                                                                                    **20 – 18 / OVI**