JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304

Proposed Reorganization Counsel to Chapter 11 Debtor
and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR,<br>an individual<br><br>Chapter 11 Debtor and<br>Debtor-In-Possession. | Case No. Case No.: 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED 341(a) MEETING OF CREDITORS**<br><br>[Current Date/Time/Place]<br><br>Date: May 28, 2015<br>Time: 3:15 p.m.<br>Place: 915 Wilshire Blvd., 10th Floor,<br>Meeting room 5<br>Los Angeles, CA 90017<br><br>[New Date/Time/Place]<br><br>**Date: June 11, 2015**<br>**Time: 3:15 p.m.**<br>**Place: 915 Wilshire Blvd., 10th Floor,**<br>**Meeting room 5**<br>**Los Angeles, CA 90017** |

**TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE, AND TO OTHER INTERESTED PARTIES:**

Please take Notice that the 341(a) Meeting of Creditors in the matter referenced above has

been continued from May 28, 2015, to June 11, 2015, at 3:15 p.m. in meeting room 5 at 915 Wilshire Blvd., Los Angeles, California.

Dated: May 27, 2015

JEFFREY S. SHINBROT, APLC

By: _____
JEFFREY S. SHINBROT, ESQ.
Proposed Reorganization Counsel for
Debtor-In-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA  90211

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED 341(a) MEETING OF CREDITORS:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X  1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/27/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**X  2. SERVED BY UNITED STATES MAIL**: On (*date*) 05/27/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**X  3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/27/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/27/2015 | Sandra Rodriguez | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**

OCWEN LOAN SERVICING, LLC
Law Offices of Les Zieve
30 Corporate Park, Suite 450
Irvine, CA 92606-3401

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036

Bank Of America, National Associati
100 North Tryon Street
Charlotte, NC 28202-4000

Cach, LLC
1101 Capital Of Texas Hwy., Bldg K,
Austin, TX 78746-6445

Cain And Weiner
21210 Erwin Street
Woodland Hills, CA 91367-3714

Capital One Bank
C/O Portfolio Recovery Associates L
P.O. Box 41067
Norfolk, VA 23541-1067

Credit Protection Association
PO Box 7813
Baldwin Park, CA 91706

Edelmira Estrada
C/O Kiesel Law LLP
8648 Wilshire Blvd.,
Beverly Hills, CA 90211-2910

Financial Credit Netwo
1300 W Maint
Visalia, CA 93291-5825

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Grant & Weber
26575 West Agoura Road
Calabasas, CA 91302-1958

HSBC Bank USA, National Association
1800 Tysons Blvd.,
McLean, VA 22102-4257

Herbert P. Sears Collection Agency
PO Box 1231
Bakersfield, CA 93302-1231

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jilbert Tahmazian, Esquire
1518 W. Glenoaks Blvd.
Glendale, CA 91201-1913

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Marshack Medical MSO
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA 90211-3207

Mervyn's
Retailer National Bank
PO Box 960013
Orlando, FL 32896-0013

Midland Credit Management, Inc
as agent for Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036

Midland Funding, LLC
By American Info Source LP As Agent
PO Box 4457
Houston, TX 77210-4457

Ocwen Loan Servicing
320 West 4th Street Suite 750
Los Angeles, CA 90013-2349

Ocwen Loan Servicing
P.O. Box 6440
Carol Stream, IL 60197-6440

Ocwen Loan Servicing, LLC
12650 Ingenuity Drive
Orlando, FL 32826-2703

Pacific Gas & Electricity
PO Box 11265
New York, NY 10286-1265

Paula A. Wyatt, Esquire
Wyatt Law Firm, LTD.
70 NE Loop 410 Suite 725
San Antonio, TX 78216-5843

Progressive Management System
1521 W. Cameron Avenue Fl 1
West Covina, CA 91790-2738

Recovery Management Systems
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

So Calif Edison Compan
2131 Walnut Grove Ave
Rosemead, CA 91770-3769

The Mortgage Store Financial Inc.
660 So Figueroa Street 24th Floor
Los Angeles, CA 90017-3453

The Mortgage Store Finanical Inc.
707 Wilshire Blvd.
Los Angeles, CA 90017-3501

Tsi/980
2920 Prospect Park
Rancho Cordova, CA 95670-6036


United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

United States Trustee Office
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

Vicente M. Aguilar
10487 Laurel Canyon Blvd.,
Pacoima, CA 91331-3660


WFNNB-The Avenue
PO Box 659584
San Antonio, TX 78265-9584

Wells Fargo Bank, N.A.
MAC D3347-014
3476 Stateview Blvd.,
Fort Mill, SC 29715-7203

Western Progressive, LLC
Northpark Town Center
1000 Abernathy Rd NE, Bldg 400 Suit
Atlanta, GA 30328-5614

DEBTOR
Leonarda Guadalupe Aguilar
241 Redondo Avenue # 6
Long Beach, CA 90803-5924