JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax: (310) 878-8304

Proposed Reorganization Counsel for
Debtor-In-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR,<br><br>Chapter 11 Debtor and Debtor-In-Possession. | Case No.:2:15-bk-16443-RN<br><br>Chapter 11<br><br>**SUPPLEMENTTAL DECLARATION OF JEFFREY S. SHINBROT IN SUPPORT OF APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY JEFFREY S. SHINBROT, APLC AS GENERAL INSOLVENCY COUNSEL** |

I, Jeffrey S. Shinbrot, declare and state as follows:

1. I am the proposed chapter 11 reorganization counsel LEONARDA GUADALUPE AGUILAR (the "Debtor") and as to the following facts, I know them to be true of my own personal knowledge.

2. On May 4, 2015, I caused to be filed on behalf of the Debtor, an Application of the Debtor and Debtor-in-Possession to Employ Jeffrey S. Shinbrot, APLC as General Insolvency Counsel (the "Application" at docket number 8)

3. As set forth in the retainer agreement dated April 21, 2015, (commencing on

SUPPLEMENTAL DECLARTION RE:
APPLICATION TO EMPLOY

page 12 of the Application) by and between my offices and the Debtor, my hourly rate for this matter is $465, the rate for paralegals at my firm is $125.

4. The Declaration of Disinterestedness annexed to the Application incorrectly states that my hourly rate is $475 (the correct rate as set forth in the retainer agreement is $465). Further, the Application incorrectly states that the hourly rate for paralegals at my firm is $150.00 (the correct hourly rate is set forth in the retainer agreement is $125).

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Dated: 6/4/15

Jeffrey S. Shinbrot

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF JEFFREY S. SHINBROT IN SUPPORT OF APPLICATION OF DEBTOR AND DEBTOR TO EMPLOY JEFFREY S. SHINBROT, APLC AS GENERAL INSOLVENCY COUNSEL:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X   1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/5/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie M Klott   bankruptcy@zievelaw.com
- Kenneth G Lau   kenneth.g.lau@usdoj.gov
- Jeffrey S Shinbrot   jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**X   2. SERVED BY UNITED STATES MAIL**: On (*date*) 05/27/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**X   3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/27/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/5/2015 | Sandra Rodriguez | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                              F 9013-3.1.PROOF.SERVICE