| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey S. Shinbrot, Esquire (155486)<br>JEFFREY S. SHINBROT, APLC<br>8200 Wilshire Blvd., Suite 400<br>Beverly Hills, CA 90211<br>(310)659-5444<br>(310)878-8304 Fax<br>jeffrey@shinbrotfirm.com | |

☐ *Movant(s) appearing without an attorney*
☒ *Attorney for Movant(s)*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>LEONARDA GUADALUPE AGUILAR | CASE NO.: 2:15-bk-16443-RN<br>CHAPTER: 11 |
|---|---|
| | **DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)** |
| Debtor(s). | [No Hearing Required] |

1.  I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2.  On: _____5/4/2015_____ Movant(s) filed a motion entitled: Application of Debtor and Debtor-In-Possession To Employ Jeffrey S. Shinbrot, APLC As General Insolvency Counsel

3.  A copy of the motion and notice of motion is attached hereto.

4.  **On** _____5/4/2015_____, Movant(s) served a copy of ☐ the notice of motion or ☒ the motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5.  **Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline for filing and serving a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).**

6.  **More than** __38__ **days have passed since Movant(s) served the notice of motion.**

7.  **I have checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing has been timely filed.**

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*February 2013*                    Page 1                    **F 9013-1.2.NO.HEARING.DEC**

8.  **No response and request for hearing has been timely served on Movant(s) at the street address, email address, or facsimile number specified in the notice of motion.**

9.  Based upon the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

WHEREFORE, Movant(s) requests that the motion be granted and an order be entered without a hearing on the motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 6/11/2015

_____
Signature

Jeffrey S. Shinbrot, Esquire
Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

February 2013                              Page 2                              F 9013-1.2.NO.HEARING.DEC

**APPLICATION**

JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax: (310) 878-8304

Proposed Reorganization Counsel for
Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR,<br><br>Chapter 11 Debtor and<br>Debtor-In-Possession. | Case No.:2:15-bk-16443-RN<br><br>Chapter 11<br><br>**APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY JEFFREY S. SHINBROT, APLC AS GENERAL INSOLVENCY COUNSEL [LOCAL RULE 2014-1(b)(2)].**<br><br>[No hearing required unless objection filed]<br>11 U.S.C. § 327(a); F.R.B.P. 2014; Local Rule 2014-1] |

TO THE HONORABLE RICHARD M. NEITER, UNITED STATES

BANKRUPTCY JUDGE AND TO ALL PARTIES ON THE ANNEXED SERVICE

LIST:

    LEONARDA GUADALUPE AGUILAR, an individual (hereinafter "Applicant"), chapter

11 debtor and debtor-in-possession, respectfully represents as follows:

    1.    Applicant filed for relief under Chapter 11 of the United States Bankruptcy Code

on April 23, 2015.

2. Applicant proposes to employ JEFFREY S. SHINBROT, A PROFESSIONAL LAW CORPORATION (hereinafter "THE SHINBROT FIRM") to serve as its general insolvency counsel.

3.    THE SHINBROT FIRM has experience in matters of this nature and Applicant believes that they are well qualified to represent it as a Debtor and Debtor-in-Possession in the above captioned proceedings.  Jeffrey S. Shinbrot, will be principally responsible for this matter.  Mr. Shinbrot is duly admitted to practice law in all state and federal courts of the State of California, including in the United States District Court for the Central District of California and the Ninth Circuit Court of Appeals.  His hourly rate for this matter is $465.  Paralegals employed by the SHINBROT FIRM, are also expected to perform work on this chapter 11 case, the hourly rate for such services shall be $150.00.

4.    The legal services required will be legal advice and guidance with respect to the powers, duties, rights and obligations of the Applicant as Debtor-in-Possession, the formulation and preparation of a Plan of Reorganization and Disclosure Statement, and to prepare on behalf of the Applicant all legal documents as may be necessary, and to perform such legal services as are required in these Chapter 11 proceedings.

5.    To the best of the Applicant's knowledge, THE SHINBROT FIRM is a "disinterested person" as defined by 11 U.S.C. Section 101(14) and it has no connection with the Applicant's creditors, or any other party.

