| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey S. Shinbrot, Esquire (155486)<br>JEFFREY S. SHINBROT, APLC<br>8200 Wilshire Blvd., Suite 400<br>Beverly Hills, CA 90211<br>(310)659-5444<br>(310)878-8304 Fax<br>jeffrey@shinbrotfirm.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Leonarda Guadalupe Aguilar | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LEONARDA GUADALUPE AGUILAR<br><br><br><br>Debtor(s) | CASE NO.: 2:15-bk-16443-RN<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*:<br>Application of Debtor and Debtor-In-Possession To Employ Jeffrey S. Shinbrot, APLC As General Insolvency Counsel |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY JEFFREY S. SHINBROT, APLC AS GENERAL INSOLVENCY COUNSEL was lodged on (*date*) 6/11/2015 and is attached. This order relates to the motion which is docket number 8.

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                     Page 1                                             F 9021-1.2.BK.NOTICE.LODGMENT

JEFFREY S. SHINBROT, ESQUIRE (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304

Proposed Reorganization Counsel to Chapter 11
Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| In re | Case No. 2:15-bk-16443-RN |
|---|---|
| LEONARDA GUADALUPE AGUILAR, | Chapter 11 |
| Chapter 11 Debtor and Debtor-In-Possession. | **ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY JEFFREY S. SHINBROT, APLC AS GENERAL INSOLVENCY COUNSEL** |

Upon the Application of LEONARDA GUADALUPE AGUILAR, an individual, (hereinafter the "Debtor") for JEFFREY S. SHINBROT, APLC ("THE SHINBROT FIRM") to serve as general insolvency counsel for the Debtor, and upon the Declaration of Jeffrey S. Shinbrot as an attorney duly admitted to practice in this Court, and the Court being satisfied that THE SHINBROT FIRM represents no interest adverse to the Debtor herein, or its estate in the matters upon which it is to be engaged and that the employment would be in the best interest of bankruptcy estate, and no opposition and request for hearing having been timely filed pursuant to Local Rule 2014-1, it is hereby,

**ORDERED**, that the employment of THE SHINBROT FIRM to serve as general insolvency counsel for the Debtor in these Chapter 11 proceedings is approved and authorized

1
2
with compensation to be fixed after notice and a hearing pursuant to 11 U.S.C. §330, in accordance with the foregoing Application.

3
4  **IT IS SO ORDERED**.
5
6
7                                                *****
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 6/11/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**X 2. SERVED BY UNITED STATES MAIL**: On (date) 6/11/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**X 3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 6/11/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/11/2015 | Sandra Rodriguez | _(signed)_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                              Page 2                                F 9021-1.2.BK.NOTICE.LODGMENT

**TOP 20 UNSECURED CREDITORS**

HSBC Bank USA, National Association
1800 Tysons Blvd.,
McLean, VA  22102

Wells Fargo Bank, NA
MAC D3347-014
3476 Statview Blvd.
Fort Mill, SC  29715

The Mortgage Store Financial Inc.
707 Wilshire Blvd.
Los Angeles, CA  90017-3501

Cach, LLC
1101 Capital Of Texas Hwy., Bldg. K #150
Austin, TX  78746

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA  95812-2952

Capital One Bank
C/O Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA  23541

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Marshack Medical MSO
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA  90211

Asset Acceptance, LLC
PO Box 2036
Warren, MI  48090

WFNNB-The Avenue
P.O. Box 659584
San Antonio, TX  78265

Progressive Management Systems
1521 W. Cameron Avenue Fl. 1
West Covina, CA 91790

Pacific Gas & Electricity
P.O. Box 11265
New York, NY 10286

Credit Protection Association
PO Box 7813
Baldwin Park, CA 91706-3000

Cain and Weiner
21210 Erwin Street
Woodland Hills, CA 91367

Midland Funding, LLC
By American Info Source LP As Agent
PO Box 4457
Houston, TX 77210-4457

Herbert P. Sears Collection Agency
PO Box 1231
Bakersfield, CA 93303