1  JEFFREY S. SHINBROT, ESQ. (SBN 155486)
   jeffrey@shinbrotfirm.com
2  JEFFREY S. SHINBROT, APLC
   8200 Wilshire Boulevard, Suite 400
3  Beverly Hills, California 90211
   Telephone: (310) 659-5444
4  Fax (310) 878-8304

5  Proposed Reorganization Counsel to Chapter 11 Debtor
   and Debtor-in-Possession

6

7

8              UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

10

11 In re                           Case No. Case No.: 2:15-bk-16443-RN

12 LEONARDA GUADALUPE AGUILAR,      Chapter 11
   an individual
13                                  **OPPOSITION TO UNITED STATES
14          Chapter 11 Debtor and   TRUSTEE MOTION TO CONVERT,
            Debtor-In-Possession.   DISMISS OR APPOINT A CHAPTER 11
15                                  TRUSTEE WITH AN ORDER DIRECTING
                                    PAYMENT OF QUARTERLY FEES AND
16                                  FOR JUDGMENT THEREON;
                                    DECLARATION OF JEFFREY S.
17                                  SHINBROT IN SUPPORT OF
                                    OPPOSITION**

18                                  Date: June 30, 2015
19                                  Time: 9:00 a.m.
                                    Place: Courtroom 1645
20                                         255 E. Temple Street
                                           Los Angeles, California
21

22     **TO THE HONORABLE RICHARD M. NEITER, UNITED STATES**

23 **BANKRUPTCY JUDGE, AND TO OTHER INTERESTED PARTIES:**

24     **COMES NOW** Debtor LEONARDA GUADALUPE AGUILAR (hereinafter "Debtor")

25 by and through her undersigned attorney of record, and hereby submits the following opposition

26 and submits a copy of the documents that were submitted to the United States Trustee making the

27 Debtor-In-Possession in compliance with the United States Trustee guidelines and requirement.

28

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

3    LEONARDA GUADALUPE AGUILAR filed her emergency chapter 11 petition on April

4    23, 2015, with the remaining schedules, statements, lists, and other required documents filed on

5    May 21, 2015.  The case was filed on an emergency basis due to pending foreclosure sale of the

6    real property commonly known as 13781 Eldridge Avenue in Sylmar, California.

7        Although the Debtor was not in compliance with the Requirements of the Office of the

United States Trustee, she is now in substantial compliance as set forth in the annexed Exhibits.

8        **WHEREFORE,** based on the Debtor's substantial compliance with the Requirements of the

9    Office of the United States Trustee, the Motion of the United States Trustee should be denied.

10

11    Dated: June 15, 2015

12

13

14    By: _____

15         Jeffrey S. Shinbrot, Proposed Attorney

16         for Leonarda Guadalupe Aguilar

                                    Respectfully submitted,

                                    JEFFREY S. SHINBROT, APLC

17

18

19

20

21

22

23

24

25

26

27

28

1

### DECLARATION OF JEFFREY S. SHINBROT

2

I, Jeffrey S. Shinbrot, do hereby declare as follows:

3

1.      My firm is the proposed chapter 11 general insolvency counsel for the above-

4

captioned chapter 11 debtor. I am over the age of 18. I have personal knowledge of the matters set

5

forth in this declaration, except where stated to be on information and belief, and if called to

6

testify I could and would testify competently thereto.

7

2.      The instant chapter 11 case was filed as an emergency petition on April 23, 2015

8

with the remaining schedules, statements, lists, and other required documents filed on May 21,

9

2015.

10

3.      The case was filed on an emergency basis due to a pending trustee's sale of the

11

real property commonly known as 13781 Eldridge Avenue in Sylmar, California.

12

4.       In support thereof foregoing opposition, the Debtor respectfully submits the

13

following:

14

A. Submitted to the UST office on May 15, 2015;

15

a. Debtor's declaration of Debtor regarding compliance with the United States

16

Trustee Guidelines, attached as exhibit A.

17

1. Proof of Closing pre-petition accounts;

18

2. Proof of Opening Debtor In Possession account;

19

3. Proof of property insurance and auto insurance;

20

4. Statement of Major Issues and Time Table

21

5. Copy of Debtor's 2014 and 2013 Federal and State Tax Returns;

22

b. Real Property Questionnaire for the following locations:

23

1. 13781 Eldridge Avenue, Sylmar, California;

24

2. 10487 Laurel Canyon Blvd., Pacoima;

25

B. On June 8, 2015, the debtor submitted a supplement to its 7-day package to the

26

UST office, attached as exhibit B.

27

a. Debtor's declaration stating why she has not closed her pre-petition bank account;

28

OPPOSITION

b.  Declaration regarding opening the opining of debtor in possession account;

c.  Submission of property insurance and auto insurance;

d.  copy of recorded voluntary bankruptcy petition with the Los Angeles County Recorders office;

e.  Debtor's 2012 Federal and State Tax returns.

C.  On June 8, 2015, the debtor filed its Monthly Operating Report, number One for the month ending April 30, 2015, [docket number 26].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

6/15/2015

_____
Jeffrey S. Shinbrot

OPPOSITION

**EXHIBIT A**

**Sandra Rodriguez**

| | |
|---|---|
| **From:** | USTP Region16 Ch11 |
| **Sent:** | Friday, May 15, 2015 4:16 PM |
| **To:** | Sandra Rodriguez |
| **Subject:** | Chapter 11 Compliance |

Your submission has been received by the LA office

| Attorney or Party Name, Address, Telephone and FAX |
| --- |
| Jeffrey S. Shinbrot, Esquire (155486)<br>JEFFREY S. SHINBROT, APLC<br>8200 Wilshire Blvd., Suite 400<br>Beverly Hills, CA  90211<br>(310)659-5444<br>(310)878-8304 Fax<br>jeffrey@shinbrotfirm.com |

☐ Pro Se Debtor

| OFFICE OF THE UNITED STATES TRUSTEE<br>LOS ANGELES DIVISION | SUBMIT TO UNITED STATES<br>TRUSTEE - Do not file with the Court |
| --- | --- |
| In Re:<br><br>**LEONARDA GUADALUPE AGUILAR**<br><br>Debtor-In-Possession | Case Number: 2:15-bk-16443-RN<br><br>**Attorney's 7 Day Package Checklist**<br><br>☐ Check this box to indicate that this checklist amends or supplements a previously filed checklist<br>Amendment No. |

You must attach each of the following documents or a satisfactory explanation of your failure to attach a document.  Failure to submit these documents in a timely fashion may result in a motion to convert or dismiss the case.  The submission of documents that are incomplete or not prepared in accordance with UTSP guidelines and requirements will be treated as a failure to submit.

| Document Attached | Previously Submitted | Explanation Attached | REQUIRED DOCUMENTS | | |
| --- | --- | --- | --- | --- | --- |
| X | | | 1. | | Declaration of Debtor Regarding Compliance with UST Guidelines and Requirements for Chapter 11 Debtors in Possession |
| x | | | | 1.1. | Real Property |
| x | | | | 1.2. | Bank Account Information |
| x | | | | 1.3. | Insurance Coverage |
| | | | | 1.4. | Proof of Required Certificates and Licenses Not applicable |
| x | | | | 1.5. | List of Insiders |
| | | | | 1.6. | Financial Statements |
| | | | | 1.7. | Health Care Business Not applicable |
| | | | | 1.8. | Trust Agreements Not applicable |
| | | | | 1.9. | Recordation of Chapter 11 Petition To be Provided |
| x | | | | 1.10. | Federal and State Tax Returns 2013 and 2014 |
| x | | | | 1.11. | Employee Benefit Plans Not Applicable |
| | | | 2. | | Projected cash flow statement for the first ninety (90) days from the initial filing date |
| ✗ | | | 3. | | Statement of Major Issues and Timetable Report |

☒ I have read and understood the Guidelines and Requirements for Chapter 11 Debtors In Possession.

Dated: __5/15/2015__

**Jeffrey S. Shinbrot, APLC**
Law Firm Name

By: **Jeffrey S. Shinbrot, Esquire**

Attorney for Debtor or Debtor In Pro Per

I HEREBY APPROVE THE ATTACHED

Dated: _____

_____
Signature of Debtor

**(Image of Original Signatures Required)**

Attorney or Party Name, Address, Telephone and FAX

Jeffrey S. Shinbrot, Esquire (155486)
JEFFREY S. SHINBROT, APLC
8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211
(310)659-5444
(310)878-8304 Fax
jeffrey@shinbrotfirm.com

☐ Pro Se Debtor

| OFFICE OF THE UNITED STATES TRUSTEE<br>LOS ANGELES DIVISION | SUBMIT TO UNITED STATES TRUSTEE<br>– DO NOT FILE WITH COURT |
|---|---|
| In Re:<br><br>LEONARDA GUADALUPE AGUILAR<br><br><div align="right">Debtor-In-Possession.</div> | Case Number:<br>2:15-bk-16443-RN |
| | DECLARATION OF DEBTOR REGARDING<br>COMPLIANCE WITH UNITED STATES<br>TRUSTEE GUIDELINES AND<br>REQUIREMENTS FOR CHAPTER 11<br>DEBTORS IN POSSESSION |

**Privacy Policy [Privacy Act of 1974, as amended (5 U.S.C 552a) and LBR 1002-1(e)].**

*Declarant acknowledges that they have redacted all personally identifiable information contained in this declaration and its attachments and further acknowledges that is the responsibility of the filing party, not the United States Trustee Program, to ensure compliance with this policy.*

*(1)     All "personal identifiers" must be redacted from documents filed with the USTP, including attachments. "Personal identifiers" are considered to be the following:*

*(A)     Social Security Numbers. If an individual's Social Security number (SSN), or Individual Tax Payer Identification Numbers (ITIN) must be included in the document, only the last four digits of that number should be used.*

*(B)     Financial Account Numbers. Only the last four digits of these numbers should be used;*

*(C)     Dates of Birth. If an individual's date of birth must be included in the document, only the year should be used; and*

*(D)     Names of Minor Children. If the name of a minor child must be mentioned, only the initials of that child should be used.*

1.  **REAL PROPERTY**

    1.1.    For each property that debtor owns, leases, has an interest in, or is in the process of purchasing, including debtor's personal residence, declarant has attached the following documentation:

    **Check All That Apply:**

    ☐    1.1.1.    Debtor owns a personal residence. A Real Property Questionnaire for Principal Residence (USTLA-5.1) is attached hereto.

    ☑    1.1.2.    Debtor owns, leases, has an interest in, or is in the process of purchasing a total of **four (4) or less** parcels of real property. For each such property, declarant has attached a Real Property Questionnaire (USTLA-5.2).

