**EXHIBIT B**

**Sandra Rodriguez**

| | |
|---|---|
| **From:** | USTP Region16 Ch11 |
| **Sent:** | Monday, June 08, 2015 12:35 PM |
| **To:** | Sandra Rodriguez |
| **Subject:** | Chapter 11 Compliance |

Your submission has been received by the LA office

| Attorney or Party Name, Address, Telephone and FAX | |
|---|---|
| Jeffrey S. Shinbrot, Esquire (155486)<br>JEFFREY S. SHINBROT, APLC<br>8200 Wilshire Blvd., Suite 400<br>Beverly Hills, CA 90211<br>(310)659-5444<br>jeffrey@shinbrotfirm.com<br><br>☐ Pro Se Debtor | |

| OFFICE OF THE UNITED STATES TRUSTEE<br>LOS ANGELES DIVISION | SUBMIT TO UNITED STATES<br>TRUSTEE - Do not file with the Court |
|---|---|
| In Re:<br><br>LEONARDA GUADALUPE AGUILAR<br><br><br><br>Debtor-In-Possession | Case Number: 2:15-bk-16443-RN<br><br>**Attorney's 7 Day Package Checklist**<br><br>☑ Check this box to indicate that this checklist amends or supplements a previously filed checklist<br>Amendment No. **One** |

**You must attach each of the following documents or a satisfactory explanation of your failure to attach a document. Failure to submit these documents in a timely fashion may result in a motion to convert or dismiss the case. The submission of documents that are incomplete or not prepared in accordance with UTSP guidelines and requirements will be treated as a failure to submit.**

| Document Attached | Previously Submitted | Explanation Attached | REQUIRED DOCUMENTS | |
|---|---|---|---|---|
| | X | | 1. | Declaration of Debtor Regarding Compliance with UST Guidelines and Requirements for Chapter 11 Debtors in Possession |
| | x | | 1.1. | Real Property |
| | | X | 1.2. | Bank Account Information |
| | | X | 1.3. | Insurance Coverage |
| | x | | 1.4. | Proof of Required Certificates and Licenses |
| | x | | 1.5. | List of Insiders |
| | x | | 1.6. | Financial Statements |
| | x | | 1.7. | Health Care Business |
| | x | | 1.8. | Trust Agreements |
| x | | | 1.9. | Recordation of Chapter 11 Petition |
| x | | | 1.10. | Federal and State Tax Returns 2012 Federal and State |
| x | | | 1.11. | Employee Benefit Plans |
| | | X | 2. | Projected cash flow statement for the first ninety (90) days from the initial filing date |
| | X | | 3. | Statement of Major Issues and Timetable Report |

☑ I have read and understood the Guidelines and Requirements for Chapter 11 Debtors In Possession.

Dated:  6/8/2015                                Jeffrey S. Shinbrot, APLC
                                                        Law Firm Name

                                                By: _____

                                                Attorney for Debtor or Debtor In Pro Per


Dated:  6/8/2015                                I HEREBY APPROVE THE ATTACHED

                                                _Leonarda Guadalupe Aguilar_
                                                Signature of Debtor

**(Image of Original Signatures Required)**

# DECLARATION OF LEONARDA GUADALUPE AGUILAR

I, Leonarda Guadalupe Aguilar, declare as follows:

1.      I am an individual over the age of 21.  I have personal knowledge of the matters set forth in this declaration.  If called as a witness in this proceeding, I could and would testify to the truth of these matters.

2.      I am the chapter 11 debtor in possession in case number 2:15-bk-16443-RN filed on April 23, 2015.

3.      I have not been able to close my pre-Petition bank account located at Bank of America core checking account ending in 3571 because  my account ending in 3571 had unauthorized debits/charges n or about the months of March and April 2015.  In order to properly close the account the unauthorized debit/charges must resolved.  I am not currently using this account for any purpose, all deposits and withdrawals are being made from my post-Petition Debtor-In-Possession accounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8  day of June, 2015 at Beverly Hills, California.

*Leonarda Guadalupe Aguilar*

Leornarda Guadalupe Aguilar

---

Declaration of Leonarda Guadalupe Aguilar

# Bank of America

BANK OF AMERICA, N.A. ("THE "BANK")

L GUADALUPE AGUILAR

**REGULAR SAVINGS**

**** **** 3423

Date/Time Printed 5/14/2015 12:38 PM EST

Last Posting Date 05/13/2015

## Since Last Statement Summary

Last Statement Date 04/30/2015

| | | | |
|---|---|---|---|
| Balance Last Statement ($) | | $0.00 | |
| posits/Credits (+) | # 0 | $0.00 | Holds (-) | $0.00 |
| Withdrawals/Debits (-) | # 0 | $0.00 | Pending Credits (+) | $0.00 |
| Available Balance ($) | | $0.00 | |

## Transaction History

| Date | Description | Type | Debit | Amount | Available Balance |
|---|---|---|---|---|---|
| 03/03/2015 | Legal Order, LTS G030315001673 | | -$26.87 | | $0.00 |
| | Statement Period as of 02/28/2015 | | | | |
| 03/03/2015 | KEEPTHECHANGE CREDIT FROM ACCT3571 EFFECTIVE 03/02 | Keep the Change | | $0.01 | $26.87 |
| 02/25/2015 | KEEPTHECHANGE CREDIT FROM ACCT3571 EFFECTIVE 02/24 | Keep the Change | | $0.75 | $26.86 |
| 02/13/2015 | KEEPTHECHANGE CREDIT FROM ACCT3571 EFFECTIVE 02/12 | Keep the Change | | $0.48 | $26.11 |
| 02/11/2015 | KEEPTHECHANGE CREDIT FROM ACCT3571 EFFECTIVE 02/10 | Keep the Change | | $0.18 | $25.63 |
| 02/06/2015 | KEEPTHECHANGE CREDIT FROM ACCT3571 EFFECTIVE 02/05 | Keep the Change | | $0.87 | $25.45 |

Some of the information was not available when this page was printed. Please ask your Bank of America banker to assist you
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

For additional information or service, please contact the Customer Service Center at 1-800-432-1000
* = Item(s) included in Previous Statement(s).

00-14-9038M 11-2010
NCA

**** **** 3423

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| 02/05/2015 | KEEPTHECHANGE CREDIT FROM ACCT3571 EFFECTIVE 02/05 | Keep the Change | $0.69 | $24.58 |
| 02/04/2015 | KEEPTHECHANGE CREDIT FROM ACCT3571 EFFECTIVE 02/04 | Keep the Change | $1.34 | $23.89 |
| 02/03/2015 | KEEPTHECHANGE CREDIT FROM ACCT3571 EFFECTIVE 02/03 | Keep the Change | $0.51 | $22.55 |
| 02/02/2015 | KEEPTHECHANGE CREDIT FROM ACCT3571 EFFECTIVE 02/02 | Keep the Change | $0.75 | $22.04 |
| | KEEPTHECHANGE CREDIT FROM ACCT3571 EFFECTIVE 01/30 | | | |
| | Statement Period as of 01/31/2015 | | | |
| ../12/2015 | OVERDRAFT PROTECTION TO 0000243697357I | Debit | -$17.55 | $21.29 |
| | Statement Period as of 01/01/2015 | | | |

***No More Activity For This Account***

For additional information or service, please contact the Customer Service Center at  1-800-432-1000

* =    Item(s) included in Previous Statement(s).

NCA

**** **** 3423

Page 2

JEFFREY S. SHINBROT, APLC
Jeffrey S. Shinbrot, Esquire (SBN 155486)
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone:  (310) 659-5444
Fax:  (310) 878-8304

Proposed Attorney for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Bk. No.:  2:15-bk-16443-RN |
| LEONARDA GUADALUPE AGUILAR, | Chapter 11 |
| Chapter 11 Debtor and Debtor-In-Possession. | **DECLARATION REGARDING OPENING OF DEBTOR IN POSSESSION BANK ACCOUNTS** |

COMES NOW, LEONARDA GUADALUPE AGUILAR, and submits her declaration regarding opening of Debtor-In-Possession bank accounts.

I, Leonarda Guadalupe Aguilar, declare as follows:

1. I opened the debtor in possession account at Farmers & Merchants Bank account number 109108430071

2)  Attached hereto is a copy of a voided check.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

DATED:  6/8/15

_Leonarda Guadalupe Aguilar_
Leonarda Guadalupe Aguilar

-1-



1  JEFFREY S. SHINBROT, ESQ.
   (SBN 155486)
2  jeffrey@shinbrotfirm.com
   JEFFREY S. SHINBROT, APLC
3  8200 Wilshire Boulevard, Suite 400
   Beverly Hills, California 90211
4  Telephone: (310) 659-5444
   Fax (310) 878-8304
5
   Proposed Reorganization Counsel to Chapter 11
6  Debtor and Debtor-in-Possession

7

8              UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                   LOS ANGELES DISTRICT

11

12  In re                          Case No.: 2:15-bk-16443-RN

13  LEONARDA GUADALUPE AGUILAR      Chapter 11

14                                  **SUBMISSION OF PROOF OF
                                    INSURANCE**
15  Chapter 11 Debtor and Debtor-In-
    Possession.

16

17

18      COMES NOW, LEONARDA GUADALUPE AGUILAR, the debtor and debtor-in-

19  possession in the above entitled Chapter 11 proceeding (the "Debtor"), and submits its proof of its

20  current insurance coverage for the following properties:

21      1.  10487 Laurel Canyon Blvd., Pacoima, California;

22      2.  13781 Eldridge Avenue, Sylmar, California.

23  Respectfully submitted,

24  Dated: 6 18 , 2015               JEFFREY S. SHINBROT, APLC

25                                   By: _____

26                                      Jeffrey S. Shinbrot, Esquire
                                        Proposed Attorney for
27                                      Leonarda Guadalupe Aguilar

28

# DWELLING INSURANCE POLICY DECLARATIONS

**California**
**FAIR**
**Plan** PROPERTY INSURANCE

3435 Wilshire Blvd., Suite 1200
Los Angeles, CA 90010
www.cfpnet.com

**TRANSACTION TYPE:** **Dwelling - New Business**

**YOUR INSURANCE BROKER**
INSURENEX INS SERVICES
VAN NUYS, INC.
14402 HAYNES ST.# 103
VAN NUYS, CA 91401
**PHONE #:  (818) 781-8112**

**POLICY NUMBER**  CFP 2455163  00
**POLICY PERIOD**  05/07/2015  To  05/07/2016
12:01 am standard time at the property location

**DATE ISSUED**  05/07/2015

**INSURED NAME AND MAILING ADDRESS**
LEONARDA G AGUILAR
241 REDONDO AVE APT 6
LONG BEACH, CA 90803

**PROPERTY LOCATION**
13781 ELDRIDGE AVE
SYLMAR, CA 91342

## IMPORTANT NOTICE TO INSURED

The FAIR Plan does not estimate the cost to rebuild your home, or the cost of labor and materials in your (or any other) area, or determine the appropriateness of the coverage you select. Instead, those are your responsibilities. However, we are required by law to tell you that, "The limit of liability for this structure (Coverage A) is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home".

## RATING INFORMATION

| YEAR BUILT | OCCUPANCY | # OF UNITS | CONSTRUCTION TYPE | DEDUCTIBLE |
|---|---|---|---|---|
| 1953 | TENANT | 1 | FRAME | $500 |

**COVERAGE AND PREMIUM INFORMATION**
In case of loss we cover only that part of the loss which exceeds the deductible shown. Insurance is provided against only those perils with a premium charge. We provide only those coverages, endorsements and perils shown as selected ( ✓ ). These are brief summary descriptions; please read the entire policy for details. Please ask your broker for assistance if you wish to obtain information about coverages and perils you have not purchased.

## COVERAGES AND PERILS INSURED AGAINST

| SELECTED COVERAGES | LIMITS | PERILS INSURED AGAINST | PREMIUM |
|---|---|---|---|
| ✓ A - Dwelling | $ 750,000 | ✓ Fire or Lightning | $  1,042 |
| ✓ B - Other Structures (additional) | $ 25,000 | ✓ Extended Coverage | $    336 |
| ✓ C - Personal Property | $ 50,000 | ✓ Vandalism or Malicious Mischief | $  0 |
| ✓ D - Fair Rental Value (additional) | $ 150,000 | | |
| ✓ Ordinance or Law Coverage | $ 75,000 | **Total Annual Premium** | $  1,378 |
| ✓ Fences (additional) | $ 20,000 | | |
| Permitted Incidental Occupancy | $ 0 | | |
| Plants, Shrubs and Trees | $ 0 | | |
| Outdoor Radio and TV Equipment (additional) | $ 0 | | |
| Awnings | $ 0 | | |
| Signs | $ 0 | | |
| Improvements, Alterations and Additions | $ 0 | | |
| ✓ Replacement Cost | included | | |
| ✓ Inflation Guard | included | | |
| *(See Schedule Attached)* | | | |

## THIS IS NOT A BILL

## YOU WILL BE BILLED SEPARATELY FOR ANY REMAINING BALANCE DUE.

*CONTINUED ON REVERSE SIDE*
Insured Copy

CFP-005A (7/11)

# Special Form Dwelling Fire Declaration Page



**FARMERS**
INSURANCE

**Policy Number:** 90234-77-57
*Effective:* 4/17/2015 12:01 AM
*Expiration:* 4/17/2016 12:01 AM
*Named Insured(s):* Vicente M Aguilar A Married Man as His Sole
and Separate Property
10487 Laurel Canyon Bl
Pacoima, CA 91331-3660
*Property Insured:* 10487 Laurel Canyon Bl
Pacoima, CA 91331-3660
*Underwritten By:* Fire Insurance Exchange
4680 Wilshire Boulevard
Los Angeles, CA 90010

### Premiums

▷ **Policy Premium** **$431.33**

**This is not a bill.**
Your bill with the amount due will be mailed separately.

## Description of Property

| Year of Construction | Construction Type | Roof Type | Number of Units | Occupancy |
|---|---|---|---|---|
| 1953 | Frame W/ 0%-33% Masonry Veneer | Asphalt Shingle | 1 | Owner Occupied (Primary Res.) |

## Property Coverage

| Coverage | Limit | Coverage | Limit |
|---|---|---|---|
| Coverage A - Dwelling | $221,000 | Coverage D - Fair Rental Value | $22,100 |
| Extended Coverage A - Dwelling | Covered | Extended Coverage D - Fair Rental Value | Covered |
| Coverage B - Separate Structures | $22,100 | Coverage E - Additional Living Expense | $22,100 |
| Extended Coverage B - Separate Structures | Covered | | |
| Coverage C - Personal Property | Not Covered | Building Ordinance or Law | Not Applicable |

## Liability Coverage

| Coverage | Limit | Coverage | Limit |
|---|---|---|---|
| Coverage I - Personal Liability | $300,000 | Coverage J - Medical Payments To Others | $1,000 |

## Additional Coverage

| Coverage | Limit | Coverage | Limit |
|---|---|---|---|
| Peril: Fire And Lightning | Covered | Peril: Special Form Building | Covered |
| Peril: Special Form Perils | Covered | Peril: Separate Structures | Covered |
| Peril: Personal Liability | Covered | | |

**farmers.com**    Policy No. 90234-77-57

**Questions?**
Call your agent Gina M Manfredi at
(805) 379-5900 or email
gmanfredi@farmersagent.com

**Manage your account:**
Go to www.farmers.com to access
your account any time!

56-6177   1st Edition 4-14    2/25/2015                                                      Page 1 of 3

## Declaration Page (continued)

### Deductible

| | Deductible |
|---|---|
| Applicable to each covered loss | $1,000 |

### Discounts Applied to Policy

| Discount Type | Discount Type |
|---|---|
| Non Smoker | Experience Rating Plan |

### Mortgagee / Other Interest

| 1st Mortgagee | Loan Number |
|---|---|
| Wells Fargo Bank Na #708 | 0150293066 |
| ISAOA | |
| PO Box 5708 | |
| Springfield, OH 45501-5708 | |

### Mortgagee Deductible Clause

The following provision applies only if a mortgagee is named in the policy:

For any loss in which only the mortgagee's interest is adjusted and settled, not including any interest you may have in the property or loss, the applicable deductible will be the smallest of the following amounts:

1. The deductible stated in the declarations or renewal notice, or
2. $1,000.

The policy deductible stated in the declarations or renewal notice will apply to settlement of any interest you may have in the property or loss.

