PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KENNETH G. LAU, State Bar No. 155314
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-4480 telephone
(213) 894-2603 facsimile
Email: *Kenneth.G.Lau@usdoj.gov*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re:<br><br>LEONARDA GUADALUPE AGUILAR,<br><br>Debtor(s). | Case No.: 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**STIPULATION FOR CONTINUING COMPLIANCE IN RESOLUTION OF UNITED STATES TRUSTEE'S MOTION UNDER 11 U.S.C. § 1112(b)(1) TO CONVERT, DISMISS OR APPOINT A CHAPTER 11 TRUSTEE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON AND REQUEST TO VACATE HEARING**<br><br><u>Hearing Date and Time</u>:<br>Date:  June 30, 2015<br>Time:  9:00 a.m.<br>Place:  Courtroom 1645<br>            255 E. Temple St.<br>            Los Angeles, CA 90012 |
|---|---|

TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR AND HER COUNSEL, AND ALL PARTIES IN INTEREST:

1    This Stipulation for Continuing Compliance in Resolution of United States Trustee's
2 Motion under 11 U.S.C. § 1112(b)(1) to Convert, Dismiss or Appoint a Chapter 11 Trustee with an
3 Order Directing Payment of Quarterly Fees and for Judgment Thereon ("Stipulation") is made by
4 and between Debtor Leonarda Guadalupe Aguilar ("Debtor") and the United States Trustee ("U.S.
5 Trustee"), through their respective counsel of record with reference to the following facts:

6    **RECITALS**

7    1.    On April 23, 2015, Debtor filed a voluntary individual petition for relief under
8 Chapter 11 in the United States Bankruptcy Court for the Central District of California.

9    2.    On May 19, 2015, the U.S. Trustee filed a Notice of Motion and Motion under 11
10 U.S.C. § 1112(b)(1) to Convert, Dismiss or Appoint a Chapter 11 Trustee with an Order Directing
11 Payment of Quarterly Fees and for Judgment Thereon ("Motion to Dismiss").

12    3.    Subsequent to and in response to the filing of the Motion to Dismiss, Debtor has
13 cured or is in the process of curing the compliance reporting deficiencies and payment
14 delinquencies detailed by the U.S. Trustee. The U.S. Trustee hereby acknowledges that Debtor is
15 and has actively been contesting the validity of certain automated charges made from one of her
16 pre-petition bank accounts over a number of renewed magazine subscriptions. Debtor has been
17 instructed to report on this pre-petition account as part of her Monthly Operating Report and to
18 resolve this issue as soon as possible. The parties agree to revisit this issue within the next 60 days.

19    4.    The parties, through their respective counsel of record, have conferred regarding this
20 matter and rather than litigate the issues, the parties have agreed to stipulate to continuing
21 compliance.

22    **ACCORDINGLY, IT IS HEREBY STIPULATED THAT:**

23    A.    After the Debtor comes into full compliance, Debtor will remain in full and timely
24 compliance with all United States Trustee Guideline requirements. If Debtor becomes delinquent
25 in any of the United States Trustee reporting requirements, the U.S. Trustee may provide a written
26 notice of delinquency to Debtor's counsel of record to cure the deficiencies; and Debtor and the
27 U.S. Trustee shall meet and confer via telephone or email regarding such deficiencies. If such
28 deficiencies are not cured within the seven (7) business days, the United States Trustee may submit,

- 2 -

without further notice or hearing, an application, declaration and proposed Order, dismissing this case with a judgment for any outstanding United States Trustee quarterly fees. Debtor may object to the proposed Order within 7 days of its submission to the Court.

B. The parties request that the hearing on the Motion to Dismiss, set for June 30, 2015, be vacated; and

C. The U.S. Trustee will lodge an order approving the Stipulation via the L.O.U. system.

IT IS SO STIPULATED AND AGREED.

DATED: June 19, 2015

UNITED STATES TRUSTEE

By: KENNETH G. LAU
Trial Attorney

DATED: 6/19/15

By: JEFFREY S. SHINBROT
Debtor's Counsel

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Office of the United States Trustee, 915 Wilshire Blvd, Suite 1850, Los Angeles, California 90017-3560**

A true and correct copy of the foregoing document entitled (*specify*):**STIPULATION FOR CONTINUING COMPLIANCE IN RESOLUTION OF UNITED STATES TRUSTEE'S MOTION UNDER 11 U.S.C. SECTION 1112(b)(1) TO CONVERT, DISMISS OR APPOINT A CHAPTER 11 TRUSTEE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON AND REQUEST TO VACATE HEARING**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **6/19/15**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **6/19/15**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **6/19/15**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/19/15 | Stephanie Hill | *Stephanie Hill* |
|---------|----------------|------------------|
| Date    | Print Name     | Signature        |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

## ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Kenneth G. Lau | U.S. Trustee Trial Attorney | Kenneth.G.Lau@usdoj.gov |
| Leslie M Klott | Creditor's Counsel | bankruptcy@zievelaw.com |
| Jeffrey S Shinbrot | Debtor's Proposed Counsel | jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com |
| United States Trustee (LA) | | ustpregion16.la.ecf@usdoj.gov |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

   Debtor
   Leonarda Guadalupe Aguilar
   241 Redondo Avenue # 6
   Long Beach, CA 90803

3. **SERVED BY (state method for each person served):**

   **FEDERAL EXPRESS OVERNIGHT MAIL**

   Judge's Copy

   The Honorable Richard Neiter
   U.S. Bankruptcy Court
   255 E. Temple Street, Room 940
   Los Angeles, CA 90012
   Attn: Mail Room Clerk-Judges Copies

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE