| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>JILL M. STURTEVANT, State Bar No. 089395<br>ASSISTANT UNITED STATES TRUSTEE<br>KENNETH G. LAU, State Bar No. 155314<br>TRIAL ATTORNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, California 90017-3560<br>(213) 894-4480 telephone<br>(213) 894-2603 facsimile<br>Email:          Kenneth.G.Lau@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* United States Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>Leonarda Guadalupe Aguilar,<br><br><br><br><br>Debtor(s) | CASE NO.: 2:15-bk-16443 RN<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>Order Approving Stipulation For Continuing Compliance In Resolution Of United States Trustee's Motion Under 11 U.S.C. § 1112(b)(1) To Convert, Dismiss Or Appoint A Chapter 11 Trustee With An Order Directing Payment Of Quarterly Fees And For Judgment Thereon And Request To Vacate Hearing |

PLEASE TAKE NOTE that the order titled Order Approving Stipulation For Continuing Compliance In Resolution Of United States Trustee's Motion Under 11 U.S.C. § 1112(b)(1) To Convert, Dismiss Or Appoint A Chapter 11 Trustee With An Order Directing Payment Of Quarterly Fees And For Judgment Thereon And Request To Vacate Hearing was lodged on (*date*) June 22, 2015 and is attached. This order relates to the stipulation which is docket number 32.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                         **F 9021-1.2.BK.NOTICE.LODGMENT**

EXHIBIT 1

PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KENNETH G. LAU, State Bar No. 155314
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-4480 telephone
(213) 894-2603 facsimile
Email: *Kenneth.G.Lau@usdoj.gov*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**LEONARDA GUADALUPE AGUILAR,**<br><br>Debtor(s). | Case No.: 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION FOR CONTINUING COMPLIANCE OF UNITED STATES TRUSTEE GUIDELINES RESOLVING MOTION TO DISMISS AND VACATING HEARING**<br><br>DATE: June 30, 2015<br>TIME: 9:00 a.m.<br>CTRM: 1645<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

After consideration of the Stipulation for Continuing Compliance in resolution of United States Trustee's Motion under 11 U.S.C. § 1112(b)(1) to Convert, Dismiss or Appoint a Chapter 11 Trustee with an Order Directing Payment of Quarterly Fees and for Judgment Thereon and Request to Vacate Hearing ("Continuing Compliance Stipulation"), filed by the U.S. Trustee, and FOR GOOD CAUSE APPEARING, the Court orders as follows:

IT IS HEREBY ORDERED that the Continuing Compliance Stipulation is APPROVED;

IT IS FURTHER ORDERED that Debtor shall remain in compliance with all United States Trustee Guidelines. If Debtor becomes delinquent in any of the United States Trustee reporting

- 2 -

1  requirements, the United States Trustee may provide a written notice of delinquency to Debtor's
2  counsel of record to cure the deficiencies within five (5) business days. If such delinquencies are
3  not cured within five (5) business days, the United States Trustee may submit, without further
4  notice or hearing, an application, declaration, and proposed order, dismissing this case with a
5  judgment for any outstanding United States Trustee quarterly fees;

6      IT IS FURTHER ORDERED that the Continuing Compliance Stipulation fully resolves the
7  U.S. Trustee's Motion under 11 U.S.C. § 1112(b) to Convert or Dismiss Case with an Order
8  Directing Payment of Quarterly Fees and Judgment Thereon ("U.S. Trustee's Motion to Dismiss or
9  Convert") filed in the instant case; and

10     IT IS FURTHER ORDERED that the hearing on the U.S. Trustee's Motion to Dismiss or
11 Convert Case, set for June 30, 2015, is VACATED.

12     IT IS SO ORDERED.

### ###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Office of the U.S. Trustee, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017-3560**

A true and correct copy of the foregoing document entitled: **Notice Of Lodgment Of Order In Bankruptcy Case Re: Order Approving Stipulation For Continuing Compliance In Resolution Of United States Trustee's Motion Under 11 U.S.C. § 1112(b)(1) To Convert, Dismiss Or Appoint A Chapter 11 Trustee With An Order Directing Payment Of Quarterly Fees And For Judgment Thereon And Request To Vacate Hearing** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) ___6/22/15___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| Name | Capacity | Email Address |
|---|---|---|
| Kenneth G. Lau | U.S. Trustee Trial Attorney | Kenneth.G.Lau@usdoj.gov |
| Leslie M Klott | Creditor's Counsel | bankruptcy@zievelaw.com |
| Jeffrey S Shinbrot | Debtor's Proposed Counsel | jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com |
| United States Trustee (LA) | | ustpregion16.la.ecf@usdoj.gov |

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (date) ___6/22/15___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**:
Leonarda Guadalupe Aguilar
311 N. Doheny Drive
Beverly Hills, CA 90211

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) ___6/22/15___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy:

Honorable Richard Neiter
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attn: Mail Room Clerk-Judges Copies

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/22/15 | Lawrence Pleasant | /s/ Lawrence Pleasant |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT