JEFFREY S. SHINBROT, ESQUIRE (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304

Proposed Reorganization Counsel to Chapter 11
Debtor and Debtor-in-Possession

**FILED & ENTERED**

**JUN 22 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** tatum    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR,<br><br>Chapter 11 Debtor and<br>Debtor-In-Possession. | Case No. 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY JEFFREY S. SHINBROT, APLC AS GENERAL INSOLVENCY COUNSEL** |

Upon the Application of LEONARDA GUADALUPE AGUILAR, an individual, (hereinafter the "Debtor") for JEFFREY S. SHINBROT, APLC ("THE SHINBROT FIRM") to serve as general insolvency counsel for the Debtor, and upon the Declaration of Jeffrey S. Shinbrot as an attorney duly admitted to practice in this Court, and the Court being satisfied that THE SHINBROT FIRM represents no interest adverse to the Debtor herein, or its estate in the matters upon which it is to be engaged and that the employment would be in the best interest of bankruptcy estate, and no opposition and request for hearing having been timely filed pursuant to Local Rule 2014-1, it is hereby,

**ORDERED**, that the employment of THE SHINBROT FIRM to serve as general insolvency counsel for the Debtor in these Chapter 11 proceedings is approved and authorized

-1-    EMPLOYMENT ORDER

with compensation to be fixed after notice and a hearing pursuant to 11 U.S.C. §330, in accordance with the foregoing Application.

**IT IS SO ORDERED**.

*****

Date: June 22, 2015

Richard M. Neiter
United States Bankruptcy Judge

-2-    EMPLOYMENT ORDER