PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KENNETH G. LAU, State Bar No. 155314
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-4480 telephone
(213) 894-2603 facsimile
Email: *Kenneth.G.Lau@usdoj.gov*



**FILED & ENTERED**

**JUN 22 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** tatum    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re:

**LEONARDA GUADALUPE AGUILAR**,

    Debtor(s).

Case No.: 2:15-bk-16443-RN

Chapter 11

**ORDER APPROVING STIPULATION FOR CONTINUING COMPLIANCE OF UNITED STATES TRUSTEE GUIDELINES RESOLVING MOTION TO DISMISS AND VACATING HEARING**

DATE: June 30, 2015
TIME: 9:00 a.m.
CTRM: 1645
    255 E. Temple St.
    Los Angeles, CA 90012

After consideration of the Stipulation for Continuing Compliance in resolution of United States Trustee's Motion under 11 U.S.C. § 1112(b)(1) to Convert, Dismiss or Appoint a Chapter 11 Trustee with an Order Directing Payment of Quarterly Fees and for Judgment Thereon and Request to Vacate Hearing ("Continuing Compliance Stipulation"), filed by the U.S. Trustee, and FOR GOOD CAUSE APPEARING, the Court orders as follows:

IT IS HEREBY ORDERED that the Continuing Compliance Stipulation is APPROVED;

IT IS FURTHER ORDERED that Debtor shall remain in compliance with all United States Trustee Guidelines. If Debtor becomes delinquent in any of the United States Trustee reporting

requirements, the United States Trustee may provide a written notice of delinquency to Debtor's counsel of record to cure the deficiencies within five (5) business days. If such delinquencies are not cured within five (5) business days, the United States Trustee may submit, without further notice or hearing, an application, declaration, and proposed order, dismissing this case with a judgment for any outstanding United States Trustee quarterly fees;

IT IS FURTHER ORDERED that the Continuing Compliance Stipulation fully resolves the U.S. Trustee's Motion under 11 U.S.C. § 1112(b) to Convert or Dismiss Case with an Order Directing Payment of Quarterly Fees and Judgment Thereon ("U.S. Trustee's Motion to Dismiss or Convert") filed in the instant case; and

IT IS FURTHER ORDERED that the hearing on the U.S. Trustee's Motion to Dismiss or Convert Case, set for June 30, 2015, is VACATED.

IT IS SO ORDERED.

###

Date: June 22, 2015

Richard M. Neiter
United States Bankruptcy Judge