United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 15-16443-RN
Leonarda Guadalupe Aguilar                                          Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2         User: statumC           Page 1 of 1           Date Rcvd: Jun 22, 2015
                             Form ID: pdf042         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2015.
db          +Leonarda Guadalupe Aguilar,    241 Redondo Avenue # 6,    Long Beach, CA 90803-5924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2015 at the address(es) listed below:
              Jeffrey S Shinbrot    on behalf of Debtor Leonarda Guadalupe Aguilar jeffrey@shinbrotfirm.com,
               sandra@shinbrotfirm.com
              Kelly L Morrison    on behalf of U.S. Trustee    United States Trustee (LA)
               kelly.l.morrison@usdoj.gov
              Kenneth G Lau    on behalf of U.S. Trustee    United States Trustee (LA) kenneth.g.lau@usdoj.gov,
               Kelly.morrison@usdoj.gov,Melanie.green@usdoj.gov
              Leslie M Klott    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bankruptcy@zievelaw.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 5

JEFFREY S. SHINBROT, ESQUIRE (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304

Proposed Reorganization Counsel to Chapter 11
Debtor and Debtor-in-Possession

**FILED & ENTERED**

**JUN 22 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR,<br><br>    Chapter 11 Debtor and<br>    Debtor-In-Possession. | Case No. 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY JEFFREY S. SHINBROT, APLC AS GENERAL INSOLVENCY COUNSEL** |

Upon the Application of LEONARDA GUADALUPE AGUILAR, an individual, (hereinafter the "Debtor") for JEFFREY S. SHINBROT, APLC ("THE SHINBROT FIRM") to serve as general insolvency counsel for the Debtor, and upon the Declaration of Jeffrey S. Shinbrot as an attorney duly admitted to practice in this Court, and the Court being satisfied that THE SHINBROT FIRM represents no interest adverse to the Debtor herein, or its estate in the matters upon which it is to be engaged and that the employment would be in the best interest of bankruptcy estate, and no opposition and request for hearing having been timely filed pursuant to Local Rule 2014-1, it is hereby,

**ORDERED**, that the employment of THE SHINBROT FIRM to serve as general insolvency counsel for the Debtor in these Chapter 11 proceedings is approved and authorized

-1-    EMPLOYMENT ORDER

with compensation to be fixed after notice and a hearing pursuant to 11 U.S.C. §330, in accordance with the foregoing Application.

**IT IS SO ORDERED**.

*****

Date: June 22, 2015

Richard M. Neiter
United States Bankruptcy Judge

-2-    EMPLOYMENT ORDER