United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 15-16443-RN
Leonarda Guadalupe Aguilar                                                Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 1              Date Rcvd: Jun 22, 2015
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2015.
db              +Leonarda Guadalupe Aguilar,    241 Redondo Avenue # 6,    Long Beach, CA 90803-5924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2015 at the address(es) listed below:
              Jeffrey S Shinbrot    on behalf of Debtor Leonarda Guadalupe Aguilar jeffrey@shinbrotfirm.com,
               sandra@shinbrotfirm.com
              Kelly L Morrison    on behalf of U.S. Trustee    United States Trustee (LA)
               kelly.l.morrison@usdoj.gov
              Kenneth G Lau    on behalf of U.S. Trustee    United States Trustee (LA) kenneth.g.lau@usdoj.gov,
               Kelly.morrison@usdoj.gov,Melanie.green@usdoj.gov
              Leslie M Klott    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bankruptcy@zievelaw.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 5

PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
KENNETH G. LAU, State Bar No. 155314
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-4480 telephone
(213) 894-2603 facsimile
Email: *Kenneth.G.Lau@usdoj.gov*

**FILED & ENTERED**

**JUN 22 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re:

**LEONARDA GUADALUPE AGUILAR**,

Debtor(s).

Case No.: 2:15-bk-16443-RN

Chapter 11

**ORDER APPROVING STIPULATION FOR CONTINUING COMPLIANCE OF UNITED STATES TRUSTEE GUIDELINES RESOLVING MOTION TO DISMISS AND VACATING HEARING**

DATE: June 30, 2015
TIME: 9:00 a.m.
CTRM: 1645
        255 E. Temple St.
        Los Angeles, CA 90012

After consideration of the Stipulation for Continuing Compliance in resolution of United States Trustee's Motion under 11 U.S.C. § 1112(b)(1) to Convert, Dismiss or Appoint a Chapter 11 Trustee with an Order Directing Payment of Quarterly Fees and for Judgment Thereon and Request to Vacate Hearing ("Continuing Compliance Stipulation"), filed by the U.S. Trustee, and FOR GOOD CAUSE APPEARING, the Court orders as follows:

IT IS HEREBY ORDERED that the Continuing Compliance Stipulation is APPROVED;

IT IS FURTHER ORDERED that Debtor shall remain in compliance with all United States Trustee Guidelines. If Debtor becomes delinquent in any of the United States Trustee reporting

- 1 -

1   requirements, the United States Trustee may provide a written notice of delinquency to Debtor's
2   counsel of record to cure the deficiencies within five (5) business days.  If such delinquencies are
3   not cured within five (5) business days, the United States Trustee may submit, without further
4   notice or hearing, an application, declaration, and proposed order, dismissing this case with a
5   judgment for any outstanding United States Trustee quarterly fees;
6          IT IS FURTHER ORDERED that the Continuing Compliance Stipulation fully resolves the
7   U.S. Trustee's Motion under 11 U.S.C. § 1112(b) to Convert or Dismiss Case with an Order
8   Directing Payment of Quarterly Fees and Judgment Thereon ("U.S. Trustee's Motion to Dismiss or
9   Convert") filed in the instant case; and
10         IT IS FURTHER ORDERED that the hearing on the U.S. Trustee's Motion to Dismiss or
11  Convert Case, set for June 30, 2015, is VACATED.
12         IT IS SO ORDERED.

###

Date: June 22, 2015

Richard M. Neiter
United States Bankruptcy Judge

- 2 -