JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304
Reorganization Counsel to Chapter 11 Debtor and
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE<br>AGUILAR, an individual<br><br>      Chapter 11 Debtor and<br>      Debtor-In-Possession. | Case No. Case No.: 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**REPLY TO HSBC'S OPPOSITION TO DEBTORS ORDER AUTHORIZING USE OF CASH COLLATERAL ON AN FINAL BASIS**<br><br>Date: July 21, 2015<br>Time: 9:30 a.m.<br>Place: Courtroom 1645<br>      255 E. Temple Street<br>      Los Angeles, California |

**TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE AND TO ALL PARTIES ON THE ANNEXED SERVICE LIST:**

    **COMES NOW** LEONARDA GUADALUPE AGUILAR, the debtor and debtor-in-possession in the above entitled Chapter 11 proceeding (the "Debtor"), and replies to the opposition to HSBC BANK USA for use of cash collateral.

    **WHEREFORE**, the Debtor prays that the Court enter an order granting the relief requested in the Motion above, and such additional relief as the Court deems just and proper.

1
2   Dated: July 14, 2015
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

JEFFREY S. SHINBROT, APLC

By: _____
Jeffrey S. Shinbrot, Proposed Attorney
for Leonarda Guadalupe Aguilar

## **REPLY BRIEF**

A. <u>Additional Relevant Facts</u>

In connection with the 13781 Eldridge Avenue in Sylmar, California (the "Sylmar Property"), property which is encumbered by objecting creditor's First Deed of Trust in favor of HSBC BANK USA ("HSBC"), the debtor has filed Monthly Operating Reports for her cash collateral account, indicating that it has recently received one rent payment in the amount of $4,000.00, which constitutes sole cash collateral at issue in the Opposition. The Sylmar Property is fully insured pursuant to the Guidelines of the United States Trustee.

B. <u>No Evidence of Diminution in Value</u>

As set forth in the Motion, *United Savings Ass'n of Texas v. Timbers of Inwood Forest Associates, Ltd.*, 484 U.S. 365; 108 S. Ct. 626 (1988), quantified the parameters of the "interest in property," referenced in Sections 362(d)(1), 361 and 363(e), which the Bankruptcy Code undertakes to protect, where required, through adequate protection. This analysis led the Court in Timbers to the conclusion that the "interest in property" referenced in the above sections of the Bankruptcy Code means, and is limited to, the "<u>value of the collateral</u>." *Id.* (emphasis added). *In re Kessler*, 86 B.R. 134, 136 (Bankr. C.D. Ill. 1988) [under Timbers, secured creditors are not entitled to adequate protection payments, as there was no showing that collateral was depreciating in value]; *In re Anderson*, 88 B.R. 877, 889 (Bankr. N.D. Ind. 1988) [secured creditor required to show a necessity for adequate protection by showing a decline in asset value from the petition date].

Here, the objecting creditor has provided no evidence of a declination in value, therefore no adequate protection payments are required and the motion should be granted.

Dated: July 14, 2015                    JEFFREY S. SHINBROT, APLC

By: _____
JEFFREY S. SHINBROT, ESQ.
Reorganization Counsel for
Debtor-In-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **REPLY TO HSBC'S OPPOSITION TO DEBTORS ORDER AUTHORIZING USE OF CASH COLLATERAL ON AN FINAL BASIS:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/14/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**X 2. SERVED BY UNITED STATES MAIL**: On (*date*) 7/14/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**X 3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/14/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/14/2015 | Sandra Rodriguez | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                F 9013-3.1.PROOF.SERVICE

**TOP 20 UNSECURED CREDITORS**

HSBC Bank USA, National Association
1800 Tysons Blvd.,
McLean, VA  22102

Ocwen Loan Servicing
PO Box 6440
Carol Stream, IL  60197-6440

Wells Fargo Bank, NA
MAC D3347-014
3476 Statview Blvd.
Fort Mill, SC  29715

The Mortgage Store Financial Inc.
707 Wilshire Blvd.
Los Angeles, CA  90017-3501

Bank of America, NA
100 North Tryon Street
Charlotte, NC  28202

Cach, LLC
1101 Capital Of Texas Hwy., Bldg. K #150
Austin, TX  78746

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA  95812-2952

Capital One Bank
C/O Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA  23541

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Marshack Medical MSO
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA 90211

Asset Acceptance, LLC
PO Box 2036
Warren, MI 48090

WFNNB-The Avenue
P.O. Box 659584
San Antonio, TX 78265

Progressive Management Systems
1521 W. Cameron Avenue Fl. 1
West Covina, CA 91790

Pacific Gas & Electricity
P.O. Box 11265
New York, NY 10286

Credit Protection Association
PO Box 7813
Baldwin Park, CA 91706-3000

Jilbert Tahmazain, Esquire
1518 W. Glenoaks Blvd.
Glendale, CA 91201