**ORIGINAL**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven D. Archer [SBN 63834]<br>KIESEL LAW LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, California 90211-2910<br>Telephone: 310-854-4444<br>Facsimile: 310-854-0812<br>Email: archer@kiesel-law.com | **FILED**<br>JUL 2 1 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |
| ☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>LEONARDA GUADALUPE AGUILAR | CASE NO.: 2:15-bk-16443-RN<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362<br>(with supporting declarations)<br>(ACTION IN NONBANKRUPTCY FORUM)** |
| Debtor(s). | DATE: 08/11/2015<br>TIME: 9:30 am<br>COURTROOM: 1645 |

**Movant**: KIESEL LAW LLP and WYATT LAW FIRM, LTD.

1. **Hearing Location:**
   ☒ 255 East Temple Street, Los Angeles, CA 90012      ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367      ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5. If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6. ☒ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d). If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7. ☐ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b). If you wish to oppose this motion, you must file and serve a response no later than (*date*) _____ and (*time*) _____; and, you may appear at the hearing.

   a. ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b. ☐ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c. ☐ An application for order setting hearing on shortened notice was filed and remains pending. After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date: __07/21/2015__

KIESEL LAW LLP
_____
Printed name of law firm (if applicable)

Steven D. Archer, Esq.
_____
Printed name of individual Movant or attorney for Movant

_____
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 2                                    F 4001-1.RFS.NONBK.MOTION

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO NONBANKRUPTCY ACTION

1. **In the Nonbankruptcy Action, Movant is:**

   a.  ☐ Plaintiff

   b.  ☐ Defendant

   c.  ☒ Other *(specify):* Attorneys for Plaintiff

2. **The Nonbankruptcy Action:** There is a pending lawsuit or administrative proceeding (Nonbankruptcy Action) involving the Debtor or the Debtor's bankruptcy estate:

   a.  *Name of Nonbankruptcy Action:* Edelmira Estrada v. Leonarda G. Aguilar, et al.

   b.  *Docket number:* BC544185

   c.  *Nonbankruptcy forum where Nonbankruptcy Action is pending:*
       Superior Court of California, County of Los Angeles

   d.  Causes of action or claims for relief (Claims):
       Negligence

3. **Bankruptcy Case History:**

   a.  ☒ A voluntary  ☐ An involuntary  petition under chapter  ☐ 7  ☒ 11  ☐ 12  ☐ 13
       was filed on *(date)*  04/23/2015  .

   b.  ☐ An order to convert this case to chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13
       was entered on *(date)* _____.

   c.  ☐ A plan was confirmed on *(date)* _____.

4. **Grounds for Relief from Stay:**  Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Nonbankruptcy Action to final judgment in the nonbankruptcy forum for the following reasons:

   a.  ☐ Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate.

   b.  ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

   c.  ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

   d.  ☐ The Claims are nondischargeable in nature and can be most expeditiously resolved in the nonbankruptcy forum.

   e.  ☐ The Claims arise under nonbankruptcy law and can be most expeditiously resolved in the nonbankruptcy forum.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                   Page 3                        **F 4001-1.RFS.NONBK.MOTION**

f. ☐ The bankruptcy case was filed in bad faith.

    (1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

    (2) ☐ The timing of the filing of the bankruptcy petition indicates that it was intended to delay or interfere with the Nonbankruptcy Action.

    (3) ☐ Multiple bankruptcy cases affect the Nonbankruptcy Action.

    (4) ☐ The Debtor filed only a few case commencement documents.  No schedules or statement of financial affairs (or chapter 13 plan, if appropriate) has been filed.

g. ☒ Other (*specify*):
Relief from the stay for the limited purpose of allowing Movants to seek an Order to be Relieved as Plaintiff's Counsel in the Nonbankruptcy Action bears no connection nor interferes with the pending bankruptcy case.

