ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven D. Archer [SBN 63834]<br>KIESEL LAW LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, California 90211-2910<br>Telephone: 310-854-4444<br>Facsimile: 310-854-0812<br>Email: archer@kiesel-law.com | FILED<br>AUG 10 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk<br><br>ENTERED<br>AUG 11 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |
| ☒ Movant appearing without an attorney<br>☐ Attorney for Movant | |

LODGED
JUL 21 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>LEONARDA GUADALUPE AGUILAR<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-16443-RN<br>CHAPTER: 11<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>(Action in Nonbankruptcy Forum)<br><br>DATE: 08/11/2015<br>TIME: 9:30 am<br>COURTROOM: 1645<br>PLACE: United States Bankruptcy Court, Central Dist.<br>255 E. Temple Street, Courtroom 1645<br>Los Angeles, CA 90012 |
|---|---|

**MOVANT:** KIESEL LAW LLP and WYATT LAW FIRM, LTD.

1. The Motion was:   ☐ Opposed   ☒ Unopposed   ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action: Edelmira Estrada v. Leonarda G. Aguilar, et al.

   Docket number: BC544185

   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:
   Superior Court of California, County of Los Angeles

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 1    F 4001-1.RFS.NONBK.ORDER

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:
   a. ☐ Terminated as to the Debtor and the Debtor's bankruptcy estate.
   b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.
   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
   a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.
   b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☐ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other *(specify)*:
    This Order grants the Motion for Relief from the Automatic Stay in Edelmira Estrada v. Leonarda G. Aguilar, a Nonbankruptcy Action, for the limited purpose of permitting Movants to seek an order from the Nonbankruptcy Court permitting the attorneys to be relieved as attorneys of record for Plaintiff.

Date: 8/10/15

_____
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 2    F 4001-1.RFS.NONBK.ORDER

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): [PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) July 21, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> Jeffrey S. Shinbrot, Esq.
> JEFFREY S. SHINBROT, APLC
> 8200 Wilshire Blvd., Suite 400
> Beverly Hills, CA 90211
> Tel.: (310) 659-5444
> Fax.: (310) 878-8304
>
> Counsel for Debtor Leonarda Guadalupe Aguilar

Please see attached continued Service List.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 21, 2015, I caused to be served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge Richard M. Neiter
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Bin outside of Suite 1652
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/21/2015 | Julissa E. Salgueiro | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

00393458-1   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:15-bk-16443-RN<br>Central District Of California<br>Los Angeles<br>Mon Jul 20 19:26:51 PDT 2015 | HSBC Bank USA, N.A., as Trustee on behalf of<br>Law Offices of Les Zieve<br>30 Corporate Park, Suite 450<br>Irvine, CA 92606-3401 | OCWEN LOAN SERVICING, LLC<br>Law Offices of Les Zieve<br>30 Corporate Park, Suite 450<br>Irvine, CA 92606-3401 |
| Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 |
| Bank Of America, National Associati<br>100 North Tryon Street<br>Charlotte, NC 28202-4000 | Cach, LLC<br>1101 Capital Of Texas Hwy., Bldg K,<br>Austin, TX 78746-6445 | Cain And Weiner<br>21210 Erwin Street<br>Woodland Hills, CA 91367-3714 |
| Capital One Bank<br>C/O Portfolio Recovery Associates L<br>P.O. Box 41067<br>Norfolk, VA 23541-1067 | Credit Protection Association<br>PO Box 7813<br>Baldwin Park, CA 91706 | Edelmira Estrada<br>C/O Kiesel Law LLP<br>8648 Wilshire Blvd.,<br>Beverly Hills, CA 90211-2910 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Financial Credit Netwo<br>1300 W Maint<br>Visalia, CA 93291-5825 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Grant & Weber<br>26575 West Agoura Road<br>Calabasas, CA 91302-1958 | HSBC Bank USA, National Association<br>1800 Tysons Blvd.,<br>McLean, VA 22102-4257 | Herbert P. Sears Collection Agency<br>PO Box 1231<br>Bakersfield, CA 93302-1231 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jilbert Tahmazian, Esquire<br>1518 W. Glenoaks Blvd.<br>Glendale, CA 91201-1913 | Los Angeles County Tax Collector<br>P.O. Box 54110<br>Los Angeles, CA 90054-0110 |
| Marshack Medical MSO<br>8447 Wilshire Blvd., Suite 202<br>Beverly Hills, CA 90211-3207 | Mervyn's<br>Retailer National Bank<br>PO Box 960013<br>Orlando, FL 32896-0013 | Midland Credit Management, Inc<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 |
| Midland Funding, LLC<br>By American Info Source LP As Agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Ocwen Loan Servicing<br>320 West 4th Street Suite 750<br>Los Angeles, CA 90013-2349 | Ocwen Loan Servicing<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 |
| Ocwen Loan Servicing, LLC<br>12650 Ingenuity Drive<br>Orlando, FL 32826-2703 | Pacific Gas & Electricity<br>PO Box 11265<br>New York, NY 10286-1265 | Paula A. Wyatt, Esquire<br>Wyatt Law Firm, LTD.<br>70 NE Loop 410 Suite 725<br>San Antonio, TX 78216-5843 |

Progressive Management System
1521 W. Cameron Avenue Fl 1
West Covina, CA 91790-2738

Recovery Management Systems
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

So Calif Edison Compan
2131 Walnut Grove Ave
Rosemead, CA 91770-3769

The Mortgage Store Financial Inc.
660 So Figueroa Street 24th Floor
Los Angeles, CA 90017-3453

The Mortgage Store Finanical Inc.
707 Wilshire Blvd.
Los Angeles, CA 90017-3501

Tsi/980
2920 Prospect Park
Rancho Cordova, CA 95670-6036

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

United States Trustee Office
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

Vicente M. Aguilar
10487 Laurel Canyon Blvd.,
Pacoima, CA 91331-3660

WFNNB-The Avenue
PO Box 659584
San Antonio, TX 78265-9584

Wells Fargo Bank, N.A.
MAC D3347-014
3476 Stateview Blvd.,
Fort Mill, SC 29715-7203

Western Progressive, LLC
Northpark Town Center
1000 Abernathy Rd NE, Bldg 400 Suit
Atlanta, GA 30328-5614

Jeffrey S Shinbrot
The Shinbrot Firm
8200 Wilshire Blvd, Ste 400
Beverly Hills, CA 90211-2315

Leonarda Guadalupe Aguilar
241 Redondo Avenue # 6
Long Beach, CA 90803-5924


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF

End of Label Matrix
Mailable recipients    43
Bypassed recipients     1
Total                  44