JEFFREY S. SHINBROT, ESQ.
(SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304

Reorganization Counsel to Chapter 11 Debtor and
Debtor-in-Possession

**FILED & ENTERED**

**AUG 14 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY milano    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR,<br>an individual<br><br>            Chapter 11 Debtor and<br>            Debtor-In-Possession. | Case No. 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**ORDER APPROVING USE OF CASH COLLATERAL**<br><br>Hearing Date/Time/Place<br><br>**Date:** July 21, 2015<br>**Time:** 9:30 a.m.<br>**Place:** Courtroom 1645<br>       255 E. Temple Street<br>       Los Angeles, California |

The hearing on chapter 11 Debtor Leonarda Guadalupe Aguilar's Motion for an Order Authorizing Use of Cash Collateral of Wells Fargo Bank ("Wells Fargo") and HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen Loan Servicing ("HSBC"), came regularly for hearing, appearances were made as noted on the record, the Honorable Richard M. Neiter, United States Bankruptcy Judge presiding. The Court having considered the Motion, the opposition of HSBC and argument of counsel, hereby Orders as follows:

-1-    **ORDER AUTHROIZING USE OF CASH COLLATERAL**

1. As to Wells Fargo, the Motion is granted and the Debtor is authorized use all cash and cash equivalents as set forth in the budget annexed to the Motion as Exhibit "1" (the "Budget") through November 30, 2015.

2. As to HSBC, the Motion is granted and the Debtor is authorized to use $250.00, of any amounts received as and for insurance payments and all other funds received post-petition shall be turned over to HSBC as adequate protection payments.

3. Wells Fargo and HSBC's are hereby granted replacement liens to the same validity and priority as their pre-Petition Date liens.

4. A continued hearing on use of cash collateral shall be held as follows:

   Date:  December 1, 2015
   Time:  **10:00 a.m.**
   Place: Courtroom 1645
          255 E. Temple Street
          Los Angeles, California

**IT IS SO ORDERED**.

#####

Date: August 14, 2015

Richard M. Neiter
United States Bankruptcy Judge

-2-    ORDER AUTHORIZING USE OF CASH COLLATERAL