United States Bankruptcy Court
Central District of California

In re:                                                                         Case No. 15-16443-RN
Leonarda Guadalupe Aguilar                                                     Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 1          Date Rcvd: Aug 14, 2015
                              Form ID: pdf042          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2015.
db              +Leonarda Guadalupe Aguilar,    241 Redondo Avenue # 6,    Long Beach, CA 90803-5924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2015                                  Signature:  /s/Joseph Speetjens

_____


## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2015 at the address(es) listed below:
          Jeffrey S Shinbrot    on behalf of Debtor Leonarda Guadalupe Aguilar jeffrey@shinbrotfirm.com,
           sandra@shinbrotfirm.com
          Kelly L Morrison    on behalf of U.S. Trustee    United States Trustee (LA)
           kelly.l.morrison@usdoj.gov
          Kenneth G Lau    on behalf of U.S. Trustee    United States Trustee (LA) kenneth.g.lau@usdoj.gov
          Leslie M Klott    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bankruptcy@zievelaw.com
          Leslie M Klott    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee on behalf of ACE
           Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp.
           Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed bankruptcy@zievelaw.com
          Lindsey L Smith    on behalf of Interested Party    Courtesy NEF lls@lnbyb.com,
           lls@ecf.inforuptcy.com
          Steven Archer    on behalf of Creditor    Kiesel Law LLP and Wyatt Law Firm, LTD.
           archer@kiesel-law.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                    TOTAL: 8

JEFFREY S. SHINBROT, ESQ.
(SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone:  (310) 659-5444
Fax (310) 878-8304

Reorganization Counsel to Chapter 11 Debtor and
Debtor-in-Possession

**FILED & ENTERED**

**AUG 14 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY milano    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

In re

LEONARDA GUADALUPE AGUILAR,
an individual

            Chapter 11 Debtor and
            Debtor-In-Possession.

Case No. 2:15-bk-16443-RN

Chapter 11

**ORDER APPROVING USE OF CASH
COLLATERAL**

Hearing Date/Time/Place

**Date:**  July 21, 2015
**Time:**  9:30 a.m.
**Place:**  Courtroom 1645
         255 E. Temple Street
         Los Angeles, California

The hearing on chapter 11 Debtor Leonarda Guadalupe Aguilar's Motion for an Order

Authorizing Use of Cash Collateral of Wells Fargo Bank ("Wells Fargo") and HSBC Bank USA,

N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the

registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset

Backed Pass-Through Certificates c/o Ocwen Loan Servicing ("HSBC"), came regularly for

hearing, appearances were made as noted on the record, the Honorable Richard M. Neiter, United

States Bankruptcy Judge presiding.  The Court having considered the Motion, the opposition of

HSBC and argument of counsel, hereby Orders as follows:

**ORDER AUTHRORIZING USE OF
CASH COLLATERAL**

1. As to Wells Fargo, the Motion is granted  and the Debtor is authorized use all cash and cash equivalents as set forth in the budget annexed to the Motion as Exhibit "1" (the "Budget") through November 30, 2015.

2. As to HSBC, the Motion is granted and the Debtor is authorized to use $250.00, of any amounts received as and for insurance payments and all other funds received post-petition shall be turned over to HSBC as adequate protection payments.

3. Wells Fargo and HSBC's are hereby granted replacement liens to the same validity and priority as their pre-Petition Date liens.

4. A continued hearing on use of cash collateral shall be held as follows:

Date:   December 1, 2015
Time:   **10:00 a.m.**
Place:  Courtroom 1645
        255 E. Temple Street
        Los Angeles, California

**IT IS SO ORDERED**.

\#\#\#\#\#

Date: August 14, 2015

Richard M. Neiter
United States Bankruptcy Judge

-2-    ORDER AUTHRORIZING USE OF CASH
       COLLATERAL