UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES TRUSTEE

CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Leonarda Guadalupe Aguilar<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:  2:15-bk-16443-RN<br>Operating Report Number:  Four<br>For the Month Ending:  31-Jul-15 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                     4,200.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                     8.00

3.  BEGINNING BALANCE:                     4,174.05

4.  RECEIPTS DURING CURRENT PERIOD:                     2,000.00

5.  BALANCE:                     6,174.05

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD                     5,333.30

7.  ENDING BALANCE:                     840.75

8.  General Account Number(s):          xxx0071
                                        Farmers & Merchants Bank
     Depository Name & Location:        4827 E. Second Street
                                        Long Beach, CA 90803

\*    All receipts must be deposited into the general account.
\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
      to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 7/30/2015 | 1092 | Wells Fargo Mortgage | mortgage payment | 5,325.00 |
| 8/5/2015 | | Farmers & Merchants Bank | service charge | 8.30 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Page 2 of 8 | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 5,333.30 |

GENERAL ACCOUNT

## BANK RECONCILIATION

Bank statement Date: _____8/5/2015_____  Balance on Statement: _____$840.75_____

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          | 0.00 |

Bank statement Adjustments:                                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                          | $840.75 |

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Ocwen Loan Servicing | monthly | 8169.27 | | 97,105.44 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 97,105.44 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers Insurance | 300000.00 | 4/17/2016 | 4/17/2016 |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | Mercury | 15000.00 | 10/12/2015 | 10/12/2015 |
| Others: | California Fair Plan | 1000000.00 | 5/7/2016 | 5/7/2016 |
| | | | | |

I.D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

|  | |
|---|---|
| General Account: | 4,174.05 |
| Payroll Account: | |
| Tax Account: | |

*Other Accounts: _____ _____

_____ _____

_____ _____

*Other Monies: _____

**Petty Cash (from below): 0.00

TOTAL CASH AVAILABLE:                                    4,174.05

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |

TOTAL PETTY CASH TRANSACTIONS:                        0.00

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## XI. QUESTIONNAIRE

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | x | |

|  | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | x | |

3. State what progress was made during the reporting period toward filing a plan of reorganization

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | x | |

I,    Leonarda Guadalupe Aguilar
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____
Date

_____
Principal for debtor-in-possession

 **Farmers & Merchants Bank**
*California's Strongest, since 1907.*

| | |
|---|---|
| Date | 8/05/15 |
| Account No. | ~~80-00000~~ |
| Enclosures | 1 |
| Page | 1 |

Leonarda G D Aguilar
D I P Case No 2:15-bk-16443-RN
241 Redondo Ave. #6
Long Beach CA 90803

**Check out our great CD rates:**

**fmb.com/rates**

California's Strongest, since 1907.
So put more of your money with us.
Come in today to make a deposit.

Account Title: Leonarda G D Aguilar
D I P Case No 2:15-bk-16443-RN

Learn more about our F&M Home Loan Event
& Great Certificate of Deposit Rates Today.
See insert for details.

| | | | | |
|---|---|---|---|---|
| Bankruptcy Trustee | | Number of Enclosures | | 1 |
| Account Number | ~~80-00000~~ | Statement Dates | 7/07/15 thru | 8/05/15 |
| Beginning Balance | 4,174.05 | Days in the statement period | | 30 |
| 1 Deposits/Credits | 2,000.00 | Average Ledger | | 4,041.55 |
| 1 Checks/Debits | 5,325.00 | | | |
| Service Charge | 8.30 | | | |
| Interest Paid | .00 | | | |
| Ending Balance | 840.75 | | | |

### Service Charge Detail

| Description | Am |
|---|---|
| Minimum Balance Fee | 8.00 |
| Per Check / Withdrawal Fee | .30 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 7/31 | Deposit | 2,000.00 |

### Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 8/05 | Service Charge | 8.30- |

 

```
                                    Date  8/05/15        Page    2
                                    Account No.                8430071
                                    Enclosures                       1
```

Bankruptcy Trustee                    ████████  (Continued)

```
                    --- CHECKS IN NUMBER ORDER ---
Date   Check No      Amount
 8/03    1092        5,325.00
* Denotes missing check numbers
```

```
                        Checking Account Daily Balances
Date                Balance  Date            Balance
 7/07               4,174.05  8/03            849.05
 7/31               6,174.05  8/05            840.75
```

```
          * * * *  End of Statement  * * * *
```

          Thank you for banking with Farmers & Merchants Bank.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA  90211

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT NUMBER FOUR FOR THE MONTH ENDING JULY 31, 2015:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

X    1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/19/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

X    2.  **SERVED BY UNITED STATES MAIL**:  On (*date*) August 19, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

X    3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)   8/19/2015   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Office of The United States Trustee (Via Attorney Service)
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 8/19/2015 | Sandra Rodriguez | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TOP 20 UNSECURED CREDITORS**

Wells Fargo Bank, NA
MAC D3347-014
3476 Statview Blvd.
Fort Mill, SC  29715

The Mortgage Store Financial Inc.
707 Wilshire Blvd.
Los Angeles, CA  90017-3501

Bank of America, NA
100 North Tryon Street
Charlotte, NC  28202

Cach, LLC
1101 Capital Of Texas Hwy., Bldg. K #150
Austin, TX  78746

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA  95812-2952

Capital One Bank
C/O Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA  23541

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Marshack Medical MSO
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA  90211

Asset Acceptance, LLC
PO Box 2036
Warren, MI  48090

WFNNB-The Avenue
P.O. Box 659584
San Antonio, TX  78265

Progressive Management Systems
1521 W. Cameron Avenue Fl. 1
West Covina, CA  91790

Pacific Gas & Electricity
P.O. Box 11265
New York, NY  10286

Credit Protection Association
PO Box 7813
Baldwin Park, CA  91706-3000

Jilbert Tahmazain, Esquire
1518 W. Glenoaks Blvd.
Glendale, CA  91201