Jeffrey S. Shinbrot, Esquire (SBN 155486)
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax: (310) 878-8304

Attorney for Debtor and Debtor-in-Possession
Leonarda Guadalupe Aguilar

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Leonarda Guadalupe Aguilar<br><br>Chapter 11 Debtor and Debtor-in-possession. | Bankruptcy Case No.: 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**NOTICE OF CHAPTER 11 STATUS CONFERENCE**<br><br>*DATE/TIME/PLACE*<br><br>Date: October 29, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 1645<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA |

**TO THE UNITED STATES TRUSTEE AND TO ALL PARTIES ON THE ANNEXED LIST:**

**PLEASE TAKE NOTICE** that a status conference on the above captioned chapter 11 case has been scheduled for October 29, 2015, at 2:00 p.m., in Courtroom 1645, at 255 E. Temple Street, in Los Angeles, California, as set forth in the attached Order.

Respectfully submitted, this 13th day of October, 2015.

　　　　　　　　　　　　　　　　　　JEFFREY S. SHINBROT, APLC

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jeffrey S. Shinbrot, Esquire
　　　　　　　　　　　　　　　　　　Attorney for Debtor-in-Possession

**FILED** OCT 08 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk



**ENTERED** OCT -8 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

**Leonarda Guadalupe Aguilar**

        Debtor

Case No. LA 2:15-16443 RN

Chapter 11

ORDER SCHEDULING CHAPTER 11 STATUS CONFERENCE

Date: October 29, 2015
Time: 2:00 p.m.
Place: Courtroom 1645
       255 East Temple St.,
       Los Angeles, CA 90012

    Pursuant to 11 U.S.C. §105(d)(2)(B), a status conference will be held on the date set forth above at the United States Bankruptcy Court, Roybal Building, 255 East Temple Street, Courtroom 1645, Los Angeles, California 90012, to further the expeditious and economical resolution of the problems encountered in this case by, among other things, establishing realistic deadlines, managing litigation, encouraging active participation by the parties in interest in this case, facilitating settlement of disputed matters, avoiding unnecessary administrative costs and fees, and moving this case along through the process of confirming a plan of reorganization or liquidation.

At the conference (or any continued status conference), the Court may consider and take any of the following actions without further notice:

(1) set a date by which the debtor or trustee, if one has been appointed, shall file a disclosure statement and a plan of reorganization or liquidation;

(2) set dates for the hearings required to approve the disclosure statement and to confirm the chapter 11 plan;

(3) dismiss the case or convert it to another chapter;

(4) order the appointment of a chapter 11 trustee;

(5) establish deadlines for the filing of claims, objections to claims and requests for payment of administrative expenses;

(6) set a date by which the debtor, the trustee, if one has been appointed, or some other party in interest shall solicit acceptances of the plan;

(7) fix the scope and format of the notices to be provided regarding the hearing on approval of the disclosure statement, voting on the plan, and the hearing to confirm the plan;

(8) provide that the hearing for the approval of the disclosure statement and confirmation of the plan may be combined, if appropriate;

(9) set deadlines for assuming, assuming and assigning or rejecting executory contracts and unexpired leases;

(10) set deadlines for compliance with reporting and other requirements of the debtor in possession or trustee (if one is appointed); and/or

//
//

(11) adopt special procedures for managing adversary proceedings, contested matters and such other matters as may aid in the progress of the chapter 11 case.

**IT IS HEREBY ORDERED** that an officer of the debtor familiar with the debtor's business, its chapter 11 petition, schedules and statement of financial affairs, and the debtor's counsel should be present at the status conference; so should counsel for the official committee of unsecured creditors, if a committee has been appointed. Counsel for the United States Trustee assigned to this case should also appear. **Any other interested parties may also appear.** All parties should be prepared to address the items listed hereinbefore and those listed hereinafter to the extent those issues may apply to them.

**IT IS FURTHER ORDERED** that no later than fourteen (14) days prior to the scheduled status conference, the debtor shall file with the Court and serve on the parties identified below a written status report that includes the following information:

(a) A brief description of the debtor's business and operations, including the principal assets and liabilities of the debtor's estate (or each of the debtor's estate, if there is more than one debtor).

(b) A brief answer to the following questions or explanation of the matters indicated:

1. What precipitated the filing of this case?
2. What is the goal of the debtor?

//
//
//

3. What are the principal business and financial problems and legal disputes to be resolved; how does the debtor intend to resolve such disputes and problems; and how long does the debtor estimate it will take to solve these problems and disputes?

4. Has the debtor complied with the duties set forth under 11 U.S.C. §§ 521, 1107 and F.R.B.P. 1007?

5. Is the debtor a small business as contemplated by 11 U.S.C. § 101(51D)? and

6. Does this case qualify as a single asset real estate case as contemplated by 11 U.S.C. § 101(51B)?

(c) The identity of all professionals retained or to be retained by the estate, the services to be rendered, and an estimated monthly budget for professional fees and costs.

