Jeffrey S. Shinbrot, Esquire (SBN 155486)
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax: (310) 878-8304
Attorneys for Debtor and Debtor-in-Possession
Leonarda Guadalupe Aguilar



**FILED & ENTERED**

**NOV 05 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jones      DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No.: 2:15-bk-16443-RN |
| LEONARDA GUADALUPE AGUILAR | Chapter 11 |
| | **ORDER ON STATUS CONFERENCE** |
| | DATE/TIME/PLACE |
| Chapter 11 Debtor and Debtor-in-possession. | Date: October 29, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 1645<br>255 E. Temple Street<br>Los Angeles, CA |

The Status Conference on the chapter 11 case of LEONARDA GUADALUPE AGUILAR came regularly for hearing, appearances were made as noted on the record, the Honorable RICHARD NEITER, United States Bankruptcy Judge, presiding. The Court having considered the status conference report and statements of counsel hereby Orders as follows:

1. The deadline to file proofs of claims or interests in the instant case shall be December 31, 2015 (the "Claims Bar Date").

2. The Debtor timely shall provide notice of the Claims Bar Date by November 6, 2015.

3. The deadline for the Debtor to file her Original Disclosure Statement and Plan shall be December 15, 2015.

4. A continued status conference shall be held at 2:00 p.m. on January 14, 2016, in the Courtroom captioned above.

**IT IS SO ORDERED**.

\*\*\*\*\*

Date: November 5, 2015

Richard M. Neiter
United States Bankruptcy Judge

-2-