JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax: (310) 878-8304

Reorganization Counsel for Debtors-In-Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR<br><br><br>Chapter 11 Debtor and Debtors-In-Possession. | Case No. 2:15-bk-16443-rn<br><br>Chapter 11<br><br>NOTICE OF BAR DATE FOR FILING OF PROOFS OF CLAIM AND/OR PROOFS OF INTEREST AGAINST THE ESTATE FOR CREDITORS AND INTERESTED PARTIES<br><br>**LAST DAY TO FILE CLAIMS:**<br><br>**DECEMBER 31, 2015** |

## NOTICE OF CLAIMS DEADLINE

The Bankruptcy Court has set a deadline of December 31, 2015, for creditors and holders of ownership interest in the above-referenced debtor to file proof of claim against or proof of interest in the debtor's estates.

The exceptions to this deadline for filing proofs of claim or interest are: (1) claims arising from rejection of executory contracts or unexpired leases, (2) claims of governmental units, and (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy

NOTICE OF CLAIMS BAR DATE

1  Code.

2        For claims arising from rejection of executory contracts or unexpired lease pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is (a) 30 days after the date of entry of the order authorizing the rejection, or (b) December 31, 2015, whichever is later.

      For claims of "governmental units," as the term is defined in 11 U.S.C. § 101 (27), proofs of claim are timely filed if filed: (a) before 180 days after the date of the Order for Relief in this case, or (b) December 31, 2015, whichever is later. 11 U.S.C. § 502(b)(9).

      For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is 30 days after the entry of judgment avoiding the transfer, or (b) by December 31, 2015, whichever is later.

      If you are listed on the Schedules of Assets and Liabilities of the Debtors <u>and</u> your claim or interest is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the schedules, and the filing of a proof of claim or interest is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim or interest is scheduled (secured, unsecured, preferred stock, common stock, etc.) is correct 11 U.S.C. § 1111(a).

      If your claim or interest is not listed on the schedules <u>or</u> is scheduled as disputed, contingent, unliquidated or unknown, <u>or</u> you disagree with the amount or description scheduled for your claim or interest, you must file a proof of claim or interest.

      **FAILURE OF A CREDITOR OR INTEREST HOLDER TO FILE TIMELY A PROOF OF CLAIM OR INTEREST ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR INTEREST OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS AND INTEREST HOLDERS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

///

///

///

///

///

1  DATED: 11/5/2015                    JEFFREY S. SHINBROT, APLC

2

3                                      By: _____
                                           JEFFREY S. SHINBROT, ESQ.
4                                          Reorganization Counsel for
                                           Debtor-In-Possession
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                           NOTICE OF CLAIMS BAR DATE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF BAR DATE FOR FILING OF PROOF OF CLAIM AND/OR PROOF OF INTEREST AGAINST THE ESTATE FOR CREDITORS AND INTERESTED PARTIES:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X   1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/5/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven Archer    archer@kiesel-law.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**X   2. SERVED BY UNITED STATES MAIL**: On (*date*) 11/5/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**X   3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/5/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/5/2015 | Sandra Rodriguez | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

**DEBTOR**

Leonarda Guadalupe Aguilar
241 Redondo Avenue # 6
Long Beach, CA  90803-5924

**CREDITORS**

Wells Fargo Bank, NA
MAC D3347-014
3476 Statview Blvd.
Fort Mill, SC  29715

The Mortgage Store Financial Inc.
707 Wilshire Blvd.
Los Angeles, CA  90017-3501

Bank of America, NA
100 North Tryon Street
Charlotte, NC  28202

Cach, LLC
1101 Capital Of Texas Hwy., Bldg. K #150
Austin, TX  78746

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA  95812-2952

Capital One Bank
C/O Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA  23541

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Marshack Medical MSO
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA  90211

Asset Acceptance, LLC
PO Box 2036
Warren, MI  48090

WFNNB-The Avenue
P.O. Box 659584
San Antonio, TX  78265

Progressive Management Systems
1521 W. Cameron Avenue Fl. 1
West Covina, CA  91790

Pacific Gas & Electricity
P.O. Box 11265
New York, NY  10286

Credit Protection Association
PO Box 7813
Baldwin Park, CA  91706-3000

Jilbert Tahmazain, Esquire
1518 W. Glenoaks Blvd.
Glendale, CA  91201

Edelmira Estrada
c/o Miguel Estrada
13794 Borden Avenue
Sylmar, CA 91342-1358

Mervyn's
Retailer National Bank
PO Box 960013
Orlando, FL  32896-0013

HSBC Bank USA, N.A., as Trustee on behalf
Law Offices of Les Zieve
30 Corporate Park, Suite 450
Irvine, CA  92606-3401

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 51178
Los Angeles, CA  90051-5478

Grant & Weber
26575 West Agoura Road
Calabasas, CA  91302-1958

Herbert P. Sears Collection Agency
PO Box 1231
Bakersfield, CA  93302-1231

Midland Credit Management, Inc.
PO Box 2036
Warren, MI 48090-2036

Ocwen Loan Servicing, LLC
Law Offices of Les Zieve
30 Corporate Park, Suite 450
Irvine, CA  92606-3401

Cain and Weiner
21210 Erwin Street
Woodland Hills, CA  91367-3714

Edelmira Estrada
c/o Kiesel Law LLP
8648 Wilshire Blvd.,
Beverly Hills, CA  90211-2910

Financial Credit Netwo
1300 W. Maint
Visalia, CA 93291-5825

HSBC Bank USA, N.A. as trustee
c/o Ocwen Loan Servicing, LLC
Attn.: Cashiering Department
1661 Worthington Road, Suite 100
West Palm Beach, FL  33409-6493

Midland Funding, LLC
By American Info Source LP As Agent
PO Box 4457
Houston, TX  77210-4457

Paula A. Wyatt, Esquire
Wyatt Law Firm, LTD.
70 NE Loop 410, Suite 725
San Antonio, TX  78216-5843

So California Edison Company
2131 Walnut Grove Avenue
Rosemead, CA  91770-3769

Tsi/980
2920 Prospect Park
Rancho Cordova, CA 95670-6036

Vicente M. Aguilar
10487 Laurel Canyon Blvd.
Pacoima, CA  91331-3660

Western Progressive, LLC
Northpark Town Center
1000 Abernathy Rd NE, Bld. 400
Atlanta, GA  30328—5614