United States Bankruptcy Court
Central District of California

In re:                                                                                  Case No. 15-16443-RN
Leonarda Guadalupe Aguilar                                                              Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 1              Date Rcvd: Nov 05, 2015
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2015.
db             +Leonarda Guadalupe Aguilar,    241 Redondo Avenue # 6,    Long Beach, CA 90803-5924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2015 at the address(es) listed below:
              Jeffrey S Shinbrot    on behalf of Debtor Leonarda Guadalupe Aguilar jeffrey@shinbrotfirm.com,
               sandra@shinbrotfirm.com
              Kelly L Morrison    on behalf of U.S. Trustee    United States Trustee (LA)
               kelly.l.morrison@usdoj.gov
              Kenneth G Lau    on behalf of U.S. Trustee    United States Trustee (LA) kenneth.g.lau@usdoj.gov
              Leslie M Klott    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bankruptcy@zievelaw.com
              Leslie M Klott    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee on behalf of ACE
               Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp.
               Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed bankruptcy@zievelaw.com
              Lindsey L Smith    on behalf of Interested Party    Courtesy NEF lls@lnbyb.com,
               lls@ecf.inforuptcy.com
              Steven Archer    on behalf of Creditor    Kiesel Law LLP and Wyatt Law Firm, LTD.
               archer@kiesel-law.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                               TOTAL: 8

Jeffrey S. Shinbrot, Esquire (SBN 155486)
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax: (310) 878-8304
Attorneys for Debtor and Debtor-in-Possession
Leonarda Guadalupe Aguilar



**FILED & ENTERED**

NOV 05 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Jones    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR<br><br><br>Chapter 11 Debtor and Debtor-in-possession. | Bankruptcy Case No.: 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**ORDER ON STATUS CONFERENCE**<br><br>DATE/TIME/PLACE<br><br>Date: October 29, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 1645<br>      255 E. Temple Street<br>      Los Angeles, CA |

The Status Conference on the chapter 11 case of LEONARDA GUADALUPE AGUILAR came regularly for hearing, appearances were made as noted on the record, the Honorable RICHARD NEITER, United States Bankruptcy Judge, presiding. The Court having considered the status conference report and statements of counsel hereby Orders as follows:

1. The deadline to file proofs of claims or interests in the instant case shall be December 31, 2015 (the "Claims Bar Date").

2. The Debtor timely shall provide notice of the Claims Bar Date by November 6, 2015.

3. The deadline for the Debtor to file her Original Disclosure Statement and Plan shall be December 15, 2015.

4. A continued status conference shall be held at 2:00 p.m. on January 14, 2016, in the Courtroom captioned above.

**IT IS SO ORDERED**.

*****

Date: November 5, 2015

Richard M. Neiter
United States Bankruptcy Judge

-2-