JEFFREY S. SHINBROT, ESQ.
(SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304

Reorganization Counsel to Chapter 11 Debtor and Debtor-in-Possession

**FILED & ENTERED**

**DEC 09 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jones     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR, an individual<br><br>    Chapter 11 Debtor and Debtor-In-Possession. | Case No. 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**ORDER APPROVING USE OF CASH COLLATERAL THROUGH MARCH 31, 2016.**<br><br>    Hearing Date/Time/Place<br><br>**Date:** December 1, 2015<br>**Time:** 9:30 a.m.<br>**Place:** Courtroom 1645<br>    255 E. Temple Street<br>    Los Angeles, California |

  The hearing on chapter 11 Debtor Leonarda Guadalupe Aguilar's Motion for an Order Authorizing Use of Cash Collateral of Wells Fargo Bank ("Wells Fargo") and HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen Loan Servicing ("HSBC"), came regularly for hearing, appearances were made as noted on the record, the Honorable Richard M. Neiter, United States Bankruptcy Judge presiding. The Court having considered the Motion and statements of counsel at time of hearing on the Motion, hereby Orders as follows:

-1-  **ORDER AUTHRORIZING USE OF CASH COLLATERAL**

1. The Motion is granted and the Debtor is authorized use all cash and cash equivalents on the same terms and conditions as set forth in the Court's previous Order at docket number 48, through and including March 31, 2016.

2. A continued hearing on use of cash collateral and status hearing shall be held as follows:

>   Date:   March 31, 2016
>   Time:   2:00 p.m.
>   Place:  Courtroom 1645
>           255 E. Temple Street
>           Los Angeles, California

**IT IS SO ORDERED**.

#####

Date: December 9, 2015

Richard M. Neiter
United States Bankruptcy Judge