LAW OFFICES OF LES ZIEVE
Brian H. Tran, Esq. #255577
Leslie M. Klott, Esq. #279622
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone:      (714) 848-7920
Facsimile:  (714) 908-7807
Email:      bankruptcy@zievelaw.com

Attorneys for Secured Creditor, HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen Loan Servicing, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re:

Leonarda Guadalupe Aguilar,

           Debtor.

Case No.: 2:15-bk-16443-RN

Chapter: 11

**STIPULATION BY AND BETWEEN SECURED CREDITOR AND DEBTOR TO RESOLVE PLAN TREATMENT OF SECURED CREDITOR'S CLAIM**

**Confirmation Hearing:**
Date:   Not yet set
Time:   Not yet set
Place:  Courtroom 1645
        U.S. Bankruptcy Court
        255 E. Temple Street
        Los Angeles, CA 90012

TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S ATTORNEY, THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST:

1

Case 2:15-bk-16443-ER    Doc 69    Filed 12/21/15    Entered 12/21/15 17:35:55    Desc
Main Document    Page 2 of 5

Case 2:15-bk-16443-ER    Doc 69    Filed 12/21/15    Entered 12/21/15 17:35:55    Desc
Main Document    Page 2 of 5

HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen Loan Servicing, LLC ("Secured Creditor"), by and through its counsel of record, and Leonarda Guadalupe Aguilar ("Debtor"), by and through his counsel of record (collectively "Parties"), hereby agree and stipulate to resolve the plan treatment of Secured Creditor's claim related to real property located at 13781 Eldridge Avenue, Sylmar, CA 91342 as follows:

## RECITALS

1. On or about April 25, 2006, Debtor, for valuable consideration, made, executed and delivered a Note secured by a Deed of Trust in the amount of $950,000.00 ("Note") on the property commonly known as 13781 Eldridge Avenue, Sylmar, CA 91342 ("Real Property").

2. On April 23, 2015, Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, Los Angeles Division and was assigned Case No. 2:15-bk-16443-RN.

3. On August 17, 2015, Secured Creditor filed Proof of Claim no. 5 reflecting a total claim of $1,393,670.51 with $492,799.90 in pre-petition arrears.

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. The Real Property shall be valued at $850,000.00.

2. Secured Creditor shall have a fully secured claim in the amount of $850,000.00 which will be repaid over 246 months beginning December 1, 2015 and continuing until June 1, 2036 on which date a balloon payment of the remaining amount under the loan will be due. The loan shall be repaid in equal monthly installments calculated by amortizing the loan over 30 years at 4.25% fixed interest. The monthly principal and interest payment shall be $4,181.49. The loan shall remain escrowed. The unsecured portion of the claim shall be paid in accordance with the unsecured claims under the Plan. All other terms of the Note and Deed of Trust signed by the Debtor and currently held by Secured Creditor shall continue in full force and effect, and

2

those documents shall only be modified with regard to the monthly payment amount, the interest rate, and the maturity date of the Note.

3. The terms of this stipulation are expressly contingent upon the confirmation of a Chapter 11 Plan by the Debtor, and substantial consummation thereof. In the event this case is dismissed or converted to Chapter 7, Secured Creditor shall retain its lien in the full amount due under the Note and Deed of Trust without regard to the bifurcation of Secured Creditor's claim into secured and unsecured claims under this stipulation. It is the intent of Debtor and Secured Creditor that these terms govern the claim of Secured Creditor and the Debtor will incorporate these terms into any order confirming this or any subsequent plan. In the event of a discrepancy between this stipulation and the terms of any confirm plan, the provisions of this stipulation shall control.

4. In the event Debtor fails or neglects to timely make a post-petition payment pursuant to the terms of this stipulation prior to confirmation of the Chapter 11 Plan, Secured Creditor (and/or its servicer) shall provide written notice to the Debtor and to Debtor's attorneys of record, indicating the nature of the default. If the Debtor fails to cure the default or payment default with certified funds after the passage of thirty (30) calendar days from the date said written notice is placed in the mail as reflected on the certified receipt, Secured Creditor may file and serve a Declaration of Default along with an Order for Relief from the Automatic Stay to b e lodged by Secured Creditor for entry by the Court, unless it has already been terminated by operation of law, and Secured Creditor (and/or its servicer) may proceed to foreclose its security interest in the Real Property under the terms of the Loan and applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further notice, order, or proceeding of this Court.

5. The automatic stay of 11 USC §362(a) shall terminate as to Secured Creditor, its successors and assigns, upon the entry of an Order confirming a Chapter 11 plan in this case.

6. The provisions of this stipulation shall be binding upon and inure to the benefit of

Secured Creditor, the Debtor and reorganized Debtor, and the respective successors and assigns of each.

7. The provisions of this stipulation shall be controlling and incorporated into any Chapter 11 Plan or Amended Chapter 11 filed by Debtor and Secured Creditor shall be paid through Debtor's Chapter 11 Plan pursuant to this stipulation.

8. Secured Creditor will accept any plan that conforms to the above terms, and will execute and return a ballot to the Debtor's counsel in accordance therewith. In lieu of ballot this stipulation may be submitted as acceptance of the plan.

**WHEREFORE**, the Parties do respectfully request the Court enter an order approving this Stipulation.

**IT IS SO STIPULATED:**

Dated: November 15, 2015

LAW OFFICES OF LES ZIEVE

_____
Leslie M. Klott
Attorney for Secured Creditor, HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen Loan Servicing, LLC

Dated: November 8, 2015

THE SHINBROT FIRM

_____
Jeffrey S. Shinbrot, Attorney for Debtor, Leonarda Guadalupe Aguilar

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
30 Corporate Park, Suite 450
Irvine, CA 92606

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BY AND BETWEEN SECURED CREDITOR AND DEBTOR TO RESOLVE PLAN TREATMENT OF SECURED CREDITOR'S CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 21, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Jeffrey S Shinbrot, Attorney | jeffrey@shinbrotfirm.com |
| Kenneth G Lau, Attorney | kenneth.g.lau@usdoj.gov |
| Kelly L Morrison, Attorney | kelly.l.morrison@usdoj.gov |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 22, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR
Jeffrey S Shinbrot
The Shinbrot Firm
8200 Wilshire Blvd, Ste 400
Beverly Hills, CA 90211

PRESIDING JUDGE
United States Bankruptcy Court
Chambers of Honorable Richard M. Neiter
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 21, 2015 | Michele Dapello | /s/ Michele Dapello |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**