Main Document Page 1 of 4

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

LAW OFFICES OF LES ZIEVE
Brian H. Tran, Esq. #255577
Leslie M. Klott, Esq. #279622
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone: (714) 848-7920
Facsimile: (714) 908-7807
Email: bankruptcy@zievelaw.com

☐ Individual *appearing without an attorney*
☒ *Attorney for:* Secured Creditor

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

Leonarda Guadalupe Aguilar,

Debtor(s)

CASE NO.: 2:15-bk-16443-RN

CHAPTER: 11

**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): STIPULATION BY AND BETWEEN SECURED CREDITOR AND DEBTOR TO RESOLVE PLAN TREATMENT OF SECURED CREDITOR'S CLAIM

PLEASE TAKE NOTE that the order titled ORDER GRANTING STIPULATION BY AND BETWEEN SECURED CREDITOR AND DEBTOR TO RESOLVE PLAN TREATMENT OF SECURED CREDITOR'S CLAIM

was lodged on (*date*) 12/21/2015 and is attached. This order relates to the motion which is docket number 69.

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* Page 1 **F 9021-1.2.BK.NOTICE.LODGMENT**

LAW OFFICES OF LES ZIEVE
Brian H. Tran, Esq. #255577
Leslie M. Klott, Esq. #279622
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone: (714) 848-7920
Facsimile: (714) 908-7807
Email: bankruptcy@zievelaw.com

Attorneys for Secured Creditor, HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen Loan Servicing, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

Leonarda Guadalupe Aguilar,

Debtor.

Case No.: 2:15-bk-16443-RN

Chapter: 11

**ORDER GRANTING STIPULATION BY AND BETWEEN SECURED CREDITOR AND DEBTOR TO RESOLVE PLAN TREATMENT OF SECURED CREDITOR'S CLAIM**

**Confirmation Hearing:**
Date: Not yet set
Time: Not yet set
Place: Courtroom 1645
U.S. Bankruptcy Court
255 E. Temple Street
Los Angeles, CA 90012

///

///

///

EXHIBIT A

The Court, having considered the Stipulation by and between HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen Loan Servicing, LLC ("Secured Creditor"), and Leonarda Guadalupe Aguilar ("Debtor") to Resolve Plan Treatment of Secured Creditor's Claim ("Stipulation") executed by the parties and filed on December 21, 2015 as docket no. 69, the Court hereby makes its Order as follows:

**IT IS ORDERED** that the Stipulation is approved.

###



EXHIBIT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
30 Corporate Park, Suite 450
Irvine, CA 92606

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: STIPULATION BY AND BETWEEN SECURED CREDITOR AND DEBTOR TO RESOLVE PLAN TREATMENT OF SECURED CREDITOR'S CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 21, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Jeffrey S Shinbrot, Attorney | jeffrey@shinbrotfirm.com |
| Kenneth G Lau, Attorney | kenneth.g.lau@usdoj.gov |
| Kelly L Morrison, Attorney | kelly.l.morrison@usdoj.gov |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **December 22, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR
Jeffrey S Shinbrot
The Shinbrot Firm
8200 Wilshire Blvd, Ste 400
Beverly Hills, CA 90211

PRESIDING JUDGE
United States Bankruptcy Court
Chambers of Honorable Richard M. Neiter
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 21, 2015 | Michele Dapello | /s/ Michele Dapello |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* Page 2 **F 9021-1.2.BK.NOTICE.LODGMENT**