Jeffrey S. Shinbrot, Esquire (SBN 155486)
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax: (310) 878-8304

Attorneys for Debtor and Debtor-in-Possession
Leonarda Guadalupe Aguilar

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Leonarda Guadalupe Aguilar<br><br>Chapter 11 Debtor and Debtor-in-possession. | Bankruptcy Case No.: 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**CHAPTER 11 STATUS REPORT**<br><br>*DATE/TIME/PLACE*<br><br>Date: January 14, 2016<br>Time: 2:00 p.m.<br>Place: Courtroom 1645<br>      255 E. Temple Street<br>      Los Angeles, CA |

**TO THE HONORABLE RICHARD M. NEITER AND TO ALL PARTIES ON THE ANNEXED LIST:**

COMES NOW, LEONARDA GUADALUPE AGUILAR, and submits the following status conference report:

1. LEONARDA GUADALUPE AGUILAR, the debtor and debtor-in-possession in the above entitled Chapter 11 proceeding (the "Debtor") is an individual consisting of two assets, a residential duplex commonly known as 10487 Laurel Canyon Blvd., in Pacoima California (the "Pacoima Property") and 13781 Eldridge Avenue in Sylmar, California (the "Sylmar Property"). On April 23, 2015, the purpose of the instant chapter 11 filing was to prevent a foreclosure sale on the Sylmar Property prior to attempting a sale or workout.

2. The Debtor has consensual use of cash collateral through March 31, 2016, via the Order

entered by this Court at docket number 64. The Debtor and HSBC Bank USA, have also filed a stipulation resolving HSBC's secured claim, including for purposes of chapter 11 Plan confirmation.

3. The Debtor has filed her Original Disclosure Statement describing her Original chapter 11 plan but expects to amend that Disclosure Statement to include additional information regarding the Debtor's tenants.

Respectfully submitted, this 28th day of December, 2015.

JEFFREY S. SHINBROT, APLC

_____
Jeffrey S. Shinbrot, Esquire
Attorney for Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 STATUS REPORT:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/28/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven Archer    archer@kiesel-law.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 12/28/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**X 3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/28/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/28/2015 | Sandra Rodriguez | /s/ Sandra Rodriguez |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE

**DEBTOR**
Leonarda Guadalupe Aguilar
241 Redondo Avenue # 6
Long Beach, CA 90803-5924

**TOP 20 UNSECURED CREDITORS**

Wells Fargo Bank, NA
MAC D3347-014
3476 Statview Blvd.
Fort Mill, SC 29715

The Mortgage Store Financial Inc.
707 Wilshire Blvd.
Los Angeles, CA 90017-3501

Bank of America, NA
100 North Tryon Street
Charlotte, NC 28202

Cach, LLC
1101 Capital Of Texas Hwy., Bldg. K #150
Austin, TX 78746

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Capital One Bank
C/O Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Marshack Medical MSO
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA 90211

Asset Acceptance, LLC
PO Box 2036
Warren, MI 48090

WFNNB-The Avenue
P.O. Box 659584
San Antonio, TX 78265

Progressive Management Systems
1521 W. Cameron Avenue Fl. 1
West Covina, CA 91790

Pacific Gas & Electricity
P.O. Box 11265
New York, NY 10286

Credit Protection Association
PO Box 7813
Baldwin Park, CA 91706-3000

Jilbert Tahmazain, Esquire
1518 W. Glenoaks Blvd.
Glendale, CA 91201