LAW OFFICES OF LES ZIEVE
Brian H. Tran, Esq. #255577
Leslie M. Klott, Esq. #279622
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone:       (714) 848-7920
Facsimile:   (714) 908-7807
Email:       bankruptcy@zievelaw.com

Attorneys for Secured Creditor, HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen Loan Servicing, LLC

**FILED & ENTERED**

**DEC 29 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re:

Leonarda Guadalupe Aguilar,

        Debtor.

Case No.: 2:15-bk-16443-RN

Chapter: 11

**ORDER GRANTING STIPULATION BY AND BETWEEN SECURED CREDITOR AND DEBTOR TO RESOLVE PLAN TREATMENT OF SECURED CREDITOR'S CLAIM**

**Confirmation Hearing:**
Date:   Not yet set
Time:   Not yet set
Place:  Courtroom 1645
        U.S. Bankruptcy Court
        255 E. Temple Street
        Los Angeles, CA 90012

///

///

///

1

The Court, having considered the Stipulation by and between HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen Loan Servicing, LLC ("Secured Creditor"), and Leonarda Guadalupe Aguilar ("Debtor") to Resolve Plan Treatment of Secured Creditor's Claim ("Stipulation") executed by the parties and filed on December 21, 2015 as docket no. 69, the Court hereby makes its Order as follows:

**IT IS ORDERED** that the Stipulation is approved.

### 

Date: December 29, 2015

Richard M. Neiter
United States Bankruptcy Judge

2