United States Bankruptcy Court
Central District of California

In re:  
Leonarda Guadalupe Aguilar  
      Debtor

Case No. 15-16443-RN  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 1    Date Rcvd: Dec 29, 2015  
                  Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2015.  
db        +Leonarda Guadalupe Aguilar,    241 Redondo Avenue # 6,    Long Beach, CA 90803-5924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2015                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2015 at the address(es) listed below:  
      Jeffrey S Shinbrot    on behalf of Debtor Leonarda Guadalupe Aguilar jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com  
      Kelly L Morrison    on behalf of U.S. Trustee    United States Trustee (LA) kelly.l.morrison@usdoj.gov  
      Kenneth G Lau    on behalf of U.S. Trustee    United States Trustee (LA) kenneth.g.lau@usdoj.gov  
      Leslie M Klott    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bankruptcy@zievelaw.com  
      Leslie M Klott    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee on  behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset  Backe bankruptcy@zievelaw.com  
      Leslie M Klott    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed bankruptcy@zievelaw.com  
      Lindsey L Smith    on behalf of Interested Party    Courtesy NEF lls@lnbyb.com, lls@ecf.inforuptcy.com  
      Steven  Archer    on behalf of Creditor    Kiesel Law LLP and Wyatt Law Firm, LTD. archer@kiesel-law.com  
      United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
       TOTAL: 9

LAW OFFICES OF LES ZIEVE
Brian H. Tran, Esq. #255577
Leslie M. Klott, Esq. #279622
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone:      (714) 848-7920
Facsimile:  (714) 908-7807
Email:      bankruptcy@zievelaw.com

**FILED & ENTERED**

**DEC 29 2015**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum        DEPUTY CLERK**

Attorneys for Secured Creditor, HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen Loan Servicing, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Leonarda Guadalupe Aguilar,<br><br>　　　　　　Debtor. | Case No.: 2:15-bk-16443-RN<br><br>Chapter: 11<br><br>**ORDER GRANTING STIPULATION BY AND BETWEEN SECURED CREDITOR AND DEBTOR TO RESOLVE PLAN TREATMENT OF SECURED CREDITOR'S CLAIM**<br><br>**Confirmation Hearing:**<br>Date:   Not yet set<br>Time:  Not yet set<br>Place:  Courtroom 1645<br>　　　　U.S. Bankruptcy Court<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA 90012 |

///

///

///

1

The Court, having considered the Stipulation by and between HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen Loan Servicing, LLC ("Secured Creditor"), and Leonarda Guadalupe Aguilar ("Debtor") to Resolve Plan Treatment of Secured Creditor's Claim ("Stipulation") executed by the parties and filed on December 21, 2015 as docket no. 69, the Court hereby makes its Order as follows:

**IT IS ORDERED** that the Stipulation is approved.

###

Date: December 29, 2015

Richard M. Neiter
United States Bankruptcy Judge

2