Jeffrey S. Shinbrot, Esquire (SBN 155486)
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax: (310) 878-8304
Attorneys for Debtor and Debtor-in-Possession
Leonarda Guadalupe Aguilar



**FILED & ENTERED**

**FEB 01 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kdm      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No.: 2:15-bk-16443-RN |
| LEONARDA GUADALUPE AGUILAR | Chapter 11 |
| Chapter 11 Debtor and Debtor-in-possession. | **ORDER SETTING DEADLINE FOR FILING PLAN AND DISCLOSURE STATEMENT AND CONTINUING STATUS CONFERENCE**<br><br>DATE/TIME/PLACE<br><br>Date: January 14, 2016<br>Time: 2:00 p.m.<br>Place: Courtroom 1645<br>255 E. Temple Street<br>Los Angeles, CA |

The Status Conference on the chapter 11 case of LEONARDA GUADALUPE AGUILAR came regularly for hearing, appearances were made as noted on the record, the Honorable RICHARD NEITER, United States Bankruptcy Judge, presiding. The Court having considered the status conference report and statements of counsel hereby Orders as follows:

1. The deadline for the Debtor to file her First Amended Disclosure Statement and First Amended Plan shall be February 10, 2016.

2. A continued status conference shall be held at 10:30 a.m., on February 18, 2016, in the Courtroom captioned above.

**IT IS SO ORDERED**.

*****

Date: February 1, 2016

Richard M. Neiter
United States Bankruptcy Judge

-2-