Jeffrey S. Shinbrot, Esquire (SBN 155486)
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax: (310) 878-8304
Attorneys for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR<br><br>Chapter 11 Debtor and Debtor-in-possession. | Bankruptcy Case No. 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON APPROVAL OF FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING FIRST AMENDED CHAPTER 11 PLAN**<br><br>*DATE/TIME/PLACE*<br><br>Date: March 31, 2016<br>Time: 2:00 p.m.<br>Place: Courtroom 1645<br>        255 East Temple Street<br>        Los Angeles, CA |

**TO ALL CREDITORS OF LEONARDA GUADALUPE AGUILAR, THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Leonarda Guadalupe Aguilar, the debtor and debtor-in-possession in the above captioned case (the "Debtor") has filed its First Amended Disclosure Statement Describing Debtor's First Amended Chapter 11 Plan (Dated February 10, 2016, hereinafter, the "Disclosure Statement"), with the Bankruptcy Court.

A hearing has been scheduled on March 31, 2016, at 2:00 p.m., before the United States Bankruptcy Court for the Central District of California, Los Angeles, Division, in the Courtroom 1645, located at 255 East Temple Street, Los Angeles, California 90012, to consider the

adequacy of the information contained in the Disclosure Statement and to consider any other matter that may properly come before the Court at that time. Section 1125(b) of the United States Bankruptcy Code prohibits the solicitation of an acceptance or rejection of a plan prior to the distribution to creditors and interest holders of a Court-approved disclosure statement.

Pursuant to Federal Rule of Bankruptcy Procedure 3017(a)(i) a copy of the Disclosure Statement is being mailed to the Office of the United States Trustee, the Securities and Exchange Commission, and parties that have filed request for special notice, and (ii) Debtor will serve the Disclosure Statement upon parties who request copies in writing. Any written request should be directed to Debtor's counsel at the address indicated in the upper left-hand corner of page one of this Notice. The Disclosure Statement is also available for inspection at the Clerk's Office, 255 East Temple Street, Los Angeles, California 90012.

Pursuant to Federal Rule of Bankruptcy Procedure 3017(a) and Local Bankruptcy Rule 3017-1, any objections to the Disclosure Statement shall be in writing, filed with the Court and served upon the following parties on or before March 17, 2016: (i) the Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017, Attn: Kenneth G Lau, Esquire; (ii) counsel to Debtor, Jeffrey S. Shinbrot, APLC, 8200 Wilshire Blvd., Suite 400, Beverly Hills, CA 90211, Attn: Jeffrey S. Shinbrot, Esquire. Any objections not so filed and served may be deemed waived by the Court.

Respectfully submitted, this 23rd day of February, 2016.

JEFFREY S. SHINBROT, APLC

_____
Jeffrey S. Shinbrot, Esquire
Attorney for Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON APPROVAL OF FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING FIRST AMENDED CHAPTER 11 PLAN:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X  1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/23/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:]

- Steven Archer    archer@kiesel-law.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**X  2. SERVED BY UNITED STATES MAIL**: On (*date*) 2/23/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

☒ Service information continued on attached page

**X  3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 2/23/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/23/2016 | Sandra Rodriguez | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    F 9013-3.1.PROOF.SERVICE

**DEBTOR**

Leonarda Guadalupe Aguilar
241 Redondo Avenue # 6
Long Beach, CA 90803-5924

**CREDITORS**

Wells Fargo Bank, NA
MAC D3347-014
3476 Statview Blvd.
Fort Mill, SC 29715

The Mortgage Store Financial Inc.
707 Wilshire Blvd.
Los Angeles, CA 90017-3501

Bank of America, NA
100 North Tryon Street
Charlotte, NC 28202

Cach, LLC
1101 Capital Of Texas Hwy., Bldg. K #150
Austin, TX 78746

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Capital One Bank
C/O Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Marshack Medical MSO
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA 90211

Asset Acceptance, LLC
PO Box 2036
Warren, MI 48090

WFNNB-The Avenue
P.O. Box 659584
San Antonio, TX 78265

Progressive Management Systems
1521 W. Cameron Avenue Fl. 1
West Covina, CA 91790

Pacific Gas & Electricity
P.O. Box 11265
New York, NY 10286

Credit Protection Association
PO Box 7813
Baldwin Park, CA 91706-3000

Jilbert Tahmazain, Esquire
1518 W. Glenoaks Blvd.
Glendale, CA 91201

Edelmira Estrada
c/o Miguel Estrada
13794 Borden Avenue
Sylmar, CA 91342-1358

Mervyn's
Retailer National Bank
PO Box 960013
Orlando, FL 32896-0013

HSBC Bank USA, N.A., as Trustee on behalf
Law Offices of Les Zieve
30 Corporate Park, Suite 450
Irvine, CA 92606-3401

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 51178
Los Angeles, CA  90051-5478

Grant & Weber
26575 West Agoura Road
Calabasas, CA  91302-1958

Herbert P. Sears Collection Agency
PO Box 1231
Bakersfield, CA  93302-1231

Midland Credit Management, Inc.
PO Box 2036
Warren, MI 48090-2036

Ocwen Loan Servicing, LLC
Law Offices of Les Zieve
30 Corporate Park, Suite 450
Irvine, CA  92606-3401

Cain and Weiner
21210 Erwin Street
Woodland Hills, CA  91367-3714

Edelmira Estrada
c/o Kiesel Law LLP
8648 Wilshire Blvd.,
Beverly Hills, CA  90211-2910

U.S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower St.,# 900
Los Angeles, CA  90071-9591

Franchise Tax Board
c/o General Counsel Section
PO Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

Financial Credit Netwo
1300 W. Maint
Visalia, CA 93291-5825

HSBC Bank USA, N.A. as trustee
c/o Ocwen Loan Servicing, LLC
Attn.: Cashiering Department
1661 Worthington Road, Suite 100
West Palm Beach, FL  33409-6493

Midland Funding, LLC
By American Info Source LP As Agent
PO Box 4457
Houston, TX  77210-4457

Paula A. Wyatt, Esquire
Wyatt Law Firm, LTD.
70 NE Loop 410, Suite 725
San Antonio, TX  78216-5843

So California Edison Company
2131 Walnut Grove Avenue
Rosemead, CA  91770-3769

Tsi/980
2920 Prospect Park
Rancho Cordova, CA 95670-6036

Vicente M. Aguilar
10487 Laurel Canyon Blvd.
Pacoima, CA  91331-3660

Western Progressive, LLC
Northpark Town Center
1000 Abernathy Rd NE, Bld. 400
Atlanta, GA  30328—5614