UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| Leonarda Guadalupe Aguilar | Case Number: 2:15-bk-16443-RN |
| | Operating Report Number: 11 |
| Debtor(s). | For the Month Ending: 29-Feb-16 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 26,118.07

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 24,136.90

3. BEGINNING BALANCE: — 5,486.07

4. RECEIPTS DURING CURRENT PERIOD: — 5,518.75

5. BALANCE: — 11,004.82

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD — 3,202.31

7. ENDING BALANCE: — 7,802.51

8. General Account Number(s):      xxx0071

Depository Name & Location:
Farmers & Merchants Bank
4827 E. Second Street
Long Beach, CA 90803

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

Account Number xxx 71

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 3/2/2016 | | Wells Fargo Morgtage | mortgage payment | 1,729.53 |
| 3/4/2016 | | Farmers & Merchang | Service charge | 8.30 |
| 2/22/2016 | 1099 | U.S.Trustee | quarterly fees | 649.88 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Page 2 of 8 | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 2,387.71 |

TOTAL DISBURSEMENTS FROM RRENT PERIOD

Account Number xxx 926

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2/29/2016 | | Farmers & Merchant | Service charge | 7.60 |
| 2/1/2015 | | Leonarda Aguilar | Rent | 600.00 |
| 2/16/2016 | | Cash | groceries | 200.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL DISBURSEMENTS THIS PERIOD: | 807.60

# TOTAL DISBURSEMENTS FROM CHECKING ACCOUNT FOR CURRENT PERIOD

Account Number xxx 918

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2/29/2016 | | Farmers & Merchang | Service charge | 7.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 7.00 |
|---|---|---|---|---|

GENERAL ACCOUNT

## BANK RECONCILIATION
acct: xxx-0071

| Bank statement Date: | 3/4/2016 | Balance on Statement: | $195.06 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Ocwen Loan Servicing | monthly | 8169.27 | | 97,105.44 |
| Wells Fargo | monthly | 1711.55 | 5 | 11,526.90 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 108,632.34 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers Insurance | 300000.00 | 4/17/2016 | 4/17/2016 |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | Mercury | 15000.00 | 4/12/2016 | 10/12/2015 |
| Others: | California Fair Plan | 1000000.00 | 5/7/2016 | 5/7/2016 |
| | | | | |

I.D SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of of montly account statements for each of the below)*

|  |  |  |
|---|---|---:|
| | General Account xxxx-0071: | 207.35 |
| | Payroll Account: | |
| | Tax Account: | |
| *Other Accounts: | xxx0926 | 3,234.51 |
| | xxx0918 | 4,360.65 |
| *Other Monies: | | |
| | **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                                7,802.51

## Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                                      0.00

VI. UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| second quarter | 25.95 | 325.00 | 8-Aug-2015 | 325.00 | 0.00 |
| third quarter | | 325.12 | 2-Dec-2015 | 325.12 | 0.00 |
| forth quarter | | 649.88 | 22-Feb-2016 | 649.88 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## XI. QUESTIONNAIRE

|   |   | No | Yes |
|---|---|----|-----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | x | |

_____

|   |   | No | Yes |
|---|---|----|-----|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | x | |

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization Disclosure hearing has been set for March 31, 2016.

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|   |   | No | Yes |
|---|---|----|-----|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | x | |

_____

I,  Leonarda Guadalupe Aguilar
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_03-16-16_
Date

Page 8 of 8

Principal for debtor-in-possession

Account No.                    8430071
Enclosures                           1

Leonarda G D Aguilar
D I P Case No 2:15-bk-16443-RN
241 Redondo Ave. #6
Long Beach CA 90803

Check out our great
Home Loan rates.

fmb.com/homeloans

Account Title: Leonarda G D Aguilar
D I P Case No 2:15-bk-16443-RN

Get a jump on tax season.
Fund your IRA today.
Contact your local F&M office.

| | | | |
|---|---|---|---|
| Bankruptcy Trustee | | Number of Enclosures | 1 |
| Account Number | ....71 | Statement Dates 2/05/16 thru 3/06/16 | |
| Beginning Balance | 195.06 | Days in the statement period | 31 |
| 3 Deposits/Credits | 2,400.00 | Average Ledger | 803.25 |
| 2 Checks/Debits | 2,379.41 | | |
| Service Charge | 8.30 | | |
| Interest Paid | .00 | | |
| Ending Balance | 207.35 | | |

### Service Charge Detail

| Description | Amount |
|---|---|
| Minimum Balance Fee | 8.00 |
| Per Check / Withdrawal Fee | .30 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 2/16 | Deposit | 500.00 |
| 2/22 | Deposit | 700.00 |
| 2/22 | Deposit | 1,200.00 |

### Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 3/02 | WF HOME MTG   AUTO PAY   091000013254963 W952318940 PPD | 1,729.53- |
| 3/04 | Service Charge | 8.30- |





Questions? Call us: (866) 437-0011
NMLS#537388  Member FDIC   fmb.com   PAGE 1 of 3



Page

ACCOUNT No.                                 071
Enclosures                                    1

Bankruptcy Trustee                          0071   (Continued)

--- CHECKS IN NUMBER ORDER ---

Date    Check No    Amount
2/22    1099        649.88
* Denotes missing check numbers

Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/05 | 195.06  | 2/22 | 1,945.18 | 3/04 | 207.35 |
| 2/16 | 695.06  | 3/02 | 215.65  |      |         |

* * * * End of Statement * * * *

Thank you for banking with Farmers & Merchants Bank.

