| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey S. Shinbrot, Esquire (155486)<br>JEFFREY S. SHINBROT, APLC<br>8200 Wilshire Blvd., Suite 400<br>Beverly Hills, CA 90211<br>(310)659-5444<br>(310)878-8304 Fax<br>jeffrey@shinbrotfirm.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Leonarda Guadalupe Aguilar | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LEONARDA GUADALUPE AGUILAR<br><br><br><br>Debtor(s) | CASE NO.: 2:15-bk-16443-RN<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*:<br>DEBTOR'S USE OF CASH COLLATERAL THROUGH JUNE 29, 2016 |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER APPROVING USE OF CASH COLLATERAL THROUGH JUNE 29, 2016:</u> was lodged on *(date)* <u>04/04/2016</u> and is attached. This order relates to the motion which is docket number <u>1</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.



**Bankruptcy LODGED ORDER UPLOAD FORM**

Monday, April 04, 2016

CONFIRMATION :

Your Lodged Order Info:

( **2275789.doc** )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: Leonarda Guadalupe Aguilar
- **Case Number**: 15-16443
- **Judge Initial**: RN
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 1
- **On Date**: 04/04/2016 @ 04:37 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

https://ecf-ciao.cacb.uscourts.gov/UploadOrders/Default.aspx?cmCookie=6081-6461-85375...    4/4/2016

JEFFREY S. SHINBROT, ESQ.
(SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304

Reorganization Counsel to Chapter 11 Debtor and
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR,<br>an individual<br><br>Chapter 11 Debtor and<br>Debtor-In-Possession. | Case No. 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**ORDER APPROVING USE OF CASH COLLATERAL THROUGH JUNE 29, 2016.**<br><br>Hearing Date/Time/Place<br><br>**Date:** March 31, 2016<br>**Time:** 2:00 p.m.<br>**Place:** Courtroom 1645<br>        255 E. Temple Street<br>        Los Angeles, California |

The hearing on chapter 11 Debtor Leonarda Guadalupe Aguilar's Motion for an Order Authorizing Use of Cash Collateral of Wells Fargo Bank ("Wells Fargo") and HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen Loan Servicing ("HSBC"), came regularly for hearing, appearances were made as noted on the record, the Honorable Richard M. Neiter, United States Bankruptcy Judge presiding. The Court having considered the Motion and no opposition to further use of cash collateral having been filed, hereby Orders as follows:

-1-    ORDER AUTHRORIZING USE OF
       CASH COLLATERAL

1. The Motion is granted and the Debtor is authorized use all cash and cash equivalents on the same terms and conditions as set forth in the Court's previous Order at docket number 48, through and including June 29, 2016.

2. A continued hearing on use of cash collateral and status hearing shall be held as follows:

   Date:  June 9, 2016
   Time:  2:00 p.m.
   Place: Courtroom 1645
          255 E. Temple Street
          Los Angeles, California

**IT IS SO ORDERED.**

#####

-2-    ORDER AUTHRORIZING USE OF CASH COLLATERAL

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 4/4/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven Archer    archer@kiesel-law.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) 4/4/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**X 3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 4/4/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/4/2016 | Sandra Rodriguez | /s/ signature |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT