JEFFREY S. SHINBROT, ESQ.
(SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304

Reorganization Counsel to Chapter 11 Debtor and Debtor-in-Possession

**FILED & ENTERED**

APR 07 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jones   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

In re

LEONARDA GUADALUPE AGUILAR,
an individual

    Chapter 11 Debtor and
    Debtor-In-Possession.

Case No. 2:15-bk-16443-RN

Chapter 11

**ORDER APPROVING USE OF CASH COLLATERAL THROUGH JUNE 29, 2016.**

Hearing Date/Time/Place

**Date:** March 31, 2016
**Time:** 2:00 p.m.
**Place:** Courtroom 1645
       255 E. Temple Street
       Los Angeles, California

    The hearing on chapter 11 Debtor Leonarda Guadalupe Aguilar's Motion for an Order Authorizing Use of Cash Collateral of Wells Fargo Bank ("Wells Fargo") and HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen Loan Servicing ("HSBC"), came regularly for hearing, appearances were made as noted on the record, the Honorable Richard M. Neiter, United States Bankruptcy Judge presiding.  The Court having considered the Motion, the representation of Debtor's counsel that Wells Fargo had no objection to the use of its cash collateral for 2 or 3

-1-    **ORDER AUTHRORIZING USE OF CASH COLLATERAL**

months to permit the Debtor to attempt to confirm its Plank and that no opposition to further use of cash collateral having been filed, the Debtor may use the cash collateral for operating its business as permitted in the Court's previous Orders at docket number 48, through and including June 29, 2016.

1. A continued hearing on use of cash collateral and status hearing shall be held as follows:

> Date:   June 9, 2016
> Time:   2:00 p.m.
> Place:  Courtroom 1645
>         255 E. Temple Street
>         Los Angeles, California

**IT IS SO ORDERED**.

#####

Date: April 7, 2016

Richard M. Neiter
United States Bankruptcy Judge