DECLARATION OF LEONARDA AGUILAR

# VI.

## SUPPORTING DECLARATIONS

### DECLARATION OF LEONARDA AGUILAR

I, LEONARDA AGUILAR, declare as follows:

I am the debtor in this action. As to the following facts I know them to be true of my own personal knowledge and if called upon to testify in this matter, I could and would do so as set forth herein.

1.   I have provided documents and information to my attorney, Jeffrey S. Shinbrot, and assisted in preparing the Disclosure Statement.

2.   I have reviewed the foregoing Disclosure Statement, and I believe that its contents are accurate and complete.

3.   I have returned from disability to my full time employment at the Employment Development Department and attach a true and accurate copy of most recent paystub indicating a net monthly income of approximately $1,750. Additionally, as set forth in the annexed declaration of my brother Vicente Aguilar, he resides at the Sylmar property and will contribute $5,000.00 per month as rent. My cash flow therefore is sufficient to the fund the Plan as follows:

| | |
|---|---|
| Net Income from Earnings | $1,750.00 |
| Rent Contributions from Vicente Aguilar | $5,000.00 |
| Plan Payments | ($4,704.00) |
| Electricity/Gas | ($40.00) |
| Food | ($350.00) |
| Phone | ($170.00) |
| Rent | ($450.00) |
| Transportation | ($200.00) |
| Vehicle Insurance | ($150.00) |
| Total expenses | ($6,104.00) |

First Second Amended Disclosure Statement Describing Second Amended Chapter 11 Plan

| NET CASH FLOW | $646.00 |
|---------------|---------|

1

2        I declare under penalty under the laws of the United States of America that the foregoing is

3    true and correct.

4

5                                                              Leonarda Aguilar

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

First Second Amended Disclosure Statement Describing Second Amended Chapter 11 Plan

DECLARATION OF VICENTE D. AGUILAR

2016-04-08 08:41        CP WORKSOURCE        0000000 >>        Shinbrot Firm  P 2/2

# DECLARATION OF VICENTE D. AGUILAR

I, VICENTE D. AGUILAR declare as follows:

1.      As to the following facts, I know them to be true of my own personal knowledge and if called upon to testify in the matter, I could and would do so as set forth herein.

2.      I am employed by the Department of Water and Power and annexed hereto are true and accurate copies of my paystubs for a four week period, as indicated therein, my net pay is in excess of $6,680.00.00.

3.      I reside at 13781 Eldridge Avenue, Sylmar, California ("Sylmar Property") described in the above Disclosure Statement, and I have agreed to pay $5,000.00 to my sister LEONARDA AGUILAR as rent for my occupancy of the Sylmar Property during the life of her chapter 11 plan.

4.      I acknowledge that this agreement imposes liability in the amounts described under the Plan and I have sought independent legal counsel in connection therewith.

I declare under penalty under the laws of the United States of America that the foregoing is true and correct.

*Vicente D. Aguilar*

Vicente D. Aguilar

---

28

First Second Amended Disclosure Statement Describing Second Amended Chapter 11 Plan

EXHIBIT A

1

## EXHIBIT A – LIST OF ALL ASSETS

2

- Farm land located at 13781 Eldridge Avenue, Sylmar, CA 91342 – liens exceed value
- Minimal personal property assets all subject to exemptions. See scheduled B annexed hereto.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT B**

# APPRAISAL OF REAL PROPERTY



**LOCATED AT**

13781 Eldridge Ave
Sylmar, CA 91342
Book 1, Page 605, Block 16

**FOR**

Leonarda Aguilar c/o Jeffrey Shinbrot, Esq

**OPINION OF VALUE**

$ 850,000

**AS OF**

November 1, 2015

**BY**

Elizabeth Eyerman, CGREA

| Owner | Leonarda G. Aguilar | | | File No. Aguilar | |
|---|---|---|---|---|---|
| Property Address | 13781 Eldridge Ave | | | | |
| City | Sylmar | County Los Angeles | | State CA | Zip Code 91342 |
| Client | Leonarda Aguilar c/o Jeffrey Shinbrot, Esq | | | | |

## TABLE OF CONTENTS

Cover Page ........................................................................................................................................... 1
USPAP Identification ........................................................................................................................... 2
Statement of Limiting Conditions ....................................................................................................... 3
URAR – 6/93 ....................................................................................................................................... 5
Additional Comparables 4-6 ............................................................................................................... 7
Comparable Sales Map ........................................................................................................................ 8
13781 Eldridge - Subject Plat Map ..................................................................................................... 9
Subject Photos ..................................................................................................................................... 10
Comparable Photos 1-3 ....................................................................................................................... 11
Comparable Photos 4-6 ....................................................................................................................... 12
Description Addendum ......................................................................................................................... 13
Additional Underlying Assumptions ................................................................................................... 15
Appraiser's Qualifications .................................................................................................................... 17

| Owner | Leonarda G. Aguilar | | | File No. Aguilar | |
|---|---|---|---|---|---|
| Property Address | 13781 Eldridge Ave | | | | |
| City | Sylmar | County Los Angeles | | State CA | Zip Code 91342 |
| Client | Leonarda Aguilar c/o Jeffrey Shinbrot, Esq | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

**This Report is one of the following types:**

☒ Appraisal Report    (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Appraisal Report    (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
— The statements of fact contained in this report are true and correct.
— The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
— Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
— I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person signing this certification.
**Electronic Signature** If the appraisal report was prepared in Electronic Data Interchange (EDI) format, the report can be transported electronically by EDI or PDF procedures. The appraiser's signature that is placed on the appropriate pages of the appraisal report and those pages requiring signature, complies with the Federal and State laws and is a true representation of the appraiser's signature that conducted and signed the appraisal report. A complete appraisal with photographs and addenda, etc was sent and it is assumed that the intended recipient(s) received the complete appraisal.

### Reasonable Exposure Time    (USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)
**My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:**    Approximately 60 days at a listing price of $850,000 to $900,000.

### Comments on Appraisal and Report Identification
Note any USPAP-related issues requiring disclosure and any state mandated requirements:
    The scope of the information includes the gathering and analysis of pertinent market data to assist in the conclusion of value for the subject property. Information is obtained through such sources as real estate brokers and agents (MLS), public records (ie, title companies, assessor's office), data collection and reporting services (ie, Corelogic, NDC, CoStar), developers, investors and the client.

    This appraisal report is prepared for the sole and exclusive use of the client/intended user, identified within this report as the party or parties who engaged the appraiser in this specific assignment. The intended use is to determine market value for asset evaluation/possible bankruptcy purposes as of the appraisal date, subject to scope of work, purpose of appraisal, reporting requirements of the appraisal report form and definition of market value. No other use is authorized.

    The property is appraised as though free of liens and encumbrances, in responsible ownership and under competent and aggressive management.

    Neither a building inspection or termite report was available for review. The appraiser is not a building inspector. The report should not be relied upon to disclose any conditions present in or in proximity to the subject property. The appraisal report does not guarantee that the property is free of any type of defect or environmental influence.

    The appraisal date is November 1, 2015. Subject photos were taken at inspection date of November 1, 2015.

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: | Signature: |
| Name: Elizabeth Evermon | Name: |
| State Certification #: AG 010339 | State Certification #: |
| or State License #: | or State License #: |
| State: CA    Expiration Date of Certification or License: 12/14/16 | State:    Expiration Date of Certification or License: |
| Date of Signature and Report: November 6, 2015 | Date of Signature: |
| Effective Date of Appraisal: November 1, 2015 | |
| Inspection of Subject: ☐ None ☐ Interior and Exterior ☒ Exterior-Only | Inspection of Subject: ☐ None ☐ Interior and Exterior ☐ Exterior-Only |
| Date of Inspection (if applicable): November 1, 2015 | Date of Inspection (if applicable): |

13781 Eldridge
File No. Aguilar

**DEFINITION OF MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.  (Source: FDIC Interagency Appraisal and Evaluation Guidelines, October 27, 1994.)

