| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey S. Shinbrot, Esquire (155486)<br>JEFFREY S. SHINBROT, APLC<br>8200 Wilshire Blvd., Suite 400<br>Beverly Hills, CA  90211<br>(310)659-5444<br>(310)878-8304 Fax<br>jeffrey@shinbrotfirm.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Leonarda Guadalupe Aguilar | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LEONARDA GUADALUPE AGUILAR<br><br><br><br>Debtor(s) | CASE NO.: 2:15-bk-16443-RN<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion¹*): SECOND AMENDED DISCLOSURE STATEMENT DESCRIBING SECOND AMENDED CHAPTER 11 PLAN |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER APPROVING DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT : was lodged on (*date*) 04/08/2016 and is attached. This order relates to the motion which is docket number 87.

---

¹ Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.BK.NOTICE.LODGMENT



**Bankruptcy LODGED ORDER UPLOAD FORM**

Friday, April 08, 2016

CONFIRMATION :

Your Lodged Order Info:
( **2296590.doc** )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: Leonarda Guadalupe Aguilar
- **Case Number**: 15-16443
- **Judge Initial**: RN
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 87
- **On Date**: 04/08/2016 @ 01:35 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304

Reorganization Counsel to Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| IN RE | Case No. 2:15-bk-16443-RN |
|---|---|
| LEONARDA GUADALUPE AGUILAR | Chapter 11 |
| Chapter 11 Debtor and Debtor-In-Possession. | **ORDER APPROVING DEBTOR'S SECOND AMENDED DISCLSOURE STATEMENT** |
| | Date: March 31, 2016<br>Time: 2:00 p.m.<br>Place: 255 East Temple Street<br>Courtroom 1645<br>Los Angeles, California 90012 |

The hearing on the adequacy of the First Amended Disclosure Statement, Describing the First Amended Plan, filed by chapter 11 Debtor and Debtor-in-Possession LEONARDA GUADALUPE AGUILAR (the "Disclosure Statement"), came regularly for hearing, appearances were made as noted on the record, the Honorable Richard M. Neiter presiding, appearances were made as noted on the record. The Court having considered the Second Amended Disclosure Statement hereby Orders as follows:

1. The Debtor shall filed a red-lined Second Amended Disclosure Statement, containing changes referenced in the Court's tentative ruling, which the Court has reviewed and is hereby approved.
2. The deadline for the Debtor to serve the Second Amended Disclosure Statement and Plan, Notice of the Chapter 11 Confirmation Hearing and Second Amended chapter 11 plan ballots, is April 22, 2016.
3. The deadline by which ballots to accept or reject the Second Amended Plan must be returned to, and received by, counsel to the Debtor, May 13, 2016.
4. The deadline by which the Debtor shall file its ballot tally, confirmation memorandum and any evidence in support thereof, shall be May 22, 2016.
5. The deadline by which any party objecting to confirmation of the Second Amended Plan must file and serve its objection, and evidence in support thereof, shall be May 29, 2016.
6. The deadline by which the Debtor shall file its reply brief to any objection to confirmation shall be June 3, 2016.
7. The chapter 11 plan confirmation hearing shall be held on June 9, 2016, at 2:00 p.m., in the Courtroom captioned above.

**IT IS SO ORDERED.**

#####

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/8/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven Archer    archer@kiesel-law.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**X 3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 4/8/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 48/2016 | Sandra Rodriguez | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 2                          F 9021-1.2.BK.NOTICE.LODGMENT