United States Bankruptcy Court
Central District of California

In re:                                                                 Case No. 15-16443-RN
Leonarda Guadalupe Aguilar                                             Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin            Page 1 of 1              Date Rcvd: Apr 07, 2016
                              Form ID: pdf042        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2016.
db             +Leonarda Guadalupe Aguilar,   241 Redondo Avenue # 6,   Long Beach, CA 90803-5924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2016 at the address(es) listed below:
              Jeffrey S Shinbrot    on behalf of Debtor Leonarda Guadalupe Aguilar jeffrey@shinbrotfirm.com,
               sandra@shinbrotfirm.com
              Kelly L Morrison    on behalf of U.S. Trustee    United States Trustee (LA)
               kelly.l.morrison@usdoj.gov
              Kenneth G Lau    on behalf of U.S. Trustee    United States Trustee (LA) kenneth.g.lau@usdoj.gov
              Leslie M Klott    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bankruptcy@zievelaw.com
              Leslie M Klott    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee on  behalf of ACE
               Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp.
               Home Equity Loan Trust, Series 2006-ASAP5, Asset  Backe bankruptcy@zievelaw.com
              Leslie M Klott    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee on behalf of ACE
               Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp.
               Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed bankruptcy@zievelaw.com
              Lindsey L Smith    on behalf of Interested Party    Courtesy NEF lls@lnbyb.com,
               lls@ecf.inforuptcy.com
              Steven  Archer    on behalf of Creditor    Kiesel Law LLP and Wyatt Law Firm, LTD.
               archer@kiesel-law.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 9

JEFFREY S. SHINBROT, ESQ.
(SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone:  (310) 659-5444
Fax (310) 878-8304

Reorganization Counsel to Chapter 11 Debtor and Debtor-in-Possession

**FILED & ENTERED**

APR 07 2016

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jones     DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR, an individual<br><br>          Chapter 11 Debtor and<br>          Debtor-In-Possession. | Case No. 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**ORDER APPROVING USE OF CASH COLLATERAL THROUGH JUNE 29, 2016.**<br><br>        Hearing Date/Time/Place<br><br>**Date:** March 31, 2016<br>**Time:** 2:00 p.m.<br>**Place:** Courtroom 1645<br>           255 E. Temple Street<br>           Los Angeles, California |

The hearing on chapter 11 Debtor Leonarda Guadalupe Aguilar's Motion for an Order Authorizing Use of Cash Collateral of Wells Fargo Bank ("Wells Fargo") and HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates c/o Ocwen Loan Servicing ("HSBC"), came regularly for hearing, appearances were made as noted on the record, the Honorable Richard M. Neiter, United States Bankruptcy Judge presiding.  The Court having considered the Motion, the representation of Debtor's counsel that Wells Fargo had no objection to the use of its cash collateral for 2 or 3

months to permit the Debtor to attempt to confirm its Plank and that no opposition to further use of cash collateral having been filed, the Debtor may use the cash collateral for operating its business as permitted in the Court's previous Orders at docket number 48, through and including June 29, 2016.

1. A continued hearing on use of cash collateral and status hearing shall be held as follows:

   Date:  June 9, 2016
   Time:  2:00 p.m.
   Place: Courtroom 1645
          255 E. Temple Street
          Los Angeles, California

**IT IS SO ORDERED**.

#####

Date: April 7, 2016

Richard M. Neiter
United States Bankruptcy Judge

-2-    ORDER AUTHRORIZING USE OF CASH COLLATERAL