JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304

Reorganization Counsel to Debtor

FILED & ENTERED

APR 11 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jones    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| | |
|---|---|
| IN RE<br><br>LEONARDA GUADALUPE AGUILAR<br><br>Chapter 11 Debtor and Debtor-In-Possession. | Case No. 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**ORDER APPROVING DEBTOR'S SECOND AMENDED DISCLSOURE STATEMENT**<br><br>Date:    March 31, 2016<br>Time:   2:00 p.m.<br>Place:   255 East Temple Street<br>           Courtroom 1645<br>           Los Angeles, California 90012 |

The hearing on the adequacy of the First Amended Disclosure Statement, Describing the First Amended Plan, filed by chapter 11 Debtor and Debtor-in-Possession LEONARDA GUADALUPE AGUILAR (the "Disclosure Statement"), came regularly for hearing, appearances were made as noted on the record, the Honorable Richard M. Neiter presiding, appearances were made as noted on the record. The Court having considered the Second Amended Disclosure Statement hereby Orders as follows:

1. The Debtor shall filed a red-lined Second Amended Disclosure Statement, containing changes referenced in the Court's tentative ruling, which tentative ruling the Court has reviewed and is hereby approved.

2. The deadline for the Debtor to serve the Second Amended Disclosure Statement and Plan, Notice of the Chapter 11 Confirmation Hearing and Second Amended chapter 11 plan ballots, is April 22, 2016.

3. The deadline by which ballots to accept or reject the Second Amended Plan must be returned to, and received by, counsel to the Debtor, May 13, 2016.

4. The deadline by which the Debtor shall file its ballot tally, confirmation memorandum and any evidence in support thereof, shall be May 22, 2016.

5. The deadline by which any party objecting to confirmation of the Second Amended Plan must file and serve its objections, and evidence in support thereof, shall be May 29, 2016.

6. The deadline by which the Debtor shall file its reply brief to any objection to confirmation shall be June 3, 2016.

7. The chapter 11 plan confirmation hearing shall be held on June 9, 2016, at 2:00 p.m., in the Courtroom captioned above.

**IT IS SO ORDERED.**

#####

Date: April 11, 2016

Richard M. Neiter
United States Bankruptcy Judge

3