United States Bankruptcy Court
Central District of California

In re:  
Leonarda Guadalupe Aguilar  
    Debtor

Case No. 15-16443-RN  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 1      Date Rcvd: Apr 11, 2016  
                  Form ID: pdf042      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2016.  
db           +Leonarda Guadalupe Aguilar,    241 Redondo Avenue # 6,    Long Beach, CA 90803-5924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2016      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2016 at the address(es) listed below:

       Jeffrey S Shinbrot    on behalf of Debtor Leonarda Guadalupe Aguilar jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com  
       Kelly L Morrison    on behalf of U.S. Trustee    United States Trustee (LA) kelly.l.morrison@usdoj.gov  
       Kenneth G Lau    on behalf of U.S. Trustee    United States Trustee (LA) kenneth.g.lau@usdoj.gov  
       Leslie M Klott    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bankruptcy@zievelaw.com  
       Leslie M Klott    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backe bankruptcy@zievelaw.com  
       Leslie M Klott    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed bankruptcy@zievelaw.com  
       Lindsey L Smith    on behalf of Interested Party    Courtesy NEF lls@lnbyb.com, lls@ecf.inforuptcy.com  
       Steven Archer    on behalf of Creditor    Kiesel Law LLP and Wyatt Law Firm, LTD. archer@kiesel-law.com  
       United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

     TOTAL: 9

JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304

Reorganization Counsel to Debtor

**FILED & ENTERED**

APR 11 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jones    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| | |
|---|---|
| IN RE<br><br>LEONARDA GUADALUPE AGUILAR<br><br>Chapter 11 Debtor and Debtor-In-Possession. | Case No. 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**ORDER APPROVING DEBTOR'S SECOND AMENDED DISCLSOURE STATEMENT**<br><br>Date:   March 31, 2016<br>Time:  2:00 p.m.<br>Place:  255 East Temple Street<br>         Courtroom 1645<br>         Los Angeles, California 90012 |

The hearing on the adequacy of the First Amended Disclosure Statement, Describing the First Amended Plan, filed by chapter 11 Debtor and Debtor-in-Possession LEONARDA GUADALUPE AGUILAR (the "Disclosure Statement"), came regularly for hearing, appearances were made as noted on the record, the Honorable Richard M. Neiter presiding, appearances were made as noted on the record.  The Court having considered the Second Amended Disclosure Statement hereby Orders as follows:

1. The Debtor shall filed a red-lined Second Amended Disclosure Statement, containing changes referenced in the Court's tentative ruling, which tentative ruling the Court has reviewed and is hereby approved.
2. The deadline for the Debtor to serve the Second Amended Disclosure Statement and Plan, Notice of the Chapter 11 Confirmation Hearing and Second Amended chapter 11 plan ballots, is April 22, 2016.
3. The deadline by which ballots to accept or reject the Second Amended Plan must be returned to, and received by, counsel to the Debtor, May 13, 2016.
4. The deadline by which the Debtor shall file its ballot tally, confirmation memorandum and any evidence in support thereof, shall be May 22, 2016.
5. The deadline by which any party objecting to confirmation of the Second Amended Plan must file and serve its objections, and evidence in support thereof, shall be May 29, 2016.
6. The deadline by which the Debtor shall file its reply brief to any objection to confirmation shall be June 3, 2016.
7. The chapter 11 plan confirmation hearing shall be held on June 9, 2016, at 2:00 p.m., in the Courtroom captioned above.

1

2  **IT IS SO ORDERED.**

3                                         #####

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  Date: April 11, 2016

Richard M. Neiter
25                                         United States Bankruptcy Judge

26

27

28

3