Steven D. Archer, State Bar No. 63834
  *Email: archer@kiesel.law*
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

Attorneys on Behalf of Kiesel Law LLP and
Wyatt Law Firm, Ltd.

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR,<br><br>Debtors. | Case No. 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**NOTICE OF REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING** |

TO THE CLERK OF THE HONORABLE COURT AND ALL PARTIES IN INTEREST:

Steven D. Archer of the law firm of Kiesel Law LLP requests that his name, mailing address, and e-mail address be removed from the Clerk's electronic service list.

DATED: April 21, 2016          Respectfully submitted,

                               KIESEL LAW LLP


                               By:      /s/ Steven D. Archer
                                    STEVEN D. ARCHER
                                    Attorneys for on Behalf of Kiesel Law LLP and
                                    Wyatt Law Firm, Ltd.