JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 60211
Telephone: (310) 659-5444
Fax (310) 878-8304
General Reorganization Counsel to Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| IN RE<br><br>LEONARDA GUADALUPE AGUILAR<br><br>Chapter 11 Debtor and Debtor-In-Possession. | Case No. 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**DECLARATION OF SANDRA RODRIGUEZ AND BALLOT TALLY FILED IN SUPPORT OF CONFIRMATION OF THE SECOND AMENDED CHAPTER 11 PLAN**<br><br>**Confirmation Hearing**<br><br>**Date:** June 9, 2016<br>**Time:** 2:00 p.m.<br>Ctrm: 1645<br>         255 East Temple St.,<br>         Los Angeles, CA 90012 |

COMES NOW, Leonarda Guadalupe Aguilar, Chapter 11 Debtor and Debtor-In-Possession and submits the following Declaration of Sandra Rodriguez and Ballot Tally pursuant to this Court's ORDER APPROVING OF DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT [docket number 91].

///

///

///

///

BALLOT TALLY

1  Respectfully submitted this 20th day of May, 2016.

                           JEFFREY S. SHINBROT, APLC

                           By: _____
                           JEFFREY S. SHINBROT, Esquire
                           Reorganization Counsel for
                           Debtor-In-Possession

## DECLARATION OF SANDRA RODRIGUEZ

I, SANDRA RODRIGUEZ, DECLARE AND STATE AS FOLLOWS:

1. I am over the age of eighteen years of age and if called upon as a witness in the Leonarda Guadalupe Aguilar (the "Debtors"), chapter 11 case, I could and would do so as set forth herein.

2. I am a legal assistant with JEFFREY S. SHINBROT, APLC ("THE SHINBROT FIRM"), General Reorganization Counsel to the Debtors.

3. As part of my duties at THE SHINBROT FIRM, I open and file correspondence received in the ordinary course of the firm's business and I was charged with the task of tabulating the ballots received for the Debtors' chapter 11 case.

4. Pursuant to the Second Amended Disclosure Statement, the following holders of claims were entitled vote on the Second Amended Plan (the "Plan"): Classes 1, 2 and 4.

5. I personally reviewed the all ballots received by THE SHINBROT FIRM. The following table summarizes the results of the balloting on the Plan.

| Class | Voting Results |
|---|---|
| Class 1  Secured Claim of claim of HSBC Bank USA, NA | Accepted. 100% of number of votes and 100% in amount of claims (one vote received in the amount of $850,000, the entire secured class. Ballot attached.) |
| Class 2  Secured Claim of the Mortgage Store | No vote received. |
| Class 4 | Accepted. 1 vote received from HSBC for unsecured portion of claim in the amount of $543,671.00. 100% of votes cast and 100% of amount of votes cast. |

6. Annexed hereto as Exhibit "1" are true and accurate copies of the ballots received by THE SHINBROT FIRM.

///

///

///

1 | I declare under penalty of perjury of the law of the United States of America that the
2 | foregoing is true and correct.
3 | Executed in Beverly Hills, California on May 20, 2016.

*/s/ Sandra Rodriguez*

**EXHIBIT 1**

Form B14 - (Rev. 7/98)                                                                                1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Jeffrey S. Shinbrot, Esquire (155486)<br>JEFFREY S. SHINBROT, APLC<br>8200 Wilshire Blvd., Suite 400<br>Beverly Hills, CA 90211<br>(310)659-5444<br>jeffrey@shinbrotfirm.com<br><br>Attorney for Plan Proponent <u>LEONARDA GUADALUPE AGUILAR</u><br>[Insert name and capacity (e.g., Debtor in Possession, Creditors' Committee, Debtor XYZ, etc.)] | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 11<br>CASE NO.: 2:15-bk-16443-RN |
| In re:<br>LEONARDA GUADALUPE AGUILAR<br>Debtor. | DATE: June 9, 2016<br>TIME: 2:00 p.m.<br>CTRM: 1645, |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

1. Proponent of Plan [specify name] **LEONARDA GUADALUPE AGUILAR** has filed a Plan of Reorganization ("Plan") on [date] <u>April 8, 2016</u> for the Debtor in this case. By this ballot you will vote to accept or reject this Plan.

2. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the proponent or proponent's attorney at the address set forth above. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

3. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

    Your [check one box only] ☒ **claim**  △ **equity interest**  has been placed in Class [insert Class]    under the Plan. If you hold claim(s) or equity interest(s) in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

4. If your ballot is not received by the proponent's attorney or other party [insert other party's name and address] <u>Jeffrey S. Shinbrot, APLC, 8200 Wilshire Blvd., Suite 400, Beverly Hills, CA 90211</u> on or before <u>May 13, 2016</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan, unless the Judge otherwise determines that a non-vote will be treated as a rejection of the plan.

5. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below that describes your claim or equity interest [select only one]:

    ☒ 6.1  The undersigned is the holder of a Class [insert Class] **4**  [check one] △ **secured**  △ **priority**  ☒ **unsecured nonpriority** claim against the Debtor in the unpaid amount of $ **543,671.00**.

    △ 6.2  The undersigned is the holder of a Class [insert Class] ____  [check one] △ **bond**  △ **debenture**  △ **debt security**

    claim against the Debtor, consisting of $_____, principal amount of [describe bond, debenture, or other debt security]_____ of the Debtor. (For purposes of this Ballot, you should not adjust the principal amount for any accrued or unmatured interest.)

    △ 6.3  The undersigned is the holder of a Class [insert Class]____ equity interest in the Debtor, consisting of [number of shares]_____ or other interests [describe equity interest]_____ in the Debtor.

    **Other Classes:**           △ See Attached Continuation Page

---

Rev. 7/98                                                                                                    **FORM B14**

Form B14 (Continued) - (Rev. 7/98)  
Ballot for Accepting or Rejecting Plan - Page Two of Three  
1998 USBC, Central District of California

| In re: | (SHORT TITLE) | CHAPTER 11 |
|---|---|---|
| | Debtor. | CASE NO.: |

**7. The undersigned** *[check one box only]*:

☒ ACCEPTS THE PLAN      ☐ REJECTS THE PLAN

Dated: 5/20/16

Name *[Print or type]*: Leslie M. Klott Esq. attorney for Secured Creditor HSBC Bank USA, NA

Signature: *[signed]*

Title *[if corporation or partnership]*:

Address: 30 Corporate Park, Ste. 450  
Irvine, CA 92606

Telephone No.: 714-848-7920  
Fax No.: 714-848-7650

**RETURN THIS BALLOT TO:** Jeffrey S. Shinbrot, Esquire (155486)  
JEFFREY S. SHINBROT, APLC  
8200 Wilshire Blvd., Suite 400  
Beverly Hills, CA 90211  
(310)659-5444  
jeffrey@shinbrotfirm.com

*[Type in name and address of proponent's attorney or other appropriate party]*

Rev. 7/98                                                                                                                FORM  B14

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (specify): **DECLARATION OF SANDRA RODRIGUEZ AND BALLOT TALLY FILED IN SUPPORT OF CONFIRMATION OF THE SECOND AMENDED CHAPTER 11 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 5/20/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven Archer    archer@kiesel-law.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) 5/20/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**X 3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 5/20/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/20/2016 | Sandra Rodriguez | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE