JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 60211
Telephone: (310) 659-5444
Fax (310) 878-8304
General Reorganization Counsel to Chapter 11
Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>LEONARDA GUADALUPE AGUILAR,<br><br>Chapter 11 Debtor and Debtor-In-Possession. | Case No. 2:15-BK-16443 RN<br><br>Chapter 11<br><br>**NOTICE OF NON-MATERIAL MODIFICATIONS TO DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN**<br><br><u>Confirmation Hearing</u><br><br>**Date:** June 9, 2016<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 1375<br>      255 E. Temple St.<br>      Los Angeles, CA 90012 |

TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL OTHER PARTIES ENTITLED TO NOTICE:

**PLEASE TAKE NOTICE**, the Second Amended Chapter 11 Plan (the "Plan" at docket number 97), filed by LEONARDA GUADALUPE AGUILAR, the chapter 11 debtor and debtor herein, (the "Debtor") is hereby amended as follows:

In light of the amended claim of the Internal Revenue Service, reducing its claim to zero (a copy of which is annexed hereto), the Debtor hereby amends its Second Amended Chapter 11 Plan to delete payments to the Internal Revenue Service (the "IRS").

The Debtor shall add the amounts that would have been paid to the IRS to general unsecured class 4, increasing the payment to class 4 general unsecured creditors from $12,000 to $17,529.60 and thereby increasing the quarterly payment from $600 to $876.48.

Dated: 5-21-16

Leonarda Guadalupe Aguilar

Dated:

JEFFREY S. SHINBROT, APLC

Jeffrey S. Shinbrot, Esquire
Attorney for Debtor-in-Possession

NON-MATERIAL MODIFICATION
TO SECOND AMENDED PLAN

2

AMENDED IRS CLAIM

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor: LEONARDA GUADALUPE AGUILAR | Case Number: 2:15-BK-16443-RN |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Department of the Treasury - Internal Revenue Service

**COURT USE ONLY**

Name and address where notices should be sent:
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Telephone number: 1-800-973-0424    email:    Creditor Number: 36217328

☒ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____1
(If known)

Filed on: __05/07/2015__

Name and address where payment should be sent (if different from above):
Internal Revenue Service
Insolvency Group 5
300 North Los Angeles St, M/S 5022
Los Angeles, CA  90012

Telephone Number: (213) 576-4514    email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:**    $ 0.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** ___Taxes___
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: ___See Attachment___ | 3a. Debtor may have scheduled account as: _____ (See instruction #3a) | 3b. Uniform Claim Identifier (optional): _____ (See instruction #3b) |
|---|---|---|

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property:$_____

Annual Interest Rate ___%    ☐ fixed    or    ☐ variable
(when case was filed)

Amount of arrearage and other charges, as of the time case filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim: $_____

Amount Unsecured:    $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (4/13)    2

| | |
|---|---|
| **7. Documents:** Attach are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)* | |
| DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. | |
| If the documents are not available, please explain: | |

**8. Signature:** (See instruction #8)

Check the appropriate box.

☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorsor, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print name:  LEONARD BROWN
Title:       Bankruptcy Specialist
Company:    Internal Revenue Service

/s/ LEONARD BROWN            08/03/2015
(Signature)                  (Date)

Address and telephone number (if different from notice address above):
Internal Revenue Service
Insolvency Group 5
300 North Los Angeles St, M/S 5022
Los Angeles, CA  90012

Telephone number: (213) 576-4514    Email:

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**Form 10 Attachment**

**In the Matter of:** LEONARDA GUADALUPE AGUILAR
241 REDONDO AVENUE # 6
LONG BEACH, CA 90803

| Case Number |
|---|
| 2:15-BK-16443-RN |

| Type of Bankruptcy Case |
|---|
| CHAPTER 11 |

| Date of Petition |
|---|
| 04/23/2015 |

Amendment No. 3 to Proof of Claim dated 05/07/2015.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-1522 | INCOME | 12/31/2011 | 07/20/2015 | $0.00 | $0.00 |
| XXX-XX-1522 | INCOME | 12/31/2012 | 07/20/2015 | $0.00 | $0.00 |
| XXX-XX-1522 | INCOME | 12/31/2013 | 07/20/2015 | $0.00 | $0.00 |
| XXX-XX-1522 | INCOME | 12/31/2014 | 07/06/2015 | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |

**Total Amount of Unsecured Priority Claims:** **$0.00**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF NON-MATERIAL MODIFICATIONS TO DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X  1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/23/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven Archer    archer@kiesel-law.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**X  2. SERVED BY UNITED STATES MAIL**: On (*date*) 5/23/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**X  3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 5/23/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/23/2016 | Sandra Rodriguez | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                         F 9013-3.1.PROOF.SERVICE

**DEBTOR**

Leonarda Guadalupe Aguilar
241 Redondo Avenue # 6
Long Beach, CA  90803-5924

**TOP 20 UNSECURED CREDITORS**

Wells Fargo Bank, NA
MAC D3347-014
3476 Statview Blvd.
Fort Mill, SC  29715

The Mortgage Store Financial Inc.
707 Wilshire Blvd.
Los Angeles, CA  90017-3501

Bank of America, NA
100 North Tryon Street
Charlotte, NC  28202

Cach, LLC
1101 Capital Of Texas Hwy., Bldg. K #150
Austin, TX  78746

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA  95812-2952

Capital One Bank
C/O Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA  23541

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Marshack Medical MSO
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA  90211

Asset Acceptance, LLC
PO Box 2036
Warren, MI  48090

WFNNB-The Avenue
P.O. Box 659584
San Antonio, TX  78265

Progressive Management Systems
1521 W. Cameron Avenue Fl. 1
West Covina, CA  91790

Pacific Gas & Electricity
P.O. Box 11265
New York, NY  10286

Credit Protection Association
PO Box 7813
Baldwin Park, CA  91706-3000

Jilbert Tahmazain, Esquire
1518 W. Glenoaks Blvd.
Glendale, CA  91201