UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| Leonarda Guadalupe Aguilar | Case Number: | 2:15-bk-16443-RN |
| | Operating Report Number: | 13 |
| Debtor(s). | For the Month Ending: | 30-Apr-16 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          38,259.45

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          34,573.33
   ACCOUNT REPORTS

3. BEGINNING BALANCE:          7,191.02

4. RECEIPTS DURING CURRENT PERIOD:          7,571.18

5. BALANCE:          14,762.20

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD          7,597.97

7. ENDING BALANCE:          7,164.23

8. General Account Number(s):          xxx0071

   Depository Name & Location:
   Farmers & Merchants Bank
   4827 E. Second Street
   Long Beach, CA 90803

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

Account Number xxx-0 71

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5/3/2016 | | WF Home MTG | Mortgage payment (Pacoima) | 1,773.08 |
| 5/5/2016 | | Farmers & Merchants | service charge | 8.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL DISBURSEMENTS THIS PERIOD: | 1,781.08

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

Account Number xxx-0 918

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/5/2016 | | Ocwen Loan Service | Mortgage payment (Sylmar) | 19.50 |
| 4/5/2016 | | Ocwen Loan Service | Mortgage payment (Sylmar) | 4,181.49 |
| 4/29/2016 | | Farmers & Merchanges | Service charge | 8.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Page 2 of 8 | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 4,208.99 |

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

Account Number xxx-0 926

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/1/2016 | | Cash | Rent, gas, food | 900.00 |
| 4/9/2016 | | Cash | groceries and necessaties | 500.00 |
| 4/15/2016 | | Cash | car repair-tires | 200.00 |
| 4/29/2016 | | Farmers & Merchants | service charge | 7.90 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Page 2 of 8 | |

TOTAL DISBURSEMENTS THIS PERIOD:    1,607.90

GENERAL ACCOUNT

BANK RECONCILIATION

acct: xxx-0071

| Bank statement Date: | 5/5/2016 | Balance on Statement: | $138.74 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|

TOTAL OUTSTANDING CHECKS:

Bank statement Adjustments:

Explanation of Adjustments-

ADJUSTED BANK BALANCE:

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Ocwen Loan Servicing | monthly | 8169.27 | | 97,105.44 |
| Wells Fargo | monthly | 1711.55 | | 11,526.90 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 108,632.34 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers Insurance | 300000.00 | 4/17/2016 | 4/17/2017 |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | Mercury | 15000.00 | 10/12/2016 | 10/12/2016 |
| Others: | Safco Insurance | 682300.00 | 5/6/2017 | 8/7/2016 |
| | | | | |

I.D SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of of montly account statements for each of the below)*

|  |  |  |
|---|---|---|
| General Account xxxx-0071: | | 138.74 |
| Payroll Account: | | |
| Tax Account: | | |
| *Other Accounts: | xxx0926 | 2,892.82 |
| | xxx0918 | 4,132.67 |
| *Other Monies: | | |
| | **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**  7,164.23

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**  0.00

VI. UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| second quarter | 25.95 | 325.00 | 8-Aug-2015 | 325.00 | 0.00 |
| third quarter | | 325.12 | 2-Dec-2015 | 325.12 | 0.00 |
| forth quarter | | 649.88 | 22-Feb-2016 | 649.88 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Page 7 of 8

## XI. QUESTIONNAIRE

|   |   | No | Yes |
|---|---|---|---|

1.  Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:     x ____

_____

2.  Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:     No  Yes     x ____

_____

3.  State what progress was made during the reporting period toward filing a plan of reorganization
Plan confirmation of Debtor's 2nd amended ch. 11 plan is set for June 9, 2016

4.  Describe potential future developments which may have a significant impact on the case:

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6.  Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.     No  Yes     x ____

_____

I,    Leonarda Guadalupe Aguilar
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

05-21-16
_____          _____          _____
Date                             Page 8 of 8                       Principal for debtor-in-possession

# F&M Farmers & Merchants Bank®
### California's Strongest, since 1907.

Date   5/05/16
Account No.
Enclosures

Page   1

●●●●071



Check out our great
Home Loan rates:

fmb.com/homeloans

Leonarda G D Aguilar
D I P Case No 2:15-bk-16443-RN
241 Redondo Ave. #6
Long Beach CA 90803

Account Title: Leonarda G D Aguilar
D I P Case No 2:15-bk-16443-RN

Get a jump on tax season.
Fund your IRA today.
Contact your local F&M office.

| | | | | |
|---|---|---|---|---|
| Bankruptcy Trustee | | | Number of Enclosures | 0 |
| Account Number | ●●●●071 | | Statement Dates   4/06/16 thru   5/05/16 | |
| Beginning Balance | 119.82 | | Days in the statement period | 30 |
| 1 Deposits/Credits | 1,800.00 | | Average Ledger | 362.51 |
| 1 Checks/Debits | 1,773.08 | | | |
| Service Charge | 8.00 | | | |
| Interest Paid | .00 | | | |
| Ending Balance | 138.74 | | | |

### Service Charge Detail

| Description | Amount |
|---|---|
| Minimum Balance Fee | 8.00 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 4/29 | Deposit | 1,800.00 |

### Checks and Other Debits

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 5/03 | WF HOME MTG   AUTO PAY   091000012875525 W952318940 PPD | | | | 1,773.08- |
| 5/05 | Service Charge | | | | 8.00- |

### Checking Account Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| 4/06 | 119.82 | 5/03 | 146.74 |
| 4/29 | 1,919.82 | 5/05 | 138.74 |





Date  5/05/16          Page    2
Account No.            0071
Enclosures

Bankruptcy Trustee            0071  (Continued)

* * * *  End of Statement  * * * *

Thank you for banking with Farmers & Merchants Bank.

