JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 60211
Telephone: (310) 659-5444
Fax (310) 878-8304
General Reorganization Counsel to Chapter 11 Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>LEONARDA GUADALUPE AGUILAR,<br><br>Chapter 11 Debtor and Debtor-In-Possession. | Case No. 2:15-BK-16443 RN<br><br>Chapter 11<br><br>**SECOND AMENDED NOTICE TO RETAINED PROFESSIONALS RE: HEARING ON FINAL FEE APPLICATIONS**<br><br>**HEARING DATE, TIME, PLACE**<br><br>**Date:** August 25, 2016<br>**Time:** 2:00 p.m.<br>**Place:** Courtroom 1645<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

**TO ALL PROFESSIONALS EMPLOYED PURSUANT TO COURT ORDER IN THE ABOVE-CAPTIONED CASE:**

**PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule 2016-1(a)(2) you are hereby notified that Jeffery S. Shinbrot, APLC ("Applicant") has scheduled a hearing on final fee applications for August 25, 2016, at 2:00, p.m. as set forth above. Other professionals retained pursuant to Court Order also may seek approval of final fees at this hearing provided that they file and serve their

applications in a timely manner.

**PLEASE TAKE FURTHER NOTICE** that any retained professional electing to file a fee application must contact to Sandra Rodriguez at sandra@shinbrotfirm.com, (310) 659-5444, no later than August 2, 2016, to advise as to the amount of their requested fees and reimbursement of costs.  On August 2, 2016, Applicant will serve a combined notice containing each professional's request on all creditors and other parties entitled to notice under Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure.  Each retained professional also must file their final fee application with the Court and serve them on interested parties pursuant to the deadlines set forth in the Federal Rules of Bankruptcy Procedures and the Local Bankruptcy Rules for the Central District of California.

|  | Respectfully submitted, |
|---|---|
| DATED: July 7, 2016 | JEFFREY SHINBROT, APLC |
|  | By:/s/Jeffrey S. Shinbrot |
|  | Jeffrey S. Shinbrot, Esquire |
|  | Attorneys for Leonarda Guadalupe Aguilar |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA  90211

A true and correct copy of the foregoing document entitled (*specify*): **SECOND AMENDED NOTICE TO RETAINED PROFESSIONALS RE: HEARING ON FINAL FEE APPLLICTIONS:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X   1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/7/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven Archer     archer@kiesel-law.com
- Leslie M Klott     bankruptcy@zievelaw.com
- Kenneth G Lau     kenneth.g.lau@usdoj.gov
- Kelly L Morrison     kelly.l.morrison@usdoj.gov
- Jeffrey S Shinbrot     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Lindsey L Smith     lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 7/7/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**X   3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/7/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/7/2016 | Sandra Rodriguez | /s/Sandra Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                         **F 9013-3.1.PROOF.SERVICE**