1    JEFFREY S. SHINBROT, ESQ. (SBN 155486)
     jeffrey@shinbrotfirm.com
2    JEFFREY S. SHINBROT, APLC
     8200 Wilshire Boulevard, Suite 400
3    Beverly Hills, California 60211
     Telephone:  (310) 659-5444
4    Fax (310) 878-8304
5
6    Attorneys for Chapter 11 Debtor
     Leonarda Guadalupe Aguilar
7

8

9

10                  **UNITED STATES BANKRUPTCY COURT**

11       **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

12

13   IN RE                              Case No. 2:15-bk-16443-RN

14   LEONARDA GUADALUPE               Chapter 11
15   AGUILAR,
                                        **FIRST AND FINAL APPLICATION
16                                      OF JEFFREY S. SHINBROT, APLC,
                                        GENERAL REORGANIZATION
17              Chapter 11 Debtor       COUNSEL TO CHAPTER 11 DEBTOR
                and Debtor-In-          FOR APPROVAL OF
18              Possession.            COMPENSATION AND
                                        REIMBURSEMENT OF EXPENSES
19                                      FOR THE PERIOD APRIL 23, 2015
                                        THROUGH JUNE 30, 2016;
20                                      DECLARATION OF JEFFREY S.
                                        SHINBROT, DEBTOR'S CONSENT
21                                      AND  EXHIBITS IN SUPPORT
                                        THEREOF**
22

23
                                          **Date:**  August 4, 2016
24                                        **Time:**  2:00 p.m.
                                          **Place:** 255 East Temple Street
25                                               Courtroom 1375
                                                 Los Angeles, California 90012
26

27

28

# TABLE OF CONTENTS

I. SUMMARY OF INFORMATION FOR THIS APPLICATION............................................................. 1

    A.   Type of Services Rendered by Applicant ................................................................................ 1

    B.   Date and Entry of Order Approving Applicant's Employment and Past Applications and Pre-Petition Retainer – LBR 2016-1(a)(1)(B) and (C) ................................................................. 2

    C.   Summary of Fees and Costs Requested; Hourly Rates and Total Hours – LBR 2016-1(a)(1)(G).. 2

    D.   Status of Administration – LBR 2016-1(a)(1)(A)(ii)............................................................. 4

    E.   Summary of Fees and Costs Requested by other Professionals ........................................... 4

    F.   Source and Amount of Cash Available to Pay Professionals – LBR 2016(a)(1)(A)(iii)................. 4

II GENERAL OPERATIONS OF THE DEBTOR AND  NARRATIVE HISTORY OF THE CASE – LBR 2016-1(a)(1)(A).......................................................................................................... 4

III. SERVICES RENDERED AND EXPENSES INCURRED BY CATEGORY – ................................ 5

LBR-1(a)(1)(D)......................................................................................................................... 5

    A.   Services Rendered................................................................................................................ 7

    B.   Listing of Expenses – LBR 2016-1(a)(1)(F)....................................................................... 8

IV. THE APPLICANT'S BANKRUPTCY EXPERIENCE  -- LBR 2016-1(a)(1)(H) ............................ 9

V. STATEMENT OF COMPLAINCE……................................................................................10

VI. THE REQUEST FOR FINAL FEES AND EXPENSE  REIMBURSEMENT SHOULD BE APPROVED ........................................................................................................................... 10

VII. CONCLUSION AND PRAYER FOR RELIEF ..................................................................... 11

DECLARATION OF JEFFREY S. SHINBROT ........................................................................ 12

DEBTOR'S CONSENT………………………………………………………………14

1

# TABLE OF AUTHORITIES

2

Cases

3

*In re Hunt*, 238 F.3d 1098, 1105 (9th Cir. 2001) ....................................................................... 10

4

*In re Yermakov*, 718 F.2d 1465, 1471 (9th Cir. 1983) ................................................................ 10

5

Statutes

11 U.S.C. §330 ............................................................................................................................. 10

6

11 U.S.C. §330(a)(3) .................................................................................................................... 10

Fed. R. Bankr. P. 2002 ................................................................................................................. 11

7

Local Bankruptcy Rule 2016-1(F) .................................................................................................. 8

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINAL APPLICATION

**TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE AND TO ALL PARTIES ON THE ANNEXED SERVICE LIST:**

Jeffrey S. Shinbrot, A Professional Law Corporation (the "Applicant"), general bankruptcy counsel to Leonard Guadalupe Aguilar, the reorganized debtor in the above entitled chapter 11 proceeding ("Debtor"), whose chapter 11 case was commenced on April 23, 2015, (the "Petition Date"), hereby applies to this Court for an Order (1) Approving Final Compensation and Reimbursement of Expenses for the period April 23, 2015 through June 30, 2016, in the amount of $25,437.10, comprising of services rendered in the amount of $23,529.00, and expenses incurred in the amount of $1,908.10, on a final basis, and (2) authorizing the Debtor to pay the Applicant $25,515.55, which amount represents the unpaid balance of that amount as set forth herein. The Debtor consents to this request (see page 14, herein). In support of the Applicant respectfully represents and alleges as follows:

**I.**

**SUMMARY OF INFORMATION FOR THIS APPLICATION**

**A.    Type of Services Rendered by Applicant**

Jeffrey S. Shinbrot, A Professional Law Corporation, has provided legal services to the Debtor as its General Bankruptcy Counsel during the course of these Chapter 11 proceedings. Mr. Shinbrot is a sole practitioner and other than paralegal and administrative matters, he has been responsible for rendering the services set forth herein.

As General Bankruptcy Counsel, Mr. Shinbrot's services have included representation of the Debtor from First Day Motions through all aspects of this Chapter 11 case, including opposing and resolving the United States Trustee's Office's ("UST") motion to dismiss or convert, formulation of the Court approved Second Amended Disclosure Statement and formulation of the confirmed Second Amended Chapter 11 Plan, and negotiation with secured creditor HSBC Bank to resolve HSBC Bank's treatment under the Plan. Mr. Shinbrot's legal services also included assisting the Debtor with compliance requirements of the Office of the United States Trustee, representation at hearings and meetings of creditors and resolution of claims as set forth herein.

As set forth in more detail below, commencing in 1991, Mr. Shinbrot has been a bankruptcy attorney in the Central District of California, representing debtors, creditors, trustees and parties-in-interest in matters filed under the United States Bankruptcy Code, including through Chapter 11 plan confirmation. Mr. Shinbrot's experience includes representation of parties in bankruptcy adversary cases through trial and appeal to the Ninth Circuit Court of Appeals. Since 1991, the vast majority of Mr. Shinbrot's practice has been in areas of bankruptcy, restructuring and insolvency.

**B.    Date and Entry of Order Approving Applicant's Employment and Past Applications and Pre-Petition Retainer – LBR 2016-1(a)(1)(B) and (C)**

The Order authorizing Jeffrey S. Shinbrot, APLC's employment as Debtor's general bankruptcy counsel was entered on June 22, 2015 (the "Employment Order") as Docket No. 34.[1] This is the Applicant's first and final application for compensation and reimbursement of expenses. No prior applications for compensation and reimbursement of expenses have been filed by the Applicant. As set forth in the Applicant Notice of Application to Employ General Insolvency Counsel [Docket no. 9], the Applicant received pre-petition retainers from the Debtor totaling $4,447.50 (inclusive of Bankruptcy Court filing fees) and the sum of $647.17 remained in Applicant's Attorney-Client Trust account on the Petition Date and remains in Applicant's Attorney-Client Trust account at this time.

