| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey S. Shinbrot, Esquire (155486) <br> JEFFREY S. SHINBROT, APLC <br> 8200 Wilshire Blvd., Suite 400 <br> Beverly Hills, CA  90211 <br> (310)659-5444 <br> (310)878-8304 Fax <br> jeffrey@shinbrotfirm.com <br><br><br> ☐ *Individual appearing without attorney* <br> ☒ *Attorney for:*  Chapter 11 Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: <br><br> LEONARDA GUADALUPE AGUILAR <br><br><br><br><br><br><br><br><br><br><br> Debtor(s). | CASE NO.: 2:15-bk-16443-RN <br><br> CHAPTER: 11 <br><br> **NOTICE OF MOTION FOR:** <br><br> MOTION FOR ENTRY OF DISCHARGE AND FINAL DECREE <br><br><br><br><br> *(Specify name of Motion)* <br><br> DATE: 08/04/2016 <br> TIME:  2:00 pm <br> COURTROOM: 1375 <br> PLACE: 255 East Temple Street <br>          Los Angeles, CA  90012 |

1.  TO (*specify name*): <u>Honorable Richard M. Neiter, US Bankruptcy Court Judge and All Interested Parties</u>

2.  NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-caplioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.  **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:  07/14/2016



JEFFREY S. SHINBROT, APLC
Printed name of law firm

Signature

Jeffrey S. Shinbrot, Esquire
Printed name of attorney

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

JEFFREY S. SHINBROT, ESQ.
(SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304

Attorneys for Chapter 11 Debtor
Leonarda Guadalupe Aguilar

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LEONARDA GUADALUPE AGUILAR,<br><br>               Debtor | Bk. No. 2:15-bk-16443-RN<br><br>In a Case Under Chapter<br>11 of the Bankruptcy Code<br>(11 U.S.C. § 1101 *et seq.*)<br><br>MOTION FOR ENTRY OF<br>DISCHARGE AND FINAL DECREE<br><br><u>Hearing</u>:<br>Date: August 4, 2016<br>Time: 2:00 p.m.<br>Place: Courtroom 1375<br>       255 East Temple Street<br>       Los Angeles, CA 90012 |

**TO THE HONORABLE RICHARD M. NEITER UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES**:

Leonard Guadalupe Aguilar, the reorganized debtor in the above entitled chapter 11 proceeding ("Debtor"), moves this Court for entry of discharge and a final decree closing this bankruptcy case (the "Motion"). As set forth below, all motions, contested matters, and adversary proceedings in this case have been finally resolved. There are no remaining acts of administration of the Estate that need to be brought to the Court in the Debtor's bankruptcy case. The Debtor simply needs to continue to make monthly payments to secured creditors and quarterly payments to tax and general unsecured creditors. The Debtor's confirmed plan therefore has been substantially consummated. Thus, the Debtor requests that the Court enter an order granting the Debtor's discharge and a final decree closing this case.

## I.    BANKRUPTCY CASE & PLAN CONFIRMATION

On April 23, 2015, Debtor filed a voluntary Petition and Schedules under chapter 11 of Title 11 of the United States Code. On April 22, 2016, Debtor filed her Second Amended Chapter 11 Plan of Reorganization.  On May 23, 2016, Debtor filed non-material modifications to her Plan. On June 24, 2016, the Bankruptcy Court entered its Order confirming the Plan. The Effective Date of the Plan is July 8, 2016 (the "Effective Date").

Debtor owns real property located at 13781 Eldridge Avenue, Sylmar, California ("Sylmar Property"). Debtor is employed by the Employment Development Department. She receives income from her employment in the sum of $1,750 per month (net) and from rental of the Sylmar Property to her brother, Vicente Aguilar, in the sum of $5,000 per month.

## II.    COMPLETION OF PLAN OBLIGATIONS

### A.    Administrative Claims

The Debtor's Plan requires her to pay administrative claims on the Effective Date. As set forth in the Debtor's approved disclosure statement and chapter 11 plan, the Debtor's counsel agreed to be paid after the Effective Date if Debtor has insufficient funds on the Effective Date. Debtor has paid the Clerk's Office Fees and United States Trustee's Fees in

full. Debtor's counsel agrees that a final decree should be entered and the case closed regardless of whether Debtor has paid counsel in full.

