JEFFREY S. SHINBROT, ESQ. (SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 60211
Telephone: (310) 659-5444
Fax (310) 878-8304
Attorneys for Chapter 11 Debtor
Leonarda Guadalupe Aguilar

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| IN RE<br><br>LEONARDA GUADALUPE AGUILAR,<br><br>Chapter 11 Debtor and Debtor-In-Possession. | Case No. 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**DECLARATION OF JEFFREY S. SHINBROT, APLC, REDUCING COMPENSATION REQUEST BY $2,464.50**<br><br>Date: August 4, 2016<br>Time: 2:00 p.m.<br>Place: 255 East Temple Street<br>Courtroom 1375<br>Los Angeles, California 90012 |

**TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE AND TO ALL PARTIES ON THE ANNEXED SERVICE LIST:**

Jeffrey S. Shinbrot, A Professional Law Corporation, voluntarily reduces its fee request as set forth in the annexed Declaration of Jeffrey S. Shinbrot.

Respectfully submitted this 25th day of July, 2016.

_____
Jeffrey S. Shinbrot

# DECLARATION OF JEFFREY S. SHINBROT

I, Jeffrey S. Shinbrot, declare:

1. I am an attorney admitted to practice in the State of California and before the United States District Court for the Central District of California and I submit this declaration in support of my first and final application for compensation and reimbursement of expenses (the "Application") in the Chapter 11 case of Leonarda Guadalupe Aguilar, the reorganized debtor and debtor-in-possession in the above entitled Chapter 11 proceeding ("Debtor"), whose Chapter 11 case was commenced on April 23, 2015 (the "Petition Date"). The Application is made in connection with fees and costs for the period of April 23, 2015 through June 30, 2016.

2. After communication with Ken Lau, United States Trustee Trial Counsel, I voluntarily reduce my fee request as follows:

   a. The 2.0 hours on June 30, 2016, was in error and request for those fees are withdrawn.

   b. The total of 6.3 hours billed for preparation of the Confirmation Memorandum (which was for the research and preparation of the points and authorities in support of the Debtor's Plan) shall be voluntarily reduced to 3 hours (a reduction of 3.3 hours).

3. Based on the foregoing the fee requests is reduced by 5.3 hours, to wit a reduction of $2,464.50.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of July 2016, at Beverly Hills, California.

_____
Jeffrey S. Shinbrot

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF JEFFREY S. SHINBROT, APLC, REDUCING COMPENSATION REQUEST BY $2,464.50:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**X  1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/25/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven Archer    archer@kiesel-law.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Kenneth G Lau    kenneth.g.lau@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 7/25/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**X  3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/25/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter (Via Attorney Service)
U.S. Bankruptcy Court
255 E. Temple Street, bin outside of Suite 1652
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/25/2016 | Sandra Rodriguez | /s/Sandra Rodriguez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE