1  JEFFREY S. SHINBROT, ESQ.
   (SBN 155486)
2  jeffrey@shinbrotfirm.com
   JEFFREY S. SHINBROT, APLC
3  8200 Wilshire Boulevard, Suite 400
   Beverly Hills, California 90211
4  Telephone:  (310) 659-5444
   Fax (310) 878-8304
5
   Counsel to Chapter 11 Debtor and Debtor-in-
6  Possession

**FILED & ENTERED**

AUG 08 2016

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jones    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DISTRICT

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR,<br><br>     Reorganized Debtor. | Bk. No. 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF JEFFREY S. SHINBROT, APLC**.<br><br>Hearing Date/Time/Place<br><br>**Date:**  August 4, 2016<br>**Time:**  2:00 p.m.<br>**Place:**  Courtroom1375<br>           255 East Temple Street,<br>           Los Angeles, California, |

The Court having considered the Application of Jeffrey S. Shinbrot, APLC for an Order (1) Approving Final Compensation and Reimbursement of Expenses for the period April 23, 2015 through June 30, 2016, in the amount of $25,437.10, comprising of services rendered in the amount of $23,529.00, and expenses incurred in the amount of $1,908.10, on a final basis (the "Application"),  the supplemental declaration of Jeffrey S. Shinbrot reducing the fee request by

-1-

$2,464.50, service of process of the Application being appropriate and good cause appearing, hereby Orders as follows:

1. The Application, as supplemented, is granted.
2. The Court approves on a final basis fees in the amount of $21,064.50 and costs in the amount of $1,908.10.
3. The Court authorizes payment of fees and costs from the $647.17 remaining in Applicant's attorney-client trust account.
4. The fees and costs in the amount of $22,325.43 shall be paid by the Debtor when funds become available pursuant to Applicant's agreement with the Debtor.

**IT IS SO ORDRED**.

#####

Date: August 8, 2016

Richard M. Neiter
United States Bankruptcy Judge