JEFFREY S. SHINBROT, ESQ.
(SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304

Counsel to Chapter 11 Debtor and Debtor-in-Possession

**FILED & ENTERED**

**AUG 08 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jones    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DISTRICT

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR,<br><br>    Reorganized Debtor. | Bk. No. 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**ORDER GRANTING DISCHARGE AND FINAL DECREE**.<br><br>Hearing Date/Time/Place<br><br>**Date:** August 4, 2016<br>**Time:** 2:00 p.m.<br>**Place:** Courtroom 1375<br>          255 East Temple Street,<br>          Los Angeles, California |

The Court having considered the Motion Leonarda Guadalupe Aguilar (the "Debtor"), the reorganized debtor in the above entitled chapter 11 proceeding for entry of discharge and for a final decree closing this bankruptcy case (the "Motion"), no opposition to the Motion having been filed, service of process having been proper and good cause appearing, hereby Orders as follows:

1. The Motion is granted.
2. The Debtor's request for entry of discharge is granted.

3. The Debtor's request for a final decree is granted, which is hereby entered pursuant to Federal Rule of Bankruptcy Procedure 3022.

4. The bankruptcy case shall be closed within 60 days.

**IT IS SO ORDERED**.

#####

Date: August 8, 2016

Richard M. Neiter
United States Bankruptcy Judge