United States Bankruptcy Court
Central District of California

In re:                                                                 Case No. 15-16443-RN
Leonarda Guadalupe Aguilar                                             Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: pjonesC            Page 1 of 1              Date Rcvd: Aug 08, 2016
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2016.
db             +Leonarda Guadalupe Aguilar,    241 Redondo Avenue # 6,    Long Beach, CA 90803-5924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2016 at the address(es) listed below:
          Jeffrey S Shinbrot    on behalf of Debtor Leonarda Guadalupe Aguilar jeffrey@shinbrotfirm.com,
           sandra@shinbrotfirm.com
          Kelly L Morrison    on behalf of U.S. Trustee    United States Trustee (LA)
           kelly.l.morrison@usdoj.gov
          Kenneth G Lau    on behalf of U.S. Trustee    United States Trustee (LA) kenneth.g.lau@usdoj.gov
          Leslie M Klott    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bankruptcy@zievelaw.com
          Leslie M Klott    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee on  behalf of ACE
           Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp.
           Home Equity Loan Trust, Series 2006-ASAP5, Asset  Backe bankruptcy@zievelaw.com
          Leslie M Klott    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee on behalf of ACE
           Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp.
           Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed bankruptcy@zievelaw.com
          Lindsey L Smith    on behalf of Interested Party    Courtesy NEF lls@lnbyb.com,
           lls@ecf.inforuptcy.com
          Steven  Archer    on behalf of Creditor    Kiesel Law LLP and Wyatt Law Firm, LTD.
           archer@kiesel-law.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 9

JEFFREY S. SHINBROT, ESQ.
(SBN 155486)
jeffrey@shinbrotfirm.com
JEFFREY S. SHINBROT, APLC
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 659-5444
Fax (310) 878-8304

Counsel to Chapter 11 Debtor and Debtor-in-Possession

**FILED & ENTERED**

AUG 08 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jones       DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DISTRICT

| | |
|---|---|
| In re<br><br>LEONARDA GUADALUPE AGUILAR,<br><br>          Reorganized Debtor. | Bk. No. 2:15-bk-16443-RN<br><br>Chapter 11<br><br>**ORDER GRANTING DISCHARGE AND FINAL DECREE**.<br><br>Hearing Date/Time/Place<br><br>**Date:** August 4, 2016<br>**Time:** 2:00 p.m.<br>**Place:** Courtroom 1375<br>         255 East Temple Street,<br>         Los Angeles, California |

The Court having considered the Motion Leonarda Guadalupe Aguilar (the "Debtor"), the reorganized debtor in the above entitled chapter 11 proceeding for entry of discharge and for a final decree closing this bankruptcy case (the "Motion"), no opposition to the Motion having been filed, service of process having been proper and good cause appearing, hereby Orders as follows:

    1.  The Motion is granted.

    2.  The Debtor's request for entry of discharge is granted.

-1-

3. The Debtor's request for a final decree is granted, which is hereby entered pursuant to Federal Rule of Bankruptcy Procedure 3022.

4. The bankruptcy case shall be closed within 60 days.

**IT IS SO ORDERED**.

#####

Date: August 8, 2016

Richard M. Neiter
United States Bankruptcy Judge

-2-