6.    THE SHINBROT FIRM is not a pre-petition creditor of the Applicant.

7.    THE SHINBROT FIRM has no connection with the Office of the United States Trustee, the United States Trustee, no with any person employed by the Office of the United States Trustee.

8.    THE SHINBROT FIRM has no interests adverse to the Applicant's Chapter 11 estate, and the employment proposed herein would be to the best interest of this estate.

9.    THE SHINBROT FIRM has agreed to undertake this employment as attorney for the Applicants if authorized by this Court and to be compensated in accordance with 11 U.S.C. Section 330, the Local Rules for the Central District of California and the Guidelines of the Office of the United States Trustee.

APPLICATION TO EMPLOY

10.    Pre-Petition the SHINBROT FIRM worked extensively with the Applicant on several issues, secured creditor issues, formulation and preparation of documents and emergency pleadings in connection with the instant Chapter 11 filing and preliminary formulation of a Chapter 11 Plan.  In the one year preceding the Petition Date, THE SHINBROT FIRM received retainers for these services (inclusive of Court filing fees) in the amount of $4,447.50, initial retainer.  The payment was placed in THE SHINBROT FIRM's segregated Attorney/Client Trust account.  $3800.33, of the retainers was expended prior to the filing of the instant emergency bankruptcy petition, including the filing fee of $1,717.00.  The sum of $647.17, remains in THE SHINBROT'S FIRM'S segregated Attorney-Client Trust account.

11.    The source of each and all of the pre-Petition retainers was the Applicant.

12.    THE SHINBROT FIRM will adhere to the Guidelines of the Office of the United States Trustee regarding applications for payment of professional fees and expenses and an application will be file in this Court for compensation in conformity with Bankruptcy Code Section 330 and ( if interim compensation is sought)  11 U..S.C. Section 331, and payment of professional fees and expenses will be subject to approval of the United States Bankruptcy Court.

13.    This Application is made in compliance with the requirements of Local Rule 2014-1, and is based on the foregoing Application, the Notice of Application filed concurrently herewith, the Statement of Disinterestedness of Employment of Professional Person under F.R.B.P. 2014, attached hereto as Exhibit "A", the resume of Jeffrey S. Shinbrot annexed hereto as Exhibit "B", and the subject retainer letter which is annexed hereto as Exhibit "C."

**ANY OBJECTION OR REQUEST FOR HEARING IN CONNECTION WITH THIS APPLICATION MUST BE FILED AND SERVED NOT MORE THAN FOURTEEN DAYS (14) AFTER THE SERVICE OF THIS NOTICE AND IF NO OBJECTION OR REQUEST FOR HEARING IS TIMELY FILED, IT MAY BE DEEMED A WAIVER OF OPPOSITION TO RELIEF REQUESTED HEREIN.**

**WHEREFORE,** the Applicant prays that this Court authorize the employment of JEFFREY S. SHINBROT, APLC, as general insolvency counsel for LEONARDA GUADALUPE AGUILAR, in these Chapter 11 proceedings.

1

2    DATED: 5/3/15

3                                              Leonarda Guadalupe Aguilar

4

5

6

7    DATED:                                    JEFFREY S. SHINBROT, APLC

8

9                                              By: _____
                                                JEFFREY S. SHINBROT, ESQ.
10                                              Proposed Reorganization Counsel for
                                                Debtor-In-Possession
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

## DECLARATION OF DISINTERESTEDNESS FOR EMPLOYMENT OF
## PROFESSIONAL PERSON UNDER F.R.B.P. 2014
### [Drafted to Conform With Court Form L.B.R. FORM 2014-1]

1.    **Name, address and telephone number of the professional ("the Professional")**
**submitting this Statement:**

Jeffrey S. Shinbrot, Esquire (SBN 155486)
JEFFREY S. SHINBROT, APLC
8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211
Phone: (310)659-5444
Fax: (310)878-8304
Email: jeffrey@shinbrotfirm.com

2.    **The services to be rendered by the Professional in this case are (specify):**

The legal services required will be legal advice and guidance with respect to the powers,
duties, rights and obligations of the Applicant as Debtor-in-Possession, the formulation
and preparation of a Plan of Reorganization and Disclosure Statement, and to prepare on
behalf of the Applicant all legal documents as may be necessary, and to perform such
legal services as are required in these Chapter 11 proceedings.