    ☐    1.1.3.    Debtor owns, has an interest in, or is in the process of purchasing a total of **five (5) or more** parcels of real property. Attached is an Owned Property Summary Sheet (USTLA-5.3) which identifies all such parcels of real property.

    ☐    1.1.4.    Debtor leases **five (5) or more** parcels of real property. Attached is a Leased Properties Summary Sheet (USTLA-5.4)

| In Re: Leonarda Guadalupe Aguilar | Debtor. | Case No.: 2:15-bk-16443-RN |
|---|---|---|

## 2.  BANK ACCOUNT INFORMATION

2.1.  Debtor has closed all pre-petition bank accounts indicated below. For each account that is closed, Debtor has attached a copy of a bank statement evidencing that the account has been closed. For each account that has not been closed, debtor has provided a detailed explanation as to why each account has not been closed.

2.1.1.  Account Name:  Leonarda Guadalupe Aguilar
Depository:  Bank of America
Last 4 digits of Account Number:  3423
Date of Closure:  5/13/2015
Closing Balance:  account overdrawn
Explanation if account has not been closed:

2.1.2.  Account Name:  Leonarda Guadalupe Aguilar
Depository:  Bank of America
Last 4 digits of Account Number:  3571
Date of Closure:
Closing Balance:  account overdrawn ($264.00)
Explanation if account has not been closed:
Account not closed because the Debtor has pending credits of $511.00, pending Debtors claims for unauthorized charges.

2.1.3.  Account Name:
Depository:
Last 4 digits of Account Number:
Date of Closure:
Closing Balance:
Explanation if account has not been closed:

☐ Additional sheets are attached hereto, marked Attachment 2.1, and incorporated herein by reference.

2.2.  All funds from the above-referenced pre-petition bank accounts were transferred to the following Chapter 11 debtor in possession bank accounts:

2.2.1.  Account Name:  Leonarda Guadalupe Aguilar, Debtor In Possession
Depository:  Farmers and Merchants Bank of Long Beach
Last 4 digits of Account Number:  xxxx071
Opening Date:  05/15/2015
Initial Deposit:  $200.00
The beginning balance of this account differs from the ending balance of the pre-petition account because:

| In Re: Leonarda Guadalupe Aguilar | Case No.: 2:15-bk-16443-RN |
|---|---|
| Debtor. | |

2.2.2.  Account Name: _____
Depository: _____
Last 4 digits of Account Number: _____
Opening Date: _____
Initial Deposit: _____
The beginning balance of this account differs from the ending balance of the pre-petition account because: _____

2.2.3.  Account Name: _____
Depository: _____
Last 4 digits of Account Number: _____
Opening Date: _____
Initial Deposit: _____
The beginning balance of this account differs from the ending balance of the pre-petition account because: _____

☐ Additional sheets are attached hereto, marked Attachment 2.2, and incorporated herein by reference.

## 3.  INSURANCE COVERAGE

3.1.  Debtor will maintain appropriate insurance coverage for all estate property, including vacant land, throughout the pendency of this proceeding.

3.2.  Debtor has named the United States Trustee, 725 S. Figueroa Street, Suite 2600, Los Angeles, CA 90017, as an *additional interest party* on each and every insurance policy listed herein and any other policies, throughout the pendency of this proceeding.

3.3.  If, for any reason, an insurance policy shall lapse, not be renewed, or fails to be in full force and effect, debtor will *immediately* provide updated proof of insurance to the United States Trustee.

3.4.  The following policies are in effect as of the date of this declaration.

| | Name of Insurance Carrier | Type of Insurance | Policy Number |
|---|---|---|---|
| 3.4.1. | California Fair Plan | Property Insurance | PI 5520449 |
| 3.4.2. | Farmers Insurance Group | Home owners insurance | 902347757 |
| 3.4.3. | | | |
| 3.4.4. | | | |

3.5.  *COPIES OF THE DECLARATION PAGE(S) for each policy listed herein are attached hereto as Attachment 3.5. Each declaration page(s) reflects (1) the name of insured, the additional interest party(ies), type and extent of coverage; policy expiration date; and the account or policy number (or other identifying information).*

| In Re: Leonarda Guadalupe Aguilar | Case No.: 2:15-bk-16443-RN |
|---|---|
| Debtor. | |

## 4. PROOF OF REQUIRED CERTIFICATES AND LICENSES

4.1.   Debtor will maintain all appropriate certificates and licenses required by federal, state and local law for the lawful operation of debtor's business.

4.2.   The following certificates and licenses are in effect as of the date of this declaration:

| | Type of Certificate or License | Issuing Authority |
|---|---|---|
| 4.2.1. | Not applicable | |
| 4.2.2. | | |
| 4.2.3. | | |
| 4.2.4. | | |

4.3.   *Attached hereto as Attachment 4 is a copy, or other proof, of each license or certificate listed above.*

## 5. LIST OF INSIDERS

The following constitutes a complete list of all insiders of the debtors, as that term is defined by 11 U.S.C. Section 101(31):

| | Name of Person | Relationship to Debtor |
|---|---|---|
| 5.1.1. | Vicente M. Aguilar | Father |
| 5.1.2. | Vicente Aguilar | Brother |
| 5.1.3. | Abraham D. Aguilar | Brother |

☐   Additional sheets are attached hereto, marked Attachment 5, and incorporated herein by reference.

## 6. FINANCIAL STATEMENTS

Debtor has the following financial statements that were issued in the two year period prior to the filing of this bankruptcy:

| | Audited | Unaudited |
|---|---|---|
| 6.1.1. | | |
| 6.1.2. | | |
| 6.1.3. | | |
| 6.1.4. | | |
| 6.1.5. | | |
| 6.1.6. | | |
| 6.1.7. | | |

☑   Debtor **HAS NOT** issued any financial statements in the two year period prior to the filing of this bankruptcy.

## 7. HEALTH CARE BUSINESS

☑   Debtor **IS NOT** a health care business as defined by 11 U.S.C. Section 101(27A).

☐   Debtor **IS** a health care business as defined by 11 U.S.C. Section 101(27A).

Effective September 1, 2011                                                    USTLA-3

| In Re: Leonarda Guadalupe Aguilar | Case No.: 2:15-bk-16443-RN |
|---|---|
| Debtor. | |

## 8. TRUST AGREEMENTS

☑ Debtor **IS NOT** a party to a trust agreement or a beneficiary under a trust agreement that holds property.

☐ Debtor **IS** a party to a trust agreement, or is a beneficiary under a trust agreement that holds property. Copies of all such trust agreements are attached hereto as Attachment 8.

## 9. RECORDATION OF CHAPTER 11 PETITION

☐ Debtor **DOES NOT** hold an interest in real property.

☐ Debtor **HAS** recorded a copy of the Chapter 11 petition in all counties in which it holds an interest in real property. Copies (or conformed copies) of each recorded petition are attached hereto as Attachment 9.

☑ Debtor has not been able to fulfill this requirement because:
Waiting for certified copy from the Bankruptcy Court for recording in the appropriate county recorders office.

## 10. FEDERAL AND STATE TAX RETURNS

Debtor has filed the following tax returns (list last two years for which returns have been filed). *Copies will be provided at the Initial Debtor Interview.*

| Tax Year | Form Number and Name of Return *(i.e., 1040, Individual Income Tax Return)* | Taxing Agency's Name *(i.e., IRS)* |
|---|---|---|
| 2013 | 1040 | IRS |
| 2013 | 540 c1 | CA Franchise |
| 2014 | 1040 | IRS |
| 2014 | 540 c1 | CA Franchise |

☐ Current tax returns have not been filed because:

_____

_____

_____

## 11. EMPLOYEE BENEFIT PLANS

Attached hereto and marked Attachment 11 is a fully executed Employee Benefit Plan Questionnaire.

☐ **BUSINESS ENTITIES:** I, am the authorized agent of the debtor named in this case, declare under penalty of perjury that I have read the foregoing Declaration, and the information provided is true and correct to the best of my knowledge, information, and belief. I further declare that I have been authorized to file this declaration on behalf of the debtor.

DATED: _____

_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

Effective September 1, 2011

*USTLA-3*

| In Re: LEONARDA GUADALUPE AGUILAR | Case No.: |
|---|---|
| Debtor. | 2:15-bk-16443-RN |

| Title of Authorized Individual |
|---|

☐ **INDIVIDUAL DEBTORS:** I declare under penalty of perjury that the information provided in the foregoing Declaration is true and correct to the best of my knowledge, information and belief.

DATED: 5/15/15

_Signature of Individual Debtor_

## Leonarda Guadalupe Aguilar

Printed Name of Individual Debtor

DATED:

Signature of Joint Debtor

Printed Name of Joint Debtor

Effective September 1, 2011

**SYLMAR REAL PROPERTY QUESTIONNAIRE**

| Attorney or Party Name, Address, Telephone and FAX |
| --- |
| Jeffrey S. Shinbrot, Esquire (155486)<br>JEFFREY S. SHINBROT, APLC<br>8200 Wilshire Blvd., Suite 400<br>Beverly Hills, CA 90211<br>(310)659-5444<br>(310)878-8304 Fax<br>jeffrey@shinbrotfirm.com |

☐ Pro Se Debtor

| OFFICE OF THE UNITED STATES TRUSTEE<br>LOS ANGELES DIVISION | SUBMIT TO UNITED STATES TRUSTEE<br>– DO NOT FILE WITH COURT |
| --- | --- |
| In Re:<br><br>LEONARDA GUADALUPE AGUILAR<br><br>                                              Debtor-In-Possession. | Case Number:<br>2:15-bk-16443-RN<br><br>**REAL PROPERTY QUESTIONNAIRE**<br><br>CHECK ONE BOX:<br><br>Owned ☐   ✓ Being Purchased ☐ |

Within seven (7) days after the filing of the petition, every chapter 11 Debtor in Possession which holds any interest in any parcel of real property shall provide the United States Trustee with a completed Real Property Questionnaire (form UST-5). Included within the meaning of the phrase "any interest in any parcel of real property" are real property leases, land sales contracts, open escrows and other transactions under with the Debtor presently may not be a titleholder of record.