### Policy and Endorsements

This section lists the policy form number and any applicable endorsements that make up your insurance contract. Any endorsements that you have purchased to extend coverage on your policy are also listed in the coverages section of this declarations document: 56-2478 9-83; CA120A 1st ed.; DP300 3-88; E4136A 4th ed.; H4128A 1st ed.; J6965A 1st ed.; S9092 1st ed.; 25-8531 10-12; 438BFUNS 5-42

### Other Information

* Mortgagee pays premium for this policy.
* The attorney-in-fact (AIF) or management fee for your renewed policy will never exceed 25% of the policy's premiums and will be paid out of the premiums. You may wish to consider this information in deciding whether to accept or decline this offer to renew your policy.
* The limit of liability for this structure (Coverage A) is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home.
* This policy does not include Building Code Upgrade coverage.

farmers.com    Policy No. 90234-77-57

Questions?
Call your agent Gina M Manfredi at
(805) 379-5900 or email
gmanfredi@farmersagent.com

Manage your account:
Go to www.farmers.com to access
your account any time!

56-6177  1st Edition  4-14

Page 2 of 3

## Declaration Page (continued)

### *Information on Additional Fees*

The "Fees" stated in the "Premium/Fees" box on the front apply on a per-policy, not an account basis. The following additional fees also apply:

1. **Service Charge per installment** (In consideration of our agreement to allow you to pay in installments):
   - For Monthly Recurring Electronic Funds Transfer (EFT) and fully enrolled online billing (paperless): **$0.00** (applied per account)
   - For other Monthly EFT plans: **$2.00** (applied per account)
   - For all other payment plans: **$5.00** (applied per account)

2. **Late Fee: $10.00** (applied per account)
3. **Returned Payment Charge: $25.00** (applied per check, electronic transaction, or other remittance which is not honored by your financial institution for any reason including but not limited to insufficient funds or a closed account)
4. **Reinstatement Fee: $25.00** (applied per policy)

One or more of the fees or charges described above may be deemed a part of premium under applicable state law.

If this account is for more than one policy, changes in these fees are not effective until the revised fee information is provided for each policy.

*Countersignature*

_____
Authorized Representative

farmers.com    Policy No. 90234-77-57

**Questions?**
Call your agent Gina M Manfredi at
(805) 379-5900 or email
gmanfredi@farmersagent.com

**Manage your account:**
Go to www.farmers.com to access
your account any time!

56-6177   1st Edition   4-14                                                                 Page 3 of 3

**AUTO INSURANCE**

**PRODUCER**
AMERICAN SHIELD INS SVCS    041807    06
19634 VENTURA BLVD  SUITE 305
TARZANA CA 91356
TELEPHONE:(818) 774-1775.

**MERCURY INSURANCE COMPANY**
AUTOMOBILE POLICY DECLARATIONS
**IMPORTANT COVERAGE EXCLUSION**

APPLICABLE TO ALL COVERAGES, INCLUDING BUT NOT LIMITED TO LIABILITY
AND UNINSURED MOTORISTS, PROVIDED NOW OR LATER:
It is agreed that no insurance afforded by this policy
will apply for, or accrue to the benefit of, any insured or any
third party claimant, when any motor vehicle is being used or
operated by a person listed below, regardless of where the
person resides or whether the person is licensed to drive.

**POLICY NUMBER**
0401 06 140065303

**POLICY PERIOD**
FROM 04/12/2015 12:01AM TO 10/12/2015 12:01AM

**PERSONS INSURED**

**NAMED INSURED**
LEONARDA G AGUILAR

**DRIVERS**
LEONARDA G AGUILAR
VICENTE  AGUILAR    Brothers
ABRAHAM D AGUILAR

VICENTE M AGUILAR
ALICIA D AGUILAR    parents

HS

**MAILING ADDRESS**    13781 ELDRIDGE AVE
SYLMAR, CA 91342

| CAR | YEAR | VEHICLE DESCRIPTION | SERIAL NUMBER | COST OR VALUE | NEW/USED | PURCH. DATE | H.P./CID |
|-----|------|---------------------|---------------|---------------|----------|-------------|----------|
| 1 | 1999 | CHEVROLET TAHOE UTL 4X2 | 1GNEC13RXXJ485501 | | U | 03/2003 | |
| 2 | 2003 | HYUNDAI SANTA FE UTL 4X2 4D | KM8SC13D33U397085 | | U | 01/2012 | |
| 3 | 1998 | LEXUS GS 300 SED 4DR | JT8BD68S6W0005152 | | U | 03/2013 | |

| CAR | CARD | LOSS PAYEES (LP) ADDITIONAL INTERESTS (AI) LOSS PAYEES AND ADDITIONAL INTERESTS (LA), GARAGING ADDRESSES (GA) AND REGISTERED OWNERS (RO) OTHER THAN THOSE LISTED ABOVE | | | | |
|-----|------|---|---|---|---|---|
| 2 | LP | MULLEN FNCL | | 840 W GLENOAKS BLVD | GLENDALE | CA 91202 |
| 2 | RO | VICENTE AGUILAR | | | | |
| 3 | RO | VICENTE AGUILAR | | | | |
| 4 | RO | ABRAHAM AGUILAR | | | | |
| 5 | LP | FINANCIAL PARTNER C.U. | PO BOX 7005 | | DOWNEY | CA 90241 |
| 5 | RO | VICENTE AGUILAR | | | | |

Coverage applies only if premium charge is listed below.  Coverage/Limits are subject to all policy terms.

| COVERAGES | LIMITS OF LIABILITY | | | PREMIUMS | | | NON-FACTORY EQUIPMENT |
|-----------|---------------------|---|---|----------|---|---|---|
| | | | | CAR1 | CAR2 | CAR3 | ITEMS INSURED AND AMOUNTS OF INSURANCE FOR EACH ITEM ARE STATED HEREIN. ITEMS INSURED ARE SUBJECT TO THE DEDUCTIBLE. |
| BODILY INJURY LIABILITY | $15,000 EACH PERSON | $30,000 EACH ACCIDENT | | 148 | 100 | 68 | |
| PROPERTY DAMAGE LIABILITY | $10,000 EACH ACCIDENT | | | 122 | 112 | 79 | |
| UNINSURED MOTORISTS BODILY INJURY LIABILITY | $15,000 EACH PERSON | $30,000 EACH ACCIDENT | | 19 | 14 | 12 | |
| UNINSURED MOTORISTS PROPERTY DAMAGE LIABILITY | $3,500 MAXIMUM | | | 10 | | 10 | CAR# ITEMS INSURED LIMIT |
| COLLISION DEDUCTIBLE WAIVER | | | | | 2 | | |
| MEDICAL EXPENSE | $ | | | | | | |
| LEASE/LOAN GAP COVERAGE | CAR    CAR    CAR | | | | | | |
| REPAIR OR REPLACEMENT COST COVERAGE | CAR    CAR    CAR | | | | | | |
| COMPREHENSIVE | DEDUCTIBLE CAR $    CAR2 $500    CAR $ | | | | 15 | | CALIFORNIA ASSESSMENTS |
| COLLISION | DEDUCTIBLE CAR $    CAR2 $500    CAR $ | | | | 109 | | CA FRAUD FEE |
| ROADSIDE ASSISTANCE PER OCCURRENCE | CAR    CAR2 $75    CAR | | | | 3 | | CIGA FEE |
| RENTAL CAR BENEFIT | $    PER DAY    DAYS | | | | | | |
| ENDORSEMENTS ATTACHED TO THE POLICY | | | PREMIUMS PER CAR | | | | |
| U-10 04/2013 U-179 U-45A | | | | 299 | 355 | 169 | SEE NEXT PAGE |
| | | | POLICY FEE | | | | |
| | | | TOTAL PREMIUM | | FOR TOTAL PREM. | | |

**IMPORTANT INFORMATION**

EFFECTIVE 04/12/2015
This amended policy declarations page replaces all declarations with the same or prior
effective date.
Reason(s) Amended
DELETE VEHICLE(S)    —3—

If there is a lapse, coverage will not be provided during the lapse period.
This policy change has resulted in a return premium of $846.00
A statement of your account is enclosed.

| CAR | OCC DRV | RAT DRV | PRN DRV | PTS | SD PTS | IGD PTS | M/C | MK SYM | MDL SYM | SYL SYM | PD SYM | CLASS | USE | MIL | FIN RES | PERS RES | FLG | GRP CO | MULTI POL | DOB | SR CHG | IGD DRV | REST DRV | AU BKR | ATT DRV |
|-----|---------|---------|---------|-----|--------|---------|-----|--------|---------|---------|--------|-------|-----|-----|---------|----------|-----|--------|-----------|------|--------|---------|----------|--------|---------|
| 1 | | | 00 | | N | Y | | CH | T1 | 58 | 11 | 07D | BU | 50 | | 5 | | | 0 | | N | Y | 1 | 0 | 1 |
| 2 | | | 00 | | N | Y | | HY | SF | 56 | 10 | 38B | WS | 28 | | 5 | | | 0 | | N | Y | 1 | 1 | 1 |
| 3 | | | 00 | | N | Y | | LX | GS | 46 | 20 | 076 | PL | 1 | | 5 | | | 0 | 1967 | N | Y | 1 | 0 | 3 |

UND: L. WALTERS    AMOUNT DUE: $ 43.00    DUE DATE: 04/15/2015    MAILING DATE: 04/16/2015

PRODUCER COPY
U-177  04/2013

Process Date: 04/15/2015

PRODUCER
AMERICAN SHIELD INS SVCS       041807 --   06
19634 VENTURA BLVD  SUITE 305
TARZANA CA 91356
TELEPHONE:(818) 774-1775

**MERCURY INSURANCE COMPANY**

AUTOMOBILE POLICY DECLARATIONS
**IMPORTANT COVERAGE EXCLUSION**

APPLICABLE TO ALL COVERAGES, INCLUDING BUT NOT LIMITED TO, LIABILITY AND UNINSURED MOTORISTS, PROVIDED NOW OR LATER. It is agreed that the insurance afforded by this policy shall not apply nor accrue to the benefit of any insured or any third party claimant when any motor vehicle is being used or operated by a person listed below regardless of where the person resides or whether the person is licensed to drive.

**POLICY NUMBER** 0401 06 140065303
**POLICY PERIOD** FROM 04/12/2015 12:01AM TO 10/12/2015 12:01AM

**PERSONS INSURED**
**NAMED INSURED** LEONARDA G AGUILAR
**DRIVERS**

**MAILING ADDRESS** 13781 ELDRIDGE AVE
SYLMAR, CA 91342

| CAR | YEAR | VEHICLE DESCRIPTION | SERIAL NUMBER | COST OR VALUE | NEW/USED | PURCH DATE | H.P./CID |
|---|---|---|---|---|---|---|---|
| 4 | 2003 | NISSAN ALTIMA 2.5 SED 4DR | 1N4AL11D33C312213 | | U | 08/2013 | |
| 5 | 2006 | TOYOTA TACOMA PKP 4X2 4D | 3TMKU72N06M009687 | | U | 11/2014 | |
| 6 | 2006 | DODGE DAKOTA SLT PKP 4X2 4D | 1D7HE48K26S504103 | | U | 03/2015 | |

| CAR | LH/ALA CA-RO LOSS PAYEES (LP) ADDITIONAL INTERESTS (AI) LOSS PAYEES AND ADDITIONAL INTERESTS (LA) GARAGING ADDRESSES (GA) AND REGISTERED OWNERS (RO) OTHER THAN THOSE LISTED ABOVE |
|---|---|

Coverage applies only if premium charge is listed below.  Coverage/Limits are subject to all policy terms.

| COVERAGES | LIMITS OF LIABILITY | | | PREMIUMS | | | NON-FACTORY EQUIPMENT |
|---|---|---|---|---|---|---|---|
| | | | | CAR4 | CAR5 | CAR6 | ITEMS INSURED AND AMOUNTS OF INSURANCE FOR EACH ITEM ARE STATED HEREIN. ITEMS INSURED ARE SUBJECT TO THE DEDUCTIBLE |
| BODILY INJURY LIABILITY | $15,000 EACH PERSON $30,000 EACH ACCIDENT | | | 143 | 75 | 89 | |
| PROPERTY DAMAGE LIABILITY | $10,000 EACH ACCIDENT | | | 156 | 110 | 157 | |
| UNINSURED MOTORISTS BODILY INJURY LIABILITY | $15,000 EACH PERSON $30,000 EACH ACCIDENT | | | 23 | 15 | 17 | CAR# ITEMS INSURED LIMIT |
| UNINSURED MOTORISTS PROPERTY DAMAGE LIABILITY | $3,500 MAXIMUM | | | | | 10 | |
| COLLISION DEDUCTIBLE WAIVER | | | | 4 | 2 | | |
| MEDICAL EXPENSE | $ | | | | | | |
| LEASE/LOAN GAP COVERAGE | CAR CAR CAR | | | | | | |
| REPAIR OR REPLACEMENT COST COVERAGE | CAR CAR CAR | | | | | | |
| COMPREHENSIVE | DEDUCTIBLE CAR4 $500 CAR5 $500 CAR $ | | | 56 | 22 | | CALIFORNIA ASSESSMENTS |
| COLLISION | DEDUCTIBLE CAR4 $500 CAR5 $500 CAR $ | | | 298 | 156 | | CA FRAUD FEE |
| ROADSIDE ASSISTANCE PER OCCURRENCE | CAR $75 CAR5 $75 CAR | | | 3 | 3 | | CISA FEE |
| RENTAL CAR BENEFIT | $ PER DAY DAYS | | | | | | |
| ENDORSEMENTS ATTACHED TO THE POLICY | | | PREMIUMS PER CAR | 683 | 383 | 273 | |
| | | | POLICY FEE | | | | |
| | | | | | TOTAL PREMIUM | 2,162.00 | |

**IMPORTANT INFORMATION**

| CAR# | OCC DRV | RAT DRV | PRN DRV | PTS | SD STD | GD | M/C | MK SYM | MDL SYM | SYL SYM | PD SYM | CLASS | USE | MIL | FIN RES | PERS | FLC | GRP CD | MULTI POL | DOB | SR CHG | GD DRV | REST | AIS BRK | ATT DEV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | | 3 | 02 | | N | Y | NS | AL | 44 | 13 | 365 | PL | 1 | | 5 | | | | 1978 | N | N | 1 | 0 | 3 |
| | | | 1 | 00 | | N | Y | TY | TA | P4 | 15 | 475 | PL | 1 | | 5 | | | | 1970 | N | Y | 1 | 0 | 3 |
| 5 | | | | 00 | | N | Y | DG | EK | E6 | 12 | 078 | PL | 1 | | 5 | | | | | N | N | 1 | 1 | 0 |
| 6 | | | | | | | | | | | | | | | | | | | MAILING DATE 04/16/2015 | | | | | |

PRODUCER COPY
U-177  04/2013

Process Date: 04/15/2015

**PRODUCER**
AMERICAN SHIELD INS SVCS    041807 -- 06
19634 VENTURA BLVD  SUITE 305
TARZANA CA 91356
TELEPHONE:(818) 774-1775.