5. **Grounds for Annulment of Stay.**  Movant took postpetition actions against the Debtor.

a. ☐ The actions were taken before Movant knew that the bankruptcy case had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Although Movant knew the bankruptcy case was filed, Movant previously obtained relief from stay to proceed in the Nonbankruptcy Action in prior bankruptcy cases affecting the Nonbankruptcy Action as set forth in Exhibit. _____.

c. ☐ Other (*specify*):


6. **Evidence in Support of Motion:  (*Important Note:  declaration(s) in support of the Motion MUST be signed under penalty of perjury and attached to this motion.*)**

a. ☒ The DECLARATION RE ACTION IN NONBANKRUPTCY FORUM on page 6.

b. ☐ Supplemental declaration(s).

c. ☐ The statements made by Debtor under penalty of perjury concerning Movant's claims as set forth in Debtor's case commencement documents.  Authenticated copies of the relevant portions of the Debtor's case commencement documents are attached as Exhibit. _____.

d. ☐ Other evidence (*specify*):


7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**Movant requests the following relief:**

1. Relief from the stay pursuant to 11 U.S.C. § 362(d)(1).

2. ☐ Movant may proceed under applicable nonbankruptcy law to enforce its remedies to proceed to final judgment in the nonbankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against the Debtor or property of the Debtor's bankruptcy estate.

3. ☐ The stay is annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant in the Nonbankruptcy Action shall not constitute a violation of the stay.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                    Page 4                    **F 4001-1.RFS.NONBK.MOTION**

4. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified, or annulled as to the co-debtor, on the same terms and condition as to the Debtor.

5. ☐ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

6. ☒ The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Nonbankruptcy Action.

7. ☐ The order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice

8. ☒ Other relief requested.

Date:  07/21/2015

KIESEL LAW LLP
Printed name of law firm (*if applicable*)

Steven D. Archer, Esq.
Printed name of individual Movant or attorney for Movant

Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                              Page 5                      F 4001-1.RFS.NONBK.MOTION

# STEVEN D. ARCHER DECLARATION RE ACTION IN NONBANKRUPTCY FORUM

## DECLARATION RE ACTION IN NONBANKRUPTCY FORUM

I, (name of Declarant) Steven D. Archer, Esq. _____, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.  I am over 18 years of age.  I have knowledge regarding (Nonbankruptcy Action) because:

   ☐ I am the Movant.
   ☐ I am Movant's attorney of record in the Nonbankruptcy Action.
   ☒ I am employed by Movant as (title and capacity): I am a Partner at Kiesel Law LLP.
   ☒ Other (specify): Kiesel Law LLP and the Wyatt Law Firm, Ltd. are the attorneys of record for Plaintiff in Edelmira Estrada v. Leonarda G. Aguilar, et al., a Nonbankruptcy Action, in which, Leonarda Guadalupe Aguilar, the Debtor, is the Defendant.

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the Nonbankruptcy Action.  I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate.  Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event.  The business records are available for inspection and copies can be submitted to the court if required.

3. In the Nonbankruptcy Action, Movant is:

   ☐ Plaintiff
   ☐ Defendant
   ☒ Other (specify): I am a partner in one of the law firms that are the attoneys of record for Plaintiff.

4. The Nonbankruptcy Action is pending as:

   a. Name of Nonbankruptcy Action: Edelmira Estrada v. Leonarda G. Aguilar, et al.
   b. Docket number: BC544185
   c. Nonbankruptcy court or agency where Nonbankruptcy Action is pending:
      Superior Court of California, County of Los Angeles

5. **Procedural Status of Nonbankruptcy Action:**

   a. The Claims are:
      Damages for Debtor/Defendant's negligence which resulted in the deaths of Plaintiff's son and grandchildren in a residential structure fire that occured on Debtor/Defendant's rental property on January 13, 2014.

   b. True and correct copies of the documents filed in the Nonbankruptcy Action are attached as Exhibit 1 .

   c. The Nonbankruptcy Action was filed on (date) 04/29/2014 .

   d. Trial or hearing began/is scheduled to begin on (date) 10/29/2015 .

   e. The trial or hearing is estimated to require 10 days (specify).