(d) In operating cases, a budget showing projected income, expenses and cash flow for the first six months of the case on a month by month basis and a comparison to historic actual income, expenses and cash flow for the last twelve months preceding the filing of this case one month by month basis.

(e) The debtor's intent to use cash collateral and how anyone claiming an interest therein will be adequately protected.

(f) The proposed deadlines for filing claims, objections to disputed claims, a plan of reorganization or liquidation, and a disclosure statement.

(g) Payments or and other issues related to adequately protecting the providers of utilities used by the debtor.

(h) The principal issues related to the debtor's assuming, assuming and assigning or rejecting unexpired leases and executory contracts, including the debtor's intention or time table for deciding

1 | if it will assume, assume and assign or reject such leases and executory
2 | contracts.
3 |     **IT IS FURTHER ORDERED** that the debtor shall serve a copy of this
4 | order on its twenty largest unsecured creditors, its principal secured
5 | creditors and their counsel, counsel the official committee of
6 | unsecured creditors, if any, the United States Trustee, and any other
7 | parties in interest that the debtor believes will be participating
8 | actively in the case.

Dated: October 8, 2015

*/s/ Richard M. Neiter/*

RICHARD M. NEITER
UNITED STATES BANKRUPTCY JUDGE

# SERVICE LIST

**PARTIES SERVED ELECTRONICALLY**

- Steven Archer    archer@kiesel-law.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 11 STATUS CONFERENCE:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X    1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/13/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven Archer    archer@kiesel-law.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**X    2. SERVED BY UNITED STATES MAIL**: On (*date*) 10/13/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**X    3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/13/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/13/2015 | Sandra Rodriguez | |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                            F 9013-3.1.PROOF.SERVICE

**DEBTOR**

Leonarda Guadalupe Aguilar
241 Redondo Avenue # 6
Long Beach, CA 90803-5924

**CREDITORS**

Wells Fargo Bank, NA
MAC D3347-014
3476 Statview Blvd.
Fort Mill, SC 29715

The Mortgage Store Financial Inc.
707 Wilshire Blvd.
Los Angeles, CA 90017-3501

Bank of America, NA
100 North Tryon Street
Charlotte, NC 28202

Cach, LLC
1101 Capital Of Texas Hwy., Bldg. K #150
Austin, TX 78746

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Capital One Bank
C/O Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Marshack Medical MSO
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA 90211

Asset Acceptance, LLC
PO Box 2036
Warren, MI 48090

WFNNB-The Avenue
P.O. Box 659584
San Antonio, TX 78265

Progressive Management Systems
1521 W. Cameron Avenue Fl. 1
West Covina, CA 91790

Pacific Gas & Electricity
P.O. Box 11265
New York, NY 10286

Credit Protection Association
PO Box 7813
Baldwin Park, CA 91706-3000

Jilbert Tahmazain, Esquire
1518 W. Glenoaks Blvd.
Glendale, CA 91201

Edelmira Estrada
c/o Miguel Estrada
13794 Borden Avenue
Sylmar, CA 91342-1358

Mervyn's
Retailer National Bank
PO Box 960013
Orlando, FL 32896-0013

HSBC Bank USA, N.A., as Trustee on behalf of
Law Offices of Les Zieve
30 Corporate Park, Suite 450
Irvine, CA  92606-3401

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 51178
Los Angeles, CA  90051-5478

Grant & Weber
26575 West Agoura Road
Calabasas, CA  91302-1958

Herbert P. Sears Collection Agency
PO Box 1231
Bakersfield, CA  93302-1231

Midland Credit Management, Inc.
PO Box 2036
Warren, MI 48090-2036

Ocwen Loan Servicing, LLC
Law Offices of Les Zieve
30 Corporate Park, Suite 450
Irvine, CA  92606-3401

Cain and Weiner
21210 Erwin Street
Woodland Hills, CA  91367-3714

Edelmira Estrada
c/o Kiesel Law LLP
8648 Wilshire Blvd.,
Beverly Hills, CA  90211-2910

Financial Credit Netwo
1300 W. Maint
Visalia, CA 93291-5825

HSBC Bank USA, N.A. as trustee
c/o Ocwen Loan Servicing, LLC
Attn.: Cashiering Department
1661 Worthington Road, Suite 100
West Palm Beach, FL  33409-6493

Midland Funding, LLC
By American Info Source LP As Agent
PO Box 4457
Houston, TX  77210-4457

Paula A. Wyatt, Esquire
Wyatt Law Firm, LTD.
70 NE Loop 410, Suite 725
San Antonio, TX  78216-5843

So California Edison Company
2131 Walnut Grove Avenue
Rosemead, CA  91770-3769

Tsi/980
2920 Prospect Park
Rancho Cordova, CA 95670-6036

Vicente M. Aguilar
10487 Laurel Canyon Blvd.
Pacoima, CA  91331-3660

Western Progressive, LLC
Northpark Town Center
1000 Abernathy Rd NE, Bld. 400
Atlanta, GA  30328—5614