# 1099   $548.68   Posted Date   2/22/2016

 **Farmers & Merchants Bank**®
*California's Strongest, since 1907.*

Date  2/29/16          Page      1
Account No.
Enclosures                      2

Leonarda G D Aguilar
D I P Cas No 2:15-bk-16443-RN
241 Redondo Ave. #6
Long Beach CA 90803

**California's Strongest,
since 1907.**

**Deposit more today.**

Account Title: Leonarda G D Aguilar
              D I P Cas No 2:15-bk-16443-RN

Get a jump on tax season.
Fund your IRA today.
Contact your local F&M office.

| | | | |
|---|---|---|---|
| Bankruptcy Trustee | | Number of Enclosures | 2 |
| Account Number | 926 | Statement Dates 2/01/16 thru 2/29/16 | |
| Beginning Balance | 2,723.36 | Days in the statement period | 29 |
| 2 Deposits/Credits | 1,318.75 | Average Ledger | 2,604.40 |
| 2 Checks/Debits | 800.00 | | |
| Service Charge | 7.60 | | |
| Interest Paid | .00 | | |
| Ending Balance | 3,234.51 | | |

### Service Charge Detail

| Description | Amount |
|---|---|
| Minimum Balance Fee | 7.00 |
| Per Check / Withdrawal Fee | .60 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 2/16 | Deposit | 1,033.40 |
| 2/22 | Deposit | 285.35 |

### Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 2/29 | Service Charge | 7.60- |


Questions? Call us: (866) 437-0011
NMLS# 537388   Member FDIC | fmb.com   PAGE: 1 of 3





818 890 9456      P.03
MAR-15-2016   20:16      EDD-PACOIMA JS COT

```
                                    Date  2/29/16              Page    2
                                    Account No.                   0926
                                    Enclosures                        2
```

Bankruptcy Trustee                    926   (Continued)

### --- CHECKS IN NUMBER ORDER ---

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 2/01 |          | 600.00 | 2/16 |          | 200.00 |

* Denotes missing check numbers

### Checking Account Daily Balances

| Date | Balance  | Date | Balance  |
|------|----------|------|----------|
| 2/01 | 2,123.36 | 2/22 | 3,242.11 |
| 2/16 | 2,956.76 | 2/29 | 3,234.51 |

* * * *  End of Statement  * * * *

Thank you for banking with Farmers & Merchants Bank.

ACCOUNT: 0926          F&M Bank -- Image Statement



# 0   $600.00   Posted Date   2/1/2016



# 0   $200.00   Posted Date   2/16/2016



**F&M Farmers & Merchants Bank®**
*California's Strongest, since 1907.*

| | |
|---|---|
| Date  2/29/16 | Page      1 |
| Account No. | |
| Enclosures | ███████918 |

Leonarda G D Aguilar
D I P Case No 2:15-bk-16443-RN
241 Redondo Ave. #6
Long Beach CA 90803

**California's Strongest, since 1907.**

**Deposit more today.**

Account Title: Leonarda G D Aguilar
D I P Case No 2:15-bk-16443-RN

Get a jump on tax season.
Fund your IRA today.
Contact your local F&M office.

| | | | |
|---|---|---|---|
| Bankruptcy Trustee | | Number of Enclosures | 0 |
| Account Number | ███████18 | Statement Dates   2/01/16 thru  2/29/16 | |
| Beginning Balance | 2,567.65 | Days in the statement period | 29 |
| 1 Deposits/Credits | 1,800.00 | Average Ledger | 3,436.61 |
| Checks/Debits | .00 | | |
| Service Charge | 7.00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 4,360.65 | | |

### Service Charge Detail

| Description | Amount |
|---|---|
| Minimum Balance Fee | 7.00 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 2/16 | Deposit | 1,800.00 |

### Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 2/29 | Service Charge | 7.00- |

### Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 2/01 | 2,567.65 | 2/16 | 4,367.65 | 2/29 | 4,360.65 |



Questions? Call us: (866) 437-0011
NMLS # 537288   Member FDIC | fmb.com    PAGE: 1  of 2







Bankruptcy Trustee              8430918   (Continued)

\* \* \* \*  End of Statement  \* \* \* \*

Thank you for banking with Farmers & Merchants Bank.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (specify): **MONTHLY OPERATING REPORT NUMBER ELEVEN FOR THE MONTH ENDING FEBRUARY 29, 2016:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X  1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 3/18/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven Archer    archer@kiesel-law.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:** On (date) March 18, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**X  3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date)  3/18/2016  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Office of The United States Trustee (Via Attorney Service)
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/18/2016 | Sandra Rodriguez | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.