> * Adjustments to the comparables must be made for special or creative financing or sales concessions.  No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions.  Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction.  Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:**  The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1.  The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it.  The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title.  The property is valued on the basis of it being under responsible ownership.

2.  Any sketch provided in the appraisal report may show approximate dimensions of the improvements and is included only to assist the reader of the report in visualizing the property.  The appraiser has made no survey of the property.

3.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4.  Any distribution of valuation between land and improvements in the report applies only under the existing program of utilization. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

5.  The appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous waste, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  This appraisal report must not be considered an environmental assessment of the subject property.

6.  The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

7.  The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

8.  The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

9.  The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent.  The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

10.  The appraiser is not an employee of the company or individual(s) ordering this report and compensation is not contingent upon the reporting of a predetermined value or direction of value or upon an action or event resulting from the analysis, opinions, conclusions, or the use of this report.  This assignment is not based on a required minimum, specific valuation, or the approval of a loan.

11.  The effective date of the appraisal is November 1, 2015. The inspection was November 1, 2015, exterior inspection only.  The owner has provided a description of the interior of the improvements.  The appraiser has assumed the property was in average condition/quality at appraisal date and has based her conclusions on this information.  Should this information be shown to be incorrect, the values stated within this report may be different.

Form ACR2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Page #4

13781 Eldridge
File No. Aguilar

**CERTIFICATION:**   The appraiser certifies and agrees that:

1.   The statements of fact contained in this report are true and correct.

2.   The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial and unbiased professional analyses, opinions, and conclusions.

3.   Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest interest with respect to the parties involved.

4.   Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

5.   I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.

6.   My engagement in this assignment was not contingent upon developing or reporting predetermined results.

7.   My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

8.   My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

9.   Unless otherwise indicated, I have made a personal inspection of the interior and exterior areas of the property that is the subject of this report, and the exteriors of all properties listed as comparables.

10.   Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**ADDRESS OF PROPERTY ANALYZED:**    13781 Eldridge Ave, Sylmar, CA 91342

| **APPRAISER:** | **SUPERVISORY or CO-APPRAISER (if applicable):** |
|---|---|
| Signature: | Signature: |
| Name:   Elizabeth Everman | Name: |
| Designation:   Certified General Real Estate Appraiser | Designation: |
| State Certification #:   AG 010339 | State Certification #: |
| or State License #: | or State License #: |
| State:  CA   Expiration Date of Certification or License:   12/14/16 | State:   Expiration Date of Certification or License: |
| Date Signed:   November 6, 2015 | Date Signed: |
| | ☐ Did   ☐ Did Not  Inspect Property |

Page 2 of 2

Elizabeth Eyerman Appraisal Service                                          Page #5

13781 Eldridge

**UNIFORM RESIDENTIAL APPRAISAL REPORT**   File No. Aguilar

| Property Description | | | | |
|---|---|---|---|---|
| Property Address 13781 Eldridge Ave | | City Sylmar | State CA | Zip Code 91342 |
| Legal Description Book 1, Page 605, Block 16 | | | County Los Angeles | |
| Assessor's Parcel No. 2503-010-029 | | Tax Year 2015 | R.E. Taxes $ 12,718.26 | Special Assessments $ |
| Borrower No Borrower | Current Owner Leonarda G. Aguilar | | Occupant: ☒ Owner ☐ Tenant ☐ Vacant | |
| Property rights appraised ☒ Fee Simple ☐ Leasehold | Project Type ☐ PUD ☐ Condominium (HUD/VA only) | | HOA $ | /Mo. |
| Neighborhood or Project Name Sylmar | | Map Reference 482/C2 | Census Tract 1060.20 | |
| Sale Price $ N/A | Date of Sale N/A | Description & amount of loan charges/concessions to be paid by seller N/A | | |
| Lender/Client Leonarda Aguilar c/o Jeffrey Shinbrot, Esq | Address 13781 Eldridge Avenue, Sylmar, CA 91342 | | | |
| Appraiser Elizabeth Eyerman | Address 12203 Texas Avenue, Los Angeles, CA 90025 | | | |

| Location | ☐ Urban ☒ Suburban ☒ Rural | Predominant occupancy | Single family housing | Present land use % | Land use change |
|---|---|---|---|---|---|
| Built up | ☐ Over 75% ☒ 25-75% ☒ Under 25% | | PRICE $(000) / AGE (yrs) | One family 85 | ☒ Not likely ☐ Likely |
| Growth rate | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | 325 Low 1 | 2-4 family 5 | ☐ In process |
| Property values | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 950 High 90 | Multi-family | To: |
| Demand/supply | ☐ Shortage ☒ In balance ☐ Over supply | ☒ Vacant (0-5%) | Predominant | Commercial | |
| Marketing time | ☒ Under 3 mos. ☐ 3-6 mos. ☐ Over 6 mos. | ☐ Vacant (over 5%) | 495 45 | Vacant 10 | Trails |

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

Neighborhood boundaries and characteristics: Apx San Fernando Rd to SW; Olive View Dr to N; Hubbard St to SE;  Well-established low density
single family neighborhood built-up in the early to mid-1900s. Equestrian trails are prevalent throughout the area.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.):
Average North San Fernando Valley location with good proximity to educational, recreational, shopping & employment throughout the San
Fernando Valley. Access to freeways which connect to communities and cities throughout the southland is good.  Properties in subject area
appeal to all sectors of the Southern California economy.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time
-- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.):
Prices are rising as economy improves and supply of existing homes for sale is low. While interest rates remain low, financing has tightened for
borrowers with low equity.  Short sales/foreclosures are not common in the area. No concessions/buydowns noted.  Marketing time & time on
market estimated at under 3 months for competively priced properties sold to well-qualified buyers.

| Project Information for PUDs (if applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)? | ☐ Yes ☐ No |
|---|---|
| Approximate total number of units in the subject project _____ | Approximate total number of units for sale in the subject project _____ |

Describe common elements and recreational facilities:

| Dimensions 172 x 619.56 apx | | Topography | Level |
|---|---|---|---|
| Site area 106,564 | Corner Lot ☐ Yes ☒ No | Size | Larger than typical |
| Specific zoning classification and description LAA1-1K, Very low II residential; Equine keeping | | Shape | Rectangle |
| Zoning compliance ☒ Legal ☒ Legal nonconforming (Grandfathered use) ☐ Illegal ☐ No zoning | | Drainage | Appears adequate |
| Highest & best use as improved: ☒ Present use ☐ Other use (explain) | | View | None |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Street | Asphalt | ☒ | ☐ | Landscaping | Average |
| Gas | ☒ | | Curb/gutter | Concrete | ☒ | ☐ | Driveway Surface | Asphalt |
| Water | ☒ | | Sidewalk | Concrete | ☒ | ☐ | Apparent easements | Typical Utility |
| Sanitary sewer | ☒ | | Street lights | Standard | ☒ | ☐ | FEMA Special Flood Hazard Area | ☐ Yes ☒ No |
| Storm sewer | ☒ | | Alley | No | ☒ | ☐ | FEMA Zone X | Map Date 09/26/2008 |
| | | | | | | | FEMA Map No. 06037C1075F | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.):    Subject was
originally constructed in 1953 as a single family residence to codes existing at that time.