# Farmers & Merchants Bank®
### California's Strongest, since 1907.

Date  4/29/16        Page    1
Account No.                    926
Enclosures                      3

Leonarda G D Aguilar
D I P Cas No 2:15-bk-16443-RN
241 Redondo Ave. #6
Long Beach CA 90803

### Check out our great Home Loan rates:
### fmb.com/homeloans

Account Title: Leonarda G D Aguilar
D I P Cas No 2:15-bk-16443-RN

Get a jump on tax season.
Fund your IRA today.
Contact your local F&M office.

| Bankruptcy Trustee | | Number of Enclosures | 3 |
|---|---|---|---|
| Account Number | 926 | Statement Dates | 4/01/16 thru 5/01/16 |
| Beginning Balance | 3,169.54 | Days in the statement period | 31 |
| 1 Deposits/Credits | 1,331.18 | Average Ledger | 2,722.92 |
| 3 Checks/Debits | 1,600.00 | | |
| Service Charge | 7.90 | | |
| Interest Paid | .00 | | |
| Ending Balance | 2,892.82 | | |

### Service Charge Detail

| Description | Amount |
|---|---|
| Minimum Balance Fee | 7.00 |
| Per Check / Withdrawal Fee | .90 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 4/11 | Deposit | 1,331.18 |

### Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 4/29 | Service Charge | 7.90- |

### --- CHECKS IN NUMBER ORDER ---

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/01 | | 900.00 | 4/11 | | 500.00 | 4/15 | | 200.00 |

* Denotes missing check numbers





```
                                    Date  4/29/16          Page    2
                                    Account No.               ████926
                                    Enclosures                     3
```

Bankruptcy Trustee                  ████926  (Continued)

```
                        Checking Account Daily Balances
Date            Balance  Date            Balance
4/01            2,269.54  4/15            2,900.72
4/11            3,100.72  4/29            2,892.82
```

                * * * *  End of Statement  * * * *

        Thank you for banking with Farmers & Merchants Bank.

ACCOUNT: ███████926    **F&M Bank -- Image Statement**



Name Leonarda Aguilar
Account No 8430926
9-1-16
Pay to the Order of Cash    $ 900—
Nine Hundred Dollars — Dollars
Farmers & Merchants Bank
For Rent, gas, food

# 0    $900.00    Posted Date    4/1/2016



Name Leonarda G D Aguilar
Account No 8430926
04-09-16
Pay to the Order of Cash    $ 500—
Five Hundred dollars— Dollars
Farmers & Merchants Bank
For Groceries nececchi $2

# 0    $500.00    Posted Date    4/11/2016



Name Leonarda Guadalupe Duenez Aguilar
4/15/16
Account No 8430926
Pay to the Order of Cash    $ 200—
Two hundred dollars even Dollars
Farmers & Merchants Bank
For Tires Car Repair

# 0    $200.00    Posted Date    4/15/2016

# F&M  Farmers & Merchants Bank®
### California's Strongest, since 1907.

Date  4/29/16              Page    1
Account No.
Enclosures`                     918

Check out our great
Home Loan rates:
fmb.com/homeloans

Leonarda G D Aguilar
D I P Case No 2:15-bk-16443-RN
241 Redondo Ave. #6
Long Beach CA 90803

Account Title: Leonarda G D Aguilar
              D I P Case No 2:15-bk-16443-RN

Get a jump on tax season.
Fund your IRA today.
Contact your local F&M office.

| | | | |
|---|---|---|---|
| Bankruptcy Trustee | | Number of Enclosures | 0 |
| Account Number | 918 | Statement Dates  4/01/16 thru  5/01/16 | |
| Beginning Balance | 3,901.66 | Days in the statement period | 31 |
| 3 Deposits/Credits | 4,440.00 | Average Ledger | 1,069.83 |
| 2 Checks/Debits | 4,200.99 | | |
| Service Charge | 8.00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 4,132.67 | | |

### Service Charge Detail

| Description | Amount |
|---|---|
| Minimum Balance Fee | 8.00 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 4/01 | Deposit | 40.00 |
| 4/01 | Deposit | 400.00 |
| 4/29 | Deposit | 4,000.00 |

### Checks and Other Debits

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 4/05 | Ocwen Loan Servi | MTG PMT | 071000282917151 | 3510035452TEL | 19.50- |
| 4/05 | Ocwen Loan Servi | MTG PMT | 071000282902463 | 2510035452TEL | 4,181.49- |
| 4/29 | Service Charge | | | | 8.00- |





Date  4/29/16          Page    2
Account No.                    918
Enclosures

Bankruptcy Trustee                    918   (Continued)

Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | 4,341.66 | 4/05 | 140.67 | 4/29 | 4,132.67 |

* * * *  End of Statement  * * * *

Thank you for banking with Farmers & Merchants Bank.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA  90211

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT NUMBER 13 FOR THE MONTH ENDING APRIL 30, 2016:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X   1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/23/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven Archer    archer@kiesel-law.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**  On (*date*) May 23, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**X   3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 5/23/2016 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Office of The United States Trustee (Via Attorney Service)
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 5/23/2016 | Sandra Rodriguez | |
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.