**C.    Summary of Fees and Costs Requested; Hourly Rates and Total Hours – LBR 2016-1(a)(1)(G)**

A summary of the hours expended, fees incurred and expenses advanced during the Fourth Interim Period is set forth below:

| | |
|---|---|
| Applicable Time Period: | April 23, 2015 through and including June 30, 2016. |
| Hours Expended: | 50.6 (all by Mr. Shinbrot) |
| Total Fees Incurred: | $23,529 |
| Total Expenses Advanced: | $1,908.10 |
| Total Fees and Expenses: | $25,437.10 |
| Less Retainer Remaining on | ($647.17 ) |

---

[1] The Employment Order is annexed hereto as Exhibit "5."

the Petition Date
Total Fees and Expenses Due        $24,789.93
Hourly Rate:                               $465.00 per hour

The following table summarizes the monthly fees and expenses incurred during the Chapter 11 Case:

| PERIOD | FEES | EXPENSES |
|---|---|---|
| April 23, 2015 – April 30, 2015 | $1,023.00 | $5 |
| May, 2015 | $3,952.50 | $349.23 |
| June, 2015 | $2,371.50 | $347.23 |
| July, 2015 | $1,534.50 | $119.85 |
| August, 2015 | $93.00 | $56.27 |
| September, 2015 | $93.00 | $56.27 |
| October, 2015 | $1,488.00 | $123.74 |
| November, 2015 | $325.50 | $121.72 |
| December, 2015 | $4,045.50 | $171.65 |
| January, 2016 | $93.00 | $105.06 |
| February, 2016 | $1,720.50 | $183.49 |
| March, 2016 | $1,302.00 | $76.67 |
| April, 2016 | $976.50 | $143.12 |
| May, 2016 | $3,022.50 | $7.20 |
| June, 2016 | $1,488.00 | $7.60 |
| **Totals** | **$23,529.00** | **$1,908.10** |

Annexed to the Declaration of Jeffrey S. Shinbrot are the following Exhibits, incorporated herein by this reference:

Exhibit 1:    Detailed Billing Records for the period April 23, 3015 through and including June 30, 2016.

Exhibit 2:    Detailed Records of Expenses for the period April 23, 2015 through and including June 30, 2016.

Exhibit 3:    Chart of Project Categories by Month.

Exhibit 4:    Project Category Totals.

Exhibit 5:    Order granting application to employ Jeffrey S. Shinbrot, APLC.

Exhibit 6:    Notice to Professionals of Fee Applications.

Included in this document is the above summary of monthly fees and expenses and below at section III herein is Mr. Shinbrot's fees by project category and totals by project category.

**D.    Status of Administration – LBR 2016-1(a)(1)(A)(ii)**

At this time, administration of the estate is near complete.  The Debtor will make the first quarterly distributions under the Plan this week and will be filing her motion for entry of final decree in the next week.

**E.    Summary of Fees and Costs Requested by other Professionals**

Other than Mr. Shinbrot, no other professionals have been employed in this case.

On July 7, 2016, Debtor served and filed in accordance with the Local Bankruptcy Rules, the Third Amended Notice To Retained Professionals Re: Hearing on Final Fee Applications with Proof of Service [Docket No. 116].  To date, no fees have been awarded to any professionals.

**F.    Source and Amount of Cash Available to Pay Professionals – LBR 2016(a)(1)(A)(iii)**

The Debtor currently has funds on hand to make her first quarterly distributions to priority tax and general unsecured creditors under the Plan and to make monthly payments to secured creditors under the Plan.  Mr. Shinbrot has agreed that Debtor may pay the fees and expenses awarded under this application when funds become available.

**II**

**GENERAL OPERATIONS OF THE DEBTOR AND**

**NARRATIVE HISTORY OF THE CASE – LBR 2016-1(a)(1)(A)**

On April 23, 2015, Debtor filed a voluntary Petition and Schedules under chapter 11 of Title 11 of the United States Code.  On April 22, 2016, Debtor filed her Second Amended Chapter 11 Plan of Reorganization [Docket No. 96].   On May 23, 2016, Debtor filed non-material modifications to her Plan [Docket 100].  On June 24, 2016, the Bankruptcy Court entered its Order confirming the Plan [109].  The Effective Date of the Plan is July 8, 2016 (the

"Effective Date"). Since the filing of the voluntary petition, Mr. Shinbrot has provided extensive legal services in furtherance of Debtor's chapter 11 case, including as follows (and as set forth in detail in the billing statements and charts annexed hereto):

a.    <u>Motion to Dismiss or Convert</u>:   On May 19, 2015, the United States Trustee filed a Motion under 11 U.S.C. § 1112(b)(1) to Convert, Dismiss or Appoint a Chapter 11 Trustee with an Order Directing Payment of Quarterly Fees and for Judgment Thereon ("Motion to Dismiss"). Thereafter, the Debtor, with Mr. Shinbrot's assistance, cured all compliance reporting deficiencies and payment delinquencies detailed by the United States Trustee. The United States Trustee and the Debtor entered a stipulation on June 19, 2015 resolving the Motion to Dismiss.

b.    <u>Cash Collateral</u>: On June 11, 2015, Mr. Shinbrot, on behalf of Debtor, filed a Motion to Use Cash Collateral, which was approved by the Court in an order entered on August 14, 2015. The Court approved the Debtor's use of cash collateral through November 30, 2015. A continued hearing on cash collateral took place on December 1, 2015. The Court approved the Debtor's use of cash collateral through March 31, 2016. On April 7, 2016, the Court entered an order approving the Debtor's use of cash collateral through June 29, 2016.

c.    <u>Motion for Relief from Stay</u>. On July 21, 2015, a Motion for Relief From Stay – Action in Non-Bankruptcy Forum was filed requesting that the Superior Court case *Estrada v. Aguilar* be permitted to proceed despite the automatic bankruptcy stay for the sole purpose of permitting the attorneys to be relieved as attorneys of record for plaintiff. On August 10, 2015, the Court entered an order approving the Motion for Relief from Stay.

d.    <u>HSBC Bank's Claim</u>:  Mr. Shinbrot assisted the Debtor in negotiating treatment of HSBC Bank's claim under the Plan.

### III.

## <u>SERVICES RENDERED AND EXPENSES INCURRED BY CATEGORY – LBR-1(a)(1)(D)</u>

Mr. Shinbrot was the sole attorney who rendered legal services as general bankruptcy counsel to the Debtor during this Chapter 11 case and he recorded his services under the following basic categories:  (1) Asset Analysis and Recovery ("AA"); (2) Asset Disposition

("AD");  (3)  Business Operations ("BO"); (4) Case Administration ("CA"); (5) Claims

Objections/Preference Matters ("CO");  (6) Employee Benefits/Pensions ("EB"); (7)

Employment/Fee Applications ("EA"); (8) Fee Employment Objections ("FE");  (9)

Financing/Cash Collateral ("FC"); (10) Meeting of Creditors ("MC"); (11) Plan and Disclosure

Statement ("PD"); (12) Litigation ("L") and (13) Business Analysis/Corporate Finance ("BA").