### B.    Tax Claims

The Plan requires the Debtor to make quarterly tax. The Debtor made the first quarterly payments on July 12, 2016 to the Franchise Tax Board (the Internal Revenue Service filed an amended claim to $0.00, annexed hereto as Exhibit "2" for the Court's convenience) and she will continue making the quarterly payments going forward on or before the last day of subsequent quarters.

### C.    Secured Claims

#### 1)    HSBC

The Plan and a stipulation entered between Debtor and HSBC gave HSBC a secured claim of $850,000 and an unsecured claim for the balance of its claim. The Plan and stipulation required the Debtor to begin making monthly payments of $4,181.49 on December 1, 2015. The Debtor has been making and is current on the monthly payments on HSBC's secured claim.

#### 2)    The Mortgage Store

This claim is treated as unsecured under the Plan.

#### 3)    Wells Fargo Bank, NA

This claim is unimpaired under the Plan. The Debtor is current on the pre-petition obligations to Wells Fargo Bank, NA.

### D.    Unsecured Claims

The Plan requires the Debtor to make quarterly payments of $600 to unsecured creditors beginning 15 days after the Effective Date or July 23, 2016. On July 13, 2016, the Debtor made the first payment. She will continue to make the future quarterly payments on or before the last day of each subsequent quarter.

In sum, Debtor's only remaining obligations under the Plan are (1) to continue making

monthly payments to secured creditors (who are protected by their security interest in the respective properties) under the terms of the Plan and the separate agreements with the lenders and (2) to make the quarterly payments to tax and general unsecured creditors for the next five years.

## III.    BASIS FOR ENTRY OF FINAL DECREE

The Plan has been duly and substantially consummated in accordance with the terms and provisions of the Plan.   There are no tasks remaining for the Estate other than payment of monthly payments to secured creditors and quarterly payments to tax and unsecured creditors.

Federal Rule of Bankruptcy Procedure ("FRBP") 3022 provides:

> After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case.

The Bankruptcy Code and rules do not specify when a case has been fully administered.  However, the Advisory Committee Note to the 1991 Amendments sets forth factors leading to the decision as to when a final decree may be entered:

> Entry of a final decree closing a chapter 11 case should not be delayed solely because the payments required by the plan have not been completed. Factors that the court should consider in determining whether the estate has been fully administered include (1) whether the order confirming the plan has become final, (2) whether deposits required by the plan have been distributed, (3) whether the property proposed by the plan to be transferred has been transferred, (4) whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan, (5) whether payments under the plan have commenced, and (6) whether all motions, contested matters, and adversary proceedings have been finally resolved.

1

The court should not keep the case open only because of the possibility that

2

the court's jurisdiction may be invoked in the future.  A final decree closing

3

the case after the estate is fully administered does not deprive the court of

4

jurisdiction to enforce or interpret its own orders and does not prevent the

5

court from reopening the case for cause pursuant to § 350(b) of the Code.

6

For example, on motion of a party in interest, the court may reopen the case

7

to revoke an order of confirmation procured by fraud under § 1144 of the

8

Code.  If the plan or confirmation orders provide that the case shall remain

9

open until a certain date or event because of the likelihood that the court's

10

jurisdiction may be required for specific purposes prior thereto, the case

11

should remain open until that date or event.

12

Advisory Committee Notes to 1991 Amendments to Federal Rule of Bankruptcy Procedure

13

3022.

14

Not all of the factors set forth in the Advisory Committee Notes need to be present to

15

establish that a case is fully administered for final decree purposes.  *Graves v. Rebel Rents,*

16

*Inc. (In re Rebel Rents, Inc.)*, 326 B.R. 791, 804 (Bankr. C.D. Cal. 2005) (citing *In re Mold*

17

*Makers, Inc.*, 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990)).  Rather, bankruptcy courts have

18

flexibility in determining whether an estate is fully administered by considering the factors

19

set forth in the Advisory Committee Notes to Rule 3022, along with any other relevant

20

factors.  *See In re Jay Bee Enters., Inc.*, 207 B.R. 536, 539 (Bankr. E.D. Ky. 1997).

21

Here, the order confirming the Plan becomes final on July 8, 2016, prior to the hearing

22

on this Motion.  Debtor made the first quarterly pro-rata distribution to tax and general

23

unsecured creditors and will continue to make all future quarterly payments timely.  No

24

property is proposed to be transferred by the Plan.  Debtor's Plan does not contemplate

25

operation of any business.  Monthly payments under the Plan, which are to secured creditors

26

only, have commenced and are current.  There are no adversary nor contested matters

27

pending in the instant chapter 11 case.