3.    **The terms and source of the proposed compensation and reimbursement of the**
**Professional are (specify):**

The Professional will be paid on an hourly basis and will seek court approval of fees and
costs pursuant to 11 U.S.C. §§ 330 and 331. The hourly rate for attorney services is
$475. Costs are to be billed according to the U.S. Trustee's Fee Guide. There will be no
payments without a Court order. The source of payment will be the estate.

4.    **The nature and terms of the retainer (i.e., nonrefundable versus an advance against**
**fees) held by the Professional are (specify):**

Pre-Petition the SHINBROT FIRM worked extensively with the Applicant on several
issues, secured creditor issues, formulation and preparation of documents and emergency
pleadings in connection with the instant Chapter 11 filing and preliminary formulation of
a Chapter 11 Plan. THE SHINBROT FIRM received total pre-Petition retainers for these
services (inclusive of Court filing fees) in the amount of $4,447.50, initial retainer. The
payment was placed in THE SHINBROT FIRM's segregated Attorney/Client Trust
account. $$3800.33, of the retainers was expended prior to the filing of the instant
emergency bankruptcy petition, including the filing fee of $1,717.00. The sum of
$647.17, remains in THE SHINBROT'S FIRM'S segregated Attorney-Client Trust
account.

5.     The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of (specify):

> The Professional cross referenced the Debtor's name against the firm's client data base and no references to the Debtor appeared.  In addition, the Professional reviewed the Debtor's petition, schedules, and mailing matrix, and determined that the Professional does not represent any of the Debtor's creditors in any matter whether related to the Debtor's case or not.

6.     The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee (specify):

> THE SHINBROT FIRM represented the Applicant prior to 4/23/14 in connection with the filing of a chapter 11 case and insolvency issues.

7.     The Professional is not a creditor, an equity security holder or an insider of the debtor, except as follows (specify):

> None.

8.     The Professional is not and was not an investment banker for any outstanding security of the debtor.

9.     The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor.

10.     The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtor or of any investment banker for any security of the debtor.

11.     The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows (specify):

> None.

12.     Name, address, and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (specify):

Jeffrey S. Shinbrot, Esquire, 8200 Wilshire Blvd., Suite 400, Beverly Hills, Ca 90211
(310)659-5444

13.    The Professional is not a relative or employee of the United States Trustee or a
Bankruptcy Judge, except as follows (specify):

    None

14.    Total number of attached pages of supporting documentation:

    Resume of Jeffrey S. Shinbrot, is annexed as Exhibit "B".

15.    After conducting the investigation described in Paragraph 5 above, I declare under
penalty of perjury under the laws of the United States of America, that the foregoing is true
and correct except that I declare that Paragraphs 6 through 11 are stated on information
and belief.

    Executed on May 4, 2015, Beverly Hills, California.

                        Jeffrey S. Shinbrot, Esquire

B

EXHIBIT B



# JEFFREY S. SHINBROT



O: 310.659.5444
F: 310.878.8304
E: jeffrey@shinbrotfirm.com

Jeffrey S. Shinbrot has practiced law in the Central District of California since 1991, in virtually every aspect of the bankruptcy process. Mr. Shinbrot has successfully recovered assets, prosecuted and defended complaints to deny discharge and to determine dischargeability, and has confirmed chapter 11 plans that paid substantial dividends within schedules and budgets commensurate with the complexity of the particular matters. Mr. Shinbrot's approach to bankruptcy is the use of practical legal solutions to deliver maximum value.

Mr. Shinbrot's primary area of practice is, and has been since 1991, the representation of parties in cases filed under the United States Bankruptcy Code. Clients that Mr. Shinbrot has represented include: business entities and individuals in reorganization cases through Chapter 11 plan confirmation and Chapter 7 liquidation; bankruptcy trustees; purchasers and sellers of bankruptcy estate assets; litigants in adversary proceedings through trial and appeal to the Ninth Circuit Court of Appeal; and creditors seeking recovery from bankruptcy debtors and estates. Mr. Shinbrot also has an active commercial litigation practice and has successfully conducted jury trials in California state court.