The United States Trustee deems the requested information necessary to carry out his statutory responsibilities to monitor and evaluate all pending Chapter 11 cases in this District. Therefore, failure to timely and fully submit this form for each parcel of real property may result in the filing of a motion to dismiss this case, convert this case to one under Chapter 7 or for appointment of a Trustee. Consequently, the Debtor is required to fully answer each question contained in each section of this Questionnaire that applies to the particular parcel of real property involved. A separate Questionnaire is to be filed for each parcel of real property. If additional space is required for any answer, and continuation sheet specifying the Section and Question involved should be attached.

| SECTION ONE: PROPERTY OWNED OR BEING PURCHASED BY DEBTOR |
| --- |
| A.        Address of property including county and state in which it is located:<br><br>13781 Eldridge Avenue<br>Sylmar, California 91342<br>Los Angeles County |
| B.        Legal Description of Property (i.e. Lot and Tract Number, including Tax Assessor's I.D. Number)<br>Assessor Parcel Number: 2503-010-029<br>Block 16 Abbreviated Description: BLK: 16 City: Region/Cluster: 01/01150 SUBD: MACLAY RANCHO EX MISSION DE SAN FERNANDO * TR=THE MACLAY RANCHO*NW 172.87 FT OF SE 1037.23 FT OF NE 630 FT (EX OF ST) OF BLK 16 City/Muni/Twp: REGION/CLUSTER:01/01150 |
| C.        Percentage interest in the property owned by the Debtor: **100%** |
| D.        Date of Debtor's Acquisition of the Property: May 24, 2006<br><br>        Purchase Price: $  1,200,000.00 |

| In Re: LEONARDA GUADALUPE AGUILAR | Case No.: |
|---|---|
| Debtor. | 2:15-bk-16443-RN |

E. Type of real property (i.e. single family residence, condominium, apartment bldg., office bldg., commercial, industrial, unimproved.)

Single family residence

F. Description of property (i.e. square footage, number of units, number of offices, amenities, condition):

Square feet: 3,301 SF
Lot size: 2.45 Acreas

G. Development status of property:
(1) Permits (type, date issued, expiration date):

None

(2) In construction (date of commencement, estimated date and cost of completion, name of construction lender):

None

(3) Rehabilitation (specify nature, cost and status of rehabilitation effort):

None

H. Present Fair Market Value: $ 750,000.00

I. State source and basis of the above fair market value: (attach a copy of latest appraisal)

Recent properties sold in the area.

J. Does the property meet all federal, state, and local requirements including, but not limited to; health, building, safety, OSHA, earthquake and fire regulations? ✓YES ☐NO (If the answer is "NO," briefly explain and attach copies of any complaints, citations and/or recorded documents which specify the substance of the alleged violations)

Property previously had Los Angeles municipal code violations.

K. State the name of the titleholder of records as of the date of the filing of the Petition:
Leonarda Guadalupe Aguilar

L. State the name of the Grantor of the property to the titleholder set forth in "K" above:

*USTLA-5*

| In Re: LEONARDA GUADALUPE AGUILAR | Case No.: |
|---|---|
| Debtor. | 2:15-bk-16443-RN |

| M. | Is the titleholder, specified in "K" above, the Debtor in this Chapter 11 proceeding? ☑ YES ☐ NO (If "NO," explain why the titleholder and the Debtor are different persons/entities) |
|---|---|
| N. None | State the date of the last transfer of any interest in the property and the name of the transferor and transferee: |
| O. | Was title to the property transferred to the Debtor within ninety (90) days prior to the filing of the Chapter 11 Petition? ☐ YES ☑ NO (If "YES," state the reason for the transfer) |
| P. | If the Debtor is a partnership, did all of the general partners consent to the filing of the Chapter 11 Petition? ☐ YES ☐ NO (If "YES," attach documentation to indicate such consent was given by all partners, if "NO," explain why all did not consent and identify each non-consenting partner). <br><br> Not applicable |
| Q. | Is the property currently occupied? ☑ YES ☐ NO |
| R. | Does the Debtor, its principals or any other person or entity related to the Debtor or its principals occupy or use any portion of the property? ☑ YES ☐ NO (If "YES," state the name of the tenant, nature of the relationship to the Debtor and terms of the agreement, if any) <br><br> Vicente D. Aguilar, Debtors brother <br> Abraham Aguilar, Debtors brother |
| S. | Does any other person/entity other than the Debtor use, lease or occupy any portion of the property? ☑ YES ☐ NO (If "YES", state name of each person/entity, whether it is relation, affiliated or doing business with the Debtor or any principal of the Debtor, and state the terms of such use, lease or occupancy) <br><br> Vicente D. Aguilar, Debtor's brother <br> Abraham Aguilar, Debtor's brother |
| T. | Has the Bankruptcy Petition been recorded in the Office of the Recorder of the county in which this property is located? ☐ YES ☑ NO (If "YES," state the Date of Recordation and Instrument Number or Book and Page Number) |

3

| In Re: LEONARDA GUADALUPE AGUILAR | Case No.: 2:15-bk-16443-RN |
|---|---|
| Debtor. | |

## SECTION TWO: FINANCIAL STATUS OF OWNED PROPERTY

A.    List Voluntary encumbrances of record against the property (e.g. mortgages, stipulated judgments):

| Lender Name | Current Principal Balance | Installment Amount | Frequency (Mo/Qtr/Yr) |
|---|---|---|---|
| 1st: Ocwen Loan Serv | $1,480,000.00 | | |
| 2nd: | | | |
| 3rd: | | | |
| 4th: | | | |

| Maturity Date | Date of Last Payment | Number of Delinquent Installments |
|---|---|---|
| 1st: Ocwen Loan Serv | | |
| 2nd: | | |
| 3rd: | | |
| 4th: | | |

B.    List involuntary encumbrances of record against the property (tax, mechanics's and other liens, judgments, lis pendens):

| Type of lien | Amount Claimed | Date of recordation |
|---|---|---|
| | | |
| | | |
| | | |

C.    Was a Notice of Default and/or a Notice of Sale recorded prior to the filing of the bankruptcy petition? [✓] YES [ ] NO
(If "YES," state which document was recorded, the name of the lender, and the date of recordation)

Notice of Trustee's Sale; Duly appointed Trustee: Western Progressive, LLC
Recorded: March 25, 2015 Instrument Number: 20150320061

D.    Property Taxes:
    (1) Assessed value of property per latest real property Tax Bill $ 989,000.00

    (2) Annual taxes and installment due dates: $12,718.30

    (3) Indicate the due dates and amounts of any Tax Bills which have not been paid:

Effective September 1, 2011                                                                USTLA-5

| In Re: LEONARDA GUADALUPE AGUILAR | Case No.: |
|---|---|
| Debtor. | 2:15-bk-16443-RN |

## SECTION THREE: SALE OF PROPERTY

**A.** Has a real estate broker been employed? ☐ YES ☑ NO (If "YES," state the name of the broker, name of the salesperson, date employed, company name, address and telephone number and the listing agreement expiration date)

**B.** Has an application to employ the broker been filed with the court? ☐ YES ☑ NO

**C.** How long as the property been listed or advertised for sale with the current broker? Not applicable

**D.** Has any written offer been received? ☐ YES ☑ NO (If "YES," state the terms of each such written offer)

**E.** What is the date the property was first listed for sale with any broker? Not applicable

**F.** What is the current listing price? (attach a copy of the listing agreement) $ Not aplicable

**G.** Have other attempts been made to sell the property? ☐ YES ☑ NO (If "YES," for each such attempt, state the date, asking price and result)

**H.** Explain other alternatives considered as to the disposition of the property (i.e. refinancing, capital infusion, stipulation with lender):
Debtor seeks to restructure debt.

## SECTION FOUR: PURCHASE OF PROPERTY

**A.** Is the Debtor currently purchasing this parcel of real property? ☑ YES ☐ NO (If "YES," state the name, address and telephone number of the seller)

**B.** Is the Debtor a party to a land Sales Contract or other arrangement by which actual title is to be taken at some point in the future? ☐ YES ☑ NO (If "YES," attach a copy of any written documents which state the terms of such transaction).

**C.** If an escrow has been opened, state the escrow company name, name of escrow officer, address, and telephone number: (attach a copy of the purchase agreement and Escrow Instruction

Effective September 1, 2011                                                                                 USTLA-5

| In Re: LEONARDA GUADALUPE AGUILAR | Case No.: |
|---|---|
| Debtor. | 2:15-bk-16443-RN |

| D. | What is the purchase price? $ | |
|---|---|---|

**SECTION FIVE: PROPERTY LEASED BY DEBTOR AS LESSEE**

A.  Address of property including county and state in which it is located:

Not applicable

B.  Type of real property (i.e., single family residence, condominium, apartment bldg., office bldg., commercial, industrial, unimproved):

Not applicable

C.  Description of property (i.e. square footage, number of units, number of offices, amenities, condition)?

Not applicable

D.  Is the Debtor or any principal of the Debtor affiliated with or related to the lessor? ☐ YES ☐ NO (If "YES," explain the relationship)

Not applicable

E.  Does a written lease exist? ☐ YES ☐ NO (If "YES," attach a copy of the lease).

F.  Lease payment amount: $ Not applicable    per  ☐ Month ☐ Quarter ☐ Year

G.  Number of pre-petition delinquent payments:  Not applicable

H.  Total dollar amount of pre-petition delinquent lease and related payments: $ Not applicable

I.  Specify the type, amount and date of any deposits paid to the lessor (i.e., security deposits, first and last months'' rent)

Not applicable

J.  Describe provisions in the lease for increases in the lease payments:

Not applicable

K.  Describe type of lease (i.e. triple net, minimum plus percentage of sales, gross lease) and state basic lease terms:

Not applicable

L.  When did the lease commence?    Not applicable
When is the lease termination date?

| In Re: LEONARDA GUADALUPE AGUILAR | Case No.: |
|---|---|
| Debtor. | 2:15-bk-16443-RN |

**M.** Does the lease provide any options to extend the term of the lease? ☐ YES ☐ NO (If "YES," describe each option)

Not applicable

**N.** List the improvements made and fixtures installed by the Debtor (i.e., items so attached or integrated with the property so as to render them legally non-removable) and state the cost:

Not applicable

### SECTION SIX - INSURANCE

**A.** State the following as to each policy of insurance (attach a copy of the declaration page of each current policy):

| Type of Insurance | Name of Ins Agent | Ins Company | Policy Number | Amt. of Coverage | Exp. Date |
|---|---|---|---|---|---|
| Property insurance | Insurenex | California Fair Plan | PI 5520449 | $975,000.00 | 5/7/2016 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**B.** If any policy payments are delinquent, so state and provide the amount and number of installments that are past due:

### SECTION SEVEN: INCOME FROM RENTAL OF PROPERTY

**A.** What is the actual gross monthly income being received from rental of the property? $ 4,800.00

**B.** What is the current occupancy rate and the square footage presently being leased?

Abraham Aguilar contributes $1,000.00
Vincent Aguilar contributes $3,000.00
Both brothers contribute to assist in making mortgage payments.