**MERCURY INSURANCE COMPANY**
AUTOMOBILE POLICY DECLARATIONS
**IMPORTANT COVERAGE EXCLUSION**
APPLICABLE TO ALL COVERAGES, INCLUDING BUT NOT LIMITED TO LIABILITY AND UNINSURED MOTORISTS, PROVIDED NOW OR LATER. It is agreed that the insurance afforded by this policy shall not apply nor accrue to the benefit of any insured or any third party claimant when any motor vehicle is being used or operated by a person listed below regardless of where the person resides or whether the person is licensed to drive.

| POLICY NUMBER | POLICY PERIOD |
|---|---|
| 0401 06 140065303 | FROM 04/12/2015 12:01AM TO 10/12/2015 12:01AM |

**PERSONS INSURED**

NAMED INSURED
LEONARDA G AGUILAR

DRIVERS
LEONARDA G AGUILAR
VICENTE  AGUILAR    *Brothers*
ABRAHAM D AGUILAR

VICENTE M AGUILAR
ALICIA D AGUILAR    *Parents*    HS

MAILING ADDRESS    13781 ELDRIDGE AVE
SYLMAR, CA 91342

| CAR | L/A/L CLASS | YEAR | VEHICLE DESCRIPTION | SERIAL NUMBER | COST OR VALUE | NEW/USED | PURCH. DATE | H.P./C/D |
|---|---|---|---|---|---|---|---|---|
| 1 | | 1999 | CHEVROLET TAHOE UTL 4X2 | 1GNEC13RXXJ485501 | | U | 03/2003 | |
| 2 | | 2003 | HYUNDAI SANTA FE UTL 4X2 4D | KM8SC13D33U397085 | | U | 01/2012 | |
| 3 | | 1998 | LEXUS GS 300 SED 4DR | JT8BD68S6W0005152 | | U | 03/2013 | |

| CAR | L/A/L CLASS | LOSS PAYEES (LP) ADDITIONAL INSUREDS (AI) LOSS PAYEES AND ADDITIONAL INTERESTS (LA) GARAGE (G) ADDRESSES (GA) AND REGISTERED OWNERS (RO) OTHER THAN THOSE LISTED ABOVE | | |
|---|---|---|---|---|
| 2 | LP | MULLEN FNCL | 840 W GLENOAKS BLVD | GLENDALE | CA 91202 |
| 2 | RO | VICENTE AGUILAR | | |
| 3 | RO | VICENTE AGUILAR | | |
| 4 | LP | ABRAHAM AGUILAR | | |
| 4 | LP | FINANCIAL PARTNER C.U. | PO BOX 7005 | DOWNEY | CA 90241 |
| 5 | RO | VICENTE AGUILAR | | |

Coverage applies only if premium charge is listed below.  Coverage/Limits are subject to all policy terms.

| COVERAGES | LIMITS OF LIABILITY | | PREMIUMS CAR 1 | CAR 2 | CAR 3 | NON-FACTORY EQUIPMENT |
|---|---|---|---|---|---|---|
| BODILY INJURY LIABILITY | $15,000 EACH PERSON $30,000 | EACH ACCIDENT | 148 | 100 | 68 | ITEMS INSURED AND AMOUNTS OF INSURANCE FOR EACH ITEM ARE STATED HEREIN. ITEMS INSURED ARE SUBJECT TO THE DEDUCTIBLE. |
| PROPERTY DAMAGE LIABILITY | $10,000 EACH ACCIDENT | | 122 | 112 | 79 | |
| UNINSURED MOTORISTS BODILY INJURY LIABILITY | $15,000 EACH PERSON $30,000 | EACH ACCIDENT | 19 | 14 | 12 | CAR / ITEMS INSURED / LIMIT |
| UNINSURED MOTORISTS PROPERTY DAMAGE LIABILITY | $3,500 MAXIMUM | | 10 | | 10 | |
| COLLISION DEDUCTIBLE WAIVER | | | | 2 | | |
| MEDICAL EXPENSE | $ | | | | | |
| LEASE/LOAN GAP COVERAGE | CAR  CAR  CAR | | | | | |
| REPAIR OR REPLACEMENT COST COVERAGE | CAR  CAR  CAR | | | | | CALIFORNIA ASSESSMENTS |
| COMPREHENSIVE | DEDUCTIBLE CAR $  CAR2 $500  CAR $ | | | 15 | | CA FRAUD FEE |
| COLLISION | DEDUCTIBLE CAR $  CAR2 $500  CAR $ | | | 109 | | CIGA FEE |
| ROADSIDE ASSISTANCE PER OCCURRENCE | CAR  CAR2 $75  CAR | | | 3 | | |
| RENTAL CAR BENEFIT | $ PER DAY  DAYS | | | | | |
| | | PREMIUMS PER CAR | 299 | 355 | 169 | |
| ENDORSEMENTS ATTACHED TO THE POLICY | | POLICY FEE | | | | SEE NEXT PAGE |
| U-10 04/2013 U-179 U-45A | | | | | | TOTAL PREMIUM  FOR TOTAL PREM. |

**IMPORTANT INFORMATION**

EFFECTIVE 04/12/2015
This amended policy declarations page replaces all declarations with the same or prior effective date.
Reason(s) Amended
DELETE VEHICLE(S)    3

If there is a lapse, coverage will not be provided during the lapse period.
This policy change has resulted in a return premium of $846.00
A statement of your account is enclosed.

| CAR | OCC DRV | RAT DRV | PRN DRV | PTS | SD STD | GD STD | M/C | MK SYM | MDL SYM | SYL SYM | PD SYM | CLASS | USE | MIL | FIN RES | PERS | FLG | GRP CD | MULTI POL | DOB | SR CHG | GD DRV | REST | A/L BRK | ATT DEV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | 00 | | N | Y | CH | T1 | 58 | 11 | 07D | BU | 50 | 5 | | | | 0 | | N | Y | 1 | 0 | 3 |
| 2 | | 2 | | 00 | | N | Y | HY | SF | 56 | 10 | 38B | WS | 28 | 5 | | | | | 1961 | N | N | 1 | 1 | 3 |
| 3 | | | | 00 | | N | Y | LX | GS | 46 | 20 | 07B | PL | 1 | 5 | | | | | | N | N | 1 | 0 | 3 |

UND: L. WALTERS    AMOUNT DUE: $ 43.00    DUE DATE: 04/15/2015    MAILING DATE: 04/16/2015

PRODUCER COPY
U-177 04/2013

Process Date: 04/15/2015
Page 2 of 16    P040106140065303D08000204152015.PDF

**PRODUCER**
AMERICAN SHIELD INS SVCS          041807 --     06
19634 VENTURA BLVD  SUITE 305
TARZANA CA 91356
TELEPHONE:(818) 774-1775

**MERCURY INSURANCE COMPANY**

**AUTOMOBILE POLICY DECLARATIONS**
**IMPORTANT COVERAGE EXCLUSION**

APPLICABLE TO ALL COVERAGES, INCLUDING BUT NOT LIMITED TO LIABILITY AND UNINSURED MOTORISTS, PROVIDED NOW OR LATER. It is agreed that the insurance afforded by this policy shall not apply nor accrue to the benefit of any insured or any third party claimant when any motor vehicle is being used or operated by a person listed below regardless of where the person resides or whether the person is licensed to drive.

| POLICY NUMBER | POLICY PERIOD |
|---|---|
| 0401 06 140065303 | FROM 04/12/2015 12:01AM TO 10/12/2015 12:01AM |

**PERSONS INSURED**

NAMED INSURED
LEONARDA G AGUILAR

DRIVERS

MAILING ADDRESS    13781 ELDRIDGE AVE
SYLMAR, CA 91342

| CAR | YEAR | VEHICLE DESCRIPTION | SERIAL NUMBER | COST OR VALUE | NEW/USED | PURCH. DATE | H.P./CID |
|---|---|---|---|---|---|---|---|
| 4 | 2003 | NISSAN ALTIMA 2.5 SED 4DR | 1N4AL11D33C312213 | | U | 08/2013 | |
| 5 | 2006 | TOYOTA TACOMA PKP 4X2 4D | 3TMKU72N06M009687 | | U | 11/2014 | |
| 6 | 2006 | DODGE DAKOTA SLT PKP 4X2 4D | 1D7HE48K26S504103 | | U | 03/2015 | |

| CAR | LP-LA-RO | LOSS PAYEE (LP) ADDITIONAL INTERESTS (AI) LOSS PAYEES AND ADDITIONAL INTERESTS (LA) GARAGING ADDRESSES (GA) AND REGISTERED OWNERS (RO) OTHER THAN THOSE LISTED ABOVE |
|---|---|---|
| | | |

Coverage applies only if premium charge is listed below.  Coverage/Limits are subject to all policy terms.

| COVERAGES | LIMITS OF LIABILITY | | | PREMIUMS | | | NON-FACTORY EQUIPMENT |
|---|---|---|---|---|---|---|---|
| | | | | CAR4 | CAR5 | CAR6 | |
| BODILY INJURY LIABILITY | $15,000 EACH PERSON | $30,000 EACH ACCIDENT | | 143 | 75 | 89 | ITEMS INSURED AND AMOUNTS OF INSURANCE FOR EACH ITEM ARE STATED HEREIN. ITEMS INSURED ARE SUBJECT TO THE DEDUCTIBLE. |
| PROPERTY DAMAGE LIABILITY | $10,000 EACH ACCIDENT | | | 156 | 110 | 157 | |
| UNINSURED MOTORISTS BODILY INJURY LIABILITY | $15,000 EACH PERSON | $30,000 EACH ACCIDENT | | 23 | 15 | 17 | |
| UNINSURED MOTORISTS PROPERTY DAMAGE LIABILITY | $3,500 MAXIMUM | | | | | 10 | CAR   ITEMS INSURED   LIMIT |
| COLLISION DEDUCTIBLE WAIVER | | | | 4 | 2 | | |
| MEDICAL EXPENSE | $ | | | | | | |
| LEASE/LOAN GAP COVERAGE | CAR   CAR   CAR | | | | | | |
| REPAIR OR REPLACEMENT COST COVERAGE | CAR   CAR   CAR | | | | | | |
| COMPREHENSIVE | DEDUCTIBLE CAR4 $500 CAR5 $500 CAR $ | | | 56 | 22 | | CALIFORNIA ASSESSMENTS |
| COLLISION | DEDUCTIBLE CAR4 $500 CAR5 $500 CAR $ | | | 298 | 156 | | CA FRAUD FEE |
| ROADSIDE ASSISTANCE PER OCCURRENCE | CAR4 $75 CAR5 $75 CAR | | | 3 | 3 | | CIGA FEE |
| RENTAL CAR BENEFIT | $ PER DAY DAYS | | | | | | |
| ENDORSEMENTS ATTACHED TO THE POLICY | | | | PREMIUMS PER CAR | | | |
| | | | | 683 | 383 | 273 | |
| | | | | POLICY FEE | | | |
| | | | | | | | TOTAL PREMIUM   2,162.00 |

**IMPORTANT INFORMATION**

| CAR | DCC DRV | RAT DRV | PRN DRV | PTS | SD PTS | GD STD | M/C | MK SYM | MDL SYM | SYL SYM | PD SYM | CLASS | USE | MIL | FIN RES | PERS | FLG | GRP CD | MULTI POL | DOB | SR CHG | CD DRV | REST | AIR | ATT DEV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | | 3 | 02 | | N | Y | NS | AL | 44 | 13 | 365 | PL | 1 | | 5 | | | N | 1978 | N | N | 1 | 0 | 3 |
| 5 | | | 1 | 00 | | N | Y | TY | TA | P4 | 15 | 475 | PL | 1 | | 5 | | | N | 1970 | N | N | 1 | 1 | 3 |
| 6 | | | | 00 | | N | Y | DG | DK | E6 | 12 | 078 | PL | 1 | | 5 | | | | | | N | 1 | 1 | 0 |

MAILING DATE  04/16/2015

PRODUCER COPY
U-177  04/2013

Process Date: 04/15/2015

JEFFREY S. SHINBROT, ESQ.
(SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone:  (310) 659-5444
Fax (310) 878-8304

Proposed Reorganization Counsel to Chapter 11
Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:15-bk-16443-RN |
| LEONARDA GUADALUPE AGUILAR | Chapter 11 |
| Chapter 11 Debtor and Debtor-In-Possession. | PROJECTED CASH FLOW STATEMENTS |

**COMES NOW**, LEONARDA GUADALUPE AGUILAR, the debtor and debtor-in-possession in the above entitled Chapter 11 proceeding (the "Debtor") and submits its projected cash-flow statements.

Dated: 6/9 , 2015

JEFFREY S. SHINBROT, APLC

By:
Jeffrey S. Shinbrot, Esquire
Proposed Attorney for
Leonarda Guadalupe Aguilar

CASH COLLATERAL BUDGET

(10487 Laurel Canyon, Pacoima, California)

|  | May, 2015 | June, 2015 | July, 2015 | August, 2015 |
|---|---|---|---|---|
| RENTAL INCOME FROM TENANT | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| CONTRIBUTION FROM PARENTS | $775.00 | $775.00 | $775.00 | $775.00 |
| TOTAL | $1,775.00 | $1,775.00 | $1,775.0 | $1,775.00 |
| EXPENSES: |  |  |  |  |
| Wells Fargo Payment | $1,771.55 | $1,771.55 | $1,771.55 | $1,771.55 |
| Property Taxes | included in Wells Fargo payment | included in Wells Fargo payment | included in Wells Fargo payment | Included in Wells Fargo payment |
| *all other payments related to the property paid by co-owner parents |  |  |  |  |
| Net (Estimated) | $3.45 | $3.45 | $3.45 | $3.45 |

CASH COLLATERAL BUDGET

(13781 Eldridge Avenue, Sylmar, California)

|  | May, 2015 | June, 2015 | July, 2015 | August, 2015 |
|---|---|---|---|---|
| CONTRIBUTION FROM FAMILY (ABRAHAM AND VINCENTE AGUILAR | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| EXPENSES: |  |  |  |  |
| Property Taxes | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 |
| Insurance | $144.83 | $144.83 | $144.83 | $144.83 |
| Total Expenses | $1,394.83 | $1,394.83 | $1,394.83 | $1,394.83 |
| Net (Estimated) | $2,605.17 | $2,605.17 | $2,605.17 | $2,605.17 |

**RECORDED PETITION**



**This page is part of your document - DO NOT DISCARD**



# 20150609939



Pages:
0028

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**05/26/15 AT 03:18PM**

| | |
|---|---|
| FEES: | 96.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 96.00 |





**L E A D S H E E T**



201505263320034

00010615593



006851324

**SEQ:**
**01**

DAR — Counter (Upfront Scan)





**THIS FORM IS NOT TO BE DUPLICATED**

E526311

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:

Jeffrey S. Shinbrot, APLC

AND WHEN RECORDED MAIL TO:

Jeffrey S.Shinbrot,Esq

8200 Wilshire Blvd.,#400

Beverly Hills, CA 90211



05/26/2015

*20150609939*

SPACE ABOVE FOR RECORDER'S USE ONLY

CERTIFIED COPY BANKRUPTCY PETITION

Title of Document

# THIS AREA FOR RECORDER'S USE ONLY

THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

(Rev. 6/00:ha)

(Word/S:/Doc Exam/Cover Sheet)



# UNITED STATES BANKRUPTCY COURT
### Central District of California

I hereby attest and certify that on **May 21, 2015** the attached reproduction(s), containing _____25_____ pages, is a full, true and correct copy of the complete document entitled: **Voluntary Petition**