   f. Other plaintiffs in the Nonbankruptcy Action are (specify):
      Plaintiff in the Nonbankruptcy Action is Edelmira Estrada.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                   Page 6                          F 4001-1.RFS.NONBK.MOTION

g.   Other defendants in the Nonbankruptcy Action are (*specify*):

**5.   Grounds for relief from stay:**

a.   ☐   Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to
enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that
Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under
11 U.S.C. § 523 or § 727 in this bankruptcy case.

b.   ☐   Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in
effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate,
except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary
complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

c.   ☐   Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim
against the Debtor or property of the Debtor's bankruptcy estate.  The insurance carrier and policy number
are (*specify*):

d.   ☐   The Nonbankruptcy Action can be tried more expeditiously in the nonbankruptcy forum.

(1)  ☐   It is currently set for trial on (*date*) _____.

(2)  ☐   It is in advanced stages of discovery and Movant believes that it will be set for trial by
(*date*) _____.  The basis for this belief is (*specify*):

(3)  ☐   The Nonbankruptcy Action involves non-debtor parties and a single trial in the nonbankruptcy forum
is the most efficient use of judicial resources.

e.   ☐   The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the
Nonbankruptcy Action.

(1)  ☐   Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case
commencement documents.

(2)  ☐   The timing of the filing of the bankruptcy petition indicates it was intended to delay or interfere with
the Nonbankruptcy Action based upon the following facts (*specify*):

(3)  ☐   Multiple bankruptcy cases affecting the Property include:

(A)  Case name:
Case number:                                          Chapter:
Date filed:                    Date discharged:                    Date dismissed:
Relief from stay regarding this Nonbankruptcy Action  ☐ was  ☐ was not  granted.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 7                                    F 4001-1.RFS.NONBK.MOTION

(B) Case name:

Case number:                 Chapter:

Date filed:           Date discharged:           Date dismissed:

Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not granted.

(C) Case name:

Case number:                 Chapter:

Date filed:           Date discharged:           Date dismissed:

Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not granted.

☐ See attached continuation page for information about other bankruptcy cases affecting the Nonbankruptcy Action.

☐ See attached continuation page for additional facts establishing that this case was filed in bad faith.

f. ☒ See attached continuation page for other facts justifying relief from stay.

6. ☐ Actions taken in the Nonbankruptcy Action after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

a. ☐ These actions were taken before Movant knew the bankruptcy petition had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with the Nonbankruptcy Action enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____

c. ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/21/2015 | STEVEN D. ARCHER, ESQ. | |
|---|---|---|
| Date | Printed name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                 Page 8                 F 4001-1.RFS.NONBK.MOTION

# CONTINUATION PAGE TO STEVEN D. ARCHER DECLARATION RE ACTION IN NONBANKRUPTCY FORUM

**CONTINUATION PAGE TO STEVEN D. ARCHER DECLARATION RE ACTION IN NONBANKRUPTCY FORUM**

I, Steven D. Archer, hereby declare as follows:

1.     I am an attorney at law, duly licensed to practice before all Courts of the State of California, the United States District Court for the Central, Northern and Eastern Districts of California, the Ninth Circuit Court of Appeals, the United States Court of Federal Claims and the Supreme Court of the United States of America. In addition, as a member of the Kiesel Law LLP Litigation Teams for the *In Re: Avandia Marketing, Sales Practices and Products Liability Multi-District Litigation* and the *In Re: Wright Medical Technology, Inc., Conserve Hip Implant Products Liability Multi-District Litigation.* I am also admitted to practice before the United States District Court for the Eastern District of Pennsylvania (*Avandia*) and the United States District Court for the Northern District of Georgia (*Wright*). I am a partner at Kiesel Law LLP which, along with the Wyatt Law Firm, Ltd., are the attorneys of record for Plaintiff EDELMIRA ESTRADA ("Plaintiff") in a Nonbankruptcy Action, *Edelmira Estrada v. Leonarda G. Aguilar, et al.* ("Nonbankruptcy Action"). If called as a witness I could and would competently testify to the following:

2.     Plaintiff, individually, and as Successor-in-Interest to Decedents Uriel Estrada, Alejandro Estrada, and Isabel Estrada, filed an action in the Superior Court of California, County of Los Angeles, on April 29, 2014 against the Defendant who has subsequently become the Debtor in these proceedings, LEONARDA G. AGUILAR ("Defendant"). An Answer in Pro Per was filed by Defendant on June 12, 2014. Trial is scheduled for October 29, 2015.