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | One | Foundation | Concrete | Slab | Yes | Area Sq. Ft. N/A | | Roof | ☐ |
| No. of Stories | One | Exterior Walls | Wood/Stucco | Crawl Space | No | % Finished | | Ceiling | ☐ |
| Type (Det./Att.) | Detached | Roof Surface | Comp/Tile | Basement | No | Ceiling | | Walls | ☐ |
| Design (Style) | Ranch | Gutters & Dwnspts. | Yes | Sump Pump | No | Walls | | Floor | ☐ |
| Existing/Proposed | Existing | Window Type | Various | Dampness | None reported | Floor | | None | ☐ |
| Age (Yrs.) | 1953 | Storm/Screens | Yes | Settlement | None reported | Outside Entry | | Unknown | ☒ |
| Effective Age (Yrs.) | 25 yrs | Manufactured House | No | Infestation | None reported | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | N/A |
| Level 1 | | 1 | 1 | 1 | | | | 3 | 3 | X | | 3,301 |
| Level 2 | | | | | | | | | | | | |
| Level 3 | | | | | | | | | | | | |

Finished area above grade contains:        6 Rooms;         3 Bedroom(s)         3 Bath(s);          3,301 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | HW, Tile, Carpet | Type | Central | Refrigerator | ☒ | None | ☒ | Fireplace(s) # 1 | ☒ | None | ☐ |
| Walls | Plaster/Drywall | Fuel | Gas | Range/Oven | ☒ | Stairs | ☐ | Patio | ☒ | Garage | # of cars |
| Trim/Finish | Wood | Condition | Avg | Disposal | ☒ | Drop Stair | ☐ | Deck | ☒ | Attached | 2 cars |
| Bath Floor | Ceramic Tile | COOLING | | Dishwasher | ☒ | Scuttle | ☐ | Porch | ☒ | Detached | |
| Bath Wainscot | Ceramic Tile | Central | Yes | Fan/Hood | ☒ | Floor | ☐ | Fence | ☒ | Built-In | |
| Doors | Wood | Other | | Microwave | ☒ | Heated | ☐ | Pool | ☒ | Carport | 2 cars |
| Average/Average | | Condition | Avg | Washer/Dryer | ☒ | Finished | ☐ | | | Driveway | 6 cars |

Additional features (special energy efficient items, etc.):        None

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.:        Improvements
were originally built in 1953 of average quality and have been maintained in average condition with minimal upgrades throughout the years.  At appraisal date,
improvements are estimated to be of average quality/condition. Based on an estimated life of 65 years & an effective age of 25 years, depreciation is calculated at
38.46%. See Attached Description Addendum.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the
immediate vicinity of the subject property.:    Sylmar is located within an earthquake fault zone. The appraiser is not an expert in this field and refers
the client to environmental/geological specialists if further information is required.  No warranties are given or implied.

Freddie Mac Form 70 6/93                                                                 PAGE 1 OF 2                                                    Fannie Mae Form 1004 6/93

Page #6

13781 Eldridge

## UNIFORM RESIDENTIAL APPRAISAL REPORT     File No. Aguilar

**Valuation Section**

| | | |
|---|---|---|
| ESTIMATED SITE VALUE .... $ 5.75 sf X 106,564 sf ................ = $ | 612,743 | Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the subject ..... Cost for the subject was estimated through Marshall and Swift Valuation Services, discussions with builders in the area & the appraiser's cost files on similar quality/age homes. |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | | |
| Dwelling    3,301 Sq. Ft. @$ 123.41 = $ 407,376 | | |
| Sq. Ft. @$ = | | |
| Additional Features | 15,000 | |
| Garage/Carport 360 Sq. Ft. @$ 25.00 = | 9,000 | |
| Total Estimated Cost New .................... = $ | 431,376 | Site value estimated from market sales/extraction. Land to building ratio typical in area for older properties on larger lots. |
| Less    Physical    Functional    External | | |
| Depreciation 165,907 = $ | 165,907 | |
| Depreciated Value of Improvements ................ = $ | 265,469 | |
| "As-Is" Value of Site Improvements ................ = $ | | |
| INDICATED VALUE BY COST APPROACH ................ = $ | 878,212 | |

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| | 3781 Eldridge Avenue | 13337 Herrick Avenue | | 13801 Gladstone Avenue | | 13734 Polk Street | |
| Address | 2503-010-029 TG 482/C2 | 2501-010-002 TG 481/H3 | | 2504-008-006 TG 482/A2 | | 2503-010-033 TG 482/B2 | |
| Proximity to Subject | | 2.05 miles W | | 0.77 miles W | | 0.07 miles W | |
| Sales Price | $ N/A | $ | 800,000 | $ | 795,000 | $ | 820,000 |
| Price/Gross Living Area | $ | $ 427.12 ⊡ | | $ 625.00 ⊡ | | $ 248.48 ⊡ | |
| Data and/or | Inspection/PR | PR/MLS: SR15107048 | | PR/MLS: 315002095 | | PR/MLS: SR14217145 | |
| Verification Source | Owner | Doc. No. 989182 | | Doc. No. 675228 | | Doc. No. 109282 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing | | 26% Dn, Conv | 0 | 47% Dn, Conv | 0 | 24% Dn, Conv | 0 |
| Concessions | | None | | None | | None | |
| Date of Sale/Time | | 6/26/15 | 0 | 5/26/15 | 0 | 12/2/14 | 0 |
| Location | Average | Similar | 0 | Similar | 0 | Similar | 0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0 | Fee Simple | 0 | Fee Simple | 0 |
| Site | 106,564 sf | 108,216 sf | 0 | 63,851 sf | +64,070 | 34,859 sf | +107,558 |
| View | None | Similar | 0 | Similar | 0 | Similar | 0 |
| Design and Appeal | Ranch | Ranch | 0 | Ranch | 0 | Ranch | 0 |
| Quality of Construction | Average | Similar | 0 | Superior | −25,000 | Superior | −50,000 |
| Age | 1953 | 1953 | 0 | 1948 | 0 | 1937 | 0 |
| Condition | Average | Similar | 0 | Superior | −25,000 | Superior | −25,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6    3    3 | 7    3    2 | +5,000 | 4    2    2 | +5,000 | 6    3    4 | −5,000 |
| Gross Living Area | 3,301 Sq. Ft. | 1,873 Sq. Ft. | +49,980 | 1,272 Sq. Ft. | +71,015 | 3,300 Sq. Ft. | 0 |
| Basement & Finished | N/A | Listed $850K | | Listed $859K | | Listed $950K | |
| Rooms Below Grade | | DOM 7 −5.9% | | DOM 59 −7.5% | | DOM 106 −13.7% | |
| Functional Utility | Average | Similar | 0 | Similar | 0 | Similar | 0 |
| Heating/Cooling | Central HVAC | Central HVAC | 0 | Central furnace | +5,000 | Central HVAC | 0 |
| Energy Efficient Items | None | None | 0 | None | 0 | None | 0 |
| Garage/Carport | 2 garage | 2 garage | 0 | 2 garage | 0 | 4 garage | −10,000 |
| Porch, Patio, Deck, Fireplace(s), etc. | 1 FP | 1 FP | 0 | 1 FP | 0 | 1 FP | 0 |
| Fence, Pool, etc. | Pool | Inferior | +10,000 | Pool | 0 | Pool | 0 |
| Additional features | None | Similar | 0 | 8 Horse barns | −35,000 | See Comments | 0 |
| Net Adj. (total) | | ☒ + ☐ − $ | 64,980 | ☒ + ☐ − $ | 60,085 | ☒ + ☐ − $ | 17,558 |
| Adjusted Sales Price of Comparable | | $ | 864,980 | $ | 855,085 | $ | 837,558 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): Site area $1.50 sf; Quality/Condition $15K-$50K ea factor; BA $5K; GLA $35/sf; Garage parking space, Central Air, Horse barns $5K each factor; Pool $10K. No. 4 is recent listing, adj 7.5%. All sales, with adjustments, considered comparable to subject & given equal consideration.   Attached Description Addendum for further comments.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | None w/in past 36 months | None within past 12 months | None within past 12 months | None within past 12 months |
| | PR | PR | PR | PR |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: Subject has not transferred w/in past 36 months, has not been listed for sale & is not in escrow at appraisal date. Unless noted, comparables have not transferred w/in 12 months of most recent sale.