As required by LBR 2016-1(a)(1)(E) detailed descriptions for legal services in each

category are included in Exhibit "1" to the Declaration of Jeffrey S. Shinbrot (the "Shinbrot

Declaration") appended hereto and is summarized in Exhibits "3" and "4."  As is evident from a

review of Exhibits, Mr. Shinbrot provided extensive services to Debtor during the Chapter 11

case which benefited the estate and its creditors.  The amount of time indicated in each entry in

Exhibit "1" (calculated in 1/10 hours) reflects actual time spent by Mr. Shinbrot on each matter

as indicated therein (Exhibit "1" contains detailed billing statements).  In summary by category,

Mr. Shinbrot provided the following legal services:

| PROJECT CATEGORIES | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| 1. Asset Analysis and Recovery | 0 | $0 |
| 2. Asset Disposition | 0 | $0 |
| 3. Business Operations | 4.2 | $1,953 |
| 4. Case Administration | 16.9 | $7,858.50 |
| 5. Claims Objections Preference Matters | 0.8 | $372 |
| 6. Employee Benefits/Pensions | 0 | $0 |
| 7. Employment/Fee Applications | 1.0 | $465 |
| 8. Employment/Fee Objections | 0 | $0 |
| 9. Financing | 0 | $0 |
| 10. Meeting of Creditors | 3.1 | $1,441.50 |
| 11. Plan and Disclosure Statement | 24.6 | $11,439 |
| 12. Litigation | 0 | $0 |
| 13. Business Analysis Corporate Finance | 0 | $0 |

| TOTALS | 50.6 | $23,529.00 |
|---|---|---|

## A.    Services Rendered

(1)    Asset Analysis and Recovery.  Asset analysis and recovery includes the identification and review of potential assets of Debtor.  The total time spent in this category is 0 hours, total fees are $0.00.

(2)    Asset Disposition.  Asset disposition encompasses efforts in connection with the sale of Debtor's assets, as well as the assumption and assignment of leases and executory contracts.  Total time in this category is 0 hours, total fees are $0.00.

(3)    Business Operations.  Services recorded under the category of business operations include preparation of the cash collateral motion, attendance at the hearing on cash collateral and preparation of the order approving the cash collateral motion.  Total time in this category is 4.2 hours, total fees are $1,953.

(4)    Case Administration.  Services Mr. Shinbrot recorded under the category of case administration include but are not limited to the following:  (i) preparation of the Schedules of Assets and Liabilities and Statement of Financial Affairs and motion to extend deadline to file same; (ii) analysis of interim statements and operating reports and other administrative functions, including status conferences; (iv) contact with the UST; (v) defending the UST's motion to dismiss or convert the case.  Total time in this category is 16.9 hours, total fees are $7,858.50.

(5)    Claims Objections/Preference Matters.  This category contains all time expended by Mr. Shinbrot in the analysis of claims and potential objections to claims.  Specifically, Mr. Shinbrot prepared a claims bar date notice and reviewed HSBC Bank's claim and stipulation for treatment of the claim under the Plan.  Total time in this category is 0.80 hours, total fees are $372.

(6)    Employee Benefits/Pensions.  This category contains information with respect to employer/labor relations and matters related to the Debtor's pension plans.  Total time in this category during the period is 0 hours, total fees are $0.00.

(7)    Employment/Fee Applications.  This category of activity includes the preparation

of the application to employ Mr. Shinbrot.  Total time in this category is 1.0 hours, total fees are $465.00.

(8)    <u>Fee/Employee Objections</u>:  This category includes review of and response or preparation of objections to employment and fee applications.  Total time in this category is 0 hours, total fees are $0.00.

(9)    <u>Financing</u>:  This category includes financing issues involving the Debtor.  The total for this period is 0 hours, fees are $0.00.

(10)    <u>Meetings of Creditors</u>:    This category includes preparing for and attending the conference of creditors and the section 341(a) meeting.  The total for this category is 5.3 hours, total fees are $2,517.50.

(11)    <u>Plan and Disclosure Statement.</u>  Services performed in this category are in connection with the formulation of Debtor's original and amended plans and disclosure statements, pleadings, argument and negotiations in support of the disclosure statement and plan confirmation.  Total time in this category is 24.6 hours, total fees are $11,439.

(12)    <u>Litigation.</u>  This category includes monitoring of non-bankruptcy actions, motions related to non-bankruptcy matters.  Total time in this category is 0 hours, total fees $0.00.

(13)    <u>Business Analysis/Corporate Finance.</u>  This category includes fees related to a debtor's business and the business's financials and financing.  The total for this category is 0 hours, total fees $0.00.

**B.    <u>Listing of Expenses – LBR 2016-1(a)(1)(F)</u>**

The detail of costs incurred by Mr. Shinbrot is attached to the Shinbrot Declaration as Exhibit "2."  Pursuant to Local Rule 2016-1(a)(1)(F), Exhibit "2" sets forth the date each expense was incurred, a description of the expense, the amount of the expense and an explanation.  Mr. Shinbrot has made every effort to limit the cost of expenses and to use the most economical means available for accomplishing the tasks requiring expenditures.  All expenses that Jeffrey S. Shinbrot advanced on behalf of Debtor were necessarily incurred and are properly charged as administrative expenses of debtor's estate.

# IV.

## THE APPLICANT'S BANKRUPTCY EXPERIENCE  -- LBR 2016-1(a)(1)(H)

Jeffrey S. Shinbrot has been a bankruptcy practitioner in the Central District of California since 1991, representing parties in a wide variety of matters filed under the United States Bankruptcy Code.  For 25 years, Mr. Shinbrot has represented business entities and individuals (including representation of debtors through Chapter 11 plan confirmation), lending institutions and other creditors, bankruptcy trustees and purchasers and sellers of assets in bankruptcy matters.  Mr. Shinbrot has substantial bankruptcy litigation experience, having prosecuted and defended litigation matters through trial and appeal to the Ninth Circuit Court of Appeals (including an opinion published by the Ninth Circuit Court of Appeals regarding pre-bankruptcy arbitration provisions and the Bankruptcy Code *In re Eber*, 687 F.3d 1123 (9th Cir. 2012), where Appeals Court ruled in favor of the debtor/defendant in denying creditors' Motion to Compel Arbitration)  and he has successfully conducted jury trials in the California Superior Court.

Between 1990 and 1991, Mr. Shinbrot was a legal extern and law clerk to the Los Angeles firm of Robinson, Diamant, Brill and Klausner.  In 1991, he drafted ethical guidelines for proposal to the Ethics Task Force of the American Bar Association Business Bankruptcy Committee concerning third party payment of attorney's fees in Bankruptcy matters.  A graduate of Southwestern University School of Law's S.C.A.L.E. Program, Mr. Shinbrot was admitted to practice in the State of California and the Central District of California in December of 1991. Mr. Shinbrot received his Bachelor of Arts in Political Science and Bachelor of Arts in Sociology in 1982 from the University of California at Santa Barbara.  Mr. Shinbrot is a member of the Financial Lawyers Conference, the Los Angeles County Bar Association, and has served on the Executive Committee of the Beverly Hills Bar Association, Bankruptcy Division since 2006.  Mr. Shinbrot has published articles relating to the subject of bankruptcy including *The Claims Trade*, Los Angeles Lawyer (April, 2008) and *The Bankruptcy Auction Block, A Primer for Acquiring Assets*, Business Law News (Issue No. 2, 2005).  Mr. Shinbrot has been rated for the past 11 years by Martindale Hubbell as "AV Preeminent 5.0 out of 5," and is listed

9

in "Southern California Super Lawyers" in the fields of Bankruptcy & Creditor/Debtor Rights, Business Litigation and Business Law, for 2012 – 2014.

## V.

## STATEMENT OF COMPLIANCE WITH LBR 2016-1(a)(1)(K)

Mr. Shinbrot has reviewed the requirements of LBR 2016-1 and this application complies with that rule.

## VI.

## THE REQUEST FOR FINAL FEES AND EXPENSE
## REIMBURSEMENT SHOULD BE APPROVED

Section 330 of the Bankruptcy Code provides for the award of a duly employed professional for:

> reasonable compensation for actual, necessary services rendered by such… professional person… based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under the title; and reimbursement for actual, necessary expenses.