28

The Court should therefore enter a final decree in this case.   In the unlikely event that any future issue arises, the aggrieved party may move to reopen the case and the Court will have jurisdiction to resolve the dispute.

## IV.    BASIS FOR ENTRY OF DISCHARGE

Bankruptcy Code § 1141(d)(5) controls discharge in an individual Chapter 11 case. Section 1141(d)(5) states as follows:

(5) In a case in which the debtor is an individual:

. . .

(B) at any time after the confirmation of the plan, and after notice and a hearing, the Court may grant a discharge to the debtor who has not completed payments under the plan if –

(i) the value, as of the effective date of the plan, of property actually distributed under the plan on account of each allowed unsecured claim is not less than the amount that would have been paid on such claim if the estate of the debtor had been liquidated under chapter 7 on such date; and

(ii) modification of the plan under section 1127 is not practicable ...

Debtor has already distributed funds to tax and general unsecured creditors in excess of the amount they would have been paid on such claim if Debtor's estate had been liquidated under chapter 7.  Debtor made the first quarterly distributions to tax and general unsecured creditors, in the total sums of $967.29 and $600, respectively.  As explained in the approved disclosure statement describing the Plan, unsecured creditors would have received 0% on account of their claims if Debtor's Estate had been liquidated under chapter 7.  (Docket No. 96.)

## V.    CLOSURE OF CASE

After substantial consummation of a plan and entry of a final decree, the Court should close the case.

(a) After an estate is fully administered and the court has discharged the

1    trustee, the court shall close the case.

2    11 U.S.C. §350.

3    In addition Rule 3022 of the Federal Rules of Bankruptcy Procedure states as follows:

4    After an estate is fully administered in a Chapter 11 reorganization

5    case, the court, on its own motion or on motion of a party in interest,

6    shall enter a final decree *closing* the case.

7    This case is substantially consummated, and Debtor should receive her discharge and

8    this case should be closed.

9                            **VI.**      **<u>CONCLUSION</u>**

10    Based on the foregoing, the Debtor requests that the Court (1) enter a final decree; (2)

11    enter her discharge; and (3) close this case.

12

13

14    DATED:  July 14, 16                      JEFFREY SHINBROT, APLC

15

16                                         By:/s/Jeffrey S. Shinbrot
                                              _____
17                                            JEFFREY S. SHINBROT, Attorneys for
                                              Leonarda Aguilar, Debtor in Possession
18

19

20

21

22

23

24

25

26

27

28

Motion for Final Decree

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>DECLARATION OF LEONARDA GUADALUPE AGUILAR</u>

I, LEONARDA GUADALUPE AGUILAR, declare as follows:

1.      I am an individual and the reorganized debtor in the above-entitled action.
The facts set forth herein are true of my own personal knowledge, and if called upon to
testify thereto, I could and would competently do so under oath.

2.      On April 23, 2015, I filed a voluntary Petition and Schedules under chapter
11 of Title 11 of the United States Code.

3.      On April 22, 2016, I filed my Second Amended Chapter 11 Plan of
Reorganization.

4.      On May 23, 2016, I filed non-material modifications to my Plan.

5.      On June 24, 2016, the Bankruptcy Court entered its Order confirming the
Plan.  The Effective Date of the Plan is July 8, 2016 (the "Effective Date").

6.      I own real property located at 13781 Eldridge Avenue, Sylmar, California
("Sylmar Property").   I receive income from the rental of the Sylmar Property to my
brother, Vicente Aguilar, in the sum of $5,000 per month.

7.      I am employed by the Employment Development Department.   I receive
income from my employment in the sum of $1,750 per month (net).

8.      The Plan requires me to pay administrative claims on the Effective Date.
My counsel agreed to be paid after the Effective Date if I have insufficient funds on the
Effective Date.  I have paid the Clerk's Office Fees and United States Trustee's Fees in
full.  My counsel has agreed, as evidenced by his filing this Motion for me, that a final
decree should be entered and the case closed.

9.      The Plan requires me to make quarterly tax payments beginning on the last
day of the quarter containing the Effective Date or September 30, 2016.  I made the first
quarterly payments on July 12, 20156 and will continue making the quarterly payments

going forward on or before the last day of subsequent quarters (the IRS amended their claim to zero and I made the payment to the California Franchise Tax Board).