A graduate of Southwestern University School of Law's S.C.A.L.E. Program, Mr. Shinbrot was admitted to practice in the State of California and the United States District Court, Central District of California in December of 1991. During that period, Mr. Shinbrot drafted ethical guidelines for submission to the Ethics Task Force of the American Bar Association Business Bankruptcy Committee concerning third-party payment of attorney's fees in bankruptcy matters. Between 1989 and 1991, Mr. Shinbrot was a legal extern and law clerk to the Los Angeles firm of Robinson, Diamant, Brill and Klausner. Mr. Shinbrot received his Bachelor of Arts in Political Science and Bachelor of Arts in Sociology in 1982 from the University of California at Santa Barbara.

Mr. Shinbrot is admitted to all United States District Courts in the State of California and the Ninth Circuit Court of Appeal. Mr. Shinbrot is a member of the Los Angeles County Bar Association and the Beverly Hills Bar Association and is a member of the Beverly Hills Bar Association Executive Committee, Bankruptcy Division.

## Recent Published Insolvency Related Articles:

- The Claims Trade, *Los Angeles Lawyer* (April, 2008).
- The Bankruptcy Auction Block, A Primer for Acquiring Assets, *Business Law News* (Issue No. 2, 2005).

## Representative Cases:

- *In re Glenn and Laura McLucas*: Represented secured lender who was not originally included in debtors' bankruptcy schedules. The Shinbrot Firm obtained a temporary restraining order and then prevailed at a contempt trial resulting in recovery of the client's security and judgment for non-dischargeability.

- *In re Death Row Records, Inc.*: Represented Rap-A-Lot Records, Inc., in the Death Row and Marion *Suge* Knight chapter 11 bankruptcy cases, including prosecution and defense of claims relating to a recording contract involving the late Tupak Shakur and the recording artist known as Scarface.

- *In re Micro Plastics Incorporated*: Represented Chapter 11 Debtor in Possession from First Day Motions through sale of assets and confirmation of Chapter 11 plan. Result was payment in full of secured creditors and substantial cash distribution to unsecured creditors.

- *NPT Engineering, Inc., Chapter 11 Debtor in Possession v. Chem-Tainer Industries, A New York Corporation*: Represented New York based plastics manufacturer Chem-Tainer Industries, in defense of federal lawsuit alleging violations of the automatic stay and business torts. Result was the purchase of substantially all of the assets of NPT by Chem-Tainer and dismissal with prejudice of all causes of action against our client. Mr. Shinbrot was involved in all aspects of representation of Chem-Tainer as a creditor in the Chapter 11 matter, as the purchaser of substantially all of the assets of the Chapter 11 debtor and as defense counsel in the adversary proceedings.

B

**EXHIBIT C**

THE SHINBROT FIRM

Jeffrey S. Shinbrot
jeffrey@shinbrotfirm.com

April 21, 2015

Ms. Leonarda G. Aguilar
1745 E. Ocean Blvd., # 15
Long Beach, CA  90802

Re:  Chapter 11 filing.

Dear Ms. Aguilar:

    This letter confirms that you wish to retain Jeffrey S. Shinbrot, APLC, ("the firm"), to assist you in connection with a filing under Chapter 11 of the United States Bankruptcy Code.  I look forward to working with you and I would like to explain our firm's terms of representation, billing procedure and payment terms.  We have agreed that a copy of this letter may be filed with the Bankruptcy Court.

    1.    Scope of Work: Subject to the terms set forth herein, the firm has agreed to act as your general insolvency counsel in connection with an individual Chapter 11 filing.  Our employment will include assisting you in all aspects of the Chapter 11 case, including legal advice and  legal services prior to the filing of a chapter 11 case, filing schedules and statements as required under the Bankruptcy Code, preparation and formulation of a disclosure statement and plan of reorganization, advice and assistance in connection with the requirements of the United States Trustee, representation in any proceedings and hearings in the Bankruptcy Court and to assist you and perform such legal services as may be necessary or required in the Chapter 11 proceedings.  The firm has not agreed to represent you in matters outside of the Chapter 11 case, nor has the firm agreed to represent any other persons or entities, other you.  The scope of work excludes tax advice of any kind and you will be required to seek such advice from an independent tax professional in connection with this matter.