**C.** If the property were fully leased, state the anticipated gross monthly income: $

**D.** Itemize the total monthly expenses *excluding* debt service:

| In Re: LEONARDA GUADALUPE AGUILAR | Case No.: |
|---|---|
| Debtor. | 2:15-bk-16443-RN |

E.    Is there any person or entity managing the property? ☑ YES ☐ NO (If "YES," state the name, address, and telephone number of the managing person/company and attach a copy of the management company's fidelity bond)

Abraham Aguilar, debtor's brother resides on the property, 13781 Eldridge Avenue, Sylmar, CA 91342, (818)339-1648.

Vicente Aguilar, debtor's brother resides on the property, 13781 Eldridge Avenue, Sylmar, CA 91342.

F.    What are the terms of the management agreement?  (If written, attach a copy of the agreement)

Not applicable.

G.    Is the manager of the property related to or affiliated with the Debtor in any way? ☑ YES ☐ NO (If "YES," explain the relationship or affiliation)

Abraham Aguilar, debtor's brother.

H.    Is any person and/or entity occupying any portion of the property at a reduced rental rate or at no rental charge? ☐ YES ☑ NO (If "YES," explain fully)

I declare under penalty of perjury that the answers contained in the foregoing Real Property Questionnaire are true and correct to the best of my knowledge, information and belief.  I have full authority to make the above answers on behalf of the debtor in possession.

Dated:    5/15/15

Print Name and Title of Authorized Agent for Debtor in Possession

Leonarda Guadalupe Aguilar

Signature of Authorized Agent for Debtor in Possession

Effective September 1, 2011

**PACOIMA REAL PROPERTY QUESTIONNAIRE**

| Attorney or Party Name, Address, Telephone and FAX | |
| --- | --- |
| Jeffrey S. Shinbrot, Esquire (155486)<br>JEFFREY S. SHINBROT, APLC<br>8200 Wilshire Blvd., Suite 400<br>Beverly Hills, CA 90211<br>(310)659-5444<br>(310)878-8304 Fax<br>jeffrey@shinbrotfirm.com | |
| ☐  Pro Se Debtor | |

| OFFICE OF THE UNITED STATES TRUSTEE<br>LOS ANGELES DIVISION | SUBMIT TO UNITED STATES TRUSTEE<br>– DO NOT FILE WITH COURT |
| --- | --- |
| In Re:<br><br>LEONARDA GUADALUPE AGUILAR<br><br>Debtor-In-Possession. | Case Number:<br>2:15-bk-16443-RN<br>**REAL PROPERTY QUESTIONNAIRE**<br><br>CHECK ONE BOX:<br><br>☐ Owned   ☑ Being Purchased   ☐ |

Within seven (7) days after the filing of the petition, every chapter 11 Debtor in Possession which holds any interest in any parcel of real property shall provide the United States Trustee with a completed Real Property Questionnaire (form UST-5). Included within the meaning of the phrase "any interest in any parcel of real property" are real property leases, land sales contracts, open escrows and other transactions under which the Debtor presently may not be a titleholder of record.

The United States Trustee deems the requested information necessary to carry out his statutory responsibilities to monitor and evaluate all pending Chapter 11 cases in this District. Therefore, failure to timely and fully submit this form for each parcel of real property may result in the filing of a motion to dismiss this case, convert this case to one under Chapter 7 or for appointment of a Trustee. Consequently, the Debtor is required to fully answer each question contained in each section of this Questionnaire that applies to the particular parcel of real property involved. A separate Questionnaire is to be filed for each parcel of real property. If additional space is required for any answer, and continuation sheet specifying the Section and Question involved should be attached.

| SECTION ONE: PROPERTY OWNED OR BEING PURCHASED BY DEBTOR |
| --- |
| A.    Address of property including county and state in which it is located:<br><br>10487 Laurel Canyon Blvd.<br>Pacoima, California 91331<br>Los Angeles County |
| B.    Legal Description of Property (i.e. Lot and Tract Number, including Tax Assessor's I.D. Number)<br>Assessor Parcel Number: 2618-018-003<br>Lot: 48 Abbreviated Description: LOT: 48 CITY: REGION/CLUSTER: 01/01405 NORTHWEST<br>HALF OF BLOCK 300 MACLAY RANCHO NE 125 FT OF LOT 48 City/Muni/Twp:<br>REGION/CLUSTER: 01/01405 |
| C.    Percentage interest in the property owned by the Debtor: **33.33%** |
| D.    Date of Debtor's Acquisition of the Property: 2002<br>Purchase Price: $ |

Effective September 1, 2011                                                                                    *USTLA 5*

| In Re: LEONARDA GUADALUPE AGUILAR | Case No.: |
|---|---|
| Debtor. | 2:15-bk-16443-RN |

E.    Type of real property (i.e. single family residence, condominium, apartment bldg., office bldg., commercial, industrial, unimproved.)

Duplex (2 unites, Any Combination)

F.    Description of property (i.e. square footage, number of units, number of offices, amenities, condition):

Square feet: 1,602 SF
Lot size: 7,499 SF

G.    Development status of property:
(1) Permits (type, date issued, expiration date):

None

(2) In construction (date of commencement, estimated date and cost of completion, name of construction lender):

None

(3) Rehabilitation (specify nature, cost and status of rehabilitation effort):

None

H.    Present Fair Market Value: $ 445,000.00

I.    State source and basis of the above fair market value: (attach a copy of latest appraisal)

Recent properties sold in the area.

J.    Does the property meet all federal, state, and local requirements including, but not limited to; health, building, safety, OSHA, earthquake and fire regulations? [ ] YES [✓] NO (If the answer is "NO," briefly explain and attach copies of any complaints, citations and/or recorded documents which specify the substance of the alleged violations)

K.    State the name of the titleholder of records as of the date of the filing of the Petition:
Leonarda Guadalupe Aguilar, Vicente M. Aguilar and Alicia D. Aguilar

L.    State the name of the Grantor of the property to the titleholder set forth in "K" above:

Effective September 1, 2011                                                                                          *USTLA-5*

| In Re: LEONARDA GUADALUPE AGUILAR | Case No.: |
|---|---|
| Debtor. | **2:15-bk-16443-RN** |

| M. | Is the titleholder, specified in "K" above, the Debtor in this Chapter 11 proceeding? ☑ YES ☐ NO (If "NO," explain why the titleholder and the Debtor are different persons/entities) |
|---|---|

| N. None | State the date of the last transfer of any interest in the property and the name of the transferor and transferee: |
|---|---|

| O. | Was title to the property transferred to the Debtor within ninety (90) days prior to the filing of the Chapter 11 Petition? ☐ YES ☑ NO (If "YES," state the reason for the transfer) |
|---|---|

| P. | If the Debtor is a partnership, did all of the general partners consent to the filing of the Chapter 11 Petition? ☐ YES ☐ NO (If "YES," attach documentation to indicate such consent was given by all partners, if "NO," explain why all did not consent and identify each non-consenting partner). |
|---|---|

Not applicable

| Q. | Is the property currently occupied? ☑ YES ☐ NO |
|---|---|

| R. | Does the Debtor, its principals or any other person or entity related to the Debtor or its principals occupy or use any portion of the property? ☐ YES ☑ NO (If "YES," state the name of the tenant, nature of the relationship to the Debtor and terms of the agreement, if any) |
|---|---|

| S. | Does any other person/entity other than the Debtor use, lease or occupy any portion of the property? ☑ YES ☐ NO (If "YES", state name of each person/entity, whether it is relation, affiliated or doing business with the Debtor or any principal of the Debtor, and state the terms of such use, lease or occupancy) |
|---|---|

| T. | Has the Bankruptcy Petition been recorded in the Office of the Recorder of the county in which this property is located? ☐ YES ☑ NO (If "YES," state the Date of Recordation and Instrument Number or Book and Page Number) |
|---|---|

Effective September 1, 2011                                                    USTLA-5

| In Re: LEONARDA GUADALUPE AGUILAR | Case No.: 2:15-bk-16443-RN |
|---|---|
| Debtor. | |

## SECTION TWO: FINANCIAL STATUS OF OWNED PROPERTY

A.   List Voluntary encumbrances of record against the property (e.g. mortgages, stipulated judgments):

| Lender Name | Current Principal Balance | Installment Amount | Frequency (Mo/Qtr/Yr) |
|---|---|---|---|
| 1st: Wells Fargo | $392,483.70 | $1,771.55 | Monthly |
| 2nd: | | | |
| 3rd: | | | |
| 4th: | | | |

| Maturity Date | Date of Last Payment | Number of Delinquent Installments |
|---|---|---|
| 1st: | | |
| 2nd: | | |
| 3rd: | | |
| 4th: | | |

B.   List involuntary encumbrances of record against the property (tax, mechanics's and other liens, judgments, lis pendens):

| Type of lien | Amount Claimed | Date of recordation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

C.   Was a Notice of Default and/or a Notice of Sale recorded prior to the filing of the bankruptcy petition?  ☐ YES  ☑ NO
(If "YES," state which document was recorded, the name of the lender, and the date of recordation)

D.   Property Taxes:

(1) Assessed value of property per latest real property Tax Bill $ 83,500.00

(2) Annual taxes and installment due dates: 733.01

(3) Indicate the due dates and amounts of any Tax Bills which have not been paid:

| In Re: LEONARDA GUADALUPE AGUILAR | Case No.: |
|---|---|
| Debtor. | 2:15-bk-16443-RN |

| | SECTION THREE: SALE OF PROPERTY | |
|---|---|---|

A.   Has a real estate broker been employed? ☐ YES ☑ NO (If "YES," state the name of the broker, name of the salesperson, date employed, company name, address and telephone number and the listing agreement expiration date)

B.   Has an application to employ the broker been filed with the court? ☐ YES ☑ NO

C.   How long as the property been listed or advertised for sale with the current broker? **Not applicable**

D.   Has any written offer been received? ☐ YES ☑ NO (If "YES," state the terms of each such written offer)

E.   What is the date the property was first listed for sale with any broker? **Not applicable**

F.   What is the current listing price? (attach a copy of the listing agreement) $ **Not aplicable**

G.   Have other attempts been made to sell the property? ☐ YES ☑ NO (If "YES," for each such attempt, state the date, asking price and result)

H.   Explain other alternatives considered as to the disposition of the property (i.e. refinancing, capital infusion, stipulation with lender):

**Debtor seeks to restructure debt.**

| | SECTION FOUR: PURCHASE OF PROPERTY | |
|---|---|---|

A.   Is the Debtor currently purchasing this parcel of real property? ☑ YES ☐ NO (If "YES," state the name, address and telephone number of the seller)

B.   Is the Debtor a party to a land Sales Contract or other arrangement by which actual title is to be taken at some point in the future? ☐ YES ☑ NO (If "YES," attach a copy of any written documents which state the terms of such transaction).