Case #: **2:15-bk-16443-RN**            Doc #: **1**

which includes:   ☐ Exhibits   ☐ Attachments

on file in my office and in my legal custody at the marked location:

☑ 255 E. Temple Street, Suite 940        ☐ 3420 Twelfth Street, Suite 125
Los Angeles, CA 90012                     Riverside, CA 92501-3819

☐ 411 West 4th Street, Suite 2074        ☑ 1415 State Street
Santa Ana, CA 92701-4593                  Santa Barbara, CA 93101-2511

☐ 21041 Burbank Boulevard
Woodland Hills, CA 91367

**KATHLEEN J. CAMPBELL**
Clerk of Court

By: _____
Deputy Clerk

**THIS CERTIFICATION IS VALID ONLY WITH THE
UNITED STATES BANKRUPTCY COURT SEAL.**

*Revised August 2010*

B1 (Official Form 1) (04/13)

| United States Bankruptcy Court | Voluntary Petition |
| Central District of California, San Fernando Valley Division | |

| Name of Debtor (if individual, enter Last, First, Middle): **Aguilar, Leonarda Guadalupe** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): **1522** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **241 Redondo Avenue # 6 Long Beach, CA** ZIPCODE **90803** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): ZIPCODE |
| County of Residence or of the Principal Place of Business: **Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **13781 Elridge Avenue, Sylmar, CA** ZIPCODE **91342** | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

B1 (Official Form 1) (04/13)                                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Aguilar, Leonarda Guadalupe** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **See Schedule Attached** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (04/13)    Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Aguilar, Leonarda Guadalupe** |
|---|---|

| **Signatures** | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Leonarda Guadalupe Aguilar**
 Signature of Debtor      **Leonarda Guadalupe Aguilar**

X _____
 Signature of Joint Debtor

_____
 Telephone Number (If not represented by attorney)

**April 23, 2015**
 Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 Signature of Foreign Representative

_____
 Printed Name of Foreign Representative

_____
 Date

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney***

X **/s/ Jeffrey S. Shinbrot, Esquire**
 Signature of Attorney for Debtor(s)

**Jeffrey S. Shinbrot, Esquire 155486**
**Jeffrey S. Shinbrot, APLC**
**8200 Wilshire Blvd., Suite 400**
**Beverly Hills, CA 90211**
**(310) 659-5444 Fax: (310) 878-8304**
**jeffrey@shinbrotfirm.com**

**April 23, 2015**
 Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Authorized Individual

_____
 Printed Name of Authorized Individual

_____
 Title of Authorized Individual

_____
 Date

X _____
 Signature

_____
 Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

IN RE Aguilar, Leonarda Guadalupe _____   Case No. _____
                                    Debtor(s)

## VOLUNTARY PETITION
### Continuation Sheet - Page 1 of 1

Prior Bankruptcy Case Filed Within Last 8 Years:

**Location Where Filed: Central District-San Fernando Valley Division**
**Case Number: 1:11-Bk-17020-VK**
Date Filed: 06/06/2011

**Location Where Filed: Central District-San Fernando Valley Division**
**Case Number: 1:09-Bk-12118-KT**
Date Filed: 02/26/2009

**Location Where Filed: Central District-San Fernando Valley Division**
**Case Number: 1:10-Bk-14247-VK**
Date Filed: 04/13/2010

IN RE Aguilar, Leonarda Guadalupe _____   Case No. _____
                                    Debtor(s)

### VOLUNTARY PETITION
Continuation Sheet - Page 1 of 1

Prior Bankruptcy Case Filed Within Last 8 Years:

    **Location Where Filed:** Central District-San Fernando Valley Division
    **Case Number:** 1:11-Bk-17020-VK
    **Date Filed:** 06/06/2011

    **Location Where Filed:** Central District-San Fernando Valley Division
    **Case Number:** 1:09-Bk-12118-KT
    **Date Filed:** 02/26/2009

    **Location Where Filed:** Central District-San Fernando Valley Division
    **Case Number:** 1:10-Bk-14247-VK
    **Date Filed:** 04/13/2010

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jeffrey S. Shinbrot, Esquire 155486<br>Jeffrey S. Shinbrot, APLC<br>8200 Wilshire Blvd., Suite 400<br>Beverly Hills, CA  90211<br>(310) 659-5444<br>(310) 878-8304<br><br>☒ Attorney for | |

## United States Bankruptcy Court
## Central District of California, San Fernando Valley Division

| In re:<br>Aguilar, Leonarda Guadalupe | CASE NO.:<br><br>CHAPTER: 11 |
|---|---|
| Debtor(s). | ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (INDIVIDUAL)

☐ Petition, statement of affairs, schedules or lists          Date Filed:
☐ Amendments to the petition, statement of affairs, schedules or lists          Date Filed:
☐ Other:          Date Filed:

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declaration, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_Signature of Signing Party_  Leonarda D'Aguilar          Date  4/21/15

**Aguilar, Leonarda Guadalupe**
_Printed Name of Signing Party_

_Signature of Joint Debtor (If applicable)_          Date

_Printed Name of Joint Debtor (If applicable)_

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_Signature of Attorney for Signing Party_          Date

**Jeffrey S. Shinbrot, Esquire**
_Printed Name of Attorney for Signing Party_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

B1D (Official Form 1, Exhibit D) (12/09)

### United States Bankruptcy Court
### Central District of California, San Fernando Valley Division

IN RE:                                                   Case No. _____

Aguilar, Leonarda Guadalupe _____    Chapter 11 _____
                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: */s/ Leonarda Guadalupe Aguilar* _____

Date: April 23, 2015 _____

Certificate Number: 01267-CAC-CC-024989612



01267-CAC-CC-024989612

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 10, 2015</u>, at <u>11:25</u> o'clock <u>AM CST</u>, <u>Leonarda Guadalupe D Aguilar</u> received from <u>Money Management International, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:  <u>February 10, 2015</u>          By:   <u>/s/Venita Jones</u>

Name:  <u>Venita Jones</u>

Title:  <u>Manager Phone Counseling</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
Debtor filed Chapter 13, Central District of California-San Fernando Valley Division,1:11-bk-17020VK,  filed 06/06/2011, dismissed 06/06/2013; Debtor filed Chapter 13, Central District of California-San Fernando Valley Division,1:09-bk-12118-KT, filed 02/26/2009; Dismissed 04/2/2010; Debtor filed Chapter 13, Central District of California-San Fernando Valley Division,1:10-bk-14247-VK, filed 04/13/2010, dismissed 06/03/2011

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Beverly Hills, California.

Dated:

/s/Leonarda guadalupe Aguilar
_____
*Signature of Debtor-Leonarda Guadalupe Aguilar*

_____
*Signature of Joint Debtor*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                 Page 1                          **F 1015-2.1.STMT.RELATED.CASES**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California, San Fernando Valley Division

IN RE:                                                    Case No. _____

Aguilar, Leonarda Guadalupe                               Chapter 11
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employe, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| HSBC Bank USA, National Association<br>1800 Tysons Blvd.,<br>McLean, VA 22102 | Ocwen Loan Servicing<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 | Bank loan | | 1,480,000.00<br>Collateral:<br>800,000.00<br>Unsecured:<br>680,000.00 |
| Wells Fargo Bank, N.A.<br>MAC D3347-014<br>3476 Stateview Blvd.,<br>Fort Mill, SC 29715 | Bankruptcy Department | Bank loan | | 444,560.03<br>Collateral:<br>0.00<br>Unsecured:<br>444,560.03 |
| The Mortgage Store Finanical Inc.<br>707 Wilshire Blvd.<br>Los Angeles, CA 90017-3501 | Bank Of America, National Association<br>100 North Tryon Street<br>Charlotte, NC 28202 | Bank loan | Disputed | 120,000.00<br>Collateral:<br>800,000.00<br>Unsecured:<br>120,000.00 |
| Cach, LLC<br>1101 Capital Of Texas Hwy., Bldg K, #150<br>Austin, TX 78746 | | | | 7,216.00 |
| Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | | | | 6,612.80 |
| Capital One Bank<br>C/O Portfolio Recovery Associates LLC<br>P.O. Box 41067<br>Norfolk, VA 23541 | | | | 6,209.58 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | | 5,129.14 |
| Marshack Medical MSO<br>8447 Wilshire Blvd., Suite 202<br>Beverly Hills, CA 90211 | | | | 830.00 |
| Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | | | | 625.02 |
| WFNNB-The Avenue<br>PO Box 659584<br>San Antonio, TX 78265 | | | | 489.00 |
| Progressive Management System<br>1521 W. Cameron Avenue Fl 1<br>West Covina, CA 91790 | | | | 472.00 |

| | | |
|---|---|---|
| Pacific Gas & Electricity<br>PO Box 11265<br>New York, NY 10286 | | 430.00 |
| Credit Protection Association<br>PO Box 7813<br>Baldwin Park, CA 91706-3000 | | 416.00 |
| Cain And Weiner<br>21210 Erwin Street<br>Woodland Hills, CA 91367 | | 146.00 |
| Midland Funding, LLC<br>By American Info Source LP As Agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Mervyn's<br>Retailer National Bank<br>PO Box 960013<br>Orlando, FL 32896-0013 | 114.71 |
| Herbert P. Sears Collection Agency<br>PO Box 1231<br>Bakersfield, CA 93303 | | 61.00 |

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **April 23, 2015**          Signature    /s/ Leonarda Guadalupe Aguilar
                                 of Debtor
                                                                Leonarda Guadalupe Aguilar

Date: _____          Signature
                                 of Joint Debtor
                                 (if any)

B6A (Official Form 6A) (12/07)

IN RE Aguilar, Leonarda Guadalupe _____    Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Empty farm land located at 13781 Eldridge Avenue, Sylmar, CA 91342 | | | 800,000.00 | 1,600,000.00 |
| Single Family Residence located at 10487 Laurel Canyon Blvd., Pacoima, CA 91331; Debtor is on title only, with her parents, the property has NO equity. | | | 400,000.00 | 444,560.03 |
| | | TOTAL | 1,200,000.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 2:15-bk-16443-RN    Doc 1    Filed 04/23/15    Entered 04/23/15 16:46:55    Desc
Main Document    Page 13 of 25

B6B (Official Form 6B) (12/07)

IN RE Aguilar, Leonarda Guadalupe

_____    Case No. _____
Debtor(s)                                           (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America checking account<br>Bank of America savings account | | 50.00<br>50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Household furnishings and appliances | | 3,200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Womens wearing apparel | | 1,000.00 |
| 7. Furs and jewelry. | | Misc.,Jewerly | | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 457b Retirement (ERISA QUALIFIED)<br>CALPERS retirment(ERISA QUALIFIED) | | 7,000.00<br>2,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Aguilar, Leonarda Guadalupe _____    Case No. _____
                         Debtor(s)                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Chevrolet Tahoe (120K plus mileage)<br>2001 Ford Expendition non-operational (vehicle a total loss in accident) | | 2,500.00<br>100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE Aguilar, Leonarda Guadalupe _____    Case No. _____
                                               Debtor(s)                                 (If known)

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 16,400.00 |

_____0_____ continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE Aguilar, Leonarda Guadalupe                                               Case No. _____
                               Debtor(s)                                                              (If known)

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Bank of America checking account | CCCP § 703.140(b)(1) | 50.00 | 50.00 |
| Bank of America savings account | CCCP § 703.140(b)(5) | 50.00 | 50.00 |
| Household furnishings and appliances | CCCP § 703.140(b)(3) | 3,200.00 | 3,200.00 |
| Womens wearing apparel | CCCP § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| Misc.,Jewerly | CCCP § 703.140(b)(4) | 500.00 | 500.00 |
| 457b Retirement (ERISA QUALIFIED) | CCCP § 703.140(b)(10)(E) | 7,000.00 | 7,000.00 |
| CALPERS retirment(ERISA QUALIFIED) | CCCP § 703.140(b)(10)(E) | 2,000.00 | 2,000.00 |
| 1999 Chevrolet Tahoe (120K plus mileage) | CCCP § 703.140(b)(2) | 2,500.00 | 2,500.00 |
| 2001 Ford Expendition non-operational (vehicle a total loss in accident) | CCCP § 703.140(b)(2) | 100.00 | 100.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* *Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE Aguilar, Leonarda Guadalupe                                        Case No. _____
_____
                          Debtor(s)                                              (If known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>HSBC Bank USA, National Association<br>1800 Tysons Blvd.,<br>McLean, VA 22102 | | | First deed of trust on 13781 Eldridge Avenue, Sylmar, Ca 91342.<br><br>VALUE $ 800,000.00 | | | | 1,480,000.00 | 680,000.00 |
| ACCOUNT NO.<br>Ocwen Loan Servicing<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 | | | Assignee or other notification for:<br>HSBC Bank USA, National Association<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Ocwen Loan Servicing<br>320 West 4th Street Suite 750<br>Los Angeles, CA 90013-2344 | | | Assignee or other notification for:<br>HSBC Bank USA, National Association<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Western Progressive, LLC<br>Northpark Town Center<br>1000 Abernathy Rd NE, Bldg 400 Suite 200<br>Atlanta, GA 30328 | | | Assignee or other notification for:<br>HSBC Bank USA, National Association<br><br>VALUE $ | | | | | |

_1_ continuation sheets attached

Subtotal
(Total of this page) $ 1,480,000.00    $ 680,000.00

Total
(Use only on last page) $ _____    $ _____

(Report also on          (If applicable, report
Summary of               also on Statistical
Schedules.)              Summary of Certain
                         Liabilities and Related
                         Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE Aguilar, Leonarda Guadalupe

Debtor(s)                                      Case No. _____
                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>The Mortgage Store Finanical Inc.<br>707 Wilshire Blvd.<br>Los Angeles, CA 90017-3501 | | | Secured equity line of credit on 13781 Elridge Avenue, Sylmar, CA 91342. | | | X | 120,000.00 | 120,000.00 |
| | | | VALUE $ 800,000.00 | | | | | |
| ACCOUNT NO.<br>Bank Of America, National Association<br>100 North Tryon Street<br>Charlotte, NC 28202 | | | Assignee or other notification for: The Mortgage Store Finanical Inc. | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO.<br>The Mortgage Store Financial Inc.<br>660 So Figueroa Street 24th Floor<br>Los Angeles, CA 90017 | | | Assignee or other notification for: The Mortgage Store Finanical Inc. | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. 3066<br>Wells Fargo Bank, N.A.<br>MAC D3347-014<br>3476 Stateview Blvd.,<br>Fort Mill, SC 29715 | | | Deed of trust on property located at 10487 Laurel Canyon lvd., Pacoima, CA 91331, debtor is on title only, equirty belongs to debtors parents. | | | | 444,560.03 | 444,560.03 |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ 564,560.03   $ 564,560.03

Total
(Use only on last page)  $ 2,044,560.03  $ 1,244,560.03

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

IN RE Aguilar, Leonarda Guadalupe                                                          Case No. _____
                                  Debtor(s)                                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

IN RE Aguilar, Leonarda Guadalupe

Case No. _____

Debtor(s)                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claim Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1522<br>Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>PO Box 2952<br>Sacramento, CA  95812-2952 | | | 2006 Income tax | | | | 6,612.80 | 6,612.80 | |
| ACCOUNT NO. 1522<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | | | 2006 Income tax | | | | 5,129.14 | 5,129.14 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ 11,741.94   $ 11,741.94   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ 11,741.94

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $   $ 11,741.94   $

**United States Bankruptcy Court**
**Central District of California, San Fernando Valley Division**

IN RE:                                                          Case No. _____

Aguilar, Leonarda Guadalupe _____          Chapter 11 _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ 4 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.