3.     Movants Kiesel Law LLP and the Wyatt Law Firm, Ltd. ("Movants") are attorneys of record for Plaintiff.

4.     Movants must file a Motion to be Relieved as Counsel in the Nonbankruptcy Action. A breakdown in the attorney-client relationship between the Plaintiff and Movants has made it impossible for Movants to effectively further represent Plaintiff. The Attorney-Client Communication Privilege precludes Declarant from disclosing the precise nature of the conflict which necessitates the Motion to be Relieved as Counsel.

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

5.      The Plaintiff has been and remains unwilling to voluntarily substitute Movants out as attorneys of record in the Nonbankruptcy Action while she seeks new counsel. A Substitution of Attorney form has been prepared and provided to Plaintiff. However, Plaintiff has not voluntarily returned the executed form to Movants. Attempts to obtain Plaintiff's signature on the Substitution of Attorney form have been to no avail.

6.      The breakdown of the attorney-client relationship creates a conflict of interest that would affect the ability of Movants to continue as counsel for Plaintiff in the Nonbankruptcy Action.

7.      Defendant filed a Voluntary Petition in the United States Bankruptcy Court, Central District of California, San Fernando Valley Division under Chapter 11 of the Bankruptcy Code.

8.      A true and correct copy of the Notice of Stay of Proceedings in *Edelmira Estrada v. Leonarda G. Aguilar, et al.* served on Kiesel Law LLP and the Wyatt Law Firm Ltd. on May 14, 2015, relating to the automatic stay caused by Defendant's instant bankruptcy action is attached hereto as **Exhibit 1, Pages 1 through 5**.

9.      The automatic stay prevents Kiesel Law and the Wyatt Law Firm Ltd. from seeking an order to permit the attorneys to be relieved as attorneys of record for Plaintiff in the Nonbankruptcy Action. Such order from the Court in the Nonbankruptcy Action bears no connection to and does not interfere with the bankruptcy proceedings.

10.     Movants respectfully request that the Court grant this Motion for Relief from the Automatic Stay in *Edelmira Estrada v. Leonarda G. Aguilar, et al.* for the limited purpose of allowing Movants to seek an order from the Court in the Nonbankruptcy Action to permit them to be relieved as attorneys of record for Plaintiff.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed July 20, 2015, at Beverly Hills, California.

Steven D. Archer, Declarant

2

**CONTINUATION PAGE TO**
**STEVEN D. ARCHER DECLARATION RE ACTION IN NONBANKRUPTCY FORUM**

# EXHIBIT 1

CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Jeffrey S. Shinbrot, Esquire (155486)
JEFFREY S. SHINBROT, APLC
8200 Wilshire Blvd., Suite 400 Beverly Hills, CA 90211
TELEPHONE NO.: 310-659-5444    FAX NO. *(Optional):* 310-878-8304
E-MAIL ADDRESS *(Optional):* jeffrey@shinbrotfirm.com
ATTORNEY FOR *(Name):* Debtor Leonarda Guadalupe Aguilar

*KIESEL LAW LLP*
*MAY 18 2015*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central District Los Angeles

PLAINTIFF/PETITIONER: Edelmira Estrada, et al.