| | | |
|---|---|---|
| INDICATED VALUE BY SALES COMPARISON APPROACH .................... | | $ 850,000 |
| INDICATED VALUE BY INCOME APPROACH (if Applicable)    Estimated Market Rent $    /Mo. x Gross Rent Multiplier    = $ | | |

This appraisal is made ☒ "as is" ☐ subject to the repairs, alterations, inspections or conditions listed below ☐ subject to completion per plans & specifications.
Conditions of Appraisal:   This is a complete appraisal report to be used by the client/intended user for asset evaluation/possible bankruptcy purposes at appraisal date only. No other use is authorized.
Final Reconciliation:   Sales Comparison Approach is considered the most reliable indicator of value as it best reflects buyer/seller actions in subject market. Cost Approach is a less reliable indicator for older homes in current market. Income Approach is not applicable.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA form 1004B (Revised    2012    ).
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF    November 1, 2015
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $    850,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): | |
|---|---|---|
| Signature | Signature | ☐ Did ☐ Did Not |
| Name Elizabeth Eyerman | Name | Inspect Property |
| Date Report Signed November 6, 2015 | Date Report Signed | |
| State Certification # AG 010339    State CA | State Certification # | State |
| Or State License # | Or State License # | State |

## UNIFORM RESIDENTIAL APPRAISAL REPORT
### MARKET DATA ANALYSIS

These recent sales of properties are most similar and proximate to subject and have been considered in the market analysis.  The description includes a dollar adjustment, reflecting market reaction to those items of significant variation between the subject and comparable properties.  If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject.  If a significant item in the comparable is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.

| ITEM | SUBJECT | COMPARABLE NO. | +(−)$ Adjust. | COMPARABLE NO. | +(−)$ Adjust. | COMPARABLE NO. 6 | +(−)$ Adjust. |
|---|---|---|---|---|---|---|---|
| | 3781 Eldridge Avenue | 13727 Gladstone Avenue | | | | | |
| Address | 2503-010-029 TG 482/C2 | 2504-008-015 TG 482/A2 | | | | | |
| Proximity to Subject | | 0.66 miles W | | | | | |
| Sales Price | $ N/A | $ 795,000 | | $ | | $ | |
| Price/Gross Living Area | $ | $ 415.36 | | $ | | $ | |
| Data and/or | Inspection/PR | PR/MLS: SR15238856 | | | | | |
| Verification Sources | Owner | N/A | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing | | Conventional | 0 | | | | |
| Concessions | | None | 0 | | | | |
| Date of Sale/Time | | Current Listing | -59,625 | | | | |
| Location | Average | Similar | 0 | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0 | | | | |
| Site | 106,564 sf | 63,989 sf | +63,863 | | | | |
| View | None | Similar | 0 | | | | |
| Design and Appeal | Ranch | Cottage | 0 | | | | |
| Quality of Construction | Average | Superior | -15,000 | | | | |
| Age | 1953 | 1950 | 0 | | | | |
| Condition | Average | Superior | -15,000 | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6  3  3 | 6  4  2 | +5,000 | | | | |
| Gross Living Area | 3,301 Sq. Ft. | 1,914 Sq. Ft. | +48,545 | Sq. Ft. | | Sq. Ft. | |
| Basement & Finished | N/A | Listed $795K | | | | | |
| Rooms Below Grade | | DOM 2 | | | | | |
| Functional Utility | Average | Similar | 0 | | | | |
| Heating/Cooling | Central HVAC | Wall | +5,000 | | | | |
| Energy Efficient Items | None | None | 0 | | | | |
| Garage/Carport | 2 garage | 2 carport | +10,000 | | | | |
| Porch, Patio, Deck, | | Patio/Landscape | -5,000 | | | | |
| Fireplace(s), etc. | 1 FP | 1 FP | 0 | | | | |
| Fence, Pool, etc. | Pool | Inferior | +10,000 | | | | |
| Additional features | None | See Comments | | | | | |
| Net Adj. (total) | | ☒ + ☐ − $ | 47,783 | ☐ + ☐ − $ | | ☐ + ☐ − $ | |
| Adjusted Sales Price | | | | | | | |
| of Comparable | | $ 842,783 | | $ | | $ | |
| Date, Price and Data | None w/in past | None within past 12 months | | | | | |
| Source for prior sales | 36 months | | | | | | |
| within year of appraisal | PR | PR | | | | | |

Comments:

Form UA2.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

### Comparable Sales Map

| Owner | Leonarda G. Aguilar | | | | |
|---|---|---|---|---|---|
| Property Address | 13781 Eldridge Ave | | | | |
| City | Sylmar | County | Los Angeles | State CA | Zip Code 91342 |
| Client | Leonarda Aguilar c/o Jeffrey Shinbrot, Esq | | | | |



### 13781 Eldridge - Subject Plat Map

| Owner | Leonarda G. Aguilar | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 13781 Eldridge Ave | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Client | Leonarda Aguilar c/o Jeffrey Shinbrot, Esq | | | | | |



## Subject Photo Page

| Owner | Leonarda G. Aguilar | | | | |
|---|---|---|---|---|---|
| Property Address | 13781 Eldridge Ave | | | | |
| City | Sylmar | County | Los Angeles | State CA | Zip Code 91342 |
| Client | Leonarda Aguilar c/o Jeffrey Shinbrot, Esq | | | | |



### Subject Front

3781 Eldridge Avenue
Sales Price      N/A
G.L.A.          3,301
Tot. Rooms       6
Tot. Bedrms.     3
Tot. Bathrms.    3
Location        Average
View            None
Site            106,564 sf
Quality         Average
Age             1953



### Subject Street

### Comparable Photo Page

| Owner | Leonarda G. Aguilar | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 13781 Eldridge Ave | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code 91342 |
| Client | Leonarda Aguilar c/o Jeffrey Shinbrot, Esq | | | | | |



**Comparable 1**

13337 Herrick Avenue
Proximity     2.05 miles W
Sale Price    800,000
GLA           1,873
Total Rooms   7
Total Bedrms  3
Total Bathms  2
Location      Similar
View          Similar
Site          108,216 sf
Quality       Similar
Age           1953



**Comparable 2**

13801 Gladstone Avenue
Proximity     0.77 miles W
Sale Price    795,000
GLA           1,272
Total Rooms   4
Total Bedrms  2
Total Bathms  2
Location      Similar
View          Similar
Site          63,851 sf
Quality       Superior
Age           1948



**Comparable 3**

13734 Polk Street
Proximity     0.07 miles W
Sale Price    820,000
GLA           3,300
Total Rooms   6
Total Bedrms  3
Total Bathms  4
Location      Similar
View          Similar
Site          34,859 sf
Quality       Superior
Age           1937

## Comparable Photo Page

| Owner | Leonarda G. Aguilar | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 13781 Eldridge Ave | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code  91342 |
| Client | Leonarda Aguilar c/o Jeffrey Shinbrot, Esq | | | | | |



**Comparable 4**

| | |
|---|---|
| 13727 Gladstone Avenue | |
| Prox. to Subj. | 0.66 miles W |
| Sales Price | 795,000 |
| G.L.A. | 1,914 |
| Tot. Rooms | 6 |
| Tot. Bedrms. | 4 |
| Tot. Bathrms. | 2 |
| Location | Similar |
| View | Similar |
| Site | 63,989 sf |
| Quality | Superior |
| Age | 1950 |

## Description Addendum

File No. Aguilar

| Owner | Leonarda G. Aguilar | | | | |
|---|---|---|---|---|---|
| Property Address | 13781 Eldridge Ave | | | | |
| City | Sylmar | County | Los Angeles | State CA | Zip Code 91342 |
| Client | Leonarda Aguilar c/o Jeffrey Shinbrot, Esq | | | | |

The subject is located in the community of Sylmar in the northeast portion of the City of Los Angeles.