Although time devoted is one of several factors used in determining an appropriate fee award to a professional, multiplying the number of hours expended by an hourly rate is "[t]he primary method used to determine a reasonable attorney fee in a bankruptcy case." *In re Hunt*, 238 F.3d 1098, 1105 (9th Cir. 2001) (citing *In re Yermakov*, 718 F.2d 1465, 1471 (9th Cir. 1983). Section 330(a)(3) provides that the Court "shall consider the nature, the extent and the value of such services, taking into account all relevant factors." 11 U.S.C. §330(a)(3). The services rendered by Mr. Shinbrot were both necessary and beneficial to the estate, resulting in the successful resolution of all issues that arose in this Chapter 11 case in an efficient manner. The amount sought in this Application is therefore reasonable for the professional services performed by Mr. Shinbrot on behalf of Debtor. Mr. Shinbrot believes that the services rendered constitute appropriate services incident to representation of the Debtor and that his hourly rate of $465.00 is reasonable and at the low end of the spectrum for comparable services.

Notice of this Application shall be served in accordance with Local Bankruptcy Rule 2016-1 and Fed. R. Bankr. P. 2002.

## VII.

## CONCLUSION AND PRAYER FOR RELIEF

Jeffrey S. Shinbrot has complied with all statutory guidelines and court-imposed requirements relating to applications for compensation.

Wherefore, Jeffrey S. Shinbrot respectfully requests:

1.  Approval of fees and reimbursement of costs on a final basis in the total amount of $25,437.10, comprising of services rendered in the amount of $23,529.00 and expenses incurred in the amount of $1,908.10.

2.  Authorization of payment from the Debtor's estate to Jeffrey S. Shinbrot, the balance of the allowed amount of fees owing in the amount of $24,789.93.

3.  Such other and further relief as the Court deems just and proper.

DATED:  July 14, 16                    JEFFREY SHINBROT, APLC


                                       By:/s/Jeffrey S. Shinbrot
                                          JEFFREY S. SHINBROT, Attorneys for
                                          Leonarda Guadalupe Aguilar,
                                          Reorganized Chapter 11 Debtor

## DECLARATION OF JEFFREY S. SHINBROT

I, Jeffrey S. Shinbrot, declare:

1.    I am an attorney admitted to practice in the State of California and before the United States District Court for the Central District of California and I submit this declaration in support of my first and final application for compensation and reimbursement of expenses (the "Application") in the Chapter 11 case of Leonarda Guadalupe Aguilar, the reorganized debtor and debtor-in-possession in the above entitled Chapter 11 proceeding ("Debtor"), whose Chapter 11 case was commenced on April 23, 2015 (the "Petition Date").  The Application is made in connection with fees and costs for the period of April 23, 2015 through June 30, 2016.

2.    I am the Debtor's General Bankruptcy Counsel and I am the attorney responsible for the representation of Debtor in the pending case and for keeping track of the billing in this matter.  I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify thereto.

3.    I have reviewed the time and billing records annexed hereto and the legal services described therein were actually performed and I believe that such services were reasonably necessary to represent Debtor and were in the best interests of Debtor's estate.  The amounts requested in the Application for fees are based on the records kept in the ordinary course of business with time entries made by me at or about the time of the transactions noted in the records attached hereto.  The amount of time indicated in each entry (calculated in 1/10 hours) in the attached billing statements reflect actual time spent by me on each matter as indicated therein.  A true and accurate copy of those time and billing records for the period April 23, 2015 through and including June 30, 2016, are annexed hereto as Exhibit "1".

4.    The expense reports for this matter are annexed hereto as Exhibit "2" and represent costs associated with the Debtor's bankruptcy case, which were also recorded in the ordinary course of my firm's business at or near the time that such cost was incurred.  Additionally the following Exhibits are annexed hereto in support of this Application:

      a.  Exhibit 3:      Chart of Project Categories by Month.

      b.  Exhibit 4:      Project Category Totals.

c.  Exhibit 5: Order granting application to employ Jeffrey S. Shinbrot, APLC.

d.  Exhibit 6:   Notice to Professionals of Fee Applications.

5.  I have made every effort to limit the cost of expenses and to use the most economical means available for accomplishing the tasks requiring expenditures and attorney time in this Chapter 11 case.

6.   I agreed to an hourly rate of $465 per hour for this Chapter 11.

7.  I have reviewed the foregoing Application and I am familiar with its contents. Rather than restating in this Declaration the facts and representations contained in the Application and its attached Exhibits, I hereby incorporate such factual statements and representations herein by this reference and confirm that they are true and correct to the best of my knowledge.

8.   In accordance with Local Bankruptcy Rules, I have provided to Debtor a copy of the Application, together with a proposed declaration of consent to the relief requested herein.  The declaration shall be filed separately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of July 2016, at Beverly Hills, California.


 /s/Jeffrey S. Shinbrot                                              
Jeffrey S. Shinbrot

## **CONSENT OF DEBTOR TO FEE APPLICATION**

I, Leonarda Guadalupe Aguilar, hereby declare and state as follows:

1.    I am over the age of eighteen and I am, the debtor and debtor in possession herein (the "Debtor" or "Aguilar").  As to the following facts, I know them of my own personal knowledge, except where stated on information and belief, and if called as a witness, I could and would testify as set forth herein.

2.    I have reviewed the First and Final Application of Jeffrey S. Shinbrot, A Professional Law Corporation, general reorganization counsel to the Debtor, wherein he seeks approval of fees in the amount of $23,529.00, and expenses in the amount of $1,908.10, for an aggregate award of $25,437.10.

3.    I consent to the requested for fees and reimbursement of costs set forth in the above stated application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   7-14-16

Leonarda Guadalupe Aguilar

14

**EXHIBIT 1**

## PROFESSIONAL FEE STATEMENT FOR JEFFREY S. SHINBROT, APLC

Client: Chapter 11 Case No.:  2:15-bk-16443-RN
PERIOD: April 23, 2015-April 30, 2015

| ATTORNEY | TYPE | DATE | RATE | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shinbrot, Jeffrey | P | 4/23/15 | $465.00 | .9 | $418.50 | Review/edit emergency chapter 11 Bankruptcy |
| Shinbrot, Jeffrey | P | 4/26/15 | $465.00 | .2 | 93.00 | Prepare and edit application to employ JSS, APLC |
| Shinbrot, Jeffrey | P | 4/27/15 | $465.00 | 1.1 | 511.50 | Prepare and edit motion to extend deadline to file schedules |
| | | | | 2.2 | $1023.00 | |

Totals legal services this period      $1,023.00
Total Costs                            $     5.00
Total Due this period:                 $1,028.00

## PROFESSIONAL FEE STATEMENT FOR JEFFREY S. SHINBROT, APLC

Client: Chapter 11 Case No.:  2:15-bk-16443-RN
PERIOD:  May 1, 2015- May 31, 2015

| ATTORNEY | TYPE | DATE | RATE | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shinbrot, Jeffrey | P | 5/1/2015 | $465.00 | .1 | 46.50 | Edit notice of app to employ Shinbrot Firm |
| Shinbrot, Jeffrey | P | 5/7/2015 | $465.00 | 1.0 | 465.00 | Prepare motion to extend deadline to file remainder schedules |
| Shinbrot, Jeffrey | P | 5/7/2015 | $465.00 | 1.5 | 697.50 | Edit and review UST 7-day package and documents |
| Shinbrot, Jeffrey | P | 5/18/15 | $465.00 | 2.0 | 930.00 | Attend IDI |
| Shinbrot, Jeffrey | P | 5/19/15 | $465.00 | .3 | 139.50 | Review UST Motion Dismiss/Convert |
| Shinbrot, Jeffrey | P | 5/19/15 | $465.00 | .5 | 232.50 | Review Debtor's remainder of schedules/SOF |
| Shinbrot, Jeffrey | P | 5/27/15 | $465.00 | .2 | 93.00 | Prepare Notice of cont. 341Mtg. |
| Shinbrot, Jeffrey | P | 5/28/2015 | $465.00 | 2.9 | 1,348.50 | Attend 341(a) MTG |
| TOTALS | | | | 8.5 | 3,952.50 | |