10.    The Plan and a stipulation entered between HSBC and me gave HSBC a secured claim of $850,000 and an unsecured claim for the balance of its claim.  The Plan and stipulation required me to begin making monthly payments of $4,181.49 on December 1, 2015.  I have been making and am current on the monthly payments on HSBC's secured claim.

11.    The Mortgage Store's claim is treated as unsecured under the Plan.

12.    Wells Fargo Bank, NA's claim is unimpaired under the Plan.  I am current on the pre-petition obligations to Wells Fargo Bank, NA.

13.    The Plan requires me to make quarterly payments of $600 to unsecured creditors beginning 15 days after the Effective Date or July 23, 2016.  On July 13, 2016, I made the first payments as set forth in Exhibit "1" hereto.  I will continue to make the future quarterly payments on or before the last day of each subsequent quarter.

14.    There are no tasks remaining for the Estate other than payment of monthly payments to secured creditors and quarterly payments to tax and unsecured creditors.  The order confirming the Plan becomes final on July 8, 2016, prior to the hearing on this Motion.  No property is proposed to be transferred by the Plan.  My Plan does not contemplate operation of any business.

15.    There are no adversary cases nor contested matters pending in my bankruptcy case.

///

///

///

///

///

1    I declare under penalty of perjury under the laws of the United States of America the

2    foregoing is true and correct, and that this declaration is executed on July 13, 2016.

LEONARDA GUADALUPE AGUILAR

EXHIBIT 1

**LEONARDA G D AGUILAR**
**D I P CASE NO 2:15-BK-16443-RN**
241 REDONDO AVE APT 6   818-571-1355
LONG BEACH, CA 90803

90-119/1222

Date: 7-12-16

Pay to the Order of: Franchise Tax Board    $ 307.26/100

Three Hundred Seven dollars and twenty six cents Dollars

Farmers & Merchants Bank
California's Strongest, since 1907.
Belmont Shore Office
fmb.com (855) 416-5747

For _____ 1522

L. Guadalu Agu

---

**LEONARDA G D AGUILAR**
**D I P CASE NO 2:15-BK-16443-RN**
241 REDONDO AVE APT 6   818-571-1355
LONG BEACH, CA 90803

90-119/1222

Date: 7/12/16

Pay to the Order of: Los Angeles County Tax Collector    $ 364.20/100

Three Hundred Sixty Four dollars and 20/100 Dollars

Farmers & Merchants Bank
California's Strongest, since 1907.
Belmont Shore Office
fmb.com (855) 416-5747

For _____

L. Guadalu Aguil

---

**LEONARDA G D AGUILAR**
**D I P CASE NO 2:15-BK-16443-RN**
241 REDONDO AVE APT 6   818-571-1355
LONG BEACH, CA 90803

90-119/1222

Date: 7/12/16

Pay to the Order of: Ocwen Loan Servicing    $ 694.17/100

Six Hundred Ninety Four dollars & 17 cents Dollars

Farmers & Merchants Bank
California's Strongest, since 1907.
Belmont Shore Office
fmb.com (855) 416-5747

For _____ 13781 Eldridge Ave
Sylmar CA 91342

L. Guadalu Aguil

---

**LEONARDA G D AGUILAR**
**D I P CASE NO 2:15-BK-16443-RN**
241 REDONDO AVE APT 6   818-571-1355
LONG BEACH, CA 90803

90-119/1222

Date: 7/12/16

Pay to the Order of: Mortgage Store Bank of America    $ 153.20/100

One Hundred Fifty three dollars and 20 cents Dollars

Farmers & Merchants Bank
California's Strongest, since 1907.
Belmont Shore Office
fmb.com (855) 416-5747

For _____ 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    13781 Eldridge Ave
Sylmar, CA 91342