    2.    Billing and Fees: You will be billed on a regular hourly basis for the firm's professional time expended on your behalf and for costs incurred.  The hourly rate for my legal services is $465.  The firm's hourly rate for paralegal services is $125.00.  The firm reserves the right to increase its normal hourly rate by giving thirty days advance written notice thereof.  I normally review the billing rate at the start of each year. In addition to attorneys' fees, you will be responsible for the payment of costs.  Costs include, but are not limited to, filing fees, photocopying charges, Court Reporter fees for deposition and trial transcripts, attorney services fees for service of process and court filings, investigation expenses, court-ordered payments re: discovery, travel expenses, telephone charges, etc.  You should understand that, although the firm may advance them on your behalf, costs are additional charges and will have to be paid by you as well.

Ms. Leonarda G. Aguilar
April 21, 2015
Page 2

   The firm has agreed to accept a $4,447.50, initial retainer, which includes the Bankruptcy
Court filing fee of $1,717.00. The initial retainer and filing fee shall be deposited in the firm's
Attorney/Client Trust Account and shall be applied to fees and costs incurred in this matter up to
the date of the filing of the Chapter 11 petition with the United States Bankruptcy Court (the firm
applies its pre-bankruptcy retainers on a regular monthly basis upon mailing of its invoice and at
approximately the date of filing the bankruptcy petition). The remaining amounts shall be
withdrawn on a monthly basis in accordance with the Guidelines and Notices promulgated by the
Office of the United States Trustee and we will apply in the Bankruptcy Court periodically for
approval of our fees and costs earned after the filing of the chapter 11 case. The filing fee will
be paid to the Bankruptcy Court, or if the case is filed electronically, it will be applied to the
credit card used by the firm for electronic filings. If the entire initial retainer is expended prior to
the filing of the bankruptcy case, the firm may request additional retainer funds. If the chapter
11 case is not filed, any unused portion of the initial retainer, or subsequent retainer, shall be
returned to you. In addition to our firm's fees, you will be responsible for other fees and costs in
connection with the Chapter 11 case, including, but not limited to, United States Trustee fees,
other professional's fees and costs (for example, accounting professionals) and if a Creditor's
Committee is appointed in your case, you will be responsible for the Committee's counsel's fees
and costs.

   3.    Any and all disputes between you and the firm that arise out of or relate to the firm's
representation of you, including without limitation all claims for professional negligence or
malpractice, shall be resolved by binding arbitration in accordance with the Rules of the
American Arbitration Association in Los Angeles, California.

   4.    The firm cannot guarantee the success of any matter, and any expressions relating
thereto are estimates of probabilities only, based upon the information supplied to the firm. The
firm also cannot estimate the total fees or costs that you may incur as a result of this
representation.

   5.    This retainer letter integrates all prior written and oral understandings between the
parties and contains the entire agreement pertaining to the subject matter of the firm's
representation of you.

   I appreciate the confidence that you have expressed in the firm by selecting us as your
legal counsel.

   Best personal regards.

                                    Very truly yours,

                                    /s/ Jeffrey S. Shinbrot

                                    Jeffrey S. Shinbrot, APLC

JSS/sr


THE SHINBROT FIRM

Ms. Leonarda G. Aguilar
April 21, 2015
Page 3


I HAVE READ THE FOREGOING RETAINER LETTER AND I AGREE TO THE TERMS
SET FORTH THEREIN.

Date:            _____
                 Leonarda G. Aguilar

THE SHINBROT FIRM

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY JEFFREY S. SHINBROT, APLC AS GENERAL INSOLVENCY COUNSEL:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X  1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/4/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kenneth G Lau    kenneth.g.lau@usdoj.gov, dare.law@usdoj.gov,Melanie.green@usdoj.gov
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**X  2. SERVED BY UNITED STATES MAIL:** On (*date*) 5/4/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**X  3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 5/4/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/4/2015 | Sandra Rodriguez | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

**NOTICE**

1  JEFFREY S. SHINBROT, ESQ. (SBN 155486)
   jeffrey@shinbrotfirm.com
2  JEFFREY S. SHINBROT, APLC
   8200 Wilshire Boulevard, Suite 400
3  Beverly Hills, California 90211
   Telephone: (310) 659-5444
4  Fax: (310) 878-8304
   Proposed Reorganization Counsel for
5  Debtor-In-Possession