C.   If an escrow has been opened, state the escrow company name, name of escrow officer, address, and telephone number: (attach a copy of the purchase agreement and Escrow Instruction

| In Re: LEONARDA GUADALUPE AGUILAR | Case No.: |
|---|---|
| Debtor. | 2:15-bk-16443-RN |

| | |
|---|---|
| D. | What is the purchase price? $ |

**SECTION FIVE: PROPERTY LEASED BY DEBTOR AS LESSEE**

| | |
|---|---|
| A. | Address of property including county and state in which it is located: |
| Not applicable | |

| | |
|---|---|
| B. | Type of real property (i.e., single family residence, condominium, apartment bldg., office bldg., commercial, industrial, unimproved): |
| Not applicable | |

| | |
|---|---|
| C. | Description of property (i.e. square footage, number of units, number of offices, amenities, condition)? |
| Not applicable | |

| | |
|---|---|
| D. | Is the Debtor or any principal of the Debtor affiliated with or related to the lessor? ☐ YES ☐ NO (If "YES," explain the relationship) |
| Not applicable | |

| | |
|---|---|
| E. | Does a written lease exist? ☐ YES ☐ NO (If "YES," attach a copy of the lease). |
| F. | Lease payment amount: $ Not applicable    per ☐ Month ☐ Quarter ☐ Year |
| G. | Number of pre-petition delinquent payments:  Not applicable |
| H: | Total dollar amount of pre-petition delinquent lease and related payments: $ Not applicable |
| I. | Specify the type, amount and date of any deposits paid to the lessor (i.e., security deposits, first and last months" rent) |
| Not applicable | |

| | |
|---|---|
| J. | Describe provisions in the lease for increases in the lease payments: |
| Not applicable | |

| | |
|---|---|
| K. | Describe type of lease (i.e. triple net, minimum plus percentage of sales, gross lease) and state basic lease terms: |
| Not applicable | |

| | |
|---|---|
| L. | When did the lease commence? When is the lease termination date? Not applicable |

| In Re: LEONARDA GUADALUPE AGUILAR | Case No.: |
|---|---|
| Debtor. | 2:15-bk-16443-RN |

**M.** Does the lease provide any options to extend the term of the lease? ☐ YES ☐ NO (If "YES," describe each option)

Not applicable

**N.** List the improvements made and fixtures installed by the Debtor (i.e., items so attached or integrated with the property so as to render them legally non-removable) and state the cost:

Not applicable

## SECTION SIX: INSURANCE

**A.** State the following as to each policy of insurance (attach a copy of the declaration page of each current policy):

| Type of Insurance | Name of Ins Agent | Ins Company | Policy Number | Amt. of Coverage | Exp. Date |
|---|---|---|---|---|---|
| Home Owners Insurance | | Farmers Insurance Group | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**B.** If any policy payments are delinquent, so state and provide the amount and number of installments that are past due:

## SECTION SEVEN: INCOME FROM RENTAL OF PROPERTY

**A.** What is the actual gross monthly income being received from rental of the property? $

**B.** What is the current occupancy rate and the square footage presently being leased?

**C.** If the property were fully leased, state the anticipated gross monthly income: $

**D.** Itemize the total monthly expenses *excluding* debt service:

Effective September 1, 2011                                                          *USTLA-5*

| In Re: LEONARDA GUADALUPE AGUILAR | Case No.: |
|---|---|
| Debtor. | 2:15-bk-16443-RN |

E.    Is there any person or entity managing the property? ☐ YES ☑ NO (If "YES," state the name, address, and telephone number of the managing person/company and attach a copy of the management company's fidelity bond)

F.    What are the terms of the management agreement?  (If written, attach a copy of the agreement)

Not applicable.

G.    Is the manager of the property related to or affiliated with the Debtor in any way? ☐ YES ☑ NO (If "YES," explain the relationship or affiliation)

H.    Is any person and/or entity occupying any portion of the property at a reduced rental rate or at no rental charge? ☐ YES ☑ NO (If "YES," explain fully)

I declare under penalty of perjury that the answers contained in the foregoing Real Property Questionnaire are true and correct to the best of my knowledge, information and belief.  I have full authority to make the above answers on behalf of the debtor in possession.

Dated:

Print Name and Title of Authorized Agent for Debtor in Possession

Signature of Authorized Agent for Debtor in Possession

Leonarda Guadalupe Aguilar

Effective September 1, 2011                                                                        USTLA-5

| In Re: LEONARDA GUADALUPE AGUILAR | Case No.: |
|---|---|
| — Debtor. | 2:15-bk-16443-RN |

E.    Is there any person or entity managing the property? ☐ YES ☑ NO (If "YES," state the name, address, and telephone number of the managing person/company and attach a copy of the management company's fidelity bond)

F.    What are the terms of the management agreement?  (If written, attach a copy of the agreement)

Not applicable.

G.    Is the manager of the property related to or affiliated with the Debtor in any way? ☐ YES ☑ NO (If "YES," explain the relationship or affiliation)

H.    Is any person and/or entity occupying any portion of the property at a reduced rental rate or at no rental charge? ☐ YES ☑ NO (If "YES," explain fully)

I declare under penalty of perjury that the answers contained in the foregoing Real Property Questionnaire are true and correct to the best of my knowledge, information and belief.  I have full authority to make the above answers on behalf of the debtor in possession.

Dated:  5/15/15            _L. Guadalupe Aguilar_

Print Name and Title of Authorized Agent for Debtor in Possession            Signature of Authorized Agent for Debtor in Possession

Leonarda Guadalupe Aguilar

Effective September 1, 2011

**PREPETITION BANK ACCOUNTS**

**Bank of America** 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

L GUADALUPE AGUILAR

**** **** 3571

BOFA CORE CHECKING

| | Transaction History |
|---|---|

Last Posting Date 05/13/2015

Date/Time Printed 5/14/2015 12:20 PM EST

**Since Last Statement Summary**

| | |
|---|---|
| Last Statement Date 04/30/2015 | |
| Balance Last Statement ($) | -$264.00 |
| Deposits/Credits (+) # 0 | $0.00 Holds (-) |
| Withdrawals/Debits (-) # 6 | $511.00 Pending Credits (+) |
| | -$264.00 |
| Available Balance ($) | -$264.00 |

Some of the information was not available when this page was printed. Please ask your Bank of America banker to assist you
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| 04/30/2015 | Monthly Maintenance Fee | Fee | -$12.00 | -$264.00 |
| 04/10/2015 | Temporary Credit Reversal on 03/09/15  Card 4815820054815111  Claim 15031710407 | Debit | -$34.00 | -$252.00 |
| 04/10/2015 | Temporary Credit Reversal on 03/09/15  Card 4815820054815111  Claim 15031710407 | Debit | -$37.00 | -$218.00 |
| 04/10/2015 | Temporary Credit Reversal on 03/04/15  Card 4815820054815111  Claim 15031710407 | Debit | -$42.00 | -$181.00 |
| 04/10/2015 | Temporary Credit Reversal on 03/04/15  Card 4815820054815111  Claim 15031710407 | Debit | -$146.00 | -$139.00 |
| 04/01/2015 | CA-TLR cash withdrawal from CHK 3571  Confirmation# 0292179056  Banking Cr BELMONT SHORE  #0000229 CA | Debit | -$240.00 | $7.00 |

Statement Period as of 04/01/2015

**** **** 3571

* = Item(s) included in Previous Statement(s).

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

Page 1

| Date | Description | | Type | Amount | Available Balance |
|---|---|---|---|---|---|
| 03/09/2015 | CHECKCARD 0307 TMF*HSNUS0*SELF RECURRING | 855-226-0430 NY 24692165060600003609127765 | Debit | -$34.00 | -$292.00 |
| 03/05/2015 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 03-05 POSTING DATE 03-05-15 POST.... | | Fee | -$35.00 | -$258.00 |
| 03/05/2015 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 03-05 POSTING DATE 03-05-15 POST.... | ELECTRONIC TRANSACTION | Fee | -$35.00 | -$223.00 |
| 03/05/2015 | CHECKCARD 0304 TMF*HSNUS0*VOGUE RECURRING | 855-226-0429 NY 24692165063009490089112 | Debit | -$42.00 | -$188.00 |
| 03/05/2015 | CHECKCARD 0304 TMF*P98111*PEOPLE RECURRING | 855-226-0429 NY 24692165063009494047060 | Debit | -$146.00 | -$146.00 |
| 03/03/2015 | Legal Order Fee,LTS G03031500157 3 | | Fee | -$100.00 | $0.00 |
| 03/03/2015 | Legal Order, LTS G03031500157 3 | | Debit | -$8.01 | $100.00 |
| 03/02/2015 | KEEP THE CHANGE TRANSFER TO ACCT 3423 FOR 03/02/15 | | Keep the Change | -$0.01 | $108.01 |
| 03/02/2015 | CHECKCARD 0301 NETFLIX.COM RECURRING | NETFLIX.COM  CA 24692165060000633166071 | Debit | -$8.99 | $108.02 |

Statement Period as of 02/28/2015

***No More Activity For This Account***

For additional information or service, please contact the Customer Service Center at  1-800-432-1000

\* =    Item(s) included in Previous Statement(s).

NCA

**Bank of America** 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

L GUADALUPE AGUILAR

REGULAR SAVINGS

**** **** 3423

Date/Time Printed 5/14/2015 12:38 PM EST

Last Posting Date 05/13/2015

## Transaction History

**Since Last Statement Summary**

| | |
|---|---|
| Last Statement Date 04/30/2015 | |
| Balance Last Statement ($) | $0.00 |
| Deposits/Credits (+) | # 0 |
| Withdrawals/Debits (-) | # 0 |
| | $0.00 |

Holds (-) $0.00

Pending Credits (+) $0.00

Available Balance ($) $0.00

Some of the information was not available when this page was printed. Please ask your Bank of America banker to assist you

Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| 03/03/2015 | Legal Order, LTS G03031500157B | Debit | -$26.87 | $0.00 |
| | Statement Period as of 02/28/2015 | | | |
| 03/03/2015 | KEEPTHECHANGE CREDIT FROM ACCT3571 EFFECTIVE 03/02 | Keep the Change | $0.01 | $26.87 |
| 02/25/2015 | KEEPTHECHANGE CREDIT FROM ACCT3571 EFFECTIVE 02/24 | Keep the Change | $0.75 | $26.86 |
| 02/13/2015 | KEEPTHECHANGE CREDIT FROM ACCT3571 EFFECTIVE 02/12 | Keep the Change | $0.48 | $26.11 |
| 02/11/2015 | KEEPTHECHANGE CREDIT FROM ACCT3571 EFFECTIVE 02/10 | Keep the Change | $0.18 | $25.63 |
| 02/06/2015 | KEEPTHECHANGE CREDIT FROM ACCT3571 EFFECTIVE 02/05 | Keep the Change | $0.87 | $25.45 |

**** **** 3423

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

* = Item(s) included in Previous Statement(s).