Date: April 23, 2015 _____    Signature: /s/ Leonarda Guadalupe Aguilar _____
                                                    Leonarda Guadalupe Aguilar                    Debtor


Date: _____    Signature: _____
                                                                              Joint Debtor, if any


Date: April 23, 2015 _____    Signature: /s/ Jeffrey S. Shinbrot, Esquire _____
                                                    Jeffrey S. Shinbrot, Esquire 155486        Attorney (if applicable)

Leonarda Guadalupe Aguilar
241 Redondo Avenue # 6
Long Beach, CA  90803


Jeffrey S Shinbrot APLC
8200 Wilshire Blvd Suite 400
Beverly Hills, CA  90211


United States Trustee Office
915 Wilshire Blvd Suite 1850
Los Angeles, CA  90017-0000

Asset Acceptance LLC
PO Box 2036
Warren, MI   48090


Bank Of America National Associati
100 North Tryon Street
Charlotte, NC   28202


Cach LLC
1101 Capital Of Texas Hwy Bldg K
Austin, TX   78746


Cain And Weiner
21210 Erwin Street
Woodland Hills, CA   91367


Capital One Bank
C/O Portfolio Recovery Associates L
PO Box 41067
Norfolk, VA   23541


Credit Protection Association
PO Box 7813
Baldwin Park, CA   91706-3000


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA   95812-2952


Herbert P Sears Collection Agency
PO Box 1231
Bakersfield, CA   93303

HSBC Bank USA National Association
1800 Tysons Blvd
McLean, VA  22102


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Marshack Medical MSO
8447 Wilshire Blvd Suite 202
Beverly Hills, CA  90211


Mervyn's
Retailer National Bank
PO Box 960013
Orlando, FL  32896-0013


Midland Funding LLC
By American Info Source LP As Agent
PO Box 4457
Houston, TX  77210-4457


Ocwen Loan Servicing
PO Box 6440
Carol Stream, IL  60197-6440


Ocwen Loan Servicing
320 West 4th Street Suite 750
Los Angeles, CA  90013-2344


Pacific Gas & Electricity
PO Box 11265
New York, NY  10286

Progressive Management System
1521 W Cameron Avenue Fl 1
West Covina, CA  91790


Recovery Management Systems
25 SE 2nd Avenue Suite 1120
Miami, FL  33131-1605


The Mortgage Store Financial Inc
660 So Figueroa Street 24th Floor
Los Angeles, CA  90017


The Mortgage Store Finanical Inc
707 Wilshire Blvd
Los Angeles, CA  90017-3501


United States Trustee Office
915 Wilshire Blvd Suite 1850
Los Angeles, CA  90017-0000


Wells Fargo Bank NA
MAC D3347-014
3476 Stateview Blvd
Fort Mill, SC  29715


Western Progressive LLC
Northpark Town Center
1000 Abernathy Rd NE Bldg 400 Suit
Atlanta, GA  30328


WFNNB-The Avenue
PO Box 659584
San Antonio, TX  78265



**U.S. Department of Justice**

**United States Trustees**
**Central District of California**

| | | | |
|---|---|---|---|
| *411 W. Fourth St* | *725 South Figueroa St.* | *3685 Main St.* | *21051 Warner Center Lane* |
| *Suite 9041* | *Suite 2600* | *Suite 300* | *Suite 115* |
| *Santa Ana, CA 92701* | *Los Angeles, CA 90017* | *Riverside, CA 92501* | *Woodland Hills, CA 91367* |
| *(714) 338-3400* | *(213) 894-6811* | *(909) 276-6990* | *(818) 716-8800* |
| *FAX (714) 338-3421* | *FAX (213) 894-2603* | *FAX (909) 276-6973* | *FAX (818) 716-1576* |

Debtor: Leonarda Guadalupe Aguilar          Bankruptcy Case # 2:15-bk-16443-RN

EIN: _____     Employer maintains a  ☐ group health     ☐ pension plan

Is this a public corporation?     ☐ Yes     ☑ No

**1.   If the debtor sponsors a group health or dental plan, complete the information below.  Yes ___ . If No, go to #2.**

Premiums paid through          ☐ employee contributions     ☐ employer contributions
Are the premium payments current?   ☐ Yes          ☐ No
Benefits paid from          ☐ employee contributions     ☐ general assets of the company
Name, address and telephone number of responsible officer: Not applicable.

**2.   If the debtor sponsors a pension plan, complete the information below.  Yes ___ . If No, go to #3.**

☐ 401(k) Plan          ☐ Profit Sharing Plan          ☐ Defined Benefit Plan
☐ Money Purchase Plan     ☐ Employee Stock Ownership Plan

Name, address and telephone number of responsible officer: Not applicable

Does the employee make contributions to the Plan?          ☐ Yes     ☐ No
Have all employee contributions been forwarded to the trust fund?     ☐ Yes     ☐ No

If the debtor maintains a defined benefit or money purchase plan, are they fully funded?  Not applicable

Have any trustees, officers, owners or board members of the debtor received any distributions form the plan within the last
year?  If so, please provide the name, address and title for each individual:
 Not applicable

Have any trustees, officers, owners or board members received any loans from the plan that are not participant loans? If so,
please provide the name, address and title for each individual:
 Not applicable

Has the debtor company received any loans from the plan?  If so, please state the approximate date, amount and purpose of
the loan.
 Not applicable

**3.   I declare under penalty of perjury that the answers contained in the foregoing question are true and correct to the
best of my knowledge.**

Dated  Leonarda Guadalupe          018/15          By: Leonarda Guadalupe Aguilar
                                                  Leonarda Guadalupe Aguilar

December 2003                     A copy of this document will be provided to the Department of Labor          USTLA-8

## Sandra Rodriguez

| | |
|---|---|
| **From:** | USTP Region16 Ch11 |
| **Sent:** | Monday, June 08, 2015 12:38 PM |
| **To:** | Sandra Rodriguez |
| **Subject:** | Chapter 11 Compliance |

Your submission has been received by the LA office

**2012 FEDERAL AND STATE TAX RETURNS**

Form **1040** Department of the Treasury—Internal Revenue Service   (99)

**U.S. Individual Income Tax Return** **2012**   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2012, or other tax year beginning   , ending   See separate instructions.

| Your first name | M.I. | Last name | Suffix | Your social security number |
|---|---|---|---|---|
| LEONARDA | G | AGUILAR | | |
| If a joint return, spouse's first name | M.I. | Last name | Suffix | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.

13781 ELDRIDGE AVE

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

SYLMAR   CA   91342

Foreign country name   Foreign province/state/county   Foreign postal code

**Make sure the SSN(s) above and on line 6c are correct.**

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

**Filing Status**

1 ☒ Single

2 ☐ Married filing jointly (even if only one had income)

3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶

Check only one box.

4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶

| | First name | Last name | SSN |
|---|---|---|---|

5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a . . . . .

b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . .

| Boxes checked on 6a and 6b | 1 |
|---|---|

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ☐ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

| No. of children on 6c who: | |
|---|---|
| ● lived with you | 0 |
| ● did not live with you due to divorce or separation (see instructions) | 0 |
| Dependents on 6c not entered above | 0 |

d Total number of exemptions claimed . . . . . . . . . . . . . .   Add numbers on lines above ▶ **1**

**Income**

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

7 Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . | 7 | 36,299

8a Taxable interest. Attach Schedule B if required . . . . . . . . . | 8a |

b Tax-exempt interest. Do not include on line 8a . . | 8b |

9a Ordinary dividends. Attach Schedule B if required . . . . . . . | 9a |

b Qualified dividends . . . . . . . . . . . | 9b |

10 Taxable refunds, credits, or offsets of state and local income taxes . . | 10 |

11 Alimony received . . . . . . . . . . . . . . . . . . . | 11 |

12 Business income or (loss). Attach Schedule C or C-EZ . . . . . . | 12 |

13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |

14 Other gains or (losses). Attach Form 4797 . . . . . . . . . . | 14 |

**If you did not get a W-2, see instructions.**

15a IRA distributions . . | 15a |   b Taxable amount . . | 15b |

16a Pensions and annuities | 16a |   b Taxable amount . . | 16b |

**Enclose, but do not attach, any payment. Also, please use Form 1040-V.**

17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |

18 Farm income or (loss). Attach Schedule F . . . . . . . . . . | 18 |

19 Unemployment compensation . . . . . . . . . . . . . . | 19 |

20a Social security benefits | 20a |   b Taxable amount . . | 20b | 0

21 Other income. List type and amount . . . . . . . . . . . . | 21 |

22 Combine the amounts in the far right column for lines 7 through 21. This is your total income . . . ▶ | 22 | 36,299

**Adjusted Gross Income**

23 Educator expenses . . . . . . . . . . . | 23 |

24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . | 24 |

25 Health savings account deduction. Attach Form 8889 . | 25 |

26 Moving expenses. Attach Form 3903 . . . . . | 26 |

27 Deductible part of self-employment tax. Attach Schedule SE . | 27 |

28 Self-employed SEP, SIMPLE, and qualified plans . | 28 |

29 Self-employed health insurance deduction . . . | 29 |

30 Penalty on early withdrawal of savings . . . . | 30 |

31a Alimony paid   b Recipient's SSN ▶ | 31a |

32 IRA deduction . . . . . . . . . . . . | 32 |

33 Student loan interest deduction . . . . . . | 33 |

34 Tuition and fees. Attach Form 8917 . . . . . | 34 |

35 Domestic production activities deduction. Attach Form 8903 | 35 |

36 Add lines 23 through 31a and 32 through 35 . . . . . . . . . . | 36 |

37 Subtract line 36 from line 22. This is your adjusted gross income . . . . . . . ▶ | 37 | 36,299

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

HTA   Form **1040** (2012)

Form 1040 (2012)　　　LEONARDA G AGUILAR　　　　　　　　　　　　　　　　Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 36,299 |
| | 39a | Check if: ☐ You were born before January 2, 1948, ☐ Blind. ☐ Spouse was born before January 2, 1948, ☐ Blind. Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 41,581 |
| | 41 | Subtract line 40 from line 38 | 41 | -5,282 |
| | 42 | Exemptions. Multiply $3,800 by the number on line 6d | 42 | 3,800 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0 |
| • All others: | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ 962 election | 44 | |
| Single or Married filing separately, $5,950 | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| Married filing jointly or Qualifying widow(er), $11,900 | 46 | Add lines 44 and 45 | 46 | 0 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| Head of household, $8,700 | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 19 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit. Attach Schedule 8812, if required | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 0 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** ▶ | 61 | 0 |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 1,875 |
| | 63 | 2012 estimated tax payments and amount applied from 2011 return | 63 | |
| **If you have a qualifying child, attach Schedule EIC.** | 64a | Earned income credit (EIC) | 64a | |
| | b | Nontaxable combat pay election 64b | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | |
| | 67 | Reserved | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ c ☐ 8801 d ☐ 8885 | 71 | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | 72 | 1,875 |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | 73 | 1,875 |
| | 74a | Amount of line 73 you want **refunded to you**. If Form 8888 is attached, check here ▶ ☐ | 74a | 1,875 |
| Direct deposit? See instructions. | ▶ b | Routing number XXXXXXXXX ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number XXXXXXXXXXXXXXXX | | |
| | 75 | Amount of line 73 you want applied to your 2013 estimated tax ▶ 75 | | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | 0 |
| | 77 | Estimated tax penalty (see instructions) 77 | | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☐ No
Designee's name ▶　　Phone no. ▶　　Personal identification number (PIN) ▶

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date 4/27/15 | Your occupation | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| HECTOR MARTINEZ | HECTOR MARTINEZ | 4/27/2015 | | P00530049 |
| Firm's name ▶ HECTORTHETAXGUY.COM | | | Firm's EIN ▶ 20-0567339 | |
| Firm's address ▶ 110 N MACLAY AVE STE 11 SAN FERNANDO CA 91340 | | | Phone no. (818) 361-3525 | |

Form **1040** (2012)

Form **2210**

Department of the Treasury
Internal Revenue Service

## Underpayment of Estimated Tax by Individuals, Estates, and Trusts

▶ Information about Form 2210 and its separate instructions is at *www.irs.gov/form2210*.
▶ Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041.

OMB No. 1545-0140

**2012**

Attachment
Sequence No. **06**

Name(s) shown on tax return
LEONARDA G AGUILAR

Identifying number

### Do You Have To File Form 2210?

Complete lines 1 through 7 below. Is line 7 less than $1,000? — **Yes** → **Do not file Form 2210.** You do not owe a penalty.

↓ **No**

Complete lines 8 and 9 below. Is line 6 equal to or more than line 9? — **Yes** → You do not owe a penalty. Do not file Form 2210 (but if box E in Part II applies, you must file page 1 of Form 2210).

↓ **No**

You may owe a penalty. Does any box in Part II below apply? — **Yes** → You must file Form 2210. Does box B, C, or D in Part II apply?

↓ **No**                                                    **No** / **Yes** → You must figure your penalty.

**Do not file Form 2210.** You are not required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III or Part IV as a worksheet and enter your penalty amount on your tax return, but **do not file Form 2210.**

You are **not** required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III or Part IV as a worksheet and enter your penalty amount on your tax return, but file only page 1 of Form 2210.

**Part I**    **Required Annual Payment**

| | | | |
|---|---|---|---|
| 1 | Enter your 2012 tax after credits from Form 1040, line 55 (see instructions if not filing Form 1040) . . . | **1** | |
| 2 | Other taxes, including self-employment tax (see instructions) . . . . . . . . . . . . . . | **2** | |
| 3 | Refundable credits (see instructions) . . . . . . . . . . . . . . . . . . . . . | **3** | ( ) |
| 4 | Current year tax. Combine lines 1, 2, and 3. If less than $1,000, **stop**; you do not owe a penalty. **Do not file Form 2210** . . . . . . . . . . . . . . . . . . . . . . | **4** | 0 |
| 5 | Multiply line 4 by 90% (.90) . . . . . . . . . . . . | **5** | 0 | |
| 6 | Withholding taxes. **Do not** include estimated tax payments (see instructions) . . . . . . | **6** | |
| 7 | Subtract line 6 from line 4. If less than $1,000, **stop**; you do not owe a penalty. **Do not file Form 2210** | **7** | 0 |
| 8 | Maximum required annual payment based on prior year's tax (see instructions) . . . . . | **8** | 0 |
| 9 | Required annual payment. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . | **9** | 0 |

**Next:** Is line 9 more than line 6?

☐ **No.** You do not owe a penalty. **Do not** file Form 2210 unless box E below applies.

☐ **Yes.** You may owe a penalty, but **do not** file Form 2210 unless one or more boxes in Part II below applies.
 • If box B, C, or D applies, you must figure your penalty and file Form 2210.
 • If box A or E applies (but not B, C, or D), file only page 1 of Form 2210. You are **not** required to figure your penalty; the IRS will figure it and send you a bill for any unpaid amount. If you want to figure your penalty, you may use Part III or IV as a worksheet and enter your penalty on your tax return, but **file only page 1 of Form 2210.**

**Part II**    **Reasons for Filing.** Check applicable boxes. If none apply, **do not** file Form 2210.

A ☐ You request a **waiver** (see instructions) of your entire penalty. You must check this box and file page 1 of Form 2210, but you are not required to figure your penalty.

B ☐ You request a **waiver** (see instructions) of part of your penalty. You must figure your penalty and waiver amount and file Form 2210.

C ☐ Your income varied during the year and your penalty is reduced or eliminated when figured using the **annualized income installment method.** You must figure the penalty using Schedule AI and file Form 2210.

D ☐ Your penalty is lower when figured by treating the federal income tax withheld from your income as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. You must figure your penalty and file Form 2210.

E ☐ You filed or are filing a joint return for either 2011 or 2012, but not for both years, and line 8 above is smaller than line 5 above. You must file page 1 of Form 2210, but you are **not** required to figure your penalty (unless box **B, C,** or **D** applies).