DEFENDANT/RESPONDENT: Leonarda G. Aguilar

| NOTICE OF STAY OF PROCEEDINGS | CASE NUMBER: BC 544185 |
|---|---|
| | JUDGE: |
| | DEPT.: |

**To the court and to all parties:**

1. Declarant *(name):* Jeffrey S. Shinbrot, Esquire

   a. ☐ is ☐ the party ☑ the attorney for the party who requested or caused the stay.

   b. ☐ is ☐ the plaintiff or petitioner ☑ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. ☑ With regard to all parties.

   b. ☐ With regard to the following parties *(specify by name and party designation):*

3. Reason for the stay:

   a. ☑ Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. ☐ Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5/14/2015

Jeffrey S. Shinbrot, Esquire
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

NOTICE OF STAY OF PROCEEDINGS

Cal. Rules of Court, rule 3.650
www.courtinfo.ca.gov

Exhibit 1
Page 1

B1 (Official Form 1) (04/13)

# United States Bankruptcy Court
## Central District of California, San Fernando Valley Division

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Aguilar, Leonarda Guadalupe** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **1522** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**241 Redondo Avenue # 6<br>Long Beach, CA**<br>ZIPCODE **90803** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**13781 Elridge Avenue, Sylmar, CA**<br>ZIPCODE **91342** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>**Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | ☐ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9              Recognition of a Foreign<br>☑ Chapter 11            Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13            Recognition of a Foreign<br>                              Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer     ☑ Debts are primarily<br>debts, defined in 11 U.S.C.              business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less<br>than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>--------------------------------------------------------------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | | | | | | | | | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors | | | | | | | | | |

**Estimated Number of Creditors**

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Exhibit I
Page 2

B1 (Official Form 1) (04/13)    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Aguilar, Leonarda Guadalupe |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:**See Schedule Attached** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>None | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
  ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
  ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)
  ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Exhibit 1
Page 3

B1 (Official Form 1) (04/13)                                                                                    Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Aguilar, Leonarda Guadalupe |
|---|---|
| | |

| Signatures |
|---|

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  */s/ Leonarda Guadalupe Aguilar*<br>Signature of Debtor        **Leonarda Guadalupe Aguilar**<br>X<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br>**April 23, 2015**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X<br>Signature of Foreign Representative<br><br>Printed Name of Foreign Representative<br><br>Date |

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|
| X  */s/ Jeffrey S. Shinbrot, Esquire*<br>Signature of Attorney for Debtor(s)<br><br>**Jeffrey S. Shinbrot, Esquire 155486**<br>**Jeffrey S. Shinbrot, APLC**<br>**8200 Wilshire Blvd., Suite 400**<br>**Beverly Hills, CA 90211**<br>**(310) 659-5444  Fax: (310) 878-8304**<br>**jeffrey@shinbrotfirm.com**<br><br><br><br>**April 23, 2015**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X<br>Signature of Authorized Individual<br><br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br><br>Date | X<br>Signature<br><br>Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

Exhibit 1
Page 4

## PROOF OF SERVICE

I am employed in Los Angeles County. I am over the age of 18 and not a party to this action. My business address is 8200 Wilshire Blvd., Suite 400, Beverly Hills, California 90211.

On May 14, 2015, I served the foregoing documents, described as **NOTICE OF STAY OF PROCEEDINGS:** in this action by placing.

— the original of the document

X true copies of the document

in separate sealed envelopes to the following addresses:

Paul R. Kiesel, Esquire
Kisel Law LLP
8648 Wilshire Blvd.,
Beverly Hills, CA 90211-2910

Paula A. Wyatt, Esquire
Wyatt Law Firm, LTD
70 NE Loop 410, Suite 725
San Antonio, TX 78216

**BY U.S. MAIL** I deposited such envelope in the mail at Beverly Hills, California. The envelopes were mailed with postage thereon fully prepaid.

I am readily familiar with Jeffrey S. Shinbrot APLC's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

**__BY FACSIMILE:**

X **STATE** I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

X **FEDERAL** I declared that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on May 14, 2015 at Beverly Hills, California.

Sandra Rodriguez

-1-

Exhibit 1
Page 5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
KIESEL LAW LLP, 8648 Wilshire Blvd., Beverly Hills, CA 90211.