The City of Los Angeles recently adopted an Interim Sylmar Community Plan. The Plan will accommodate fewer residential units than the existing plan which was last updated in 1997. It increases land designated Open Space, Minimum and Very Low (minimum 17,500 sf lots) and limits future subdivision of lots in these areas. The Plan preserves equine-keeping lots and rural character and increases the proposed trail system. Land use and/or zone changes are intended to address future subdivisions by dividing the existing Low Residential category into Low I (RE9, RS), Very Low II (RE11-1, R1, RA-1-K, A1-1-K), and Low III (RD6).

### DESCRIPTION OF IMPROVEMENTS

The subject is a Ranch-style 1-story 3BR/3BA single family residence originally constructed in 1953 of average quality materials and has been maintained in average condition/quality with minimal upgrades throughout the years. An exterior inspection was done and the gross living area (GLA) square footage is estimated from Public records which shows 3,301 sf.

The site is an interior, rectangle, 106,564 sf (2.45 acre) lot, zoned A1-1K which is a very low density residential designation, allowing one single family residence with accessory buildings and equestrian uses. There are no views.

The immediate area is developed with single family residences constructed in the mid-1900s.

The owner provided a description of the interior of the improvements and the appraiser has relied on this information. At appraisal date improvements include, but are not limited to, the following: Living room with FP and carpet floor; Kitchen with tile counter tops and tile flooring, 3 BAs with tile counter tops and tile flooring; 3 BRs with concrete floors (carpet removed); Laundry room with W/D. Some walls remain exposed after plumbing work.

There is a two-car attached garage, pool (in fair to average condition), two-car carport (in fair condition), accessory pole/flat roof structure in poor condition. There is a circular driveway with two curb cuts. Landscaping consists of mature palm trees and shrubs and is considered fair to average for the area.

The appraiser assumes the main improvements are of overall average quality and condition at appraisal date and require updating. The accessory building is uninhabitable and is not valued within the report. The carports are older, in need of replacement or major repairs and also are not considered in the valuation.

**Description Addendum**

File No. Aguilar

| Owner | Leonarda G. Aguilar | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 13781 Eldridge Ave | | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Client | Leonarda Aguilar c/o Jeffrey Shinbrot, Esq | | | | | | |

## COMPARABLE SALES

The following three sales and one listing are considered to be the most comparable to the subject in neighborhood location, site, GLA and age. Sales with homes as large as the subject's 3,301 sf were scarce, as were sales of similar sized lot area. All comps are inferior in either lot area and/or GLA and require larger gross adjustments.

Comp 1: 13337 Herrick Avenue- This is the most recent sale in subject area and consists of a smaller, 1-story, 1,873 sf 3BR/2BA Ranch-style SFR built in 1953 on a similar size 108,216 sf, 2.48 acre RA1-K lot. Improvements consist of living room, converted BR, Kitchen with laminate counters and open to family room, double pane windows, two BAs with tile counters and floors, central furnace and AC, one FP, laundry room, carpet/laminate/vinyl tile flooring, 2-car attached garage, two driveway entrances. Similar in site area, quality, condition, FP; Inferior in GLA, BAs, pool.

Comp 2: 13801 Gladstone Avenue - This is a recent sale in subject area and consists of a smaller, 1-story, 1,272 sf 2BR/2BA Ranch-style SFR built in 1946 on a smaller 63,851 sf RA1-K lot. Improvements have been maintained in above average condition/quality with some upgrades throughout the years. Improvements consist of living room with FP, kitchen, hardwood/carpet floors, laundry area, pool, 8 horse barns with corral, 2-car attached garage, two driveway entrances. There is no AC. Similar in location, parking, FP, pool; Superior in quality, condition, exterior amenities; Inferior in central AC, site area, GLA, BAs.

Comp 3: 13721 Polk Street- This is a sale in subject neighborhood and consists of a 2,389 sf, 3BR/2BA main house and a detached 1,000 sf 2BR/2BA accessory living space for a total of 3,300 sf of GLA. Improvements were constructed in 2003 as a custom home on a smaller 34,859 sf RA1-K lot. The rear of this site abuts the subject property. Improvements are in good condition and of good quality and are wheel chair accessible. Main house consists of cooks kitchen with granite counters open to family room with FP, living room, master suite, laundry room, attached 2-car garage; accessory quarters consist of kitchen, laundry facilities, patio, 2-car garage with workshop and 1/2 bath. There is a pool, gated street entry with two driveways. There is central heat and AC and dual pane windows throughout. Similar in location, overall GLA, central heat and AC, pool; Superior in quality, condition, BAs, parking; Inferior in site area.

Comp 4: 13727 Gladstone Avenue- This is a current listing in subject neighborhood and consists of a 1,082 sf, 2BR/1BA main house and a detached 832 sf 2BR/1BA accessory living space for a total of 1,914 sf of GLA. Improvements were constructed in 1950 and are in above average condition/quality. Site is a 63,989 sf RA1-K lot. Main house consists of living room with rock FP, formal dining room with bow window, dual pane windows; accessory quarters has a kitchenette. There is a detached 2-car carport, concrete patio, asphalt paved driveway, 2 driveway entrances and good landscaping. Similar in location, FP; Inferior in site area, quality, condition, GLA, central heat and AC, parking, pool; Superior in patio, landscaping and listing status.

## Additional Underlying Assumptions

File No. Aguilar

| Owner | Leonarda G. Aguilar | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 13781 Eldridge Ave | | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Client | Leonarda Aguilar c/o Jeffrey Shinbrot, Esq | | | | | | |

1.   The appraiser certifies that, to the best of his knowledge and belief, the statements contained in this appraisal, subject to the assumptions and limiting conditions set forth below are correct.

2.   Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser or the firm with which he is connected) shall be disseminated to the public through advertising media, public relations media, news media or any other public means of communication without the prior written consent and approval of the undersigned.

3.   The appraiser herein, by reason of this report, is not required to give testimony in court, with reference to the property herein appraised, unless arrangements have been previously made therefore.

4.   This property has been appraised as though free of liens and encumbrances, in responsible ownership and under competent and aggressive management.

5.   No responsibility is to be assumed for matters legal in nature, nor is any opinion of title rendered herewith.  Good title is assumed.  The legal description and dimensions were furnished from sources thought to be authoritative; however, no responsibility is assumed for either.

6.   The compensation for making this appraisal is in no manner contingent upon the value reported.

7.   That the date of value to which the conclusions and opinions expressed in this report apply, is set forth in the letter of transmittal.  Further, that the dollar amount of any value opinion herein rendered is based upon the purchasing power of the American dollar existing on that date.