Totals legal services this period     $3,952.50
Total Costs                           $  349.23
Total Due this period:                $4,301.73

**PROFESSIONAL FEE STATEMENT FOR JEFFREY S. SHINBROT, APLC**

Client: Chapter 11 Case No.:  2:15-bk-16443-RN
PERIOD:  June 1, 2015- June 30, 2015

| ATTORNEY | TYPE | DATE | RATE | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shinbrot, Jeffrey | P | 6/1/15 | $465.00 | .2 | $93.00 | Edit JSS supplemental dec. to app to employ JSS |
| Shinbrot, Jeffrey | P | 6/07/15 | $465.00 | .8 | 372.00 | Prepare Cash Collateral motion |
| Shinbrot, Jeffrey | P | 6/10/15 | $465.00 | .1 | 46.50 | Prepare  non-opp to employ JSS |
| Shinbrot, Jeffrey | P | 6/10/15 | $465.00 | .2 | 93.00 | Edit and review JSS app order |
| Shinbrot, Jeffrey | P | 6/10/15 | $465.00 | 1.1 | 511.50 | Prepare opposition to To UST Motion to Dismiss/Convert |
| Shinbrot, Jeffrey | P | 6/15/16 | $465.00 | .2 | 93.00 | rreview Stip UST Continuing Compliance in Resolution of UST motion |
| Shinbrot, Jeffrey | P | 6/20/15 | $465.00 | .2 | 93.00 | Prepare Order approving Shinbrot employment |
| Shinbrot, Jeffrey | P | 6/20/15 | $465.00 | .3 | 139.50 | Edit and review UST Stip Order re UST requirements |
| Shinbrot, Jeffrey | P | 6/30/15 | $465.00 | 2.0 | 930.00 | Attend hearing on UST Motion to Dismiss |
| TOTALS | | | | 5.1 | $2371.50 | |

Totals legal services this period      $2,371.50
Total Costs                                       $  347.23
Total Due this period:                       $2,718.73

## PROFESSIONAL FEE STATEMENT FOR JEFFREY S. SHINBROT, APLC

Client: Chapter 11 Case No.:  2:15-bk-16443-RN
PERIOD:  July 1, 2015- July 31, 2015

| ATTORNEY | TYPE | DATE | RATE | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shinbrot, Jeffrey | P | 7/13/15 | $465.00 | .8 | $372.00 | Prepare Reply to HSBC Bank Opposition Authorizing Use of Cash Collateral |
| Shinbrot, Jeffrey | P | 7/14/16 | $465.00 | .1 | 46.50 | Review MOR |
| Shinbrot, Jeffrey | P | 7/21/16 | $465.00 | 2.1 | 976.50 | Attend Hearing on Cash Collateral |
| Shinbrot, Jeffrey | P | 7/31/2016 | $465.00 | .3 | 139.00 | Order Authorizing Use of Cash Collateral |
| TOTALS | | | | 3.3 | $1534.00 | |

Totals legal services this period      $1,534.50
Total Costs                                      $  119.85
Total Due this period:                      $1,654.35

## PROFESSIONAL FEE STATEMENT FOR JEFFREY S. SHINBROT, APLC

Client: Chapter 11 Case No.:  2:15-bk-16443-RN
PERIOD:  August 1, 2015- August 31, 2015

| ATTORNEY | TYPE | DATE | RATE | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shinbrot, Jeffrey | P | 8/14/2015 | $465.00 | .2 | 93.00 | Review MOR |

Totals legal services this period       $93.00
Total Costs                             $56.27
Total Due this period:                  $149.27

## PROFESSIONAL FEE STATEMENT FOR JEFFREY S. SHINBROT, APLC

Client: Chapter 11 Case No.:  2:15-bk-16443-RN
PERIOD:  September 1, 2015- September 30, 2015

| ATTORNEY | TYPE | DATE | RATE | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shinbrot, Jeffrey | P | 9/14/2015 | $465.00 | .2 | 93.00 | Review MOR |

Totals legal services this period      $93.00
Total Costs                                        $56.27
Total Due this period:                       $149.27

## **PROFESSIONAL FEE STATEMENT FOR JEFFREY S. SHINBROT, APLC**

Client: Chapter 11 Case No.:  2:15-bk-16443-RN
PERIOD:  October 1, 2015- October 31, 2015

| ATTORNEY | TYPE | DATE | RATE | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shinbrot, Jeffrey | P | 10/9/2015 | $465.00 | .2 | 93.00 | Prepare Notice of Status Conference |
| Shinbrot, Jeffrey | P | 10/11/2015 | $465.00 | .8 | 372.00 | Prepare status conf report |
| Shinbrot, Jeffrey | P | 10/29/2015 | $465.00 | 2.2 | 1,023.00 | Attend Status Conference |
| TOTALS | | | | 3.2 | 1,488.00 | |

Totals legal services this period        $1,488.00
Total Costs                              $  123.74
Total Due this period:                   $1,611.74

**PROFESSIONAL FEE STATEMENT FOR JEFFREY S. SHINBROT, APLC**

Client: Chapter 11 Case No.:  2:15-bk-16443-RN
PERIOD:  November 1, 2015- November 30, 2015

| ATTORNEY | TYPE | DATE | RATE | TIME | AMOUNT | DESCRIPTION |
|----------|------|------|------|------|--------|-------------|
| Shinbrot, Jeffrey | P | 11/4/2015 | $465.00 | .5 | $232.50 | Prepare Bar Date Notice |
| Shinbrot, Jeffrey | P | 11/20/2015 | 465.00 | .2 | 93.00 | Review MOR |
| Totals | | | | 0.7 | $325.50 | |

Totals legal services this period      $325.50
Total Costs                            $121.72
Total Due this period:                 $447.22

## PROFESSIONAL FEE STATEMENT FOR JEFFREY S. SHINBROT, APLC

Client: Chapter 11 Case No.:  2:15-bk-16443-RN
PERIOD:  December 1, 2015- December 31, 2015

| ATTORNEY | TYPE | DATE | RATE | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shinbrot, Jeffrey | P | 12/6/2015 | $465.00 | 3.0 | $1,395.00 | Prepare/edit disclosure statement/plan |
| Shinbrot, Jeffrey | P | 12/7/2015 | $465.00 | 2.2 | 1,023.00 | Prepare/edit disclosure statement/plan |
| Shinbrot, Jeffrey | P | 12/8/2015 | $465.00 | 2.7 | 1,255.50 | Prepare/edit disclosure statement/plan MOR |
| Shinbrot, Jeffrey | P | 12/9/2015 | $465.00 | .3 | 139.50 | Review HSBC stip for plan treatment |
| Shinbrot, Jeffrey | P | 12/15/2015 | $465.00 | .2 | 93.00 | Review MOR |
| Shinbrot, Jeffrey | P | 12/28/2015 | $465.00 | .3 | 139.50 | Prepare Status Report |
| TOTALS | | | | 8.7 | $4,045.50 | |

Totals legal services this period      $4,045.50
Total Costs                                    $  171.65
Total Due this period:                     $4,217.15