L. Guadalu A

---

**LEONARDA G D AGUILAR**
**D I P CASE NO 2:15-BK-16443-RN**
241 REDONDO AVE APT 6    818-571-1355
LONG BEACH, CA 90803

90-119/1222

Date: 7/12/16

Pay to the Order of: Asset Acceptance LLC    $ .61/100

Sixty one cents    Dollars

**Farmers & Merchants Bank**
California's Strongest, since 1907
Belmont Shore Office
fmb.com (855) 416-6747

For: Leonarda Guadalupe Aguilar    L. Guadalupe Aguilar MP

---

**LEONARDA G D AGUILAR**
**D I P CASE NO 2:15-BK-16443-RN**
241 REDONDO AVE APT 6    818-571-1355
LONG BEACH, CA 90803

90-119/1222

Date: 7-12-16

Pay to the Order of: Cach LLC    $ 9.20/100

Nine dollars and 20/100 cents    Dollars

**Farmers & Merchants Bank**
California's Strongest, since 1907
Belmont Shore Office
fmb.com (855) 416-6747

For: Leonarda Guadalupe Aguilar    L. Guadalupe Aguilar MP

---

**LEONARDA G D AGUILAR**
**D I P CASE NO 2:15-BK-16443-RN**
241 REDONDO AVE APT 6    818-571-1355
LONG BEACH, CA 90803

90-119/1222

Date: 7-12-16

Pay to the Order of: Cain 3 Weiner    $ .18/100

eighteen cents    Dollars

**Farmers & Merchants Bank**
California's Strongest, since 1907
Belmont Shore Office
fmb.com (855) 416-6747

For: Leonarda Guadalupe Aguilar    L. Guadalupe Aguilar MP

---

**LEONARDA G D AGUILAR**
**D I P CASE NO 2:15-BK-16443-RN**
241 REDONDO AVE APT 6    818-571-1355
LONG BEACH, CA 90803

90-119/1222

Date: 7-12-16

Pay to the Order of: Capital One Bank    $ 7.89/100

Seven dollars 3 .89 cents    Dollars

**Farmers & Merchants Bank**
California's Strongest, since 1907
Belmont Shore Office
fmb.com (855) 416-6747

For: Leonarda Guadalupe Aguilar    L. Guadalupe Aguilar MP

LEONARDA G D AGUILAR
D I P CASE NO 2:15-BK-16443-RN
241 REDONDO AVE APT 6   818-571-1355
LONG BEACH, CA 90803

90-119/1222

7/12/16
Date

Pay to the Order of __Credit Protection Association__   $ .53/100

__Fifty three Cents__ ———————   Dollars

**F&M Farmers & Merchants Bank**
California's Strongest, since 1907
Belmont Shore Office
fmb.com (855) 416-5747

For ▬▬▬▬▬▬▬▬▬▬▬

Leonarda
Guadalupe Aguilar

L. Guadalupe Aguilar    MP

---

LEONARDA G D AGUILAR
D I P CASE NO 2:15-BK-16443-RN
241 REDONDO AVE APT 6   818-571-1355
LONG BEACH, CA 90803

90-119/1222

7/12/16
Date

Pay to the Order of __Financial Credit Network__   $ .18/100

__eighteen Cents__   Dollars

**F&M Farmers & Merchants Bank**
California's Strongest, since 1907
Belmont Shore Office
fmb.com (855) 416-5747

For __Guadalupe Aguilar__

Leonarda

L. Guadalupe Aguilar    MP

---

LEONARDA G D AGUILAR
D I P CASE NO 2:15-BK-16443-RN
241 REDONDO AVE APT 6   818-571-1355
LONG BEACH, CA 90803

90-119/1222

7-12-16
Date

Pay to the Order of __Grant 3 Weber__   $ .09/100

__Nine cents__ ————   Dollars

**F&M Farmers & Merchants Bank**
California's Strongest, since 1907
Belmont Shore Office
fmb.com (855) 416-5747

For __Guadalupe Aguilar__

Leonarda

L. Guadalupe Aguilar    MP

---

LEONARDA G D AGUILAR
D I P CASE NO 2:15-BK-16443-RN
241 REDONDO AVE APT 6   818-571-1355
LONG BEACH, CA 90803

90-119/1222

7-12-16
Date

Pay to the Order of __Herbert P. Sears__   $ .09/100

__Nine Cents__ ————   Dollars

**F&M Farmers & Merchants Bank**
California's Strongest, since 1907
Belmont Shore Office
fmb.com (855) 416-5747

For __Guadalupe Aguilar__

Leonarda

L. Guadalupe Aguilar    MP

**LEONARDA G D AGUILAR**
D I P CASE NO 2:15-BK-16443-RN
241 REDONDO AVE APT 6   818-571-1355
LONG BEACH, CA 90803

90-119/1222

7-12-16
Date

Pay to the
Order of   Jilbert Tahmazian                    $ 5.52/100

Five dollars & 52/100 ———————————   Dollars

**F&M Farmers & Merchants Bank**
California's Strongest, since 1907
Belmont Shore Office
fmb.com (855) 416-5747   Leonarda