6
                    UNITED STATES BANKRUPTCY COURT
7
                    CENTRAL DISTRICT OF CALIFORNIA
8
                        LOS ANGELES DIVISION
9
10  In re                              Case No.  2:15-bk-16443-RN

11  LEONARDA GUADALUPE AGUILAR,        Chapter 11

12
13          Chapter 11 Debtor and     NOTICE OF APPLICATION OF DEBTOR
            Debtor-In-Possession.     AND DEBTOR-IN-POSSESSION TO
14                                     EMPLOY JEFFREY S. SHINBROT, APLC
                                       AS GENERAL INSOLVENCY COUNSEL
15                                     [LOCAL RULE 2014-1(b)(2)].

16                                     [No hearing required unless objection filed]
                                       11 U.S.C. § 327(A); F.R.B.P. 2014; Local
17                                     Rule 2014-1]

18
19
20      TO THE HONORABLE RICHARD M. NEITER, UNITED STATES

21  BANKRUPTCY JUDGE AND TO ALL PARTIES ON THE ANNEXED SERVICE LIST:

22      LEONARDA GUADALUPE AGUILAR, an individual, (hereinafter "Applicant"),

23  chapter 11 debtor and debtor-in-possession, has filed an Application to Employ JEFFREY S.

24  SHINBROT, A PROFESSIONAL LAW CORPORATION ("THE SHINBROT FIRM") as its

25  general insolvency counsel in the above captioned Chapter 11 case.

26      PLEASE TAKE NOTICE that

27          a.      Pre-Petition the SHINBROT FIRM worked with the Applicant on several issues,

28  secured creditor issues, formulation and preparation of documents and emergency pleadings in

                                                    NOTICE OF APPLICATION TO EMPLOY

1  pleadings in connection with the instant Chapter 11 filing and preliminary formulation of a

2  Chapter 11 Plan.  In the one year preceding the Petition Date, THE SHINBROT FIRM received

3  retainers for these services (inclusive of Court filing fees) in the amount of $4,447.50, initial

4  retainer.  The payment was placed in THE SHINBROT FIRM's segregated Attorney/Client Trust

5  account.  $3800.33, of the retainers was expended prior to the filing of the instant emergency

6  bankruptcy petition, including the filing fee of $1,717.00.  The sum of $647.17, remains in THE

7  SHINBROT'S FIRM'S segregated Attorney-Client Trust account.

8          b.      Compensation shall be made, if allowed by the Bankruptcy Court, in accordance

9  with accordance with 11 U.S.C. Section 330, the Local Rules for the Central District of California

10  and the Guidelines of the Office of the United States Trustee for the Central District of California.

11          c.      Jeffrey S. Shinbrot, will be principally responsible for this matter, his hourly rate

12  for this case is $465.  Rates for paralegals employed by the SHINBROT FIRM in this matter shall

13  be $150 per hour.

14          d.      A copy of the Application is available upon request by contacting Jeffrey S.

15  Shinbrot, Esq., 8200 Wilshire Blvd., Suite 400, Beverly Hills, California, 90211 (310) 659-5444.

16          **PLEASE TAKE FURTHER NOTICE,** that pursuant to Local Rule 2014-1 opposition to

17  the Application, if any, must be filed within fourteen (14) days of service of this Notice. If you

18  fail to file a written opposition within fourteen (14) days of the date of service of this Notice, the

19  Court may treat such failure as a waiver of your right to oppose this Application and may grant

20  the requested relief.  Opposition to this Application, if any, must be filed in duplicate with the

21  Bankruptcy Court and served on the Office of the United States Trustee at 915 Wilshire Blvd.,

22  Suite 1850, Los Angeles, CA  90017, and the Proposed-Attorney for the Debtor:  Jeffrey S.

23  Shinbrot, Esq. 8200 Wilshire Blvd., Suite 400, Beverly Hills, California 90211.

24

25  DATED:                                        _____

26                                                  Jeffrey S. Shinbrot, Esquire
                                                   Proposed Attorney for Debtor-in-Possession