00-14-9036M  11-2010
NCA

**DIP ACCOUNTS**

*Account Agreement*    Date: _____05/15/2015_____

| | |
|---|---|
| **Institution Name & Address** | **Internal Use** 8430071 Checking |
| Farmers and Merchants Bank of Long Beach<br>Belmont Shore Office<br>4827 E Second St<br>Long Beach, CA 90803 | **Account Title & Address**<br>Leonarda Guadalupe Aguilar<br>D I P Case No 2:15-bk-16443-RN<br>241 Redondo Ave. #6<br>Long Beach, CA 90803 |

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter **Non-Individual Owner Information** on page 2. There is additional **Owner/Signer Information** space on page 2.

**Ownership of Account**

The specified ownership will remain the same for all accounts.

☒ Individual
☐ Joint Account
☐ Joint - Husband and Wife
   (With right of survivorship)
☐ Community Property
   (Husband and Wife)

☐ Corporation - For Profit
☐ Corporation - Nonprofit
☐ Partnership
☐ Sole Proprietorship
☐ Limited Liability Company

☐ Tenancy in Common
☐ Trust-Separate Agreement Dated: ...........................
☐ ...........................

**Owner/Signer Information 1**

| Name | Leonarda Guadalupe Aguilar |
|---|---|
| Relationship | Primary Account Owner |
| Address | 241 Redondo Ave. #6<br>Long Beach, CA 90803 |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | 1522 |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | Secondary ID Ex<br>#Bank of America Visa |
| Employer | State of CA |
| Previous Financial Inst. | |

**Beneficiary Designation**
*(Check appropriate ownership above.)*
☐ Totten Trust          ☐ Pay-on-Death (P.O.D.)
☐ ...........................

**Beneficiary Name(s), Address(es), and SSN(s)**
*(Check appropriate beneficiary designation above.)*

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: 1 .

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions     ☒ Privacy
☒ Electronic Fund Transfers     ☒ Truth in Savings
☐ Substitute Checks     ☒ Funds Availability
☐ Common Features     ☐ ...........................

☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

[ x                                                    ]
  Leonarda Guadalupe Aguilar

[ x                                                    ]

[ x                        ] 4[ x                        ]

**Owner/Signer Information 2**

| Name | |
|---|---|
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

Signature Card-CA
Bankers Systems™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CA 5/2/2007
Page 1 of 2

Initials: _____

## Owner Signer Information 1

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Non-Individual Owner Information

| | |
|---|---|
| Name | |
| EIN | |
| Phone | |
| Mobile Phone | |
| E-Mail | |
| Type of Entity | |
| State/Country & Date of Organization | |
| Nature of Business | |
| Address | |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | |
| Previous Financial Inst. | |

## Owner Signer Information 2

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Account Description / Account #  / Initial Deposit Source

| Account Description | Account # | Initial Deposit Source |
|---|---|---|
| Checking - Bankruptcy Trustee | ████0071 | $ 200.00  ☒ Cash  ☐ Check  ☐ |
| | | $ ___  ☐ Cash  ☐ Check  ☐ |
| | | $ ___  ☐ Cash  ☐ Check  ☐ |

## Services Requested

☐ ATM     ☐ Debit/Check Cards (No. Requested: _____ )
☐ _____    ☐ _____
☐ _____    ☐ _____

## Other Terms Information

## Backup Withholding Certification

*(If not a "U.S. Person," certify foreign status separately.)*

TIN: ████████1522

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

**I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).**

X _____    (Date)

    Leonarda Guadalupe Aguilar

Signature Card-CA
Bankers Systems ™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CA 5/2/2007
Page 2 of 2

Initials: _____









Please keep this ID card in a safe place.
It contains your account number.

Farmers & Merchants Bank
Bixby Knolls Office • 562-621-1430
4322 E. Second Street
Long Beach, CA 90803
www.fmb.com • TeleBanker 562-495-7708

Please keep this ID card in a safe place.
It contains your account number.

Farmers & Merchants Bank
Bixby Knolls Office • 562-621-1430
4322 E. Second Street
Long Beach, CA 90803
www.fmb.com • TeleBanker 562-495-7708

Routing Number
122201198

Your Account Number
08430071

Farmers and Merchants Bank of Long Beach
Belmont Shore Office
4827 E Second St
Long Beach,CA 90803

## TRUTH IN SAVINGS DISCLOSURE

Terms following a ☐ apply only if checked.

Acct: Bankruptcy Trustee

Acct #: ___0071

Date: ___05/15/2015___

☐ The interest rate and annual percentage yield stated below are accurate as of the date printed above. If you would like more current rate and yield information please call us at (562) 621-1430 .

This disclosure contains the rules which govern your deposit account. Unless it would be inconsistent to do so, words and phrases used in this disclosure should be construed so that the singular includes the plural and the plural includes the singular.

We reserve the right to at any time require not less than _____ days notice in writing before any withdrawal from an interest bearing account.

### ☐ FIXED RATE

☐ The interest rate for your account is _____ % with an annual percentage yield of _____ %. We will pay this rate _____

We will not decrease this rate unless we first give you at least 30 days notice in writing.

☐ The interest rate and annual percentage yield for your account depend upon the applicable rate tier. We will pay these rates _____

We will not decrease these rates unless we first give you at least 30 days notice in writing.

### ☐ VARIABLE RATE

☐ The interest rate for your account is _____ % with an annual percentage yield of _____ %. Your interest rate and annual percentage yield may change.

☐ The interest rate and annual percentage yield for your account depend upon the applicable rate tier. The interest rate and annual percentage yield for these tiers may change.

### Determination of rate

☐ At our discretion, we may change the interest rate on your account.

☐ The interest rate for your account _____

_____

_____

☐ The fixed initial rate is not determined by this rule.

☐ The initial interest rate on your account _____

_____

_____

_____

Subsequent rates _____

### Frequency of rate change

☐ We may change the interest rate on your account _____

_____

☐ Your initial interest rate will not change _____

_____

We may change the interest rate on your account at that time and _____ thereafter.

### Limitations on rate changes

☐ The interest rate for your account will not_____ by more than _____ each _____

☐ The interest rate will not be less than _____ % or more than _____ %.

☐ The interest rate will not _____

_____

the interest rate initially disclosed to you.

### Minimum Balance Requirements

☒ **To open the account.** You must deposit at least $200.00 to open this account.

☒ **To avoid imposition of fees.**

To avoid the imposition of the (Refer to addendum) you must meet _____ following requirements:

☐ A _____ of $ _____ will be imposed every _____

if the balance in the account falls below $ _____ any day of the _____

☐ A _____ of $ _____ will be imposed every _____

if the average daily balance for the _____

_____ falls below $ _____ . The average daily balance is calculated by adding the principal in the account for each day of the period and dividing that figure by the number of days in the period.

The period we use is a month .

To avoid the imposition of the_____ you must meet _____ following requirements:

☐ A _____ of $ _____ will be imposed for_____

transaction (withdrawal, check paid, automatic transfer or payment out of your account) if the balance in the account

falls below $ _____ any day of the _____

☐ A _____ of $ _____ will be imposed for_____

transaction (withdrawal, check paid, automatic transfer or payment out of your account) if the average daily balance for the _____ falls below

$ _____ . The average daily balance is calculated by adding the principal in the account for each day of the period and dividing that figure by the number of days in the period.

The period we use is _____ .

☐ *To obtain the annual percentage yield disclosed.*

☐ You must maintain a minimum balance of $ _____ in the account each day to obtain the disclosed annual percentage yield.

☐ You must maintain a minimum average daily balance of $ _____ to obtain the disclosed annual percentage yield. The average daily balance is calculated by adding the principal in the account for each day of the period and dividing that figure by the number of days in the period.

The period we use is _____ .

## Compounding and Crediting

☐ *Frequency* - interest _____ be compounded _____ .

Interest will be _____ .

☐ *Effect of closing an account* - If you close your account before interest is credited, you _____ receive the accrued interest.

## Balance Computation Method

☐ *Daily Balance Method.* We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account each day.

☐ *Average Daily Balance Method.* We use the average daily balance method to calculate interest on your account. This method applies a periodic rate to the average daily balance in the account for the period. The average daily balance is calculated by adding the principal in the account for each day of the period and dividing that figure by the number of days in the period.

The period we use is _____ .

## Accrual of interest on noncash deposits

☐ Interest begins to accrue no later than the business day we receive credit for the deposit of noncash items (for example, checks).

☐ Interest begins to accrue _____
_____
_____
_____
you deposit noncash items (for example, checks).

## Bonuses

☐ You will _____
_____
as a bonus _____ .

☐ You must maintain a minimum _____ of $ _____
to obtain the bonus.

☐ To earn the bonus, _____
_____
_____ .

## Transaction Limitations

☐ The minimum amount you may deposit is $ _____ .

☐ The minimum amount you may withdraw is $ _____

☐ During any _____
you may not make more than _____ withdrawals or transfers to another account of yours or to a third party by means of a preauthorized or automatic transfer or telephone order or instruction, computer transfer, or by check, draft, debit card or similar order to a third party.

☐ _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

☐ You may only make _____ deposits into your account each statement cycle.

☐ You may only make _____ ATM _____ your account each statement cycle.

☐ You may only make _____ preauthorized transfers _____ your account each statement cycle.

## Additional Terms

*See attached addendum for additional terms*

## Truth In Savings Disclosure Addendum

Acct: <u>Bankruptcy Trustee</u>          Acct #: <u>0071</u>
Date: <u>      05/15/2015      </u>

This account does not pay interest.

Consistent with Federal Regulations, Chapter 7 Bankruptcy accounts
may not be subject to certain charges indicated in this disclosure.

A minimum balance fee of $8.00 plus 30 cents per check paid will be
imposed if the minimum balance in the account is less than $2,000.00
on any day of the statement cycle.

A minimum balance fee of $7.00 plus 30 cents per check paid will be
imposed if the minimum balance in the account is greater than or
equal to $2,000.00 but less than $3,000.00, on any day of the
statement cycle.

Any account originally opened as non-analyzed may be subsequently
analyzed at the bank's discretion.

Various fees will be imposed on analyzed accounts.  Refer to the
account analysis fee schedule for a complete list of the fees.

A $10.00 fee will be imposed if the account is closed within 90 days
of the opening date.

**FEES FOR OVERDRAWING THE ACCOUNT**
The Bank's overdraft fee is $20.00 for each overdraft item paid.  The fee
applies to overdrafts created by check, in-person withdrawal, ATM
withdrawals, or other electronic means, as applicable.