**For Paperwork Reduction Act Notice, see separate instructions.**                                   Form **2210** (2012)

HTA

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Itemized Deductions**

▶ Information about Schedule A and its separate instructions is at *www.irs.gov/form1040.*
▶ Attach to Form 1040.

OMB No. 1545-0074

**2012**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040
LEONARDA G AGUILAR

Your social security number

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | |
| | 2 | Enter amount from Form 1040, line 38 [ 2 ] 36,299 | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | 2,722 |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | 0 |
| **Taxes You Paid** | 5 | State and local | | |
| | a | ☐ Income taxes, or | | |
| | b | ☒ General sales taxes | 5 | 5_ |
| | 6 | Real estate taxes (see instructions) | 6 | |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ▶ | 8 | |
| | 9 | Add lines 5 through 8 | 9 | 588 |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 40,993 |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | | |
| **Note.** | | Name | | |
| Your mortgage interest deduction may be limited (see instructions). | | Address TIN | 11 | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | |
| | 15 | Add lines 10 through 14 | 15 | 40,993 |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | |
| | 18 | Carryover from prior year | 18 | |
| | 19 | Add lines 16 through 18 | 19 | 0 |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | 21 | |
| | 22 | Tax preparation fees | 22 | |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 23 | |
| | 24 | Add lines 21 through 23 | 24 | 0 |
| | 25 | Enter amount from Form 1040, line 38 [ 25 ] 36,299 | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | 726 |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | 27 | 0 |
| **Other Miscellaneous Deductions** | 28 | Other—from list in instructions. List type and amount ▶ | 28 | |
| **Total Itemized Deductions** | 29 | Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40 | 29 | 41,581 |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.
HTA

Schedule A (Form 1040) 2012

Form **6251**

Department of the Treasury
Internal Revenue Service (99)

## Alternative Minimum Tax—Individuals

▶ Information about Form 6251 and its separate instructions is at *www.irs.gov/form6251*.
▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0074

**2012**

Attachment
Sequence No. **32**

Name(s) shown on Form 1040 or Form 1040NR
LEONARDA G AGUILAR

Your social security number

### Part I    Alternative Minimum Taxable Income (See instructions for how to complete each line.)

| | | | |
|---|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 41; and go to line 2. Otherwise, enter the amount from Form 1040, line 38, and go to line 7. (If less than zero, enter as a negative amount.) | 1 | -5,282 |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4, or 2.5% (.025) of Form 1040, line 38. If zero or less, enter -0- | 2 | 0 |
| 3 | Taxes from Schedule A (Form 1040), line 9 | 3 | 588 |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet in the instructions for this line | 4 | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 27 | 5 | |
| 6 | Skip this line. It is reserved for future use | 6 | |
| 7 | Tax refund from Form 1040, line 10 or line 21 | 7 | ( ) |
| 8 | Investment interest expense (difference between regular tax and AMT) | 8 | |
| 9 | Depletion (difference between regular tax and AMT) | 9 | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | 10 | |
| 11 | Alternative tax net operating loss deduction | 11 | ( ) |
| 12 | Interest from specified private activity bonds exempt from the regular tax | 12 | |
| 13 | Qualified small business stock (7% of gain excluded under section 1202) | 13 | |
| 14 | Exercise of incentive stock options (excess of AMT income over regular tax income) | 14 | |
| 15 | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | 15 | |
| 16 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | 16 | |
| 17 | Disposition of property (difference between AMT and regular tax gain or loss) | 17 | |
| 18 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 18 | |
| 19 | Passive activities (difference between AMT and regular tax income or loss) | 19 | |
| 20 | Loss limitations (difference between AMT and regular tax income or loss) | 20 | |
| 21 | Circulation costs (difference between regular tax and AMT) | 21 | |
| 22 | Long-term contracts (difference between AMT and regular tax income) | 22 | |
| 23 | Mining costs (difference between regular tax and AMT) | 23 | |
| 24 | Research and experimental costs (difference between regular tax and AMT) | 24 | |
| 25 | Income from certain installment sales before January 1, 1987 | 25 | ( ) |
| 26 | Intangible drilling costs preference | 26 | |
| 27 | Other adjustments, including income-based related adjustments | 27 | |
| 28 | Alternative minimum taxable income. Combine lines 1 through 27. (If married filing separately, see instructions.) | 28 | -4,694 |

### Part II    Alternative Minimum Tax (AMT)

| | | | |
|---|---|---|---|
| 29 | Exemption. See instructions | 29 | 50,600 |
| 30 | Subtract line 29 from line 28. If more than zero, go to line 31. If zero or less, enter -0- here and on lines 31, 33, and 35, and go to line 34. | 30 | 0 |
| 31 | • If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter.<br>• If you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b; or you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on the back and enter the amount from line 54 here.<br>• All others: If line 30 is $175,000 or less ($87,500 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | 31 | 0 |
| 32 | Alternative minimum tax foreign tax credit (see instructions) | 32 | |
| 33 | Tentative minimum tax. Subtract line 32 from line 31 | 33 | 0 |
| 34 | Tax from Form 1040, line 44 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 47). If you used Schedule J to figure your tax, the amount from line 44 of Form 1040 must be refigured without using Schedule J (see instructions) | 34 | |
| 35 | AMT. Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 45 | 35 | 0 |

For Paperwork Reduction Act Notice, see your tax return instructions.

HTA

Form **6251** (2012)

NOT A PUBLIC COPY

Form **982**
(Rev. July 2013)

Department of the Treasury
Internal Revenue Service

## Reduction of Tax Attributes Due to Discharge of Indebtedness (and Section 1082 Basis Adjustment)

▶ Attach this form to your income tax return.

▶ Information about Form 982 and its instructions is at www.irs.gov/form982.

OMB No. 1545-0046

Attachment
Sequence No. **94**

Name shown on return
LEONARDA G AGUILAR

Identifying number

**Part I**    General Information (see instructions)

1   Amount excluded is due to (check applicable box(es)):
  a  Discharge of indebtedness in a title 11 case . . . . . . . . . . . . . . . . . . . . . . . ☐
  b  Discharge of indebtedness to the extent insolvent (not in a title 11 case) . . . . . . . . . . . . ☐
  c  Discharge of qualified farm indebtedness . . . . . . . . . . . . . . . . . . . . . . . ☐
  d  Discharge of qualified real property business indebtedness . . . . . . . . . . . . . . . . ☐
  e  Discharge of qualified principal residence indebtedness . . . . . . . . . . . . . . . . . ☐

2   Total amount of discharged indebtedness excluded from gross income . . . . . . . . . . | 2 | 119,969

3   Do you elect to treat all real property described in section 1221(a)(1), relating to property held for sale to customers in the ordinary course of a trade or business, as if it were depreciable property? . . . . . ☐ Yes ☐ No

**Part II**    Reduction of Tax Attributes. You must attach a description of any transactions resulting in the reduction in basis under section 1017. See Regulations section 1.1017-1 for basis reduction ordering rules, and, if applicable, required partnership consent statements. (For additional information, see the instructions for Part II.)

Enter amount excluded from gross income:

4   For a discharge of qualified real property business indebtedness applied to reduce the basis of depreciable real property . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |

5   That you elect under section 108(b)(5) to apply first to reduce the basis (under section 1017) of depreciable property . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |

6   Applied to reduce any net operating loss that occurred in the tax year of the discharge or carried over to the tax year of the discharge . . . . . . . . . . . . . . . . . . . . . | 6 |

7   Applied to reduce any general business credit carryover to or from the tax year of the discharge . . | 7 |

8   Applied to reduce any minimum tax credit as of the beginning of the tax year immediately after the tax year of the discharge . . . . . . . . . . . . . . . . . . . . . . . . | 8 |

9   Applied to reduce any net capital loss for the tax year of the discharge, including any capital loss carryovers to the tax year of the discharge . . . . . . . . . . . . . . . . . . . | 9 |

10 a  Applied to reduce the basis of nondepreciable and depreciable property if not reduced on line 5. *DO NOT use in the case of discharge of qualified farm indebtedness* . . . . . . . . . . . | 10a |

  b  Applied to reduce the basis of your principal residence. Enter amount here ONLY if line 1e is checked . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10b |

11   For a discharge of qualified farm indebtedness applied to reduce the basis of:
  a  Depreciable property used or held for use in a trade or business or for the production of income if not reduced on line 5 . . . . . . . . . . . . . . . . . . . . . . . . | 11a |

  b  Land used or held for use in a trade or business of farming . . . . . . . . . . . . . . | 11b |

  c  Other property used or held for use in a trade or business or for the production of income . . | 11c |

12   Applied to reduce any passive activity loss and credit carryovers from the tax year of the discharge | 12 |

13   Applied to reduce any foreign tax credit carryover to or from the tax year of the discharge . . . . | 13 |

**Part III**    Consent of Corporation to Adjustment of Basis of Its Property Under Section 1082(a)(2)

Under section 1081(b), the corporation named above has excluded $ _____ from its gross income for the tax year beginning _____ and ending _____
Under that section, the corporation consents to have the basis of its property adjusted in accordance with the regulations prescribed under section 1082(a)(2) in effect at the time of filing its income tax return for that year. The corporation is organized under the laws of _____ .

(State of Incorporation)

**Note.** You must attach a description of the transactions resulting in the nonrecognition of gain under section 1081.

For Paperwork Reduction Act Notice, see page 5 of this form.

HTA

Form **982** (Rev. 7-2013)

LEONARDA G AGUILAR                                                                                              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

## Line 5 (Sch A (1040)) - State and Local Taxes

**State and local income taxes**

| | | |
|---|---|---|
| 1 2011 state tax overpayment applied to your 2012 state estimated tax . . . . . . . . . . . . | 1 | 0 |
| 2 2011 state tax payment paid with extension/return: | | |

| State: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Payment Amount: | | | | | | | |
| Extension Amount: | | | | | | | |

| | | |
|---|---|---|
| | 2 | 0 |

3  2011 state fourth quarter and other state estimates (paid in 2012):

| State: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Payment Amount: | | | | | | | |

| | | |
|---|---|---|
| | 3 | 0 |
| 4 2012 state estimated tax payments for first, second and third quarter . . . . . | 4 | 0 |
| 5 2012 state estimated tax payments for fourth quarter made in 2012 . . . . . | 5 | 0 |
| 6 Other 2012 state estimated tax payments made in 2012 . . . . . . . | 6 | 0 |
| 7 Amounts of state and local income taxes withheld from Form W-2 for 2012 . . . | 7 | 559 |
| 8 Amounts of state and local income taxes withheld from Form W-2G for 2012 . . . | 8 | 0 |
| 9 Amounts of state and local income taxes withheld from Form 1099-R for 2012 . . . | 9 | 0 |
| 10 Amounts of state income taxes withheld from Form 1099-Misc for 2012 . . . | 10 | 0 |
| 11 Amounts of state income taxes withheld from Form 1099-G for 2012 . . . . | 11 | 0 |
| 12 Amount of state income taxes withheld from Form 1099-INT for 2012 . . . . | 12 | 0 |
| 13 Amount of state income taxes withheld from Form 1099-DIV for 2012 . . . . | 13 | 0 |

14 Deductible state or local tax from Form W-2

| | | |
|---|---|---|
| a  AK Employee paid AK State Unemployment . . . . . . . . . | 14a | 0 |
| b  CA State Disability Insurance/ Paid Family Leave . . . . . | 14b | 0 |
| c  NJ State Disability Insurance . . . . . . . . . . . . | 14c | 0 |
| d  NJ Unemployment Insurance/Health Care/Workforce Development | 14d | 0 |
| e  NJ Family Leave Insurance program . . . . . . . . . | 14e | 0 |
| f  NY Nonoccupational Disability Fund . . . . . . . . . | 14f | 0 |
| g  RI Temporary Disability Insurance . . . . . . . . . | 14g | 0 |
| h  WA Supplemental Workers Compensation Fund . . . . . | 14h | 0 |
| i  PA Unemployment Insurance . . . . . . . . . . . | 14i | 0 |
| j  Other deductible state or local tax . . . . . . . . . | 14j | 0 |

State Use Only:

| State: | | | | | | | |
|---|---|---|---|---|---|---|---|
| State's part of 14j: | | | | | | | |

| | | |
|---|---|---|
| k  Total deductible state or local tax from Form W-2 . . . . . . . | 14k | 0 |
| Other state and local taxes paid in 2012 | | |
| 15 _____ State | 15 | |
| 16 _____ State | 16 | |
| 17 Total state and local income taxes . . . . . . . . . . . | 17 | 559 |

**State and local general sales taxes**

Optional state sales tax

| | | |
|---|---|---|
| a  Enter the amount from line from 1040 line 38 . | a | 36,299 |
| Enter the amount of the following nontaxable items: | | |
| b  Tax-exempt interest from form 1040, line 8b . . . . . | b | 0 |
| c  Veterans' benefits . . . . . . . . . . . . . . | c | |
| d  Nontaxable combat pay . . . . . . . . . . . . | d | 0 |
| e  Workers' Compensation . . . . . . . . . . . . | e | |
| f  Nontaxable part of social security/railroad retirement . . . | f | 0 |
| g  Nontaxable part of IRA, pension, or annuity distributions . . | g | 0 |
| h  Public assistance payments . . . . . . . . . . | h | |
| i  . . . . . . . . . . . . . . . . . . . . | i | |
| 18 Add lines a through i, use this income with the tables in instructions . . . | 18 | 36,299 |

| | | | | | |
|---|---|---|---|---|---|
| 19 State . . . . . . . . . . | CA | | | | |
| 20 Days in state . . . . . . . | 366 | | | | |
| 21 Number of exemptions, while in state . | 1 | 0 | 0 | 0 | 0 |
| 22 Income . . . . . . . . . | 36,299 | 0 | 0 | 0 | 0 |
| 23 Enter amount from state sales tax tables | 588 | 0 | 0 | 0 | 0 |
| If state is NJ, check if resident of Salem County . . . . | ☐ | ☐ | ☐ | ☐ | |
| 24 Multiply line 23 by line 20 divided by 366 | 588 | | | | |

Next, if for all of 2012, you lived only in Connecticut

LEONARDA G AGUILAR

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

the District of Columbia, Indiana, Kentucky, Maine,
Maryland, Massachusetts, Michigan, New Jersey,
Rhode Island, or West Virginia (except the cities
of Huntington and Williamstown),
skip lines 25 through 32, enter -0- on line 33, and go to
line 34. Otherwise, go to line 25.

| | | | | |
|---|---|---|---|---|
| 25 Did you live in Alaska, Arizona, Arkansas, Colorado, Georgia, Illinois, Louisiana, Missouri, New York, North Carolina, South Carolina, Tennessee, Utah, Virginia, or the cities of Huntington or Williamstown, West Virginia in 2012? . . . . . . . . . | [X] No  [ ] Yes | [ ] No  [ ] Yes | [ ] No  [ ] Yes | [ ] No  [ ] Yes |

**If line 25 is No, skip lines 26 through 28 and go to 29.**

| | | | | |
|---|---|---|---|---|
| 26 Enter which optional table to use for the local general sales tax (see instructions) . . . . . . . | | | | |
| 27 Local general sales tax from tables (see instructions) . . . . | 0 | 0 | 0 | 0 |
| 28 Multiply line 27 by line 20 divided by 366 . . . . . . | 0 | 0 | 0 | 0 |
| 29 Did your locality impose a local general sales tax in 2012? Residents of California and Nevada see instructions . . . . . . . . . . | [ ] No  [ ] Yes | [ ] No  [ ] Yes | [ ] No  [ ] Yes | [ ] No  [ ] Yes |