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (ACTION IN NONBANKRUPTCY FORUM)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (*date*) 07/21/2015 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jeffrey S. Shinbrot, Esq.
JEFFREY S. SHINBROT, APLC
8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211
Tel.: (310) 659-5444

Please see attached continued Service List.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/21/2015 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed. For clarification purposes, I caused to be served the above-referenced document on the following Judge:

Judge Richard M. Neiter
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Bin outside of Suite 1652
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 07/21/2015 | Julissa E. Salgueiro | |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-2
Case 2:15-bk-16443-RN
Central District Of California
Los Angeles
Mon Jul 20 19:26:51 PDT 2015

HSBC Bank USA, N.A., as Trustee on behalf of
Law Offices of Les Zieve
30 Corporate Park, Suite 450
Irvine, CA 92606-3401

OCWEN LOAN SERVICING, LLC
Law Offices of Les Zieve
30 Corporate Park, Suite 450
Irvine, CA 92606-3401

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 51178
Los Angeles, CA  90051-5478

Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036

Bank Of America, National Associati
100 North Tryon Street
Charlotte, NC 28202-4000

Cach, LLC
1101 Capital Of Texas Hwy., Bldg K,
Austin, TX 78746-6445

Cain And Weiner
21210 Erwin Street
Woodland Hills, CA 91367-3714

Capital One Bank
C/O Portfolio Recovery Associates L
P.O. Box 41067
Norfolk, VA 23541-1067

Credit Protection Association
PO Box 7813
Baldwin Park, CA 91706

Edelmira Estrada
C/O Kiesel Law LLP
8648 Wilshire Blvd.,
Beverly Hills, CA 90211-2910

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Financial Credit Netwo
1300 W Maint
Visalia, CA 93291-5825

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Grant & Weber
26575 West Agoura Road
Calabasas, CA 91302-1958

HSBC Bank USA, National Association
1800 Tysons Blvd.,
McLean, VA 22102-4257

Herbert P. Sears Collection Agency
PO Box 1231
Bakersfield, CA 93302-1231

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jilbert Tahmazian, Esquire
1518 W. Glenoaks Blvd.
Glendale, CA 91201-1913

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Marshack Medical MSO
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA 90211-3207

Mervyn's
Retailer National Bank
PO Box 960013
Orlando, FL 32896-0013

Midland Credit Management, Inc
as agent for Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036

Midland Funding, LLC
By American Info Source LP As Agent
PO Box 4457
Houston, TX 77210-4457

Ocwen Loan Servicing
320 West 4th Street Suite 750
Los Angeles, CA 90013-2349

Ocwen Loan Servicing
P.O. Box 6440
Carol Stream, IL 60197-6440

Ocwen Loan Servicing, LLC
12650 Ingenuity Drive
Orlando, FL 32826-2703

Pacific Gas & Electricity
PO Box 11265
New York, NY 10286-1265

Paula A. Wyatt, Esquire
Wyatt Law Firm, LTD.
70 NE Loop 410 Suite 725
San Antonio, TX 78216-5843

Progressive Management System
1521 W. Cameron Avenue Fl 1
West Covina, CA 91790-2738

Recovery Management Systems
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

So Calif Edison Compan
2131 Walnut Grove Ave
Rosemead, CA 91770-3769


The Mortgage Store Financial Inc.
660 So Figueroa Street 24th Floor
Los Angeles, CA 90017-3453

The Mortgage Store Finanical Inc.
707 Wilshire Blvd.
Los Angeles, CA 90017-3501

Tsi/980
2920 Prospect Park
Rancho Cordova, CA 95670-6036


United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

United States Trustee Office
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

Vicente M. Aguilar
10487 Laurel Canyon Blvd.,
Pacoima, CA 91331-3660


WFNNB-The Avenue
PO Box 659584
San Antonio, TX 78265-9584

Wells Fargo Bank, N.A.
MAC D3347-014
3476 Stateview Blvd.,
Fort Mill, SC 29715-7203

Western Progressive, LLC
Northpark Town Center
1000 Abernathy Rd NE, Bldg 400 Suit
Atlanta, GA 30328-5614


Jeffrey S Shinbrot
The Shinbrot Firm
8200 Wilshire Blvd, Ste 400
Beverly Hills, CA 90211-2315

Leonarda Guadalupe Aguilar
241 Redondo Avenue # 6
Long Beach, CA 90803-5924


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF

End of Label Matrix
Mailable recipients     43
Bypassed recipients      1
Total                   44