8.   The appraiser assumes no responsibility for economic or physical factors which may affect the opinions herein stated occurring at some date after the date of the letter transmitting this report. The appraiser reserves the right to make such adjustments to the valuation herein reported as may be required by consideration of additional data or more reliable data that may become available.

9.   Maps, plats and exhibits included herein are for illustration only as an aid in visualizing matters discussed within the report.  They should not be considered as surveys or relied upon for any other purpose.

10.   No opinion is expressed as to the value of subsurface oil, gas, or mineral rights or whether the property is subject to surface entry for the exploration or removal of such materials except as is expressly stated.  It is assumed that there are no hidden or unapparent conditions of the property, subsoil, or structure that render it more or less valuable.  No responsibility is assumed for such conditions or for arranging for engineering studies that may be required to discover them.

11.   No opinion is intended to be expressed for matters which require legal expertise or specialized investigation or knowledge beyond that customarily employed by real estate appraisers.

12.   The United States Consumer Product Safety Commission (CPSC) has banned the future sale of Urea Formaldehyde Insulation (UFFI), having determined that such insulation can present an unreasonable health risk to those exposed to it.  The presence or absence of UFFI in this property has not been established.  If UFFI is present, this appraisal is null and void.

13.   It is assumed that full compliance with all applicable federal, state, and local environmental regulations and laws unless noncompliance is stated, defined, and considered in the appraisal report.  It is assumed that all required licenses, certificates of occupancy, consents or other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.

14.   The distribution, if any, of the total valuation in this report between land and improvements applies only under the stated program of utilization.  The separate allocations for land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.

## Additional Underlying Assumptions

File No. Aguilar

| Owner | Leonarda G. Aguilar | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 13781 Eldridge Ave | | | | | | |
| City | Sylmar | | County | Los Angeles | State | CA | Zip Code | 91342 |
| Client | Leonarda Aguilar c/o Jeffrey Shinbrot, Esq | | | | | | |

15.  The appraiser is not aware of any geological problems but assumes no responsibility for matters of a seismic or geological nature.

16.  Unless otherwise stated in this report, the existence of hazardous material, which may or may not be present on the property, was not observed by the appraiser.  The appraiser has no knowledge of the existence of such materials on or in the property.  The appraiser, however, is not qualified to detect such substances.  Contamination can be a result of manmade or naturally occurring elements within the environment or a combination of both.  Radon and mold are examples of naturally occurring contaminants, whereas manmade sources may include lead, PCBs, asbestos, UFFI, electromagnetic radiation (EMF), hydrocarbons from leaking underground storage tanks, waste sites (landfills), noise and odors.  The presence of these substances may affect the value of the property.  The value estimate is predicated on the assumption that there is no such material on or in the property that would cause a loss in value.  No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.  The client is urged to retain an expert in this field, if desired.  In the event hazardous substances are shown to be present in or on the subject property, the appraiser reserves the right to alter his opinion of value.

17.  The Americans with Disabilities Act (ADA) became effective January 26, 1992.  The appraiser has not made a specific compliance survey and analysis of the subject property nor reviewed such a survey to determine conformity with the various detailed requirements of the ADA.  Should it be determined that the subject is in noncompliance with the requirements of the ADA, the appraiser reserves the right to alter his opinion of value.

18.  Acceptance of and/or use of this appraisal report by the client or any third party constitutes acceptance of all limiting conditions.  The appraiser's liability extends only to the stated client, not subsequent parties or users, and is limited to the amount of fee received by the appraiser.  Further, there is no accountability, obligation or liability to any third party.  If the appraisal report is placed in the hands of anyone other than the client for whom it was prepared, the client shall make such party and/or parties aware of all limiting conditions and assumptions of the assignment and related discussions.

19.  If the client or any third party brings legal action against the appraiser and/or the signers of this report and the appraiser prevails, the initiating party of such legal action shall reimburse the appraisers for any and all costs of any nature, including attorney's fees, incurred in their defense.

20.  The appraiser affirms that the written appraisal report conforms and is in compliance with the Uniform Standards of Professional Appraisal Practice.

## Appraiser's Qualifications

File No. Aguilar

| Owner | Leonarda G. Aguilar | | | | |
|---|---|---|---|---|---|
| Property Address | 13781 Eldridge Ave | | | | |
| City | Sylmar | County Los Angeles | State CA | Zip Code 91342 | |
| Client | Leonarda Aguilar c/o Jeffrey Shinbrot, Esq | | | | |

**APPRAISAL QUALIFICATIONS**

Elizabeth Eyerman

| | |
|---|---|
| Address: | 12203 Texas Avenue,  Los Angeles, CA  90025<br>(310) 207-4571  Fax: (310) 207-4581<br>Email: elizaeve@mindspring.com |
| Present: | Independent fee appraiser specializing in commercial/industrial, single and multi-family residential real estate valuations |
| Appraisal Experience: | Principal, Real Estate Appraisals, Los Angeles, CA<br>Appraiser, Ashby Appraisals, Santa Monica, CA<br>Appraiser, James E. Kavanaugh, MAI, Dana Point, CA<br>Appraiser, PAL Appraisal, Northridge, CA<br><br>Valuation of all types of commercial and residential properties including vacant land, multi-family residential, condominiums, industrial, office, retail, medical/ veterinary buildings, shopping centers, restaurants, alternate use values, parking lots and day care centers.  Additional experience includes appraisal of proposed construction, leaseholds, leased fee, partial interests, residential estates, lease and income analysis and sale projections. |
| Geographic Area: | Los Angeles, Orange, Riverside, San Bernardino and Ventura counties. |
| Additional Experience: | Property management of both commercial and multi-family developments |
| Education: | <u>Appraisal Institute</u><br><br>Classes & seminars include but are not limited to: Real Estate Appraisal Principles; Basic Valuation Procedures; Capitalization Techniques,  A & B; Analysis of Leased Fee Interests; Case Studies in Real Estate Valuation;  Complex Residential Properties; Appraising Apartments in S Calif;  Environmental; Non-Conforming Uses; MLS for Appraisers; FHA & the Appraisal Process; Real Estate Fraud; Lease Abstracting & Analysis; Completing the URAR Form; Yellow Book Seminar (Land & Parks); Business Practices & Ethics; Appraising Exceptional Homes; Trends in Land Use Regulation; USPAP (current)<br><br><u>California State University, Northridge</u> - BA |
| Professional Affiliations: | Certified General Real Estate Appraiser,  CA AG010339, Expires 12/14/16<br>Member of MLS<br>FHA Approved Appraiser |

12/14

**EXHIBIT C**

EXHIBIT C – LIST OF GENERAL UNSECURED CLAIMS

| | | | | CLASSIFIED CLAIMS: UNSECURED CLAIMS | | | |
|---|---|---|---|---|---|---|---|
| | | | | SCHEDULED CLAIMS | | FILED CLAIMS | |
| Class | Name | Insider | Impaired | Amount | D/C/U* | Amount | Objection |
| 3 | Asset Acceptance LLC | N | Y | 625.02 | | 498.88 | N |
| 3 | Cach, LLC | N | Y | 7,216.00 | | | N |
| 3 | Cain And Weiner | N | Y | 146.00 | | | N |
| 3 | Capital One Bank | N | Y | 6,209.58 | | | N |
| 3 | Credit Protection Association | N | Y | 416.00 | | | N |
| 3 | Edelmira Estrada | N | Y | 0.00 | | 0.00 | N |
| 3 | Paula A. Wyatt, Esq. | N | Y | 0.00 | | | N |
| 3 | Financial Credit Network | N | Y | 162.00 | | | N |
| 3 | Grant & Weber | N | Y | 79.00 | | | N |
| 3 | Herbert P. Sears Collection Agency | N | Y | 61.00 | | | N |
| 3 | Jilbert Tahmazaian, Esq. | N | Y | 4,300.00 | | | N |
| 3 | Marshack Medical MSO | N | Y | 830.00 | | | N |
| 3 | Midland Funding, LLC | N | Y | 114.71 | | | N |
| 3 | Pacific Gas & Electricity | N | Y | 430.00 | | | N |
| 3 | Progressive Management | N | Y | 472.00 | | | N |