## PROFESSIONAL FEE STATEMENT FOR JEFFREY S. SHINBROT, APLC

Client: Chapter 11 Case No.:  2:15-bk-16443-RN
PERIOD:  January 1, 2016- January 30, 2016

| ATTORNEY | TYPE | DATE | RATE | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shinbrot, Jeffrey | P | 1/21/2016 | $465.00 | .2 | 93.00 | Review MOR |

Totals legal services this period    $  93.00
Total Costs                          $105.06
Total Due this period:               $198.06

## PROFESSIONAL FEE STATEMENT FOR JEFFREY S. SHINBROT, APLC

Client: Chapter 11 Case No.:  2:15-bk-16443-RN
PERIOD:  February 1, 2016- February 29, 2016

| ATTORNEY | TYPE | DATE | RATE | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shinbrot, Jeffrey | P | 02/3/2016 | $465.00 | 2.7 | $1,255.50 | Edit First Amended Disclosure Statement and Plan |
| Shinbrot, Jeffrey | P | 2/16/2016 | $465.00 | .2 | 93.00 | Review MOR |
| Shinbrot, Jeffrey | P | 2/16/2016 | $465.00 | .3 | 139.50 | Prepare Status Report |
| Shinbrot, Jeffrey | P | 2/22/2016 | $465.00 | .3 | 139.50 | Prepare Notice of continued chapter 11 status conference |
| Shinbrot, Jeffrey | P | 2/23/2016 | $465.00 | .2 | 93.00 | Prepare Notice of Hearing on First Amended Disclosure Statement and Plan |
| TOTALS | | | | 3.7 | $1,720.50 | |

Totals legal services this period        $1,720.50
Total Costs                              $   183.49
Total Due this period:                   $1,903.99

## PROFESSIONAL FEE STATEMENT FOR JEFFREY S. SHINBROT, APLC

Client: Chapter 11 Case No.:  2:15-bk-16443-RN
PERIOD:  March 1, 2016- March 31, 2016

| ATTORNEY | TYPE | DATE | RATE | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shinbrot, Jeffrey | P | 03/18/2016 | $465.00 | .2 | 93.00 | Review MOR |
| Shinbrot, Jeffrey | P | 3/31/2016 | $465.00 | 2.6 | 1,209.00 | Attend Hearing on Approval of Disclosure Statement |
| TOTALS | | | | 2.8 | 1,302.00 | |

Totals legal services this period    $1,302.00
Total Costs    $   76.67
Total Due this period:    $1,378.67

## PROFESSIONAL FEE STATEMENT FOR JEFFREY S. SHINBROT, APLC

Client: Chapter 11 Case No.:  2:15-bk-16443-RN
PERIOD:  April 1, 2016- April 30, 2016

| ATTORNEY | TYPE | DATE | RATE | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shinbrot, Jeffrey | P | 4/4/2016 | $465.00 | .2 | $93.00 | Prepare of Cash Collateral Order |
| Shinbrot, Jeffrey | P | 4/4/2016 | $465.00 | 1.4 | 651.00 | Edit Second amended Disclosure statement and Plan relined |
| Shinbrot, Jeffrey | P | 4/18/2016 | $465.00 | .2 | 93.00 | Review MOR |
| Shinbrot, Jeffrey | P | 4/22/2016 | $465.00 | .3 | 139.50 | Prepare Notice of hearing on  confirmation debtors second amended Plan |
| TOTALS | | | | 2.1 | $976.50 | |

Totals legal services this period    $976.50
Total Costs                          $143.12
Total Due this period:               $1,119.62

## PROFESSIONAL FEE STATEMENT FOR JEFFREY S. SHINBROT, APLC

Client: Chapter 11 Case No.:  2:15-bk-16443-RN
PERIOD:  May 1, 2016- May 31, 2016

| ATTORNEY | TYPE | DATE | RATE | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shinbrot, Jeffrey | P | 5/15/2016 | $465.00 | 2.9 | $1,348.50 | Prepare confirmation memorandum |
| Shinbrot, Jeffrey | P | 5/19/2016 | $465.00 | 3.4 | 1,581.00 | Edit confirmation memorandum |
| Shinbrot, Jeffrey | P | 5/22/2016 | $465.00 | .2 | 93.00 | Review MOR |
| TOTALS | | | | 6.5 | $3,022.50 | |

Totals legal services this period      $3,022.50
Total Costs                                      $      7.20
Total Due this period:                      $3,029.70

## PROFESSIONAL FEE STATEMENT FOR JEFFREY S. SHINBROT, APLC

Client: Chapter 11 Case No.:  2:15-bk-16443-RN
PERIOD:  June 1, 2016- June 30, 2016

| ATTORNEY | TYPE | DATE | RATE | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shinbrot, Jeffrey | P | 6/09/16 | 465.00 | 2.4 | 1,116.00 | Attend confirmation hearing |
| Shinbrot, Jeffrey | P | 6/12/16 | $465.00 | .8 | 372.00 | Prepare confirmation order |
| TOTALS | | | | 3.2 | 1,488.00 | |

Totals legal services this period     $1,488.00
Total Costs                           $    7.60
Total Due this period:                $1,495.60

**EXHIBIT 2**

| date | description | copies(0.20/page) | postage | fax($1e | other | total |
|------|-------------|-------------------|---------|---------|-------|-------|
| 4/23/2015 | Emergency Voluntary petition | $5.00 | | | | $5.00 |
| | Total | | | | | |

| date | description | copies(0.20/page) | postage | fax($1ea | other | total |
|------|-------------|-------------------|---------|----------|-------|-------|
| 5/4/2015 | Notice of application Employ JSS | $30.00 | $11.75 | | | $41.75 |
| 5/4/2015 | Application employ JSS | $3.00 | $16.32 | | | $19.32 |
| 5/7/2015 | Motion to Extend deadline | $122.40 | $14.62 | | | $137.02 |
| 5/7/2015 | Notice of lodgment extend Order | $20.40 | | | | $20.40 |
| 5/21/2015 | remainder of schedules | $8.40 | | | | $8.40 |
| 5/21/2015 | Amendment to Schedule D,E,F | $47.60 | | | $7.99 | $55.59 |
| 5/21/2015 | US Bankruptcy filing fee | | | | $30.00 | $30.00 |
| 5/27/2015 | Notice of Continued 341(a) Meeting | $25.00 | $11.75 | | | $36.75 |
| | Total | | | | | $349.23 |

| date | description | copies(0.20/page) | postage | fax($1ea other | total |
|------|-------------|-------------------|---------|----------------|-------|
| 6/5/2015 | JSS Supplemental to JSS Application | $0.60 | | | $0.60 |
| 6/8/2015 | MOR 1 | $37.40 | $12.07 | | $49.47 |
| 6/11/2015 | Non-oppositin Employ JSS | $95.20 | $14.79 | | $109.99 |
| 6/11/2015 | Notice of lodgment JSS Application | $20.40 | $7.99 | | $28.39 |
| 6/11/2015 | Motion to Use Cash Collateral | $91.80 | $14.79 | | $106.59 |
| 6/16/2015 | MOR 2 | $44.20 | | $7.99 | $52.19 |
| | TOTAL | | | | $347.23 |

| date | description | copies(0.20/page) | postage | fax($1e | other | total |
|---|---|---|---|---|---|---|
| 7/14/2015 | Reply to Opposition Cash collateral | $23.80 | $7.99 | | | $31.79 |
| 7/16/2015 | MOR 3 | $44.20 | $12.07 | | | $56.27 |
| 7/31/2015 | notice of lodgment cash collateral order | $23.80 | $7.99 | | | $31.79 |
| | TOTAL | | | | | $119.85 |