For Guadalupe Aguilar          L. Guadalupe Aguilar   MP

---

**LEONARDA G D AGUILAR**
D I P CASE NO 2:15-BK-16443-RN
241 REDONDO AVE APT 6   818-571-1355
LQNG BEACH, CA 90803

90-119/1222

7-12-16
Date

Pay to the
Order of   Marshak Medical                    $ 1.05/100

One dollar and 05/100 ———————   Dollars

**F&M Farmers & Merchants Bank**
California's Strongest, since 1907
Belmont Shore Office
fmb.com (855) 416-5747   Leonarda Aguilar

For                          L. Guadalupe Aguilar   MP

---

**LEONARDA G D AGUILAR**
D I P CASE NO 2:15-BK-16443-RN
241 REDONDO AVE APT 6   818-571-1355
LONG BEACH, CA 90803

90-119/1222

7-12-16
Date

Pay to the
Order of   Midland Funding LLC                    $ .18/100

eighteen Cents ———————————   Dollars

**F&M Farmers & Merchants Bank**
California's Strongest, since 1907
Belmont Shore Office
fmb.com (855) 416-5747   Leonarda

For Guadalupe Aguilar          L. Guadalupe Aguilar   MP

---

**LEONARDA G D AGUILAR**
D I P CASE NQ 2:15-BK-16443-RN
241 REDONDO AVE APT 6   818-571-1355
LONG BEACH, CA 90803

90-119/1222

7/12/16
Date

Pay to the
Order of   Pacific Gas & Electricity                    $ .53/100

Fifty three cents ———————————   Dollars

**F&M Farmers & Merchants Bank**
California's Strongest, since 1907
Belmont Shore Office
fmb.com (855) 416-5747

For Fifty three cents          L. Guadalupe Aguilar

LEONARDA G D AGUILAR
D I P CASE NO 2:15-BK-16443-RN
241 REDONDO AVE APT 6   818-571-1355
LONG BEACH, CA 90803

90-119/1222

Date 07-12-16

Pay to the
Order of _Progressive Management_   $ .61/100

_Sixty One cents_   Dollars

F&M Farmers & Merchants Bank
California's Strongest, since 1907.
Belmont Shore Office
fmb.com (855) 416-5747   Leonarda

For _Guadalupe Aguilar_   L. Guadalupe Aguilar   MP

---

LEONARDA G D AGUILAR
D I P CASE NO 2:15-BK-16443-RN
241 REDONDO AVE APT 6   818-571-1355
LONG BEACH, CA 90803

90-119/1222

Date 7/12/16

Pay to the
Order of _So CAlifornia Edison_   $ .09/100

_Nine Cents_   Dollars

F&M Farmers & Merchants Bank
California's Strongest, since 1907.
Belmont Shore Office
fmb.com (855) 416-5747   Leonarda

For _Guadalupe Aguilar_   L. Guadalupe Aguilar   MP

---

LEONARDA G D AGUILAR
D I P CASE NO 2:15-BK-16443-RN
241 REDONDO AVE APT 6   818-571-1355
LONG BEACH, CA 90803

90-119/1222

Date 7-12-16

Pay to the
Order of _TSI 1980_   $ .53/60

_Fifty three Cents_   Dollars

F&M Farmers & Merchants Bank
California's Strongest, since 1907.
Belmont Shore Office
fmb.com (855) 416-5747   Leonarda.

For _Guadalupe Aguilar_   L. Guadalupe Aguilar   MP

---

LEONARDA G D AGUILAR
D I P CASE NO 2:15-BK-16443-RN
241 REDONDO AVE APT 6   818-571-1355
LONG BEACH, CA 90803

90-119/1222

Date 7-12-16

Pay to the
Order of _WFNNB - The Avenue_   $ .61/100

_Sixty one Cents_   Dollars

F&M Farmers & Merchants Bank
California's Strongest, since 1907.
Belmont Shore Office
fmb.com (855) 416-5747