27

28

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA  90211

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY JEFFREY S. SHINBROT, APLC AS GENERAL INSOLVENCY COUNSEL:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X  1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 5/4/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kenneth G Lau    kenneth.g.lau@usdoj.gov, dare.law@usdoj.gov,Melanie.green@usdoj.gov
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**X  2.  SERVED BY UNITED STATES MAIL:** On (date) 5/4/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**X  3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 5/4/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 5/4/2015 | Sandra Rodriguez | |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Asset Acceptance LLC
PO Box 2036
Warren, MI  48090


Bank Of America National Associati
100 North Tryon Street
Charlotte, NC  28202


Cach LLC
1101 Capital Of Texas Hwy Bldg K
Austin, TX  78746


Cain And Weiner
21210 Erwin Street
Woodland Hills, CA  91367


Capital One Bank
C/O Portfolio Recovery Associates L
PO Box 41067
Norfolk, VA  23541


Credit Protection Association
PO Box 7813
Baldwin Park, CA  91706-3000


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA  95812-2952


Herbert P Sears Collection Agency
PO Box 1231
Bakersfield, CA  93303

HSBC Bank USA National Association
1800 Tysons Blvd
McLean, VA  22102


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Marshack Medical MSO
8447 Wilshire Blvd Suite 202
Beverly Hills, CA  90211


Mervyn's
Retailer National Bank
PO Box 960013
Orlando, FL  32896-0013


Midland Funding LLC
By American Info Source LP As Agent
PO Box 4457
Houston, TX  77210-4457


Ocwen Loan Servicing
PO Box 6440
Carol Stream, IL  60197-6440


Ocwen Loan Servicing
320 West 4th Street Suite 750
Los Angeles, CA  90013-2344


Pacific Gas & Electricity
PO Box 11265
New York, NY  10286

Progressive Management System
1521 W Cameron Avenue Fl 1
West Covina, CA  91790


Recovery Management Systems
25 SE 2nd Avenue Suite 1120
Miami, FL  33131-1605


The Mortgage Store Financial Inc
660 So Figueroa Street 24th Floor
Los Angeles, CA  90017


The Mortgage Store Finanical Inc
707 Wilshire Blvd
Los Angeles, CA  90017-3501


United States Trustee Office
915 Wilshire Blvd Suite 1850
Los Angeles, CA  90017-0000


Wells Fargo Bank NA
MAC D3347-014
3476 Stateview Blvd
Fort Mill, SC  29715


Western Progressive LLC
Northpark Town Center
1000 Abernathy Rd NE Bldg 400 Suit
Atlanta, GA  30328


WFNNB-The Avenue
PO Box 659584
San Antonio, TX  78265

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA  90211

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o) :** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X   1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/11/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**X   2.   SERVED BY UNITED STATES MAIL**:  On (*date*) 06/11/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**X   3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___05/27/2015___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 6/11/2015 | Sandra Rodriguez | |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**

**TOP 20 UNSECURED CREDITORS**

HSBC Bank USA, National Association
1800 Tysons Blvd.,
McLean, VA  22102

Wells Fargo Bank, NA
MAC D3347-014
3476 Statview Blvd.
Fort Mill, SC  29715

The Mortgage Store Financial Inc.
707 Wilshire Blvd.
Los Angeles, CA  90017-3501

Cach, LLC
1101 Capital Of Texas Hwy., Bldg. K #150
Austin, TX  78746

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA  95812-2952

Capital One Bank
C/O Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA  23541

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Marshack Medical MSO
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA  90211

Asset Acceptance, LLC
PO Box 2036
Warren, MI  48090

WFNNB-The Avenue
P.O. Box 659584
San Antonio, TX  78265

Progressive Management Systems
1521 W. Cameron Avenue Fl. 1
West Covina, CA  91790

Pacific Gas & Electricity
P.O. Box 11265
New York, NY  10286

Credit Protection Association
PO Box 7813
Baldwin Park, CA  91706-3000

Cain and Weiner
21210 Erwin Street
Woodland Hills, CA 91367

Midland Funding, LLC
By American Info Source LP As Agent
PO Box 4457
Houston, TX  77210-4457

Herbert P. Sears Collection Agency
PO Box 1231
Bakersfield, CA  93303