Provided by Jack Henry Associates

Bankers Systems, Inc., St. Cloud, MN    MDF. ETXTSDA

**PROOF OF INSURANCE**

 **ACORD**

## EVIDENCE OF PROPERTY INSURANCE

DATE (MM/DD/YYYY)
5/6/2015

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| AGENCY | PHONE (A/C, No, Ext): (818) 781-8112 | COMPANY |
|---|---|---|
| INSURENEX - VN Insurance Services California Lic. OF23523 14402 Haynes Street, Suite 103 Van Nuys    CA 91401 | | California Fair Plan |
| FAX (A/C, No): (818) 781-2660 | E-MAIL ADDRESS: jose.ea@insurenex.com | |
| CODE: | SUB CODE: | |
| AGENCY CUSTOMER ID #: 00008289 | | |

| INSURED | | | |
|---|---|---|---|
| Leonarda Guadalupe Aguilar Debtor in Possession Case #* 241 Redondo Ave Apt 6 Long Beach    CA 90803 | LOAN NUMBER 20091252 | | POLICY NUMBER PI 5520449 |
| | EFFECTIVE DATE 5/7/2015 | EXPIRATION DATE 5/7/2016 | ☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| | THIS REPLACES PRIOR EVIDENCE DATED: | | |

### PROPERTY INFORMATION

LOCATION/DESCRIPTION
Loc 1: 13781 Eldridge Ave, Sylmar, CA 91342

*Case #2:15-BK-16443-RN

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

### COVERAGE INFORMATION

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Dwelling | 750,000 | 500.00 |
| Other Structures | 25,000 | |
| Personal Property | 50,000 | |
| Loss of Use | 150,000 | |
| Extended Replacement Cost | Inclu | |
| Inflation Guard | Inclu | |
| Building & Ordinance Law Cov. | Inclu | |

### REMARKS (Including Special Conditions)

Dwelling Rated at Replacement Cost under FIRE policy. Approximate Annual Premium is $1,378.00

Debtor in Possession Case #2:15-BK-16443-RN

### CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

### ADDITIONAL INTEREST

| | | |
|---|---|---|
| Ocwen Loan Servicing ISAOA PO BOx 6440 Carol Stream, IL  60197-6440 | ☒ MORTGAGEE ☐ LOSS PAYEE | ADDITIONAL INSURED |
| | LOAN # 20091252 | |
| | AUTHORIZED REPRESENTATIVE | |

ACORD 27 (2009/12)

INS027 (200912).02

© 1993-2009 ACORD CORPORATION.  All rights reserved.

The ACORD name and logo are registered marks of ACORD

| PRODUCER | |
|---|---|
| AMERICAN SHIELD INS SVCS 041807 -- 06 | |
| 19634 VENTURA BLVD  SUITE 305 | |
| TARZANA CA 91356 | |
| TELEPHONE:(818) 774-1775 | |



**MERCURY**
INSURANCE COMPANY

AUTOMOBILE POLICY DECLARATIONS
**IMPORTANT COVERAGE EXCLUSION**

| POLICY NUMBER | POLICY PERIOD |
|---|---|
| 0401 06 140065303 | FROM 10/12/2014 12:01AM TO 04/12/2015 12:01AM |

APPLICABLE TO ALL COVERAGES, INCLUDING BUT NOT LIMITED TO, LIABILITY AND UNINSURED MOTORISTS, PROVIDED NOW OR LATER.
It is agreed that the insurance afforded by this policy shall not apply nor accrue to the benefit of any insured or any third party claimant when any motor vehicle is being used or operated by a person listed below regardless of where the person resides or whether the person is licensed to drive.

PERSONS INSURED

NAMED INSURED
LEONARDA G AGUILAR

DRIVERS
LEONARDA G AGUILAR

MAILING ADDRESS
13781 ELDRIDGE AVE
SYLMAR, CA 91342

| CAR | YEAR | VEHICLE DESCRIPTION | SERIAL NUMBER | COST OR VALUE | NEW/USED | PURCH. DATE | H.P./C.ID. |
|---|---|---|---|---|---|---|---|
| 1 | 1997 | PONTIAC FIREBIRD HCHBK 2DR | 2G2FS22K0V2219789 | | N | 03/1997 | |
| 2 | 1994 | PONTIAC FIREBIRD HCHBK 2DR | 2G2FS22S5R2236674 | | U | 04/2005 | |
| 3 | 1999 | CHEVROLET TAHOE UTL 4X2 | 1GNEC13RXXJ485501 | | U | 03/2003 | |

| CAR | LP/RO/LA | LOSS PAYEES (LP), ADDITIONAL INTERESTS (IA), LOSS PAYEES (IA), GARAGING ADDRESSES (GA) AND REGISTERED OWNERS (RO) OTHER THAN THOSE LISTED ABOVE. | | | |
|---|---|---|---|---|---|
| 1 | RO | VINCENTE AGUILAR | | | |
| 2 | RO | VINCENTE AGUILAR | | | |
| 3 | RO | MARGARITA D E | | | |
| 4 | LP | MULLEN FNCL | 840 W GLENOAKS BLVD | GLENDALE | CA 91202 |
| 4 | RO | VICENTE AGUILAR | | | |
| 5 | RO | VICENT AGUILAR | | | |

Coverage applies only if premium charge is listed below. Coverage/Limits are subject to all policy terms.

| COVERAGES | LIMITS OF LIABILITY | | | PREMIUMS | | | NON-FACTORY EQUIPMENT |
|---|---|---|---|---|---|---|---|
| | | | | CAR1 | CAR2 | CAR3 | ITEMS INSURED AND AMOUNTS OF INSURANCE FOR EACH ITEM ARE STATED HEREIN. ITEMS INSURED ARE SUBJECT TO THE DEDUCTIBLE. |
| BODILY INJURY LIABILITY | $15,000 EACH PERSON | $30,000 EACH ACCIDENT | | 117 | 101 | 109 | |
| PROPERTY DAMAGE LIABILITY | $10,000 EACH ACCIDENT | | | 90 | 99 | 122 | |
| UNINSURED MOTORISTS BODILY INJURY LIABILITY | $15,000 EACH PERSON | $30,000 EACH ACCIDENT | | 15 | 17 | 19 | |
| UNINSURED MOTORISTS PROPERTY DAMAGE LIABILITY | $3,500 MAXIMUM | | | 10 | 10 | 10 | |
| COLLISION DEDUCTIBLE WAIVER | | | | | | | |
| MEDICAL EXPENSE | $ | | | | | | |
| LEASE/LOAN GAP COVERAGE | CAR | CAR | CAR | | | | |
| REPAIR OR REPLACEMENT COST COVERAGE | CAR | CAR | CAR | | | | |
| COMPREHENSIVE | DEDUCTIBLE CAR $ | CAR $ | CAR $ | | | | |
| COLLISION | DEDUCTIBLE CAR $ | CAR $ | CAR $ | | | | |
| ROADSIDE ASSISTANCE PER OCCURRENCE | CAR | CAR | CAR | | | | |
| RENTAL CAR BENEFIT | $ PER DAY DAYS | | | | | | |

| CAR | ITEMS INSURED | LIMIT |
|---|---|---|
| | | |

**CALIFORNIA ASSESSMENTS**

| | |
|---|---|
| CA FRAUD FEE | |
| CIGA FEE | |

| ENDORSEMENTS ATTACHED TO THE POLICY | PREMIUMS PER CAR | | |
|---|---|---|---|
| U-10 04/2013 U-45B U-179 | 232 | 227 | 260 |
| | POLICY FEE | | |

SEE NEXT PAGE

TOTAL PREMIUM  FOR TOTAL PREM.

**IMPORTANT INFORMATION**

EFFECTIVE 02/11/2015
This amended policy declarations page replaces all declarations with the same or prior effective date.
Reason(s) Amended
ADD REGISTERED OWNER

If there is a lapse, coverage will not be provided during the lapse period.
This change has resulted in no additional premium.  Any outstanding amount is due as previously billed. If you have any questions, please contact your agent or broker at the phone number provided above. Thank you for placing your business with Mercury Insurance Company.

MAILED TO:

LEONARDA G AGUILAR
13781 ELDRIDGE AVE
SYLMAR, CA 91342

| POLICY NUMBER | 0401 06 140065303 |
|---|---|
| MAILING DATE | 02/17/2015 |

U-176 04/2013
INSURED COPY

PRODUCER
AMERICAN SHIELD INS SVCS         041807  --  06
19634 VENTURA BLVD  SUITE 305
TARZANA CA 91356
                    TELEPHONE:(818) 774-1775

**MERCURY**
INSURANCE COMPANY        AUTOMOBILE POLICY DECLARATIONS
**IMPORTANT COVERAGE EXCLUSION**

APPLICABLE TO ALL COVERAGES, INCLUDING BUT NOT LIMITED TO: LIABILITY AND UNINSURED MOTORISTS, PROVIDED NOW OR LATER.
It is agreed that the insurance afforded by this policy shall not apply nor accrue to the benefit of any insured or any third party claimant when any motor vehicle is being used or operated by a person listed below, regardless of where the person resides or whether the person is licensed to drive.

POLICY NUMBER | POLICY PERIOD
0401 06 140065303 | FROM 10/12/2014 12:01AM TO 04/12/2015 12:01AM

PERSONS INSURED

NAMED INSURED
LEONARDA G AGUILAR

DRIVERS

MAILING ADDRESS   13781 ELDRIDGE AVE
                  SYLMAR, CA 91342

| CAR | YEAR | VEHICLE DESCRIPTION | SERIAL NUMBER | COST OR VALUE | NEW/USED | PURCH. DATE | H.P./GID |
|---|---|---|---|---|---|---|---|
| 4 | 2003 | HYUNDAI SANTA FE UTL 4X2 4D | KM8SC13D33U397085 | | U | 01/2012 | |
| 5 | 2006 | FORD ESCAPE UTL 4X2 4D | 1FMYU03156KA19003 | | U | 02/2013 | |
| 6 | 1998 | LEXUS GS 300 SED 4DR | JT8BD68S6W0005152 | | U | 03/2013 | |

| CAR | CA 30 | LOSS PAYEES (LP), ADDITIONAL INTERESTS (AI), LOSS PAYEES AND ADDITIONAL INTERESTS (LA), GARAGING ADDRESSES (GA) AND REGISTERED OWNERS (RO) OTHER THAN THOSE LISTED ABOVE | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | RO | VICENTE AGUILAR | | | | | |
| 7 | RO | AGUILAR | | | | | |
| 8 | LP | FINANCIAL PARTNER C.U. | PO BOX 7005 | | DOWNEY | | CA 90241 |
| 8 | RO | VICENTE AGUILAR | | | | | |

Coverage applies only if premium charge is listed below.  Coverage/Limits are subject to all policy terms.