**If line 29 is No, skip lines 30 through 32, enter -0- on 33, and go to 34.**

| | | | | |
|---|---|---|---|---|
| 30 Enter local general sales tax rate . . . . . . . | | | | |

**If line 25 is Yes, skip lines 31 and 32 and go to line 33.**

| | | | | |
|---|---|---|---|---|
| 31 Enter state general sales tax rate . . . . . . . | 0.00000% | 0.00000% | 0.00000% | 0.00000% |
| 32 Divide line 30 by line 31 . . . . . . . . . . | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 33 If line 27 is zero, multiply line 24 by line 32, otherwise multiply line 28 by line 30 (if using line 30, omit percentage. Ex. if line 30 is 5.5% use 5.5) . . . | 0 | 0 | 0 | 0 |
| 34 General sales taxes paid on specified items . . . . | | | | |
| 35 State and local general sales taxes . . . . . . . | 588 | 0 | 0 | 0 |

| | | | |
|---|---|---|---|
| 36 Enter the total of line 35 (all columns) . . . . . . . . . . . . . . . | 36 | | 588 |
| 37 Actual state and local general sales tax . . . . . . . . . . . . . | 37 | | |
| [ ] Check if filing status is MFS and spouse used optional tables. | | | |
| 38 Total state and local general sales tax deduction. Enter the larger of line 36 or line 37 (if married filing separately, see instructions) . . . . . . . . . . . . . | 38 | | 588 |
| | | | |
| [ ] Check ("X") this box to force state and local income tax deduction. | | | |
| [ ] Check ("X") this box to force state and local general sales tax deduction. | | | |
| 39 State and local income tax/general sales tax deduction (to Schedule A, line 5) . . . . . . . . . . | 39 | | 588 |

CLIENT COPY

LEONARDA G AGUILAR

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

## Line 10 (Sch A (1040)) - Home Mortgage Interest and Points on Form 1098

| | | NOT used to buy, build, or improve a qualified residence | USED for investment assets | Not Home Office | | Total Mortgage Interest | | Fully Deductible Points |
|---|---|---|---|---|---|---|---|---|
| 1 | Lender's Name | | | | | | | |
| | a | | | | 1a | 40,993 | 1a | |
| | b | | | | 1b | | 1b | |
| | c | | | | 1c | | 1c | |
| | d | | | | 1d | | 1d | |
| | e | | | | 1e | | 1e | |
| | f | | | | 1f | | 1f | |
| | g | | | | 1g | | 1g | |
| | h | | | | 1h | | 1h | |
| | i  Mortgage interest from Schedule E | | | | 1i | | 1i | |
| | j  Interest difference not reported above. | | | | 1j | | 1j | |
| | Explain: | | | | | | | |

Total of line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    1    40,993

**Qualified Loan Limit - Part I**

| 2 | Enter the average balance of all your grandfathered debt.  See instructions. | 2 | |
|---|---|---|---|
| 3 | Enter the average balance of all your home acquisitions debt.  See instructions | 3 | |
| 4 | Enter $1,000,000 ($500,000 if married filing separately) | 4 | 1,000,000 |
| 5 | Enter the LARGER of the amounts on line 2 or the amount on line 4 | 5 | 1,000,000 |
| 6 | Add the amounts on lines 2 and 3. Enter the total here | 6 | 0 |
| 7 | Enter the SMALLER of the amount on line 5 or the amount on line 6 | 7 | 0 |
| 8 | Enter $100,000 ($50,000 if married filing separately).  See instructions for a limit that may apply | 8 | 100,000 |
| 9 | Add the amounts on lines 7 and 8. Enter the total.  This is your qualified loan limit | 9 | 100,000 |

**Deductible Home Mortgage Interest - Part II**

10  Enter the total of the average balances of all mortgages on all qualified homes.  See instructions.    10
    If line 9 is less than line 10, Go on to line 11.
    If line 9 is equal to or more than line 10, go to line 13 and your interest on all the mortgages
    included on line 10 is deductible as home mortgage interest on Schedule A (Form 1040)

| 11 | Enter the total amount of interest that you paid.  See instructions | 11 | 0 |
|---|---|---|---|
| 12 | Divide the amount on line 9 by the amount on line 10.  Enter as a decimal (rounded to 3 places) | 12 | 0.000 |

13  Multiply the amount on line 11 by the decimal amount on line 12.  If you skipped lines 11 & 12,
    enter amount from line 1.  This is your DEDUCTIBLE HOME MORTGAGE INTEREST    13    40,993

| | a  Deductible home mortgage for line 10 | a | 40,993 |
|---|---|---|---|
| | b  Deductible home mortgage interest for line 11 | b | 0 |

14  Reductions in amounts deductible on Schedule A

| | a  Subtract the amount on line 13a from the amount on line 1. This is NOT home mortgage interest.  See instructions. | a | 0 |
|---|---|---|---|
| | b  Form 8396 allocation. | b | 0 |
| | c  Form(s) 8829 and Sch F (1040) allocation (Home Office) | c | 0 |
| | d | d | |

Total of Lines 14b - 14d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    14    0

15  Subtract line 14 from line 13.  Enter the result on line 10, Schedule A . . . . . . . . . . . . . . . . .    15    40,993

CLIENT COPY

LEONARDA G AGUILAR

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

## W-2 Summary by Payers



| Payers | F/S | 1<br>Fed Wage | 2<br>Fed Tax | 3<br>SS Wage | 4<br>SS Tax | 5<br>Med Wage | 6<br>Med Tax | 7<br>SS Tips | 8<br>Alloc Tips |
|---|---|---|---|---|---|---|---|---|---|
| 1 | F | 36,299 | 1,875 | 39,598 | 1,663 | 36,299 | 526 | 0 | 0 |
| Total | | 36,299 | 1,875 | 39,598 | 1,663 | 36,299 | 526 | 0 | 0 |

| | 10<br>Dep Care | 11<br>Dist. defer.<br>comp plan | St<br>1 | 16a<br>St Wage | 17a<br>State Tax | 18a<br>Loc Wage | 19a<br>Loc Tax | St<br>2 | 16b<br>St Wage | 17b<br>State Tax | 18b<br>Loc Wage | 19b<br>Loc Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | CA | 36,299 | 559 | 0 | 0 | | 0 | 0 | 0 | 0 |
| | 0 | 0 | | 36,299 | 559 | 0 | 0 | | 0 | 0 | 0 | 0 |

| | | | St<br>3 | 16c<br>St Wage | 17c<br>State Tax | 18c<br>Loc Wage | 19c<br>Loc Tax | St<br>4 | 16d<br>St Wage | 17d<br>State Tax | 18d<br>Loc Wage | 19d<br>Loc Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |

CLIENT COPY

For Privacy Notice, get form FTB 1131.

**California Resident Income Tax Return 2012**

FORM **540** C1 Side 1

DO NOT ATTACH FEDERAL RETURN

APE

LEONARDA G AGUILAR    AGUI    12

P AC A R RP

13781 ELDRIDGE AVE
SYLMAR        CA  91342

| 01 | 1 | 45 | 0 | 404 | 0 | APE | 0 |
|---|---|---|---|---|---|---|---|
| 06 | 0 | 46 | 0 | 405 | 0 | | 0 |
| 09 | 00 0 | 47 | 0 | 406 | 0 | 3800 | 0 |
| 10 | 00 0 | 48 | 0 | 407 | 0 | 3803 | 0 |
| 11 | 104 | 61 | 0 | 408 | 0 | CHG1 | 0 |
| 12 | 36299 | 62 | 0 | 410 | 0 | 5870A | 0 |
| 13 | 36299 | 63 | 0 | 412 | 0 | 5805 5805F | 0 |
| 14 | 0 | 64 | 0 | 413 | 0 | ESIGNEE | |
| 16 | 0 | 71 | 559 | 414 | 0 | TPIDP00530049 | |
| 17 | 36299 | 72 | 0 | 419 | 0 | FN 200567339 | |
| 18 | 40993 | 73 | 0 | 420 | 0 | CCF | 0 |
| 19 | 0 | 74 | 0 | 421 | 0 | 3805P | 0 |
| 31 | 0 | 75 | 559 | 422 | 0 | NQDC | 0 |
| 32 | 104 | 91 | 559 | 423 | 0 | 3540 | 0 |
| 33 | 0 | 92 | 0 | 110 | 0 | 3805Z | 0 |
| 34 | 0 | 93 | 559 | 111 | 0 | 3807 | 0 |
| 35 | 0 | 94 | 0 | 112 | 0 | 3808 | 0 |
| 40 | 0 | 95 | 0 | 113 | 0 | 3809 | 0 |
| 41 | 0 | 400 | 0 | 115 | 559 | 3549A | 0 |
| 42 | 0 | 401 | 0 | 117 | 0 | IRC1341 | 0 |
| 43 | 0 | 402 | 0 | | | | |
| 44 | 0 | 403 | 0 | | | | |

CLIENT COPY

**Sign Here**

Your signature ___ Spouse's/RDP's signature (if a joint tax return, both must sign) ___
Daytime phone number (optional) ___ Date ___
Your email address (optional). Enter only one. ___

Paid preparer's signature (declaration of preparer is based on all information of which preparer has any knowledge)
HECTOR MARTINEZ
Firm's name (or yours, if self-employed)    Firm's address  110 N MACLAY AVE STE 11
HECTORTHETAXGUY.COM        SAN FERNANDO, CA 91340
PTIN P00530049
FEIN 20-0567339

Do you want to allow another person to discuss this tax return with us? (see page 17) ___ ☐ Yes ☐ No

Print Third Party Designee's Name ___ Telephone Number ___

188  3101126

Your name: **LEONARDA G AGUILAR**          Your SSN or ITIN: ▓▓▓▓▓▓▓▓

**Filing Status**

1  [X] Single
2  [ ] Married/RDP filing jointly (see page 3).
3  [ ] Married/RDP filing separately. Enter spouse's/RDP's SSN or ITIN above and full name here _____
4  [ ] Head of household (with qualifying person) (see page 3)
5  [ ] Qualifying widow(er) with dependent child. Enter year spouse/RDP died. _____
     If your California filing status is different from your federal filing status, check the box here . . . . . . . . . . . . . . . . . . . ⊛ [ ]

6  If someone can claim you (or your spouse/RDP) as a dependent, check the box here (see page 7) . . . . . . . . . . . . . ⊛ 6 [ ]

**Exemptions**

| | | | | Whole dollars only |
|---|---|---|---|---|
| 7 | Personal: If you checked 1, 3, or 4 above, enter 1 in the box. If you checked 2 or 5, enter 2 in the box. | | | |
| | If you checked the box on line 6, see page 7 . . . . . . . . . . . . . . . . . . . . . . | 7 | 1 | X $104 = $ | 104. |
| 8 | Blind: If you (or your spouse/RDP) are visually impaired, enter 1; if both are visually impaired, enter 2 . . . . | 8 | 0 | X $104 = $ | 0. |
| 9 | Senior: If you (or your spouse/RDP) are 65 or older, enter 1; if both are 65 or older, enter 2 . . . . . . . . . . . . | 9 | 0 | X $104 = $ | 0. |
| 10 | Dependents: Do not include yourself or your spouse/RDP. | | | | |

| First name | Last name | Dependent relationship to you |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Total dependent exemptions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊛ [0]    X $321 = $    0.

11  Exemption amount: Add line 7 through line 10. Transfer this amount to line 32 . . . . . . . . . . . . . . . . . . 11 $    104.

**Taxable Income**

| | | | |
|---|---|---|---|
| 12 | State wages from your Form(s) W-2, box 16 . . . . . . . . . . . . . . . . . . . . . ⊛ 12 | 36,299 | |
| 13 | Enter federal adjusted gross income from Form 1040, line 37; Form 1040A, line 21; or Form 1040EZ, line 4 . . . . . | 13 | 36,299 |
| 14 | California adjustments – subtractions. Enter the amount from Schedule CA (540), line 37, column B . . . . . . . . . ⊛ | 14 | 0 |
| 15 | Subtract line 14 from line 13. If less than zero, enter the results in parentheses (see page 9) . . . . . . . . . . | 15 | 36,299 |
| 16 | California adjustments – additions. Enter the amount from Schedule CA (540), line 37, column C . . . . . . . . . . ⊛ | 16 | 0 |
| 17 | California adjusted gross income. Combine line 15 and line 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊛ | 17 | 36,299 |
| 18 | Enter the larger of your CA standard deduction OR your CA itemized deductions . . . . . . . . . . . . . . . . . . ⊛ | 18 | 40,993 |
| 19 | Subtract line 18 from line 17. This is your taxable income. If less than zero, enter -0- . . . . . . . . . . . . . . . ⊛ | 19 | 0 |

**Tax**

| | | | |
|---|---|---|---|
| 31 | Tax. Check box if from: [X] Tax Table [ ] Tax Rate Schedule [ ] FTB 3800 [ ] FTB 3803 . . . . . . . . . ⊛ | 31 | 0 |
| 32 | Exemption credits. Enter the amount from line 11. If your federal AGI is more than $169,730 (see page 10) . . . . . . . | 32 | 104 |
| 33 | Subtract line 32 from line 31. If less than zero, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 33 | 0 |
| 34 | Tax (see page 11). Check box if from: [ ] Schedule G-1 [ ] Form FTB 5870A . . . . . . . . . . . . . . . . . . ⊛ | 34 | 0 |
| 35 | Add line 33 and line 34 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 35 | 0 |

**Special Credits**

| | | | |
|---|---|---|---|
| 40 | Nonrefundable Child and Dependent Care Expenses Credit (see page 11). Attach form FTB 3506 . . . . . . . . . . . ⊛ | 40 | 0 |
| 41 | New jobs credit, amount generated (see page 11) . . . . . . . . . . . . . . . ⊛ 41 | 0 | |
| 42 | New jobs credit, amount claimed (see page 11) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊛ | 42 | 0 |
| 43 | Credit ▮ ____ Code ____ amount ____ . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 43 | 0 |
| 44 | Credit ▮ ____ Code ____ amount ____ . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 44 | 0 |
| 45 | To claim more than two credits (see page 12) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊛ | 45 | 0 |
| 46 | Nonrefundable renter's credit (see page 12) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊛ | 46 | 0 |
| 47 | Add line 40 and line 42 through line 46. These are your total credits . . . . . . . . . . . . . . . . . . . . . . . . ▮ | 47 | 0 |
| 48 | Subtract line 47 from line 35. If less than zero, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 48 | 0 |

**Other Taxes**

| | | | |
|---|---|---|---|
| 61 | Alternative minimum tax. Attach Schedule P (540) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊛ | 61 | 0 |
| 62 | Mental Health Services Tax (see page 13) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊛ | 62 | 0 |
| 63 | Other taxes and credit recapture (see page 13) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊛ | 63 | 0 |
| 64 | Add line 48, line 61, line 62, and line 63. This is your total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . | 64 | 0 |

**Payments**

| | | | |
|---|---|---|---|
| 71 | California income tax withheld (see page 13) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊛ | 71 | 559 |
| 72 | 2012 CA estimated tax and other payments (see page 13) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊛ | 72 | 0 |
| 73 | Real estate and other withholding (see page 13) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊛ | 73 | 0 |
| 74 | Excess SDI (or VPDI) withheld (see page 13) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊛ | 74 | 0 |
| 75 | Add line 71, line 72, line 73, and line 74. These are your total payments (see page 14) . . . . . . . . . . . . . . . ▮ | 75 | 559 |