31

| | System | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | So. Calif. Edison | N | Y | 84.00 | | | N |
| 3 | Tsi/980 | N | Y | 389.00 | | | N |
| 3 | WFNNB-The Avenue | N | Y | 489.00 | | | N |
| 3 | DIRECTV, LLC | N | Y | 0.00 | | 422.87 | N |
| **TOTAL AMOUNT FOR CLASS** | | | | 22,023.31 | | 921.75 | **TOTAL ALLOWED = $22,320.04** |

* Disputed/contingent/unliquidated

First Second Amended Disclosure Statement Describing Second Amended Chapter 11 Plan

**EXHIBIT D**

## Case Summary

Please make a note of the Case Number.

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

Case Number: BC544185
EDELMIRA ESTRADA VS LEONARDA G AGUILAR

Filing Date: 04/29/2014
Case Type: Other PI/PD/WD (General Jurisdiction)
Status: Dismissed - Other 10/29/2015

Future Hearings

None

Documents Filed | Proceeding Information

Parties

AGUILAR LEONARDA G. - Defendant & Defendant in Pro Per

DOES 1 THROUGH 50 - Defendant/Respondent

ESTRADA EDELMIRA - Plaintiff/Petitioner

KIESEL LAW LLP - Attorney for Plaintiff/Petitioner

WYATT LAW FIRM LTD. - Attorney for Plaintiff/Petitioner

Case Information | Party Information | Proceeding Information

Documents Filed (Filing dates listed in descending order)

**10/19/2015** Proof of Service (OF ORDER GRANTING ATTY'S MOTIO TO BE RELIEVED AS COUNSEL )
Filed by Attorney for Plaintiff/Petitioner

**09/21/2015** Order (GRANTING ATTORNEY'S MOTION TO BE RELIEVED AS COUNSEL-CIVIL )
Filed by Attorney for Plaintiff/Petitioner

**09/21/2015** Order (RE: MOTION OF COUNSEL, KIESEL LAW LLP AND THE WYATT LAW FIRM, LTD., TO BE
RELIEVED AS COUNSEL )
Filed by Clerk

**08/25/2015** Motion to be Relieved as Counsel
Filed by Attorney for Plaintiff/Petitioner

**12/04/2014** Order (RE: DEFENDANT LEONARDO G. AGUILAR'S EX PARTE APPLICATION TO STAY THE CIVIL
ACTION PENDING THE OUTCOME OF THE CRIMINAL ACTION )
Filed by Judge

**12/04/2014** Reply/Response
Filed by Defendant & Defendant in Pro Per

**12/02/2014** Notice
Filed by Defendant & Defendant in Pro Per

**12/02/2014** Reply/Response
Filed by Defendant & Defendant in Pro Per

**12/01/2014** Request-Informal Discovery Conf-PI
Filed by Attorney for Plaintiff/Petitioner

**11/04/2014** Ex-Parte Application (TO STAY THE CIVIL ACTION PENDING THE OUTCOME OF THE CRMINAL ACTION; )
Filed by Attorney for Defendant/Respondent

**11/04/2014** Opposition Document (TO DEFENDANTS' EX PARTE APPL. FOR A STAY OF CIVIL PROCEEDINGS )
Filed by Attorney for Plaintiff/Petitioner

**09/30/2014** Notice (OF INFORMAL DISCOVERY CONFERENCE )
Filed by Attorney for Pltf/Petnr

**06/12/2014** Answer to Complaint
Filed by Defendant & Defendant in Pro Per

**05/19/2014** Proof-Service/Summons
Filed by Attorney for Plaintiff/Petitioner

**04/29/2014** Complaint

<u>Case Information</u> | <u>Party Information</u> | <u>Documents Filed</u>

Proceedings Held (Proceeding dates listed in descending order)

**10/29/2015** at 08:30 am in Department 93, Howard L. Halm, Presiding
Trial - **Case Dismissed/Disposed**

**10/13/2015** at 10:00 am in Department 93, Howard L. Halm, Presiding
Final Status Conference - **No Appearance**

**09/21/2015** at 01:30 pm in Department 93, Howard L. Halm, Presiding
Motion to be Relieved as Counsel - **Granted**

**12/04/2014** at 01:30 am in Department 93, Gail Feuer, Presiding
Exparte proceeding (CONT. FROM 11/04/14) - **Denied without prejudice**

**12/01/2014** at 03:30 pm in Department 93, Gail Feuer, Presiding
Informal Discovery Conference-PI - **Completed**

**11/05/2014** at 03:30 pm in Department 93, Gail Feuer, Presiding
Informal Discovery Conference-PI (CONTINUED TO 12/01/14, BY EX PARTE) - **Advanced to a Previous Date**

**11/04/2014** at 08:30 am in Department 93, Gail Feuer, Presiding
Exparte proceeding - **Continued by Court**

<u>Case Information</u> | <u>Party Information</u> | <u>Documents Filed</u> | <u>Proceeding Information</u>

**EXHIBIT E**

1  LAW OFFICES OF LES ZIEVE
2  Brian H. Tran, Esq. #255577
   Leslie M. Klott, Esq. #279622
3  30 Corporate Park, Suite 450
   Irvine, CA 92606
4  Phone:       (714) 848-7920
   Facsimile:   (714) 908-7807
5  Email:       bankruptcy@zievelaw.com

6  Attorneys for Secured Creditor, HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities
7  Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home
   Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen
8  Loan Servicing, LLC

9

10                    UNITED STATES BANKRUPTCY COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12                         LOS ANGELES DIVISION

13

14  In re:                                   Case No.: 2:15-bk-16443-RN

15  Leonarda Guadalupe Aguilar,

16                  Debtor.                   Chapter: 11

                                             STIPULATION BY AND BETWEEN
17                                           SECURED CREDITOR AND DEBTOR TO
                                             RESOLVE PLAN TREATMENT OF
18                                           SECURED CREDITOR'S CLAIM

19                                           Confirmation Hearing:
                                               Date:   Not yet set
20                                             Time:   Not yet set
                                               Place:  Courtroom 1645
21                                                     U.S. Bankruptcy Court
                                                       255 E. Temple Street
22                                                     Los Angeles, CA 90012

23

24

25          TO THE HONORABLE RICHARD M. NEITER, UNITED STATES

26  BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S ATTORNEY, THE UNITED STATES

27  TRUSTEE, AND PARTIES IN INTEREST:

28
                                         1

HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen Loan Servicing, LLC ("Secured Creditor"), by and through its counsel of record, and Leonarda Guadalupe Aguilar ("Debtor"), by and through his counsel of record (collectively "Parties"), hereby agree and stipulate to resolve the plan treatment of Secured Creditor's claim related to real property located at 13781 Eldridge Avenue, Sylmar, CA 91342 as follows:

## RECITALS

1. On or about April 25, 2006, Debtor, for valuable consideration, made, executed and delivered a Note secured by a Deed of Trust in the amount of $950,000.00 ("Note") on the property commonly known as 13781 Eldridge Avenue, Sylmar, CA 91342 ("Real Property").

2. On April 23, 2015, Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, Los Angeles Division and was assigned Case No. 2:15-bk-16443-RN.