| date | description | copies(0.20/page) | postage | fax($1e | other | total |
|------|-------------|-------------------|---------|---------|-------|-------|
| 8/19/2015 | MOR 4 | $44.20 | $12.07 | | | $56.27 |
| | TOTAL | | | | | $56.27 |

| date | description | copies(0.20/page) | postage | fax($1ea | other | total |
|------|-------------|-------------------|---------|----------|-------|-------|
| 9/17/2015 | MOR 5 | $44.20 | $12.07 | | | $56.27 |
| | TOTAL | | | | | $56.27 |

| date | description | copies(0.20/page) | postage | fax($1ea other | total |
|------|-------------|-------------------|---------|----------------|-------|
| 10/13/2015 | notice of status conference | $18.00 | $8.16 | | $26.16 |
| 10/15/2015 | Status report | $23.80 | $7.99 | | $31.79 |
| 10/21/2015 | MOR 6 | $57.80 | $7.99 | | $65.79 |
| | TOTAL | | | | $123.74 |

| date | description | copies(0.20/page) | postage | fax($1ea | other | total |
|------|-------------|-------------------|---------|----------|-------|-------|
| 11/3/2015 | notice status conf order | $20.40 | $7.99 | | | $28.39 |
| 11/5/2015 | notice of bar date | $13.60 | $16.66 | | | $30.26 |
| 11/20/2015 | MOR 7 | $51.00 | $12.07 | | | $63.07 |
| | TOTAL | | | | | $121.72 |

| date | description | copies(0.20/page) | postage | fax($1e | other | total |
|------|-------------|-------------------|---------|---------|-------|-------|
| 12/1/2015 | court call | | | | $35.00 | $35.00 |
| 12/8/2015 | Notice of lodgment cash collateral | $20.40 | $7.99 | | | $28.39 |
| 12/15/2015 | Chapter 11 plan | $2.80 | | | | $2.80 |
| 12/15/2015 | Disclosure statement | $10.60 | | | | $10.60 |
| 12/18/2015 | MOR 8 | $61.20 | $12.07 | | | $73.27 |
| 12/28/2015 | Status report | $13.60 | $7.99 | | | $21.59 |
| | TOTAL | | | | | $171.65 |

| date | description | copies(0.20/page) | postage | fax($1e | other | total |
|------|-------------|-------------------|---------|---------|-------|-------|
| 1/21/2016 | notice of lodgment status Order | $17.00 | $7.99 | | | $24.99 |
| 1/22/2016 | MOR 9 | $68.00 | $12.07 | | | $80.07 |
| | TOTAL | | | | | $105.06 |

| date | description | copies(0.20/page) | postage | fax($1e | other | total |
|---|---|---|---|---|---|---|
| 2/24/2016 | notice of apprvoal fo disclosure state | $7.20 | $17.64 | | $35.00 | $59.84 |
| 2/10/2016 | First amended Disclosure statement | $14.80 | | | | $14.80 |
| 2/10/2016 | First amended plan | $2.60 | | | | $2.60 |
| 2/16/2016 | MOR 10 | $61.20 | $12.07 | | | $73.27 |
| 2/17/2016 | Status report | $10.20 | $7.99 | | | $18.19 |
| 2/23/2016 | notice of cont ch 11 status | $6.80 | | $7.99 | | $14.79 |
| | TOTAL | | | | | $183.49 |

| date | description | copies(0.20/page) | postage | fax($1e: | other | total |
|---|---|---|---|---|---|---|
| 3/8/2016 | MOR 11 | $64.60 | $12.07 | | | $76.67 |
| | TOTAL | | | | | |

| date | description | copies(0.20/page) | postage | fax($1e; other | total |
|------|-------------|-------------------|---------|----------------|-------|
| 4/4/2016 | Lodgment Order cash collateral | $17.00 | $7.99 | | $24.99 |
| 4/8/2016 | Redlined Second amended disclosure | $15.20 | | | $15.20 |
| 4/8/2016 | redlined second amended plan | $2.60 | | | $2.60 |
| 4/8/2016 | lodgment Amended Disclosure order | $20.40 | $7.99 | | $28.39 |
| 4/18/2016 | MOR 12 | $27.20 | $7.99 | | $35.19 |
| 4/22/016 | notice of plan confirmation | $25.00 | | $11.75 | $36.75 |
| | TOTAL | | | | $143.12 |

| date | description | copies(0.20/page) | postage | fax($1e | other | total |
|------|-------------|-------------------|---------|---------|-------|-------|
| 5/23/2016 | Confirmation Brief | $4.00 | | | | $4.00 |
| 5/23/2016 | Ballots | $1.60 | | | | $1.60 |
| 5/24/2016 | Non material modifications | $1.60 | | | | $1.60 |
| | TOTAL | | | | | $7.20 |

| date | description | copies(0.20/page) | postage | fax($1ea | other | total |
|------|-------------|-------------------|---------|----------|-------|-------|
| 6/10/2016 | Notice hearing fee app | $0.60 | | | | $0.60 |
| 6/16/2016 | Lodgment confirmation order | $7.00 | | | | $7.00 |
| | | | | | | |
| | TOTAL | | | | | $7.60 |

**EXHIBIT 3**

## Category Totals by Month

| MONTH | CAT. 1 | CAT. 2 | CAT. 3 | CAT. 4 | CAT. 5 | CAT. 6 | CAT. 7 | CAT. 8 | CAT. 9 | CAT. 10 | CAT. 11 | CAT. 12 | CAT. 13 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **4/23/15– 4/30/15** | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 2.0 hrs. $930 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.2 hrs. $93 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | **2.2 hrs. $1,023** |
| **May 2015** | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 5.3 hrs. $2,465.50 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.1 hrs. $46.50 | 0.0 hrs.$0 | 0.0 hrs.$0 | 3.1 hrs. $1,441.50 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | **8.5 hrs. $3,952.5 0** |
| **June 2015** | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.8 hrs. $372 | 3.6 hrs. $1,674 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.7 hrs. $325.50 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | **5.1 hrs. $2,371.5 0** |
| **July 2015** | 0.0 hrs.$0 | 0.0 hrs.$0 | 3.2 hrs. $1,488 | 0.1 hrs. $46.50 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | **3.3 hrs. $1,534.5 0** |
| **Aug. 2015** | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.2 hrs. $93 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | **0.2 hrs. $93** |
| **Sept. 2015** | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.2 hrs. $93 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.2 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | **0.2 hrs. $93** |
| **Oct. 2015** | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 3.2 hrs. $1,488 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | **3.2 hrs. $1,488** |
| **Nov. 2015** | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.2 hrs. $93 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | **0.2 hrs. $93** |
| **Dec. 2015** | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.5 hrs. $232.50 | 0.5 hrs. $232.50 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 7.9 hrs. $3,673.50 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | **8.9 hrs. $4,138.5 0** |
| **Jan. 2016** | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.2 hrs. $93 | 0.3 hrs. $139.50 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | **0.5 hrs. $232.50** |
| **Feb. 2016** | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.8 hrs. $837 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 2.9 hrs. $1,348.50 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | **3.7 hrs. $1,720.5 0** |
| **March 2016** | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.2 hrs. $93 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 2.6 hrs. $1,209 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | **2.8 hrs. $1,302** |
| **April 2016** | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.2 hrs. $93 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 1.7 hrs. $790.50 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | **1.9 hrs. $883.50** |
| **May 2016** | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.2 hrs. $93 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 6.3 hrs. $2,929.50 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | **6.5 hrs. $3,022.5 0** |