For _Sixty One Cents_   L. Guadalupe Aguilar   MP

**LEONARDA G D AGUILAR**
**D I P CASE NO 2:15-BK-16443-RN**
241 REDONDO AVE APT 6  818-571-1355
LONG BEACH, CA 90803

90-119/1222

Date: 7-12-16

Pay to the
Order of: Direct TV LLC                    $ °53/100

Fifty Three cents                        Dollars

**F&M Farmers & Merchants Bank**
California's Strongest since 1907.
Belmont Shore Office
fmb.com (855) 416-5747

For: Guadalu    Leonards Aguilar

L. Guadalu Aguilar

EXHIBIT 2

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT CENTRAL _____ DISTRICT OF CALIFORNIA _____ | PROOF OF CLAIM |
|---|---|

Name of Debtor:

**LEONARDA GUADALUPE AGUILAR**

Case Number:

2:15-BK-16443-RN

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Department of the Treasury - Internal Revenue Service

**COURT USE ONLY**

Name and address where notices should be sent:

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Telephone number: 1-800-973-0424          email:          Creditor Number: 36217328

■ Check this box if this claim amends a previously filed claim.

**Court Claim Number:_____** 1
*(If known)*

Filed on: _____05/07/2015_____

Name and address where payment should be sent (if different from above):

Internal Revenue Service
Insolvency Group 5
300 North Los Angeles St, M/S 5022
Los Angeles, CA  90012

Telephone Number: (213) 576-4514          email:

□ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**          $ 0.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

□ Check this box if the claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _____Taxes_____
    (See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** _____See Attachment_____ | **3a. Debtor may have scheduled account as:** _____ (See instruction #3a) | **3b. Uniform Claim Identifier (optional):** _____ (See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Amount of arrearage and other charges. as of the time case filed, included in secured claim, if any:**
$_____

**Nature of property or right of setoff:**  □ Real Estate  □ Motor Vehicle  □ Other
**Describe:**

**Basis for perfection:** _____

**Value of Property:**$_____

**Amount of Secured Claim:** $_____

**Annual Interest Rate ___%**  □ fixed  or  □ variable
**(when case was filed)**

**Amount Unsecured:**      $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

□ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

□ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11U.S.C. §507 (a)(4).

□ Contributions to an employee benefit plan -11 U.S.C. §507 (a)(5).

Amount entitled to priority:
$_____

□ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

□ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

□ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

2

---

**7. Documents:** Attach are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (*See instruction #7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

---

**8. Signature:**  (See instruction #8)

Check the appropriate box.

■ I am the creditor.        ☐ I am the creditor's authorized agent.        ☐ I am the trustee, or the debtor,        ☐ I am a guarantor, surety, indorsor, or other codebtor.
                                                                            or their authorized agent.              (See Bankruptcy Rule 3005.)
                                                                            (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print name:   LEONARD BROWN
Title:        Bankruptcy Specialist
Company:      Internal Revenue Service                    _/s/ LEONARD BROWN_____   08/03/2015____
                                                          (Signature)                              (Date)

Address and telephone number (if different from notice address above):
Internal Revenue Service
Insolvency Group 5
300 North Los Angeles St, M/S 5022
Los Angeles, CA  90012

Telephone number:  (213) 576-4514            Email:

---

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**Form 10**
Attachment

**In the Matter of:** LEONARDA GUADALUPE AGUILAR
241 REDONDO AVENUE # 6
LONG BEACH, CA 90803

| | |
|---|---|
| Case Number | 2:15-BK-16443-RN |
| Type of Bankruptcy Case | CHAPTER 11 |
| Date of Petition | 04/23/2015 |

Amendment No. 3 to Proof of Claim dated 05/07/2015.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-1522 | INCOME | 12/31/2011 | 07/20/2015 | $0.00 | $0.00 |
| XXX-XX-1522 | INCOME | 12/31/2012 | 07/20/2015 | $0.00 | $0.00 |
| XXX-XX-1522 | INCOME | 12/31/2013 | 07/20/2015 | $0.00 | $0.00 |
| XXX-XX-1522 | INCOME | 12/31/2014 | 07/06/2015 | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |

**Total Amount of Unsecured Priority Claims:** $0.00

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA  90211

A true and correct copy of the foregoing document entitled (*specify*): **MOTION FOR ENTRY OF DISCHARGE AND FINAL DECREE:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X   1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/14/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven Archer    archer@kiesel-law.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:  On (*date*) 7/14/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**X   3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/14/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/14/2016 | Sandra Rodriguez | /s/Sandra Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.