| COVERAGES | LIMITS OF LIABILITY | | | PREMIUMS | | | NON-FACTORY EQUIPMENT |
|---|---|---|---|---|---|---|---|
| | | | | CAR4 | CAR5 | CAR6 | |
| BODILY INJURY LIABILITY | $15,000 EACH PERSON $ 30,000 EACH ACCIDENT | | | 88 | 76 | 66 | ITEMS INSURED AND AMOUNTS OF INSURANCE FOR EACH ITEM ARE STATED HEREIN. ITEMS INSURED ARE SUBJECT TO THE DEDUCTIBLE. |
| PROPERTY DAMAGE LIABILITY | $10,000 EACH ACCIDENT | | | 117 | 108 | 78 | |
| UNINSURED MOTORISTS BODILY INJURY LIABILITY | $15,000 EACH PERSON $ 30,000 EACH ACCIDENT | | | 17 | 12 | 12 | |
| UNINSURED MOTORISTS PROPERTY DAMAGE LIABILITY | $3,500 MAXIMUM | | | | | 10 | |
| COLLISION DEDUCTIBLE WAIVER | $ | | | 4 | 2 | | CAR | ITEMS INSURED | LIMIT |
| MEDICAL EXPENSE | $ | | | | | | |
| LEASE/LOAN GAP COVERAGE | CAR          CAR          CAR | | | | | | |
| REPAIR OR REPLACEMENT COST COVERAGE | CAR          CAR          CAR | | | | | | |
| COMPREHENSIVE | DEDUCTIBLE CAR4 $500   CARS $500   CAR $ | | | 26 | 22 | | |
| COLLISION | DEDUCTIBLE CAR4 $500   CARS $500   CAR $ | | | 167 | 134 | | CALIFORNIA ASSESSMENTS |
| ROADSIDE ASSISTANCE PER OCCURRENCE | CAR4 $75   CARS $75   CAR | | | 3 | 3 | | CA FRAUD FEE |
| RENTAL CAR BENEFIT | $      PER DAY      DAYS | | | | | | CIGA FEE |
| ENDORSEMENTS ATTACHED TO THE POLICY | | | | PREMIUMS PER CAR | | | |
| | | | | 422 | 357 | 166 | SEE NEXT PAGE |
| | | | | | | POLICY FEE | |
| | | | | | | | TOTAL PREMIUM FOR TOTAL PREM. |

IMPORTANT INFORMATION

EFFECTIVE 02/11/2015
This amended policy declarations page replaces all declarations with the same or prior effective date.
Reason(s) Amended
ADD REGISTERED OWNER

If there is a lapse, coverage will not be provided during the lapse period.
This change has resulted in no additional premium.  Any outstanding amount is due as previously billed.  If you have any questions, please contact your agent or broker at the phone number provided above. Thank you for placing your business with Mercury Insurance Company.

MAILED TO:

   LEONARDA G AGUILAR
   13781 ELDRIDGE AVE
   SYLMAR, CA 91342

POLICY NUMBER   0401 06 140065303
MAILING DATE   02/17/2015

U-176 04/2013
INSURED COPY

**PRODUCER**
AMERICAN SHIELD INS SVCS    041807 -- 06
19634 VENTURA BLVD  SUITE 305
TARZANA CA 91356

TELEPHONE:(818) 774-1775

## MERCURY
INSURANCE COMPANY

**AUTOMOBILE POLICY DECLARATIONS**

**IMPORTANT COVERAGE EXCLUSION**

APPLICABLE TO ALL COVERAGES, INCLUDING BUT NOT LIMITED TO, LIABILITY
AND UNINSURED MOTORISTS, PROVIDED NOW OR LATER
It is agreed that the insurance afforded by this policy
shall not apply nor accrue to the benefit of any insured or any
third party claimant when any motor vehicle is being used or
operated by a person listed below regardless of where the
person resides or whether the person is licensed to drive

| POLICY NUMBER | POLICY PERIOD | |
|---|---|---|
| 0401 06 140065303 | FROM 10/12/2014 12:01AM TO 04/12/2015 12:01AM | |

**PERSONS INSURED**

**NAMED INSURED**
LEONARDA G AGUILAR

**DRIVERS**

**MAILING ADDRESS**
13781 ELDRIDGE AVE
SYLMAR CA 91342

| CAR | YEAR | VEHICLE DESCRIPTION | SERIAL NUMBER | COST OR VALUE | NEW/USED | PURCH. DATE | H.P./CID |
|---|---|---|---|---|---|---|---|
| 7 | 2003 | NISSAN ALTIMA 2.5 SED 4DR | 1N4AL11D33C312213 | | U | 08/2013 | |
| 8 | 2006 | TOYOTA TACOMA PKP 4X2 4D | 3TMKU72N06M009687 | | U | 11/2014 | |

| CAR | LP-ALIA-GA-RO | LOSS PAYEES (LP), ADDITIONAL INTERESTS (AI), LOSS PAYEES AND ADDITIONAL INTERESTS (LA), GARAGING ADDRESSES (GA) AND REGISTERED DRIVERS (RO) OTHER THAN THOSE LISTED ABOVE |
|---|---|---|
| | | |

Coverage applies only if premium charge is listed below.  Coverage/Limits are subject to all policy terms.

| COVERAGES | LIMITS OF LIABILITY | | | PREMIUMS | | | NON-FACTORY EQUIPMENT |
|---|---|---|---|---|---|---|---|
| | | | | CAR7 | CAR8 | CAR | ITEMS INSURED AND AMOUNTS OF INSURANCE FOR EACH ITEM ARE STATED HEREIN. ITEMS INSURED ARE SUBJECT TO THE DEDUCTIBLE. |
| BODILY INJURY LIABILITY | $15,000 EACH PERSON | $ 30,000 EACH ACCIDENT | | 139 | 75 | | |
| PROPERTY DAMAGE LIABILITY | $10,000 EACH ACCIDENT | | | 153 | 110 | | |
| UNINSURED MOTORISTS BODILY INJURY LIABILITY | $15,000 EACH PERSON | $ 30,000 EACH ACCIDENT | | 22 | 15 | | CAR7  ITEMS INSURED    LIMIT |
| UNINSURED MOTORISTS PROPERTY DAMAGE LIABILITY | $ MAXIMUM | | | | | | |
| COLLISION DEDUCTIBLE WAIVER | $ | | | 4 | 2 | | |
| MEDICAL EXPENSE | $ | | | | | | |
| LEASE/LOAN GAP COVERAGE | CAR    CAR    CAR | | | | | | |
| REPAIR OR REPLACEMENT COST COVERAGE | CAR    CAR    CAR | | | | | | |
| COMPREHENSIVE | DEDUCTIBLE CAR7 $500 | CAR8 $500 | CAR $ | 55 | 22 | | CALIFORNIA ASSESSMENTS |
| COLLISION | DEDUCTIBLE CAR7 $500 | CAR8 $500 | CAR $ | 280 | 156 | | CA FRAUD FEE |
| ROADSIDE ASSISTANCE PER OCCURRENCE | CAR7 $75 | CAR8 $75 | CAR | 3 | 3 | | CIGA FEE |
| RENTAL CAR BENEFIT | $ PER DAY | DAYS | | | | | |

**ENDORSEMENTS ATTACHED TO THE POLICY**

| PREMIUMS PER CAR | | |
|---|---|---|
| 656 | 383 | |

| POLICY FEE | |
|---|---|

| TOTAL PREMIUM | 2,703.00 |
|---|---|

**IMPORTANT INFORMATION**

EFFECTIVE 02/11/2015
This amended policy declarations page replaces all declarations with the same or prior
effective date.
Reason(s) Amended
ADD REGISTERED OWNER

If there is a lapse, coverage will not be provided during the lapse period.
This change has resulted in no additional premium.  Any outstanding amount is due as previously
billed. If you have any questions, please contact your agent or broker at the phone number provided
above. Thank you for placing your business with Mercury Insurance Company.

MAILED TO:

    LEONARDA G AGUILAR
    13781 ELDRIDGE AVE
    SYLMAR, CA 91342

POLICY NUMBER  0401 06 140065303
MAILING DATE  02/17/2015

U-176 04/2013
INSURED COPY

1    JEFFREY S. SHINBROT, ESQ.
     (SBN 155486)
2    jeffrey@shinbrotfirm.com
     JEFFREY S. SHINBROT, APLC
3    8200 Wilshire Boulevard, Suite 400
     Beverly Hills, California 90211
4    Telephone: (310) 659-5444
     Fax (310) 878-8304
5
     Proposed Reorganization Counsel to Chapter 11
6    Debtor and Debtor-in-Possession

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        LOS ANGELES DISTRICT

11

12   In re                              Case No. 2:15-bk-16443-RN

13   LEONARDA GUADALUPE AGUILAR         Chapter 11

14            Chapter 11 Debtor and     **STATEMENT OF MAJOR ISSUES AND
              Debtor-In-Possession.     TIME TABLE**
15

16

17           COMES NOW, LEONARDA GUADALUPE AGUILAR, an individual, the debtor and

18   debtor-in-possession in the above entitled Chapter 11 proceeding (the "Debtor"), and submits its

19   MAJOR ISSUES AND TIME TABLE REPORT.

20       A.  Description of the Debtor's Case Background:

21           Leonarda Guadalupe Aguilar, filed his chapter 11 bankruptcy petition on April 23, 2015

22   (the "Petition Date") in order to stop a foreclosure on the debtor's real property located at 13781

23   Eldridge Avenue, in Los Angele, California.

24       B.  What does the Debtor hope to accomplish in this chapter 11 case?

25           The Debtor expects to either sell its assets through a chapter 11 plan or propose a

26   reorganizing plan restructuring the debt that secures his home.

27   ///

28

C.  Major Issues and Time Table

    1.  Cash Collateral.

Debtor has opened cash collateral accounts and is preparing her cash collateral motion for filing with Court.

    2.  Professionals to be retained by the Debtor.

The Debtor has filed an application to employ JEFFREY S. SHINBROT, APLC as its general insolvency counsel.  In the next thirty (30) days, the Debtor may file applications to employ a real estate broker and accountant for the estate.

    3.  Motion to Assume Leases.

The Debtor does not expect to assume leases or executory contracts.

    4.  Claims Bar Date.

The Debtor expects to seek a claims bar date via motion during the month on June, 2015, with a claims bar date of August 1, 2015.

    5.  Chapter 11 Plan and Disclosure Statement.

The Debtor expects to file its chapter 11 plan within the exclusivity period.

Respectfully submitted,

Dated: 5 15 , 2015

JEFFREY S. SHINBROT, APLC

By: _____

Jeffrey S. Shinbrot, Proposed Attorney for Leonarda Guadalupe Aguilar

2