Side 2  Form 540 C1 2012          188      3102126

Your name: __LEONARDA G AGUILAR__          Your SSN or ITIN: ▓▓▓▓▓▓

| | | | | |
|---|---|---|---|---|
| **Overpaid Tax/ Tax Due** | 91 | Overpaid tax. If line 75 is more than line 64, subtract line 64 from line 75 . . . . . . . . . . . . . . . . . . ⊙ 91 | | 559 |
| | 92 | Amount of line 91 you want applied to your 2013 estimated tax . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 92 | | 0 |
| | 93 | Overpaid tax available this year. Subtract line 92 from line 91 . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 93 | | 559 |
| | 94 | Tax due. If line 75 is less than line 64, subtract line 75 from line 64 . . . . . . . . . . . . . . . . . . . . ⊙ 94 | | 0 |
| **Use Tax** | 95 | Use Tax. This is not a total line (see page 14) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 95 | 0 00 | |

| | | **Code** | **Amount** |
|---|---|---|---|
| **Contributions** | California Seniors Special Fund (see page 23) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 400 | | 00 |
| | Alzheimer's Disease/Related Disorders Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 401 | | 00 |
| | California Fund for Senior Citizens . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 402 | | 00 |
| | Rare and Endangered Species Preservation Program . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 403 | | 00 |
| | State Children's Trust Fund for the Prevention of Child Abuse . . . . . . . . . . . . . . . . . ⊙ 404 | | 00 |
| | California Breast Cancer Research Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 405 | | 00 |
| | California Firefighters' Memorial Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 406 | | 00 |
| | Emergency Food for Families Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 407 | | 00 |
| | California Peace Officer Memorial Foundation Fund . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 408 | | 00 |
| | California Sea Otter Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 410 | | 00 |
| | Municipal Shelter Spay-Neuter Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 412 | | 00 |
| | California Cancer Research Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 413 | | 00 |
| | ALS/Lou Gehrig's Disease Research Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 414 | | 00 |
| | Child Victims of Human Trafficking Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 419 | | 00 |
| | California YMCA Youth and Government Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 420 | | 00 |
| | California Youth Leadership Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 421 | | 00 |
| | School Supplies for Homeless Children Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 422 | | 00 |
| | State Parks Protection Fund/Parks Pass Purchase . . . . . . . . . . . . . . . . . . . . . . . . . ⊙ 423 | | 00 |
| | 110 Add code 400 through code 423. This is your total contributions . . . . . . . . . . . . . ⊙ 110 | | 0 00 |

| | | |
|---|---|---|
| **Amount You Owe** | 111 **AMOUNT YOU OWE.** Add line 94, line 95, and line 110 (see page 15). **Do Not Send Cash.** Mail to: FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO CA 94267-0009 . . . . ⊙ 111 Pay online – Go to ftb.ca.gov for more information. | 0 |
| **Interest and Penalties** | 112 Interest, late return penalties, and late payment penalties . . . . . . . . . . . . . . . . . . . . . 112 | 0 |
| | 113 Underpayment of estimated tax. Check box: ☐ FTB 5805 attached ☐ FTB 5805F attached . . . . . . . . . . ⊙ 113 | 0 |
| | 114 Total amount due (see page 17). Enclose, but do not staple, any payment . . . . . . . . . . . . . . . . . . . . . 114 | 0 |

| | | |
|---|---|---|
| **Refund and Direct Deposit** | 115 **REFUND OR NO AMOUNT DUE.** Subtract line 110 and line 110 from line 93 (see page 17). Mail to: FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240-0009 . . . . . . . . ⊙ 115 | 559 |

Fill in the information to authorize direct deposit of your refund into one or two accounts. **Do not** attach a voided check or a deposit slip (see page 17).
**Have you verified the routing and account numbers?** Use whole dollars only.
All or the following amount of my refund (line 115) is authorized for direct deposit into the account shown below:

| | | | |
|---|---|---|---|
| | ☐ Checking ☐ Savings | | |
| ⊙ Routing number | ⊙ Type | ⊙ Account number | ⊙ 116  Direct deposit amount    0 |

The remaining amount of my refund (line 115) is authorized for direct deposit into the account shown below:

| | | | |
|---|---|---|---|
| | ☐ Checking ☐ Savings | | |
| ⊙ Routing number | ⊙ Type | ⊙ Account number | ⊙ 117  Direct deposit amount |

188    3103126          Form 540 c1 2012 **Side 3**

TAXABLE YEAR

**2012  California Adjustments — Residents**

SCHEDULE
**CA (540)**

**Important:** Attach this schedule behind Form 540, Side 3 as a supporting California schedule.

Name(s) as shown on tax return
LEONARDA G AGUILAR

SSN or ITIN

**Part I    Income Adjustment Schedule**

**Section A – Income**

| | | | A Federal Amounts (taxable amounts from your federal tax return) | B Subtractions See Instructions | C Additions See instructions |
|---|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. See instructions before making an entry in column B or C | 7 | 36,299. | 0. | 0. |
| 8 | Taxable interest **(b)** _____ 0. | 8(a) | 0. | | 0. |
| 9 | Ordinary dividends. See instructions. **(b)** _____ 0. | 9(a) | 0. | | 0. |
| 10 | Taxable refunds, credits, offsets of state and local income taxes | 10 | 0. | 0. | |
| 11 | Alimony received | 11 | 0. | | |
| 12 | Business income or (loss) | 12 | 0. | 0. | 0. |
| 13 | Capital gain or (loss). See instructions | 13 | 0. | 0. | 0. |
| 14 | Other gains or (losses) | 14 | 0. | | |
| 15 | IRA distributions. See instructions. **(a)** _____ 0. | 15(b) | 0. | 0. | 0. |
| 16 | Pensions and annuities. See instructions. **(a)** _____ 0. | 16(b) | 0. | 0. | 0. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. | 17 | 0. | 0. | 0. |
| 18 | Farm income or (loss) | 18 | 0. | 0. | 0. |
| 19 | Unemployment compensation | 19 | 0. | 0. | |
| 20 | Social security benefits **(a)** _____ 0. | 20(b) | | 0. | |

21  Other income.
| | | | | | |
|---|---|---|---|---|---|
| a California lottery winnings | e NOL from FTB 3805D, 3805Z, | | a | 0. | a |
| b Disaster loss carryover from FTB 3805V | 3806, 3807, or 3809 | 21 | b | 0. | b |
| c Federal NOL (Form 1040, line 21) | f Other (describe): | | c 0. | c | c |
| d NOL carryover from FTB 3805V | | | d | 0. | d |
| | | | e | 0. | e |
| | | | f | 0. | f |

| 22 | **Total.** Combine line 7 through line 21 in column A. Add line 7 through line 21 in column B and column C. Go to Section B | 22 | 36,299. | 0. | 0. |
|---|---|---|---|---|---|

**Section B – Adjustments to Income**

| 23 | Educator expenses | 23 | 0. | 0. | |
|---|---|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials | 24 | 0. | 0. | |
| 25 | Health savings account deduction | 25 | 0. | 0. | |
| 26 | Moving expenses | 26 | 0. | 0. | |
| 27 | Deductible part of self-employment tax | 27 | 0. | 0. | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | 0. | 0. | |
| 29 | Self-employed health insurance deduction | 29 | 0. | 0. | |
| 30 | Penalty on early withdrawal of savings | 30 | 0. | 0. | |
| 31a | Alimony paid. **(b)** Recipient's: SSN _____ Last name _____ | 31a | 0. | | |
| 32 | IRA deduction | 32 | 0. | 0. | |
| 33 | Student loan interest deduction | 33 | 0. | 0. | |
| 34 | Tuition and fees | 34 | 0. | 0. | |
| 35 | Domestic production activities deduction | 35 | 0. | 0. | |
| 36 | Add line 23 through line 31a and line 32 through line 35 in columns A, B, and C. See instructions | 36 | 0. | 0. | 0. |
| 37 | **Total.** Subtract line 36 from line 22 in columns A, B, and C. See instructions | 37 | 36,299. | 0. | 0. |

For Privacy Notice, get form FTB 1131.    188    7731124    Schedule CA (540) 2012 Side 1



LEONARDA G AGUILAR

**Part II   Adjustments to Federal Itemized Deductions**

| | | | |
|---|---|---|---|
| 38 | Federal itemized deductions. Enter the amount from federal Schedule A (Form 1040), lines 4, 9, 15, 19, 20, 27, and 28 | 38 | 41,581. |
| 39 | Enter total of federal Schedule A (Form 1040), line 5 (State Disability Insurance, and state and local income tax, or General Sales Tax), and line 8 (foreign income taxes only). See instructions | 39 | 588. |
| 40 | Subtract line 39 from line 38 | 40 | 40,993. |
| 41 | Other adjustments including California lottery losses. See instructions. Specify _____ | 41 | 0. |
| 42 | Combine line 40 and line 41 | 42 | 40,993. |

43   Is your federal AGI (Form 540, line 13) more than the amount shown below for your filing status?
      Single or married/RDP filing separately . . . . . . . . . . . . . . . . . . . . . . . . $16?,??0
      Head of household . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2??,599
      Married/RDP filing jointly or qualifying widow(er) . . . . . . . . . . . . . . . . . . . $3??,???
    **No.** Transfer the amount on line 42 to line 43.
    **Yes.** Complete the Itemized Deductions Worksheet in the instructions for Schedule CA (540), line 43. . . . . . . . . | 43 | 40,993. |

44   Enter the larger of the amount on line 43 or your standard deduction listed below.
      Single or married/RDP filing separately . . . . . . . . . . . . . . . . . . . . . . . . $3,8??
      Married/RDP filing jointly, head of household, or qualifying widow(er) . . . . . $7,??2
    **Transfer the amount on line 44 to Form 540, line 18** . . . . . . . . . . . . . . . . . . | 44 | 40,993. |

CLIENT COPY

| TAXABLE YEAR | | |
|---|---|---|
| **2012** | **Wage and Tax Statement** | CALIFORNIA SCHEDULE **W-2** |

**Important: Attach this form to the back of your Form 540, 540A, 540 2EZ, or Form 540NR (Long or Short).**

Name(s) as shown on return
LEONARDA G AGUILAR

SSN or ITIN

Caution: If this form is filled out do not send your Form(s) W-2 to the Franchise Tax Board. If your Form(s) W-2 are from multiple states, attach copies showing California tax withheld to this schedule. If this schedule is blank, attach your Form(s) W-2 to the lower front of your tax return. All fields must be completed. DO NOT ATTACH PAYMENT TO THIS SCHEDULE.

*Employee's Social Security Number, name, and address must be the same as the information on the Form(s) W-2.

| W-2 Information | 1st W-2 | 2nd W-2 |
|---|---|---|
| a. Employee's social security number* | 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 | |
| b. Employer identification number (EIN) | | |
| c. Employer's name | | |
| Address | | |
| City | | |
| State | | |
| Zip Code | | |
| e. Employee's first, middle initial and last name* | LEONARDA G AGUILAR | |
| f. Address* | 13781 ELDRIDGE AVE | |
| City* | SYLMAR | |
| State* | CA | |
| Zip Code* | 91342 | |
| 1. Wages, tips, other compensation | 36,299. | |
| 2. Federal income tax withheld | 1,875. | |
| 3. Social security wages | 39,598. | |
| 4. Social security tax withheld | 1,663. | |
| 6. Medicare tax withheld | 526. | |
| 7. Social security tips | | |
| 8. Allocated tips (not included in box 1) | | |
| 10. Dependent care benefits | | |
| 11. Nonqualified plans | | |
| 12. Codes and amounts | Codes: / Amounts: 457. | Codes / Amounts |
| 13. Check the appropriate box: Statutory employee, Retirement plan, or Third-party sick pay | [ ] Statutory employee [X] Retirement plan [ ] Third-party sick pay | [ ] Statutory employee [ ] Retirement plan [ ] Third-party sick pay |
| 14. SDI, VPDI, or CA SDI (from box 14 or 19) | Type / Amount 0. | Type / Amount |
| 15. State and employer's State ID number | State CA / Employer's state ID number | State / Employer's state ID number |
| 16. State wages, tips, etc. | 36,299. | |
| 17. State income tax | 559. | |

 
CLIENT COPY

LEONARDA G AGUILAR

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

## Line 32 (CA 540) - Exemption Credits

Use whole dollars only.

| | | | |
|---|---|---|---|
| a | Enter the amount from Form 540, line 13, or RDP recalculated AGI | a | 36,299 |
| b | For resident spouse filing a separate return, enter the military pay of a servicemember domiciled outside of California | b | |
| c | Enter the amount for your filing status on line c: | | |
| | Single or married/RDP filing separately . . . . . . . . . . . . . . . . $169,730 | | |
| | Married/RDP filing jointly or qualifying widow(er) . . . . . . . . $339,464 | | |
| | Head of household . . . . . . . . . . . . . . . . . . . . . . . . $254,599 | c | 169,730 |
| d | Subtract lines b and c from line a | d | 0 |
| e | Divide line d by $2,500 ($1,250 if married/RDP filing separately). If the result is not a whole number, round it to the next higher whole number | e | 0 |
| f | Multiply line e by $6 | f | 0 |
| g | Add the numbers from the boxes on Form 540, lines 7, 8, and 9 (not the dollar amounts) | g | 1 |
| h | Multiply line f by line g | h | 0 |
| i | Add the total dollar amount from 540, line 7, line 8, and line 9 . . . . . . . . | i | 104 |
| j | Subtract line h from line i. If zero or less, enter -0- | j | 104 |
| k | Enter the number from the box on Form 540, line 10 (not the dollar amount) | k | 0 |
| l | Multiply line f by line k | l | 0 |
| m | Enter the dollar amount from Form 540, line 10 | m | 0 |
| n | Subtract line l from line m. If zero or less, enter -0- | n | 0 |
| o | Add line j and line n . . . . . . . . . . . . . . . . . . . . . . | o | 104 |

## Line 75 (CA 540) - Payments

| | | | |
|---|---|---|---|
| 1 | Payments from Form CA 540 lines 71, 72, 73, and 74 . . . . . . . . . . . . | 1 | 559 |
| 2 | Claim of Right Credit . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 559 |



CLIENT COPY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA  90211

A true and correct copy of the foregoing document entitled (*specify*): **OPPOSITION TO UNITED STATES TRUSTEE MOTION TO CONVERT, DISMISS OR APPOINT A CHAPTER 11 TRUSTEE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON; DECLARATION OF JEFFREY S. SHINBROT IN SUPPORT OF OPPOSITION:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X  1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/15/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**X  2.  SERVED BY UNITED STATES MAIL**: On (*date*) 06/11/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**X  3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)   05/27/2015   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/15/2015 | Sandra Rodriguez | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## TOP 20 UNSECURED CREDITORS

HSBC Bank USA, National Association
1800 Tysons Blvd.,
McLean, VA  22102

Ocwen Loan Servicing
PO Box 6440
Carol Stream, IL  60197-6440

Wells Fargo Bank, NA
MAC D3347-014
3476 Statview Blvd.
Fort Mill, SC  29715

The Mortgage Store Financial Inc.
707 Wilshire Blvd.
Los Angeles, CA  90017-3501

Bank of America, NA
100 North Tryon Street
Charlotte, NC  28202

Cach, LLC
1101 Capital Of Texas Hwy., Bldg. K #150
Austin, TX  78746

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA  95812-2952

Capital One Bank
C/O Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA  23541

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Marshack Medical MSO
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA  90211

Asset Acceptance, LLC
PO Box 2036
Warren, MI  48090

WFNNB-The Avenue
P.O. Box 659584
San Antonio, TX  78265

Progressive Management Systems
1521 W. Cameron Avenue Fl. 1
West Covina, CA  91790

Pacific Gas & Electricity
P.O. Box 11265
New York, NY  10286

Credit Protection Association
PO Box 7813
Baldwin Park, CA  91706-3000

Jilbert Tahmazain, Esquire
1518 W. Glenoaks Blvd.
Glendale, CA  91201