3. On August 17, 2015, Secured Creditor filed Proof of Claim no. 5 reflecting a total claim of $1,393,670.51 with $492,799.90 in pre-petition arrears.

## THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The Real Property shall be valued at $850,000.00.

2. Secured Creditor shall have a fully secured claim in the amount of $850,000.00 which will be repaid over 246 months beginning December 1, 2015 and continuing until June 1, 2036 on which date a balloon payment of the remaining amount under the loan will be due. The loan shall be repaid in equal monthly installments calculated by amortizing the loan over 30 years at 4.25% fixed interest. The monthly principal and interest payment shall be $4,181.49. The loan shall remain escrowed. The unsecured portion of the claim shall be paid in accordance with the unsecured claims under the Plan. All other terms of the Note and Deed of Trust signed by the Debtor and currently held by Secured Creditor shall continue in full force and effect, and

1  those documents shall only be modified with regard to the monthly payment amount, the interest

2  rate, and the maturity date of the Note.

3        3.     The terms of this stipulation are expressly contingent upon the confirmation of a

4  Chapter 11 Plan by the Debtor, and substantial consummation thereof. In the event this case is

5  dismissed or converted to Chapter 7, Secured Creditor shall retain its lien in the full amount due

6  under the Note and Deed of Trust without regard to the bifurcation of Secured Creditor's claim

7  into secured and unsecured claims under this stipulation. It is the intent of Debtor and Secured

8  Creditor that these terms govern the claim of Secured Creditor and the Debtor will incorporate

9  these terms into any order confirming this or any subsequent plan. In the event of a discrepancy

10  between this stipulation and the terms of any confirm plan, the provisions of this stipulation shall

11  control.

12        4.     In the event Debtor fails or neglects to timely make a post-petition payment

13  pursuant to the terms of this stipulation prior to confirmation of the Chapter 11 Plan, Secured

14  Creditor (and/or its servicer) shall provide written notice to the Debtor and to Debtor's attorneys

15  of record, indicating the nature of the default. If the Debtor fails to cure the default or payment

16  default with certified funds after the passage of thirty (30) calendar days from the date said

17  written notice is placed in the mail as reflected on the certified receipt, Secured Creditor may file

18  and serve a Declaration of Default along with an Order for Relief from the Automatic Stay to b e

19  lodged by Secured Creditor for entry by the Court, unless it has already been terminated by

20  operation of law, and Secured Creditor (and/or its servicer) may proceed to foreclose its security

21  interest in the Real Property under the terms of the Loan and applicable state law and thereafter

22  commence any action necessary to obtain complete possession of the Real Property without

23  further notice, order, or proceeding of this Court.

24        5.     The automatic stay of 11 USC §362(a) shall terminate as to Secured Creditor, its

25  successors and assigns, upon the entry of an Order confirming a Chapter 11 plan in this case.

26        6.     The provisions of this stipulation shall be binding upon and inure to the benefit of

27

28

3

1   Secured Creditor, the Debtor and reorganized Debtor, and the respective successors and assigns

2   of each.

3       7.    The provisions of this stipulation shall be controlling and incorporated into any

4   Chapter 11 Plan or Amended Chapter 11 filed by Debtor and Secured Creditor shall be paid

5   through Debtor's Chapter 11 Plan pursuant to this stipulation.

6       8.    Secured Creditor will accept any plan that conforms to the above terms, and will

7   execute and return a ballot to the Debtor's counsel in accordance therewith. In lieu of ballot this

8   stipulation may be submitted as acceptance of the plan.

9       WHEREFORE, the Parties do respectfully request the Court enter an order approving

10  this Stipulation.

11  **IT IS SO STIPULATED:**

12  Dated: November ___, 2015

13                                  LAW OFFICES OF LES ZIEVE

14

15                                  Leslie M. Klott
                                    Attorney for Secured Creditor, HSBC Bank USA,
16                                  N.A., as Trustee on behalf of ACE Securities
                                    Corp. Home Equity Loan Trust and for the
17                                  registered holders of ACE Securities Corp. Home
                                    Equity Loan Trust, Series 2006-ASAP5, Asset
18                                  Backed Pass-Through Certificates c/o Ocwen Loan
                                    Servicing, LLC

19
    Dated: November ___, 2015
20                                  THE SHINBROT FIRM

21

22                                  Jeffrey S. Shinbrot, Attorney for Debtor,
                                    Leonarda Guadalupe Aguilar

23

24

25

26

27

28

                                        4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
30 Corporate Park, Suite 450
Irvine, CA 92606

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BY AND BETWEEN SECURED CREDITOR AND DEBTOR TO RESOLVE PLAN TREATMENT OF SECURED CREDITOR'S CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 21, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeffrey S Shinbrot, Attorney      jeffrey@shinbrotfirm.com
Kenneth G Lau, Attorney      kenneth.g.lau@usdoj.gov
Kelly L Morrison, Attorney      kelly.l.morrison@usdoj.gov
United States Trustee (LA)      ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **December 22, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR      PRESIDING JUDGE
Jeffrey S Shinbrot      United States Bankruptcy Court
The Shinbrot Firm      Chambers of Honorable Richard M. Neiter
8200 Wilshire Blvd, Ste 400      255 E. Temple Street, Suite 1652
Beverly Hills, CA 90211      Los Angeles, CA 90012-3332

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 21, 2015 | Michele Dapello | /s/ Michele Dapello |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

     **F 9013-3.1.PROOF.SERVICE**

1  LAW OFFICES OF LES ZIEVE
   Brian H. Tran, Esq. #255577
2  Leslie M. Klott, Esq. #279622
   30 Corporate Park, Suite 450
3  Irvine, CA 92606
4  Phone:       (714) 848-7920
   Facsimile:   (714) 908-7807
5  Email:       bankruptcy@zievelaw.com

6  Attorneys for Secured Creditor, HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities
7  Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home
   Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen
8  Loan Servicing, LLC

9

10

11              UNITED STATES BANKRUPTCY COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13                  LOS ANGELES DIVISION

14

15  In re:                               Case No.: 2:15-bk-16443-RN

16  Leonarda Guadalupe Aguilar,
                                         Chapter: 11
17                       Debtor.
                                         ORDER GRANTING STIPULATION BY
18                                       AND BETWEEN SECURED CREDITOR
                                         AND DEBTOR TO RESOLVE PLAN
19                                       TREATMENT OF SECURED
                                         CREDITOR'S CLAIM
20

21                                       Confirmation Hearing:
22                                       Date:  Not yet set
                                         Time:  Not yet set
23                                       Place: Courtroom 1645
                                                U.S. Bankruptcy Court
24                                              255 E. Temple Street
                                                Los Angeles, CA 90012
25  ///

26  ///

27  ///

28
                            1

1

2
    The Court, having considered the Stipulation by and between HSBC Bank USA, N.A., as

3
Trustee on  behalf of ACE Securities  Corp. Home Equity Loan Trust and for the registered

4
holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset  Backed

5
Pass-Through Certificates c/o Ocwen Loan Servicing, LLC ("Secured Creditor"), and Leonarda

6
Guadalupe Aguilar ("Debtor") to Resolve Plan Treatment of Secured Creditor's Claim

7
("Stipulation") executed by the parties and filed on December 21, 2015 as docket no. 69, the

8
Court hereby makes its Order as follows:

9
    **IT IS ORDERED** that the Stipulation is approved.

10

11
###

12

13

14

15

16

17

18

19

20

21

22

23

24
Date: December 29, 2015

25
Richard M. Neiter

26
United States Bankruptcy Judge

27

28

2