Category Totals by Month

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **June 2016** | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.2 hrs. $93 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 0.0 hrs.$0 | 3.2 hrs. $1,488 | 0.0 hrs.$0 | 0.0 hrs.$0 | **3.4 hrs. $1,581** |
| **TOTALS** | 0.0 hrs.$0 | 0.0 hrs.$0 | **4.2 hrs. $1,953** | **16.9 hrs.$7,858.50** | **0.8 hrs. $372** | 0.0 hrs.$0 | **1.0 hrs. $465** | 0.0 hrs.$0 | 0.0 hrs.$0 | **3.1 hrs.$1,441.50** | **24.6 hrs. $11,439** | 0.0 hrs.$0 | 0.0 hrs.$0 | **50.6 hrs. $23,529** |

**EXHIBIT 4**

## PROJECT TOTALS BY CATEGORY

| CATEGORY | HOURS | FEES |
|---|---|---|
| 1.  Asset Analysis and Recovery | None | None |
| 2.  Asset Disposition | None | None |
| 3.  Business Operations | 4.2 | $1,953 |
| 4.  Case Administration | 16.9 | $7,858.50 |
| 5.  Claims Objections/Preference Matters | 0.8 | $372 |
| 6.  Employee Benefits/Pensions | None | None |
| 7.  Employment/Fee Applications | 1.0 | $465 |
| 8.  Employment/Fee Objections | None | None |
| 9.  Financing/Cash Collateral | None | None |
| 10.  Meeting of Creditors | 3.1 | $1,441.50 |
| 11.  Plan and Disclosure Statement | 24.6 | $11,439 |
| 12.  Litigation | None | None |
| 13.  Business Analysis/Corporate Finance | None | None |
| **TOTALS** | **50.6** | **$23,529** |

**EXHIBIT 5**

JEFFREY S. SHINBROT, ESQUIRE (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone:  (310) 659-5444
Fax (310) 878-8304

Proposed Reorganization Counsel to Chapter 11
Debtor and Debtor-in-Possession

FILED & ENTERED

JUN 22 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

In re

LEONARDA GUADALUPE AGUILAR,

Chapter 11 Debtor and
Debtor-In-Possession.

Case No. 2:15-bk-16443-RN

Chapter 11

**ORDER APPROVING APPLICATION OF
DEBTOR AND DEBTOR-IN-POSSESSION
TO EMPLOY JEFFREY S. SHINBROT,
APLC AS GENERAL INSOLVENCY
COUNSEL**

Upon the Application of LEONARDA GUADALUPE AGUILAR, an individual, (hereinafter the "Debtor") for JEFFREY S. SHINBROT, APLC ("THE SHINBROT FIRM")  to serve as general insolvency counsel for the Debtor, and upon the Declaration of Jeffrey S. Shinbrot as an attorney duly admitted to practice in this Court, and the Court being satisfied that THE SHINBROT FIRM represents no interest adverse to the Debtor herein, or its estate in the matters upon which it is to be engaged and that the employment would be in the best interest of bankruptcy estate, and no opposition and request for hearing having been timely filed pursuant to Local Rule 2014-1, it is hereby,

**ORDERED**, that the employment of THE SHINBROT FIRM to serve as general insolvency counsel for the Debtor in these Chapter 11 proceedings is approved and authorized

with compensation to be fixed after notice and a hearing pursuant to 11 U.S.C. §330, in accordance with the foregoing Application.

**IT IS SO ORDERED**.

*****

Date: June 22, 2015

Richard M. Neiter
United States Bankruptcy Judge

**EXHIBIT 6**

1   JEFFREY S. SHINBROT, ESQ. (SBN 155486)
    jeffrey@shinbrotfirm.com
2   JEFFREY S. SHINBROT, APLC
    8200 Wilshire Boulevard, Suite 400
3   Beverly Hills, California 60211
    Telephone:  (310) 659-5444
4   Fax (310) 878-8304
5   General Reorganization Counsel to Chapter 11
    Debtor
6

7                    **UNITED STATES BANKRUPTCY COURT**
8                     **CENTRAL DISTRICT OF CALIFORNIA**
9

10  IN RE                                  |  Case No. 2:15-BK-16443 RN

11  LEONARDA GUADALUPE AGUILAR,            |  Chapter 11

12  Chapter 11 Debtor and Debtor-In-       |  **THIRD AMENDED NOTICE TO**
    Possession.                            |  **RETAINED PROFESSIONALS RE:**
13                                         |  **HEARING ON FINAL FEE APPLICATIONS**

14                                         |  **HEARING DATE, TIME, PLACE**

15                                         |  **Date:**  August 4, 2016
16                                         |  **Time:**  2:00 p.m**.**
                                           |  **Place:**  Courtroom 1645
17                                         |          255 E. Temple St.
18                                         |          Los Angeles, CA 90012

19

20       **TO ALL PROFESSIONALS EMPLOYED PURSUANT TO COURT ORDER IN**

21  **THE ABOVE-CAPTIONED CASE:**

22       **PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule 2016-1(a)(2) you are

23  hereby notified that Jeffery S. Shinbrot, APLC ("Applicant") has scheduled a hearing on final fee

24  applications for August 4, 2016, at 2:00, p.m. as set forth above.  Other professionals retained

25  pursuant to Court Order also may seek approval of final fees at this hearing provided that they file

26  and serve their applications in a timely manner.

27       **PLEASE TAKE FURTHER NOTICE** that any retained professional electing to file a

28  fee application must contact to Sandra Rodriguez at sandra@shinbrotfirm.com, (310) 659-5444,

no later than July 14, 2016, to advise as to the amount of their requested fees and reimbursement of costs.

On July 14, 2016, Applicant will serve a combined notice containing each professional's request on all creditors and other parties entitled to notice under Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure.  Each retained professional also must file their final fee application with the Court and serve them on interested parties pursuant to the deadlines set forth in the Federal Rules of Bankruptcy Procedures and the Local Bankruptcy Rules for the Central District of California.

Respectfully submitted,

DATED:  July 7, 2016                           JEFFREY SHINBROT, APLC


By:/s/Jeffrey S. Shinbrot
   Jeffrey S. Shinbrot, Esquire
   Attorneys for Leonarda Guadalupe Aguilar

2        NOTICE TO RETAINED PROFESSIONALS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA  90211

A true and correct copy of the foregoing document entitled (specify):**THIRD AMENDED NOTICE TO RETAINED PROFESSIONALS RE: HEARING ON FINAL FEE APPLICTIONS:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X   1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 7/7/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven Archer    archer@kiesel-law.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (date) 7/7/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**X   3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 7/7/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/7/2016 | Sandra Rodriguez | /s/Sandra Rodriguez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA  90211

A true and correct copy of the foregoing document entitled (*specify*):**FIRST AND FINAL APPLICATION OF JEFFREY S. SHINBROT, APLC, GENERAL REORGANIZATION COUNSEL TO CHAPTER 11 DEBTOR FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 23, 2015 THROUGH JUNE 30, 2016; DECLARATION OF JEFFREY S. SHINBROT, DEBTOR'S CONSENT AND EXHIBITS IN SUPPORT THEREOF:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X   1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/14/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven Archer     archer@kiesel-law.com
- Leslie M Klott     bankruptcy@zievelaw.com
- Kenneth G Lau     kenneth.g.lau@usdoj.gov
- Kelly L Morrison     kelly.l.morrison@usdoj.gov
- Lindsey L Smith     lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:  On (*date*) 7/14/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**X   3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/14/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/14/2016 | Sandra Rodriguez | /s/Sandra Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.